UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF ALABAMA

EVERETTE LOVELESS, AIS# 238775,
(PLAINTIFF)

VERSUS.                                           CIVIL ACTION NO.: 2:08CV36-F
                                                  TO BE SUPPLIED BY THE CLERK

COMM. RICHARD F. ALLEN, ET AL.,
(DEFENDANTS)

## MOTION TO PROCEED IN FORMA PAUPERIS

COMES NOW <u>EVERETTE LOVELESS, AIS# 238775</u>, the Plaintiff in the above styled cause and pursuant to the provision of **Title 18 United State Code, § 1915**, respectfully moves for leave to proceed in forma pauperis without prepayment of fees, costs or security given therefor. In accordance with **28 U.S.C. § 1915(b)(1) and (2)**, the Plaintiff shall be required to pay an initial partial filing fee and thereasfter, prison officials shall be required to forward monthly payments from the Plaintiff's inmate account until the entire filing fee is paid.

Date: 5 January 08                                 _____
                                                                Signature

## AFFIDAVIT IN SUPPORT OF REQUEST
## TO PROCEED IN FORMA PAUPERIS

I, <u>Everette Loveless, AIS# 238775,</u> declare that I am the Plaintiff in the above entitled case, that in support of my motion to proceed without being required to prepay fees, costs or give security therefor, I state that because of my proverty that I am unable to pay the costs of said proceeding or to give security therefor, that I an entitled to redress.

I further declare that the responses which I have made to questions and instructions below are true.

1.  Are you presently employed? YES ( )   NO (✓)

    a.  If the answer is yes, state the amount of your salary or wages per month, and give the name and address of your employer. _N/A_

    b.  If the answer is no, state the date of last employment and the amount of the salary and wages per month which you received. _February 2002 Approx. $750.00 (per 2wk)_

2.  Have you received within the past twelve months any money from any of the following sources?

    a.  Business, profession, or form of self-employment (hobby craft sales included)? YES ( )   NO (X)

    B.  Rent payments, interest or dividends? YES ( )   NO (X)

    C.  Pensions, annuities or life insyrance payments? YES ( )   NO (X)

    D.  Gifts or inheritence? YES ( )   NO (X)

    E.  Any other sources? YES (X)   NO ( )

    If the answer to any of the above is yes, describe each source of money and state the amount received from each during the past 12 months. _My family send me monies when they can afford to do so to assist me in buying hygiene items and other necessities._

3.  Do you own any cash, or do you have money and/or bonds in a checking or savings account? (Include any funds in your prison accounts.) YES ( )   NO ( ). If the answer is YES, state the total value of the items owned.

    Prison Drawing Account $ _See Inmate Account Sheet_.

    Prison Saving Account:

    A. Cash _SAME AS ABOVE-_ .

2

B. Bonds ___N/A___.

Other (specify) ___N/A___

4. Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishing and clothing)?   YES ( )   NO (X)

If the answer is yes, describe the property and state its approximate value. ___N/A___

5. List the persons who are dependent upon you for support, state your relationship to those persons, and indicate how much you contribute towards their support. ___N/A___

I decalre under the penalty of perjury that the foregoing is true and correct.

I understand that a false statement or answer to any question in this affidavit will subject me to the penalties for perjury.

___5 January 08___                          ___[signature]___
DATE                                        SIGNATURE OF PLAINTIFF

### STATEMENT OF ACCOUNT
( Certified Institutional Equivalent )

I hereby certify that ___Everette Loveless, AIS# 238775___, the Plaintiff herein has the following sums of money on account to his credit here at the ___J. B. Evans Correctional Facility___, the institution where he is presently confined:

Prison Drawing Account: $ ___104.42___

Prison Savings Account: $ _____

3

A.   Cash _____

B.   Bonds _____

I further certify that the average monthly deposits for the preceeding six (6) months is $ ____107.43_____.

(The average monthly deposits are to be determined by adding the deposits made during a given month and dividing that total by the number of deposits made during that month.  This is repeated for each of the six months.  The average from each of the six months are to be added together and the total is to be divided by six.)

I further certify that the average monthly balance for the six month period is $ ____43.81_____.

(The average monthly balance is to be determined by adding each day's balance for a given month and dividing that total by the number of days in that month.  This is to be repeated for each of the six months.  The balance from each of the six months are to be added together and the total is to be divided by six.)

__01/09/08_____     __H.H. Pate_____
Date Certified            Signature of Authorized Officer of
                                  Institution

4

# J.B. Evans Correctional Center

## Resident Activity Statement

Resident Name: LOVELESS, EVERRETTE                Resident ID: A238775
Housing Location: Tensas,2,H,,,22

Date Range: 07/31/2007 Through 01/10/2008

Beginning Account Balances:

| | Personal Balance | Non-Per Balance | Debt |
|---|---|---|---|
| 1 Trust | $0.00 | $0.00 | $0.00 |
| Medical | $0.00 | $0.00 | $0.00 |
| **Begin Totals** | **$0.00** | **$0.00** | **$0.00** |

Ending Account Balances:

| | Personal Balance | Non-Per Balance | Debt |
|---|---|---|---|
| 1 Trust | $104.42 | $0.00 | $0.00 |
| Medical | $0.00 | $3.00 | $0.00 |
| **End Totals** | **$104.42** | **$3.00** | **$0.00** |

| Date | Amount | Type | Comment | Personal Bal Change | Personal Acct Balance | Non-Personal Change | Non-Personal Acct Bal | Debt Bal Change | Debt Balance |
|---|---|---|---|---|---|---|---|---|---|
| 11/07/2007 | $0.00 | Intake | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 11/07/2007 | $0.00 | Change Housing | Intake Housing Assignment | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 11/07/2007 | $0.00 | Agency Billing Start | Intake Agency Start | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 11/13/2007 | $0.00 | Change Housing | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 11/19/2007 | $132.58 | Resident Deposit | Ventress | $132.58 | $132.58 | $0.00 | $0.00 | $0.00 | $0.00 |
| 11/21/2007 | ($20.00) | Transfer Other Funds | 423162053927 | ($20.00) | $112.58 | $0.00 | $0.00 | $0.00 | $0.00 |
| 11/21/2007 | $0.00 | Change Housing | | $0.00 | $112.58 | $0.00 | $0.00 | $0.00 | $0.00 |
| 11/26/2007 | ($78.33) | Sale | | ($78.33) | $34.25 | $0.00 | $0.00 | $0.00 | $0.00 |
| 11/26/2007 | $20.00 | Resident Deposit | Terrell Loveless | $20.00 | $54.25 | $0.00 | $0.00 | $0.00 | $0.00 |
| 11/28/2007 | ($34.13) | Sale | | ($34.13) | $20.12 | $0.00 | $0.00 | $0.00 | $0.00 |
| 11/30/2007 | $16.40 | Sale | | $16.40 | $36.52 | $0.00 | $0.00 | $0.00 | $0.00 |
| 12/03/2007 | ($25.58) | Sale | | ($25.58) | $10.94 | $0.00 | $0.00 | $0.00 | $0.00 |
| 12/03/2007 | $152.00 | Resident Deposit | U.S. Treasury | $152.00 | $162.94 | $0.00 | $0.00 | $0.00 | $0.00 |
| 12/05/2007 | ($34.06) | Sale | | ($34.06) | $128.88 | $0.00 | $0.00 | $0.00 | $0.00 |
| 12/07/2007 | $2.22 | Sale | | $2.22 | $131.10 | $0.00 | $0.00 | $0.00 | $0.00 |
| 12/07/2007 | ($33.00) | Resident Charge | Doctor Call | ($33.00) | $98.10 | $33.00 | $33.00 | $0.00 | $0.00 |
| 12/10/2007 | ($36.64) | Sale | | ($36.64) | $61.46 | $0.00 | $33.00 | $0.00 | $0.00 |
| 12/10/2007 | $33.00 | Resident Charge | Reversed Task No. 196086 | $33.00 | $94.46 | ($33.00) | $0.00 | $0.00 | $0.00 |

| Date | Amount | Type | Reference | Amount | Balance | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 12/10/2007 | ($3.00) | Resident Charge | | ($3.00) | $94.46 | $0.00 | $3.00 | $0.00 | $0.00 |
| 12/10/2007 | $0.00 | Change Housing | | $0.00 | $91.46 | $0.00 | $3.00 | $0.00 | $0.00 |
| 12/17/2007 | ($9.20) | Sale | Debit Sale | ($9.20) | $82.26 | $0.00 | $3.00 | $0.00 | $0.00 |
| 12/19/2007 | ($8.89) | Sale | Debit Sale | ($8.89) | $73.37 | $0.00 | $3.00 | $0.00 | $0.00 |
| 12/19/2007 | ($6.16) | Sale | Debit Sale | ($6.16) | $67.21 | $0.00 | $3.00 | $0.00 | $0.00 |
| 12/19/2007 | ($20.00) | Transfer Other Funds | 968262383753 | ($20.00) | $47.21 | $0.00 | $3.00 | $0.00 | $0.00 |
| 12/20/2007 | ($30.00) | Transfer Other Funds | 486173541065 | ($30.00) | $17.21 | $0.00 | $3.00 | $0.00 | $0.00 |
| 12/21/2007 | $10.00 | Resident Deposit | Elizabeth Brunson | $10.00 | $27.21 | $0.00 | $3.00 | $0.00 | $0.00 |
| 12/26/2007 | ($25.90) | Sale | Debit Sale | ($25.90) | $1.31 | $0.00 | $3.00 | $0.00 | $0.00 |
| 12/26/2007 | $25.90 | Sale | Credit Sale | $25.90 | $27.21 | $0.00 | $3.00 | $0.00 | $0.00 |
| 12/26/2007 | ($15.81) | Sale | Debit Sale | ($15.81) | $11.40 | $0.00 | $3.00 | $0.00 | $0.00 |
| 01/02/2008 | ($10.42) | Sale | Debit Sale | ($10.42) | $0.98 | $0.00 | $3.00 | $0.00 | $0.00 |
| 01/02/2008 | $165.00 | Resident Deposit | U.S. Treasury | $165.00 | $165.98 | $0.00 | $3.00 | $0.00 | $0.00 |
| 01/04/2008 | ($12.32) | Sale | Debit Sale | ($12.32) | $153.66 | $0.00 | $3.00 | $0.00 | $0.00 |
| 01/07/2008 | ($49.24) | Sale | Debit Sale | ($49.24) | $104.42 | $0.00 | $3.00 | $0.00 | $0.00 |