IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

Everetter Loveless, # 238775, §
        Plaintiff. §
                                §
vs.                             § Civil Action No.: 2:08CV36-F
                                § (To Be Supplied By The Clerk)
Comm. Richard F. Allen, et al., §
        Defendants.             §
                                §

### MOTION TO SUSPEND THE RULE FOR COPIES AND ACCEPT THE FORMA PAUPERIS DECLARATION OTHERWISE AVAILABLE TO THE PLAINTIFF

**COMES NOW,** The Plaintiff in the above styled matter, and Motion this Honorable Court to suspend the Rules for copies in this matter, and in support hereof the Plaintiff shows unto the Court as follows:

1. That the Plaintiff is presently being housed in an out-of-state private prison in Louisiana where he is unable to obtain the proper Forma Pauperis Declaration for filing with this Honorable Court along with the initial complaint.

2. That the Plaintiff is unable to obtain the necessary five (5) copies of the complaint to be served in this matter, nor does the Plaintiff have the necessary funds available at this time to pay the price for such copies that the institutional law library facility will not otherwise provide the Plaintiff therewith.

3. That the institutional law library facility here in the State of Louisiana does not have the proper forms in which the PLaintiff requires in order to file the necessary and otherwise proper forma pauperis declaration with this Honorable Court.

4. That the Plaintiff respectfully request that this Honorable Court accept this personal drafted forma pauperis form and declaration

1

in support of his indigency application, and proceed with this matter under the strigent circumstances in which the Plaintiff avers that he has had no authority to change.

**WHEREFORE,** the Plaintiff avers that the same hereinafter duly considered by this Honorable Court, that the Court will accept the declaration and allow for this matter to proceed.

Done on this the __5__ day of __January__, 2008.

Respectfully Submitted,

_____
Plaintiff     pro    se
Everette    Loveless
AIS# 238775      UNIT# H-22A
J. B. Evans Correctional Facility
5 0 0      R O U T H
Newellton, Louisiana   7 1 3 5 7

cc: