IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| EVERETTE LOVELESS, #238775, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )  CIVIL ACTION NO. 2:08-CV-36-MEF |
| | ) |
| RICHARD F. ALLEN, et al., | ) |
| | ) |
| Defendants. | ) |

**ORDER ON MOTION**

Upon consideration of the motion to accept *in forma pauperis* application filed by the plaintiff on January 16, 2008 (Court Doc. No. 3), and for good cause, it is

ORDERED that this motion be and is hereby GRANTED.

Done this 18th day of January, 2008.

　　　　　　　　　　　　　　/s/ Wallace Cael, Jr.
　　　　　　　　　　　　　　WALLACE CAPEL, JR.
　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE