## IN THE UNITED STATES DISTRICT COURT OF ALABAMA
## MIDDLE DISTRICT

**EVERETTE RAY LOVELESS**
**DEFENDANT/MOVANT (pro-se)**

VS.

**STATE OF ALABAMA**
**RESPONDANT(s)**

2008 JAN 25 A 10: 01

DEBRA P. HACKETT
U.S. DISTRICT CASE NO : CV- 2:08-CV-36-MEF
MIDDLE DISTRICT ALA

A.I.S# 238775
D/O/B 10-08-62

### *NOTICE OF CHANGE ADDRESS*

**Come now**, Everette Ray Loveless, (pro-se) and do hereby give unto this Honorable U.S. District Court for the Middle District of Alabama, and its Honorable Court Clerk his notice of address change as of the January 10, 2008. whereby he was transferred to Staton Correctional Facility located in Elmore, County, Alabama at P. O. Box #56, Elmore, Al. 36025, and respectfully request that this Honorable Court Please foward any and all correspondences to the same as appears below.

Submitted this the 23rd day of January 2008.

Submitted by

Everette Ray Loveless,(pro-se)
A.I.S.# 238775/B1-160A
Staton Corr. Fac.
P.O.Box #56
Elmore, Alabama. 36025-0056

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was mailed to the below listed parties by placing the same in a pre-paid postage and properly addressed envelope and depositing the same in the U.S.Mail on this the 22 day of January 2008.

SERVICE TO;

SUBMITTED BY

Everette Ray Loveless, (pro-se)
A.I.S.# 238775/B1-160A
STATON COR.FAC.
P.O.BOX #56
ELMORE,ALABAMA.36025-0056

Everette R. Loveless
238775 - B1-140A
Staton Cor Cen
PO Box 56
Elmore Al - 36025-0054

MONTGOMERY AL 361

24 JAN 2008 PM 2 L

USA FIRST CLASS FOREVER

LEGAL MAIL

"This correspondence is forwarded
from an Alabama State Prison. It has not
have not been evaluated, and the Alabama
Department of Corrections is not responsible
for the substance or content of the enclosed
communication."

3610140711 B007

United States District Court
Middle District of Alabama
C/o Hon. Debra P. Hackett, Clerk
PO Box 711
Montgomery, Alabama 36130-0711