IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NOTHERN DIVISION

| | |
|---|---|
| EVERETTE LOVELESS, # 238775, </br> PLAINTIFF </br> </br> VS. </br> </br> RICHARD F. ALLEN, et al., </br> DEFENDANT | ) </br> ) </br> ) </br> ) </br> ) CIVIL ACTION NO. 2:08-CV-36-MEF </br> ) [WO] </br> ) </br> ) </br> ) </br> ) |

REQUEST FOR EXTENSION OF TIME WITHIN WHICH TO PAY FILING FEES

Come now, the plaintiff, Everette Loveless, # 238775, (hereinafter "Loveless") and respectfully request and extension of time within which to pay the initial partial filing fee of $21.49. and for good cause show the following in support;

1. The Plaintiff, Loveless, was houses at the J. B. Evans Correctional Center in Newell ton, Louisiana, and all funds were sent to the last known address.

2. As of the date of the filing of this request Loveless, has been transferred back into the State of Alabama, Staton Correctional Center, and the funds have not been forwarded to this address nor his P.M.O.D. Account in Alabama.

3. Loveless, has this day filed with the Authorized Officer of this Facility a Inmate Request Slip requesting that the necessary funds when they become available be forwarded to this Honorable Court's Clerk at the address that appears on the certificate of service herein.

1

WHEREFORE GOOD CAUSE SHOWN, Everette Loveless send a prayer to this Honorable Court and it's Clerk to grant this extension until the fund become available to him at this Facility.

Done this 1st day of February 2008

Submitted By

_____
Everette Loveless, pro-se

## CERTIFICATE OF SERVICE

I the below signed do hereby certify that I have this \_1st,\_ day of \_February\_ 2008, have served two copies of the foregoing on the Clerk for the Middle District of Alabama For the Northern Division, in a prepaid postage and properly addressed as listed herein and below:

Debra P. Hackett, Clerk
B110 Frank M. Johnson, Jr.
U.S. Courthouse Complex
One Church St.
P.O.Box #711
Montgomery, Al 36101-0711


Fowarding Service Requested To:

Counsel for the Defendants.
Richard F. Allen
301 South Ripley St.
Montgomery, AL 36130


Submitted By

Everette Loveless, pro-se
A.I.S.# 238775/ B
Staton Correctional Center
P.O.Box# 56
Elmore, Al 36025-0056

Everette Loveless, A.I.S.# 238775/ B
Staton Correctional Center
P.O.Box# 56
Elmore, Al 36025-0056

MONTGOMERY AL 361

01 FEB 2008 PM 2 T



Debra P. Hackett, Clerk
B110 Frank M. Johnson, Jr.
U.S. Courthouse Complex
One Church St.
P.O.Box #711
Montgomery, Al 36101-0711

**LEGAL MAIL**