```
Court Name: U S DISTRICT COURT - AL/M
Division: 2
Receipt Number: 4602004000
Cashier ID: christin
Transaction Date: 02/22/2008
Payer Name: STATON CORR FACILITY
-----------------------------------
PLRA CIVIL FILING FEE
 For: EVERETTE LOEVELESS
 Case/Party: D-ALM-2-08-CV-000036-001
 Amount:         $21.49
-----------------------------------
CHECK
 Remitter: THOMAS F STATON
 Check/Money Order Num: 5689
 Amt Tendered: $21.49
-----------------------------------
Total Due:      $21.49
Total Tendered: $21.49
Change Amt:     $0.00

DALM208CV000036-F
```