**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Ruth Naglich, Ass. Commissioner
301 S. Ripley Street
Monto, AL 36104

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _RM Busby_  ☒ Agent  ☐ Addressee

B. Received by (Printed Name): Rosie Brisbo—
C. Date of Delivery: 2/29/08

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

08cv36 (40) OPE(nt?)

3. Service Type
☒ Certified Mail  ☐ Express Mail
☐ Registered     ☒ Return Receipt for Merchandise
☐ Insured Mail   ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number (Transfer from service label): 7007 2680 0003 1841 7176

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540