# IN THE DISTRICT COURT OF THE UNITED STATES
## FOR THE MIDDLE DISTRICT OF ALABAMA
### EASTERN DIVISION

EVERETTE LOVELESS #238775 )
)
VS.                                                    ) CASE NO: 2:08-CV-36-MEF
)
**RICHARD F. ALLEN, et al.,**            )
**DEFENDANT**                         )

## MOTION TO ENLARGE THE RECORD

Come now, the plaintiff, Everette Loveless, # 238775, (hereinafter, "Loveless")

and respectfully request that the defendant in this cause be ordered to enlarge the record

in its special report to include the Civil Action that was the triggering acts by the

defendant, while the plaintiff was housed under contract of the Alabama Department of

Corrections at the; J. B. Evans Correctional Facility located at 500 Routh,  Newellton, LA

71357, the following facts are hereby submitted in support thereof:

1.) Everette, was housed in the Louisiana Private Prison J.B. Evans, by contractual
agreement with the Alabama Department of Corrections, and filed his
original §42 U.S. C. 1983 Complaint, by means of Inmate Mail on the
7th. day of  January 2008.

2.) Everette, was later returned to the Alabama Department of Corrections by
Order of the Commissioner of said A. D. O. C..

3.) Everette, then filed his present §42 U.S.C. 1983 Complaint due to the same
Civil Rights Violation while at the J. B. Evans Correctional  Facility.

4.) The two Actions herein are conjoined due to the nature and actions of the
defendants herein.

1

WHEREFORE, the plaintiff Everette Loveless sends a prayer to this Honorable Court to issue an order to the defendants that all documents and records from the J. B. Evans Correctional Facility be incorporated in to the report before this Court and that a full and complete copy be furnished to him.

**Respectfully Submitted this the** _10th_ **day of** _March_ _____ **2008.**

**Everette Loveless, pro-se**

2

## CERTIFICATE OF SERVICE

I, Everette Loveless, #238775,  do hereby certify that I have

served a true copy of the foregoing "MOTION TO ENLARGE THE

RECORD" on the State, by placing same in prison mailbox at Staton

Correctional Facility for US mailing postage prepaid and properly addressed

to the Clerk of  the U. S. District Court for the Middle District of Alabama,

"Northern Division", and a copy to be forwarded by the Clerk

to the  defendant on this the _10th_ day of _MARCH_ , 2008.

Debra P. Hackett, Clerk
B110 Frank M. Johnson, Jr.
U.S. Courthouse Complex
One Church St.
P.O.Box# 711
Montgomery, Al 36101-0711

Forwarding Service Requested To:

Counsel for the Defendants.
Richard F. Allen
301 South Ripley
Montgomery, AL 36130

Submitted By

Everette Loveless, pro-se
A.I.S. #238775/B-116A
P. O. Box # 56
Elmore, AL 36025-0056