IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| EVERETTE LOVELESS, #238775, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 2:08-CV-36-MEF |
| | ) | |
| RICHARD F. ALLEN, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER**

Upon review of the motion to enlarge the record filed by the plaintiff on March 12, 2008 (Court Doc. No. 16), which the court construes as a motion for production of documents with respect to copies of his institutional and medical records compiled during his confinement at a private prison facility in Louisiana, and for good cause, it is

ORDERED that on or before March 27, 2008 the defendants shall show cause why this motion should not be granted.

Done this 12th day of March, 2008.

/s/ Wallace Capel, Jr.
WALLACE CAPEL, JR.
UNITED STATES MAGISTRATE JUDGE