IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **EVERETTE LOVELESS, #238775** ) | |
| ) | |
|     Plaintiff, ) | |
| ) | |
| v. ) | **2:08-cv-36-MEF** |
| ) | |
| **RICHARD F. ALLEN, et al.** ) | |
| ) | |
|     Defendants. ) | |

<u>MOTION FOR AN EXTENSION</u>

COMES NOW, **Richard Allen, Ruth Naglich, J.C. Giles, and Leon Forniss**, by and through counsel and moves this Honorable Court to grant an extension of time for filing their special report and, for grounds, state as follows:

> *The prison commissioner and associate commissioner have had a hectic schedule and, as a result, counsel needs additional time to obtain their affidavits.*

**WHEREFORE PREMISES CONS**IDERED counsel moves this Honorable Court to grant the named defendants twenty (20) additional days to complete their special report.

                Respectfully Submitted,

                Troy King (KIN047)
                Attorney General

                /s/Bettie J. Carmack
                Bettie J. Carmack (CAR-132)
                *Assistant Attorney General*

## CERTIFICATE OF SERVICE

This is to certify that I have on this **7th** day of **April 2008**, served a copy of the foregoing pleading upon the plaintiff by depositing same in the United States Mail, properly addressed and postage pre-paid as follows:

        **Inmate Everette Loveless**
        **Staton Correctional Facility**
        **P. O. Box 56**
        **Elmore, AL 36025**

                /s/ Bettie J. Carmack
                Bettie J. Carmack (CAR-132)
                *Assistant Attorney General*