IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

EVERETTE LOVELESS #238775        )
    PETITIONER                )
                                ) CASE NO:2:08-CV-36-MEF
VS.                              )
                                )
RICHARD F. ALLEN, et al.,        )
                                )

PLAINTIFF'S NOTICE OF NON-COMPLIANCE
TO COURT ORDER

Come now, the Plaintiff Everette Loveless # 238775, pro-se and hereby serve notice to this Honorable Court of the non-compliance of this court's directive to the Defendant(s) Richard F. Allen, and states the following thereto;

1. The plaintiff, Loveless was housed under contract of the Defendant Richard F. Allen Commissioner of the Alabama Department of Corrections, whereas the Plaintiff developed a medical condition that required specialized care. J.B. Evans Correctional of Louisiana scheduled the needed medical evaluation for the Plaintiff.

2. J.B. Evans under contract with the Alabama Department of Corrections reported the appointment to Alabama's Prison System, thereinafter the Plaintiff was denied medical care and said appointment was withdrawn and the Plaintiff was subsequently transferred back to the Care Custody and Control of the A.D.O.C. whereas to the date of this filing the defendant has failed to give care for the condition.

3. Loveless, filed a 42 U. S. C. 1983 Complaint at J.B. Evans Correctional that was placed in the hands of prison authorities, and Loveless filed with this Honorable Court the same.

4. Loveless, on March 12th, 2008, filed to have the Defendants enlarge the record to reflect the material facts that, the much needed treatment was withdrawn by the parties herein and that the records sought are material to the issue at hand.

5. On March 12th. 2008 this Honorable Court issued an order to the defendants to show cause why the motion should not be granted and that before March 27th, 2008 the defendants shall show cause why the motion should not be granted.

6. As of this the 3rd. day of April, 2008 the defendants have not filed a response with the Plaintiff or the Court, as Order by the Court.

Wherefore the Plaintiff, Everette Loveless, sends a prayer to this Honorable Court seeking an Order Directing the Defendant to submit a complete copy of the Medical Files that are compiled by the J.B. Evans Correctional Facility of Louisiana and the records of the Alabama Department of Corrections Medical Facility to include but not limited to the Medical Request co-charges cost to the Plaintiff and all medical treatment request and medical reports that have been compiled.

Submitted this the __3rd__ day of __April__ 2008.

Respectfully Submitted By

_____
Everette Loveless # 238775

## CERTIFICATE OF SERVICE

I, Everette Loveless # 238775, do hereby certify that I have served two copies of the foregoing pleading on the State, by placing same in prison mailbox at Staton Correctional Facility for US mailing postage prepaid and properly addressed to the Clerk of District Court copy to be forwarded by the Clerk to the District Attorney as addressed below on this the 3rd day of April, 2008.

    Debra P. Hackett, Clerk
    Frank M. Johnson Jr.
    U. S. Courthouse
    One Church St.
    P. O. Box # 711
    Montgomery, AL 36101-0711

    Fowarding Service Requested To

    Counsel For the Defendant
    Richard F. Allen
    301 South Ripley St.
    Montgomery, AL 36130

    Submitted By,

    Everette Loveless # 238775
    Plaintiff, pro-se