**UNITED STATES DISTRICT COURT**

MIDDLE DISTRICT OF ALABAMA
OFFICE OF THE CLERK
POST OFFICE BOX 711
MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK

TELEPHONE (334) 954-3600

April 8, 2008

# NOTICE OF DOCKETING ERROR

**From:   Clerk's Office**

**Case Style: Everette Loveless vs. Richard F. Allen, et al**
**Case Number: 2:08cv36-MEF**

**Pleading : #21 -Order**

**Notice of Docketing Error is being  filed this date to advise the parties that the referenced Order above is hereby STRICKEN from the record as a docketing error.  The referenced order was entered in the case above in error.**