IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| **EVERETTE LOVELESS, #238775** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **2:08-cv-36-MEF** |
| | ) | |
| **RICHARD F. ALLEN, et al.** | ) | |
| | ) | |
| Defendants. | ) | |

### RESPONSE TO PLAINTIFF'S NOTICE OF NON-COMPLIANCE and MOTION TO ENLARGE THE RECORD
(Document #20 and #16)

**COME NOW** the defendants, **Richard Allen**, **Ruth Naglich**, **Leon Forniss**, and **J. C. Giles**, and hereby files their response to the Plaintiff's notice:

1. On February 25, 2008, this Honorable Court issued an issue for the defendants to respond to the Plaintiff's complaint within forty (40) days of said order or by April 7, 2008.

2. Defense counsel began representing the named defendants on March 6, 2008.

3. Defense counsel was unaware that an order had been issued on March 12, 2008.

4. On April 7, 2008, defense counsel filed a motion for an extension to obtain the necessary information to file her special report.

5. Defense counsel plans to file its special report within twenty days. Said special report shall include all of the Plaintiff's medical records from October of 2007 to February of 2008. Said records will show that the Plaintiff saw medical personnel on at least four (4) occasions while in Louisiana and has seen doctors in Alabama since his complaints of non-treatment.

Respectfully submitted,

TROY KING (KIN-047)
ATTORNEY GENERAL
By:

 /s/*Bettie J. Carmack*
Bettie J. Carmack (CAR-132)
*Assistant Attorney General*
*Civil Litigation Division*
11 South Union Street
Montgomery, AL 36130
Telephone: (334) 353-5305
Facsimile: (334) 242-2433

## **CERTIFICATE OF SERVICE**

This is to certify that I have on this _____ day of **April 2008**, served a copy of the foregoing pleading upon the plaintiff by depositing same in the United States Mail, properly addressed and postage pre-paid as follows:

**Inmate Everette Loveless
Staton Correctional Facility
P. O. Box 56
Elmore, AL 36025**

*/s/ Bettie J. Carmack*
Bettie J. Carmack (CAR-132)
*Assistant Attorney General*