IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| EVERETTE LOVELESS, #238775, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 2:08-CV-36-MEF |
| | ) | |
| RICHARD F. ALLEN, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER ON MOTION**

Upon review of the response filed by the defendants on April 8, 2008 (Court Doc. No. 23), and for good cause, it is

ORDERED that the motion for production of documents filed by the plaintiff on March 12, 2008 (Court Doc. No. 16) be and is hereby GRANTED. It is further

ORDERED that the defendants shall file as exhibits to their special report copies of all institutional and medical records compiled on the plaintiff during his confinement at a private prison facility in Louisiana which are relevant to the issues presented in this case.

Done this 8th day of April, 2008.

/s/ Wallace Capel, Jr.
WALLACE CAPEL, JR.
UNITED STATES MAGISTRATE JUDGE