**UNITED STATES DISTRICT COURT**
MIDDLE DISTRICT OF ALABAMA
OFFICE OF THE CLERK
POST OFFICE BOX 711
MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK

TELEPHONE (334) 954-3600

April 9, 2008

# NOTICE OF DOCKETING ERROR

To:  ALL COUNSEL OF RECORD
From: CLERK'S OFFICE

**Case Style: Everette Loveless vs. Richard F. Allen, et al**
**Case Number: 2:08cv36-MEF**

**Referenced Pleading: Document #24- Response to Notice of Non-Compliance and Motion to Enlarge the Record**

**The referenced pleading was electronically filed on ***April 8, 2008*** in this case and is not in compliance with the local rules and/or administrative procedures of this court.**

**The pleading is hereby STRICKEN from the record as a duplicate entry to doc.# 23 and the parties are instructed to disregard the entry of this pleading on the court's docket.**