IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **EVERETTE LOVELESS, #238775** ) | |
| ) | |
|     **Plaintiff,** ) | |
| ) | |
| v. ) | **2:08-cv-36-MEF** |
| ) | |
| **RICHARD F. ALLEN, et al.** ) | |
| ) | |
|     **Defendants.** ) | |

## CONFLICT DISCLOSURE STATEMENT

COMES NOW, *Prison Commissioner Richard Allen, Associate Prison Commissioner Ruth Naglich, Warden J. C. Giles, and Warden Forniss*, Defendants in the above-captioned matter, and in accordance with the order of this Court, make the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

    X    This party is an individual, or

    X    This party is a governmental entity, or

    X    There are no entities to be reported, or

    The following entities and their relationship to the party are hereby reported:

Reportable Entity                            Relationship to Party

_____    _____

_____    _____

_____    _____

_____    _____

RESPECTFULLY SUBMITTED, this the 24th day of April, 2008.

        TROY KING (KIN-047)
        ATTORNEY GENERAL
        By:


        /s/ *Bettie J. Carmack*
        Bettie J. Carmack (CAR-132)
        *Assistant Attorney General*
        *Civil Litigation Division*
        11 South Union Street
        Montgomery, AL 36130
        Telephone: (334) 353-5305
        Facsimile: (334) 242-2433


## CERTIFICATE OF SERVICE

This is to certify that I have on this **24th** day of **April 2008**, served copies of the foregoing pleading upon the plaintiff by depositing same in the United States Mail, addressed as follows:

**Inmate Everette Loveless**
**Staton Correctional Facility**
**P. O. Box 56**
**Elmore, AL 36025**

        /s/ *Bettie J. Carmack*
        Bettie J. Carmack (CAR-132)
        *Assistant Attorney General*