IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| EVERETTE LOVELESS, #238775 ) | |
| ) | |
|     Plaintiff, ) | |
| ) | |
| v. ) | **2:08-cv-36-MEF** |
| ) | |
| RICHARD F. ALLEN, et al. ) | |
| ) | |
|     Defendants. ) | |

## ANSWER

In response to the Plaintiff's allegations, Defendants state as follows:

1. Defendants deny Plaintiff's allegations and demand strict proof thereof.

2. Defendants deny that any of the Plaintiff's constitutional rights have been violated.

3. Defendants assert the affirmative defenses of sovereign, qualified immunity, and absolute immunity.

4. Defendants deny each and every material allegation not expressly admitted herein and demand strict proof thereof.

Respectfully submitted,

TROY KING (KIN-047)
ATTORNEY GENERAL
By:

/s/*Bettie J. Carmack*
Bettie J. Carmack (CAR-132)
*Assistant Attorney General*
*Civil Litigation Division*
11 South Union Street
Montgomery, AL 36130
Telephone: (334) 353-5305
Facsimile: (334) 242-2433

**CERTIFICATE OF SERVICE**

This is to certify that I have on this **24th** day of **April 2008**, served a copy of the foregoing pleading upon the plaintiff by depositing same in the United States Mail, properly addressed and postage pre-paid as follows:

**Inmate Everette Loveless**
**Staton Correctional Facility**
**P. O. Box 56**
**Elmore, AL 36025**

*/s/ Bettie J. Carmack*
Bettie J. Carmack (CAR-132)
*Assistant Attorney General*

2