# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA
### NORTHERN DIVISION

EVERETTE LOVELESS, #238775 )
                               )
       Plaintiff,          )
                               )
v.                            )     **2:08-cv-36-MEF**
                               )
RICHARD F. ALLEN, et al.     )
                               )
       Defendants.      )

## SPECIAL REPORT

**COMES NOW**, the defendants, **Prison Commissioner Richard Allen, Associate Prison Commissioner Ruth Naglich, Warden J. C. Giles, and Warden Forniss**, by and through Bettie J. Carmack of the Attorney General's Office, and hereby files their response to the Court's order dated February 29, 2008.

### *Parties*

1.    **EVERETTE LOVELESS** (Plaintiff) - An inmate found guilty of murder on December 13, 2004 and sentenced to a prison term of twenty years. Inmate Loveless is currently housed at Staton Correctional Facility whose address is P. O. Box 56 Elmore, AL 36025.

2**.**    **RICHARD ALLEN** (Defendant) - State of Alabama Department of Corrections Prison Commissioner.

3.    **RUTH NAGLICH** (defendant) – Associate Commissioner of Health Services for the State of Alabama Department of Corrections.

4.      **J. C. GILES** (defendant) – Correctional Warden III for the Alabama Department of Corrections, whose work location is Ventress Correctional Facility located at P. O. Box 767 Clayton, Alabama 36016-0767.

4**.**     **LEON FORNISS** (defendant) - Correctional Warden III with the Alabama Department of Corrections, whose work location is Staton Correctional Facility located at P. O. Box 56 Elmore, AL 36025.

### *Exhibits*

1.     Exhibit A-     J. C. Giles' affidavit

2.     Exhibit B-     Leon Forniss' affidavit

3.     Exhibit C-     Loveless' Alabama Medical Records

4.     Exhibit D-     Loveless' Louisiana Medical Records

5.     Exhibit E-     Loveless' Sentencing Report

6.     Exhibit F-     Ruth Naglich's affidavit

7.     Exhibit G-     Richard Allen's affidavit

### *Plaintiff's Claims*

*Inmate Loveless has asserted the following claims against Richard Allen*:

1.     Allen transferred him to an out-of-state facility without regard for his chronic medical conditions.

2.     Allen lied to his family about the medical care he was receiving at the Louisiana facility.

3.     Allen ordered the Louisiana facility not to provide him with medical care or his special diabetic diet.

*Inmate Loveless has asserted the following claims against Ruth Naglich*:

1. Naglich allegedly denied Loveless medical treatment for his rectal bleeding.

2. Naglich allegedly lied to Loveless' family about the medical care he was receiving at the Louisiana facility.


*Inmate Loveless has asserted the following claims against Leon Forniss*:

1. Forniss allegedly did not make sure he received his medicine and meals right before his trip to the Louisiana Facility.

2. Forniss did not make sure that the Louisiana Facility provided him with a diabetic diet or provided him with medical treatment.

3. Forniss lied to his family about the medical treatment he was receiving at the Louisiana facility.


*Inmate Loveless has asserted the following claims against J. C. Giles*:

1. Giles lied to his family about the quality of medical care he was receiving at the Louisiana facility.

2. Giles transferred him to an out-of-state facility without regard for his chronic medical conditions.

<u>Discussion</u>

I.      *Deliberate Indifference to medical needs*

The crux of the claims raised by Inmate Loveless seem to be that prison officials were deliberately indifferent to his medical needs, as evidenced by their failure to get him treatment for his medical conditions, the alleged lies to his family about the medical treatment, and the decision to transfer him to an out-of-state facility in spite of his medical conditions.  "It is well established that "deliberate indifference to serious medical needs of prisoners constitutes the 'unnecessary and wanton infliction of pain' . . . proscribed by the Eighth Amendment." <u>Brown v. Johnson</u>, 387 F. 3d 1344, 1351 (11th Cir. 2004).  "To show that a prison official acted with deliberate indifference to serious medical needs, a plaintiff must satisfy both an objective and subjective inquiry." *Id. citing* <u>Farrow v. West</u>, 320 F. 3d 1235, 1243 (11th Cir. 2003).  First, the plaintiff must prove an objectively serious medical need . . . Second, the plaintiff must prove that the prison acted with deliberate indifference to that need." *Id*.

**A.      Objectively serious medical need**

An objectively serious medical need is "one that has been diagnosed by a physician as mandating treatment or one that is so obvious that even a lay person would easily recognize the necessity for a doctor's attention."  *Id*. *quoting* <u>Farrow v. West</u>, 320 F.3d 1235, 1243 (11th Cir. 2003).  In this case, Inmate Loveless had a medical screening before his transfer to the Louisiana facility and the medical screening notes indicate that Inmate Loveless has diabetes, hypertension, and Hepatitis C. (Exhibit **C**) The defendants

concede that diabetes, uncontrolled hypertension[1] and hepatitis C all likely constitute serious medical needs. See Brown v. Johnson, 387 F.3d 1344, 1351 (11th Cir. 2004)(hepatitis constitutes a serious medical need); Barnes v. Jones, 2006 WL 628060, at *2 and *7 (D. Colo. Feb. 26, 2007)(Diabetes constitutes a serious medical need.); LaBounty v. Gomez, 1997 WL 104959, *8(S.D.N.Y. Mar. 10, 1997)(uncontrolled hypertension is an objectively serious condition).


### B.    Subjective inquiry

 "To establish . . . deliberate indifference to [a] serious medical need, the prisoner must prove three facts: (1) subjective knowledge of a risk of serious harm; (2) disregard of that risk; and (3) by conduct that is more than mere negligence." Brown v. Johnson, 387 F. 3d 1344, 1351 (11th Cir. 2004).  "Deliberate indifference can be manifested by prison personnel intentionally denying or delaying access to medical care, by prison personnel interfering with prescribed treatment, or by prison doctors responding indifferently to a prisoner's medical needs." King v. Corr. Med. Services, Inc., 919 So. 2d at 1192 citing Estelle, 429 U.S. at 104-05.

Inmate Loveless contends that prison officials were deliberate indifferent to his serious medical needs in the following ways:

1.    Transferring him to an out of state facility;
2.    Ordering officials at the out-of-state facility not to treat his diabetes, rectal bleeding, and provide him with a special diabetic diet
3.    Not providing him with medicine and meals before his trip to Louisiana
4.    Lying to his family about the medical treatment he was receiving at the Louisiana facility.

---

[1]  The defendants do not concede that Inmate Loveless' hypertension is uncontrolled, only that *if* Inmate Loveless' hypertension was indeed uncontrolled that this would constitute a serious medical need.

### 1.  Allen and Giles improperly transferred Loveless to an out of state facility

Inmate Loveless has asserted in his complaint that Richard Allen and J.C. Giles transferred him to an out of state facility without regard for his chronic medical conditions.  Inmate Loveless seems to imply in his complaint that he was entitled to some form of due process before he was transferred to the Louisiana prison facility.  Inmate Loveless further intimates that, if he had been granted proper due process, he would not have been transferred because he has chronic medical conditions.

The transfer of Inmate Loveless to an out of state facility did not implicate fourteenth amendment due process rights.  "A convicted prisoner has no constitutionally protected right to confinement in a particular penal facility . . . Thus, an inmate may be confined in any correctional facility without implicating the prisoner's constitutional rights . . . Consequently, the failure to imprison [Inmate Loveless] in a state correctional facility within the State of Alabama does not implicate the due process protection of the Constitution and such claim is therefore due to be dismissed. . ." Nance v. Blanco, 2007 WL 1063520, at *2 (Apr. 4, 2007).

Because the transfer of Inmate Loveless to the out of state facility did not implicate his constitutional rights, his claim against Richard Allen and J.C. Giles (regarding his transfer to the out of state facility) is due to be dismissed.

      2. *Allen, Naglich, and Forniss allegedly ordered the Louisiana officials not to treat Loveless' diabetes, treat his rectal bleeding and, to not provide him with a special diabetic diet*

Loveless has alleged in his complaint that certain defendants ordered the Louisiana medical personnel not to provide him with medical treatment for his diabetes or to provide him with a diabetic diet or treat his rectal pleading.  Inmate Loveless' claim is without merit.  When the Alabama Department of Corrections transferred Loveless to the Louisiana facility, they instructed the facility to give Loveless a gastrointestinal consultation, a bottom bunk, and a 2200 calorie diet. (Exhibit **D** – pg. 15)

Loveless' medical records indicate that he was seen by Louisiana medical personnel frequently during his two (2) month stay at the Louisiana prison facility.  More specifically, Loveless' medical records indicate Loveless had the following medical visits during the time he was incarcerated in Louisiana:

| | |
|---|---|
| November 7, 2007 | Physical and Health Screening |
| December 7, 2007 | Saw the doctor related to various complaints |
| | Lab work ordered |
| December 9, 2007 | Edema noted |
| December 12, 2007 | Blood pressure check |
| December 31, 2007 | Loveless was sent to the emergency room for rectal bleeding |

(Exhibit **D**)

Loveless' lab work indicates that his diabetes was properly controlled.  According to Loveless' lab test results, his hemoglobin Alc was 5.6 percent. (Exhibit **D** – pg. 21)  A diabetic should have hemoglobin Alc less than 7 percent and Loveless' hemoglobin fell within this range.  *See id*. The Louisiana facility noted that Loveless should have a special 2200 calorie diet that should begin on November 16, 2007. (Exhibit **D** – pg. 29)

Loveless was seen at the emergency room on December 31, 2007 for his rectal bleeding. The nurse noted that Loveless had a history of "polyps" and this likely accounted for why Loveless was not seen earlier for the rectal bleeding. (Exhibit **D** – pg. 11) Loveless contends that, although the Louisiana prison facility had him scheduled for a gastrointestinal consultation for his rectal bleeding, certain Alabama defendants ordered that the consultation not take place. In actuality, Loveless was transferred back to an Alabama prison before the consultation could take place. (Exhibit **D** – pg. 20) Loveless was transferred back to an Alabama prison on or about January 10, 2008 and his complaints about rectal bleeding were addressed on or about January 11, 2008, January 24, 2008, and February 7, 2008. Inmate Loveless was indeed receiving treatment for his complaints of rectal bleeding. (Exhibit **C**- pgs. 34; 55-57)

Inmate Loveless has always received prompt medical treatment for any medical problems he may have had while incarcerated. (Exhibits **C** and **D**) Inmate Loveless' main complaint, therefore, seems to be that, for the two months he was incarcerated in Louisiana, his eighth amendment rights were allegedly violated by an alleged **delay** in getting him medical treatment. Even if, arguendo, there was a delay in Loveless receiving medical treatment during the two months he was incarcerated in Louisiana, he has failed to show how he was substantially harmed by said delay. *See* <u>Wood v. Prison Health Services, Inc</u>., 2008 WL 205314, at \*10 (S.D. Ala. Jan. 22, 2008)("[E]ven if this Court were to determine that the delay . . . was deliberate, Plaintiff has offered no evidence of any substantial harm, such as extreme pain or permanent impairments as a result of the delay.").

"An inmate who complains that delay in medical treatment rose to a constitutional violation must place verifying medical evidence in the record to establish the detrimental effect of delay in medical treatment to succeed."   Hill v. DeKalb Reg'l Youth Det. Center, 40 F. 3d 1176, 1188 (11th Cir. 1994).  Loveless has failed to provide medical records indicating that he suffered a detrimental effect by a delay in medical treatment while in Louisiana.  The defendants, however, have produced Loveless' medical records from October of 2007 to February of 2008 and none of these records indicate that Inmate Loveless suffered any life-long handicap or permanent loss as a result of an alleged delay of the Louisiana facility to get him medical treatment for any of his medical conditions. *See* Hill v. Dekalb Reg'l Youth Det. Center, 40 F. 3d at 1188.

Because Inmate Loveless' medical records indicate that he received treatment for his medical conditions in Louisiana and Loveless has failed to produce evidence of any substantial harm as a result of an alleged delay in medical treatment at the Louisiana prison facility, Inmate Loveless' deliberate indifference claims against Richard Allen, Ruth Naglich, and Leon Forniss are due to be dismissed.

> 3.  *Warden Forniss allegedly did not provide Loveless with medicine or meals before his trip to Louisiana*

Inmate Loveless contends that he was not provided with any food or medicine before his trip to Louisiana.  Inmate Loveless' claim is without merit.  According to Warden Forniss, Inmate Loveless was afforded the opportunity to receive food and medicine on November 5, 2007 and November 6, 2007.  Perhaps, Inmate Loveless refused the food or medicine just as he did on December 12, 2007. (Exhibit **D** – pg. 11)("Offender gave his noon meal away and refused his afternoon snack.")

    4. *Prison officials allegedly lied to Loveless' family about the quality of medical care he received in Louisiana*

Inmate Loveless has alleged that Richard Allen, Ruth Naglich, Leon Forniss, and J. C. Giles lied to his family about the medical care he received at the Louisiana prison facility. Inmate Loveless' claim is without merit. Richard Allen, Ruth Naglich, Leon Forniss, and J. C. Giles all deny having any contact with Inmate Loveless' family regarding the medical care issue or any other issue regarding Inmate Loveless. (Exhibits **A**, **B**, **F** and **G**).

Furthermore, Inmate Loveless has not specified what constitutional right was violated when the named defendants allegedly lied to his family about his medical care at the Louisiana facility. As a result, Inmate Loveless' claim is vague and conclusory and due to be dismissed. *See* <u>Fullman v. Graddick</u>, 739 F. 2d 553, 556-57 (11th Cir. 1984)(finding that vague and conclusory claims are subject to dismissal).

## CONCLUSION

At most, Inmate Loveless has alleged a claim of medical negligence. "A showing of negligence, neglect, or medical malpractice is . . . insufficient to establish a constitutional violation." <u>Smith v. Ala. Dep't of Corrections</u>, 2007 WL 1266672, at *2 (M.D. Ala. Apr. 30, 2007).

II.    *Immunity*

## A. The defendants are immune from suit in their official capacities by virtue of sovereign immunity.

Inmate Loveless' claims against the defendants in their official capacities are due to be dismissed pursuant to the doctrine of sovereign immunity. The defendants are absolutely immune from liability. As the United States Supreme Court has stated:

> There can be no doubt… that suit against the State and its Board of Corrections is barred by the Eleventh Amendment, unless Alabama has consented to the filing of such a suit. Edelman v. Jordan, 415 U.S. 651 (1974); Ford Motor Co. v. Department of Treasury, 323 U.S. 459 (1945); Worcester County Trust Co. v. Riley, 302 U.S. 292 (1937). Respondents do not contend that Alabama has consented to this suit, and it appears that no consent could be given under Art. I, § 14, of the Alabama Constitution, which provides that 'the State of Alabama shall never be made a defendant in any court of law or equity.'

Alabama v. Pugh, 438 U.S. 781, 782 (1978).  There has been no consent or waiver of immunity in this case.  Inmate Lucas' claim against the defendants in their official capacities, therefore, fails because the defendants are absolutely immune from being sued in their official capacities.

## B. The defendants are immune from suit in their individual capacity by virtue of qualified immunity.

The defendants are entitled to qualified immunity. Prison officials are protected from civil liability if their actions did not violate clearly established statutory or constitutional rights of which a reasonable person would have known. *See* Hope v. Pelzer, 536 U.S. 730, 739 (2002).  In this case, the defendants are protected by qualified immunity on Inmate Loveless' claim that the defendants delayed treatment for his medical conditions, because he has failed to show that the defendants were deliberately

11

indifferent to a serious medical need that resulted in his constitutional rights being violated. *See* <u>Harlow v. Fitzgerald</u>, 457 U.S. 800, 818 (1982).

## **RELIEF REQUESTED**

Based on the foregoing, the defendants, **Richard Allen, Ruth Naglich, J.C. Giles, and Leon Forniss,** respectfully request that this court treat their special report as a Motion for Summary Judgment, and enter judgment their favor.

RESPECTFULLY SUBMITTED, this the 24th day of April, 2008.

TROY KING (KIN-047)
ATTORNEY GENERAL
By:


/s/ *Bettie J. Carmack*
Bettie J. Carmack (CAR-132)
*Assistant Attorney General*
*Civil Litigation Division*
11 South Union Street
Montgomery, AL 36130
Telephone: (334) 353-5305
Facsimile: (334) 242-2433

## <u>CERTIFICATE OF SERVICE</u>

This is to certify that I have on this **24th** day of **April 2008**, served copies of the

foregoing pleading upon the plaintiff by depositing same in the United States Mail,

addressed as follows:

**Inmate Everette Loveless
Staton Correctional Facility
P. O. Box 56
Elmore, AL 36025**

<u>*/s/ Bettie J. Carmack*</u>
Bettie J. Carmack (CAR-132)
*Assistant Attorney General*



DEFENDANT'S
EXHIBIT

A

# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA
### NORTHERN DIVISION

EVERETTE LOVELESS, #238775    )
                                         )

      Plaintiff,                )

vs.                               )  CIVIL ACTION NO. 2:08-CV-36-MEF

RICHARD F. ALLEN,  et. al.,      )

      Defendants.          )

## A F F I D A V I T

Before me the undersigned authority, a Notary Public in and for said County and State of Alabama at Large, personally appeared one J. C. Giles, who being known to me and being by me first duly sworn, deposes and says on oath as follows:

My name is J. C. Giles, and I am presently employed as a Correctional Warden III, with the Alabama Department of Corrections at the Ventress Correctional Facility in Clayton, Alabama.  I am over the age of twenty-one (21).

Inmate Everette Loveless, AIS #238775 alleges in his lawsuit delivered to me on February 27, 2008 that he had spoken to me while he was at Ventress Correctional Facility regarding his proposed out-of-state transfer due to his medical condition and chronic care condition.  He

**Page 2**
**Affidavit – J. C. Giles**

further states that I denied him medical treatment while he was here at

Ventress and that I lied to his family about the medical treatment he is

receiving in Louisiana.

I have not talked or corresponded with inmate Everette Loveless,

#238775 at any time while he was at Ventress Correctional Facility or

afterwards regarding his medical condition or his transfer. I do not have

any thing to do with transferring inmates to the State of Louisiana;

therefore, I did not send Loveless anywhere. The decision was made at the

Central Records Office in Montgomery, Alabama. I do not have any control

over the medical treatment an inmate receives in the prison facilities. I do

not recall talking with any of inmate Loveless' family at any time regarding

his medical treatment in Louisiana.

The above-related facts are the entirety of my involvement with inmate

Loveless regarding these allegations. I deny that I have violated any of his

constitutional rights.

_J. C. Giles        3-10-08_
J. C. Giles        Date

State of Alabama   )

Barbour County    )

Sworn to and subscribed before me this _10th_ day of March, 2008.

_Reba J Currie_
**Notary Public**
**My Commission Expires:** _9-8-09_



DEFENDANT'S
EXHIBIT
B

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

EVERETTE LOVELESS, #238775          )
                                    )
            Plaintiff,              )
                                    )
V.                                  )    CIVIL ACTION NO.2:08-CV-36-MEF
                                    )
RICHARD F. ALLEN, et al.            )
                                    )
            Defendants.             )

## A F F I D A V I T

**State of Alabama**      :

**Elmore County**        :

Before me, the undersigned authority, a Notary Public in and for said County and State of Alabama at Large, personally appeared Leon Forniss, who being known to me and being by me first duly sworn, deposes and says on oath as follows:

My name is Leon Forniss. I am presently employed as a Correctional Warden III with the Alabama Department of Corrections at Staton Correctional Facility, P.O. Box 56, Elmore, Alabama 36025. I am over twenty-one years of age and have personal knowledge of the facts set forth below.

I have reviewed the complaint of Inmate Everette Loveless and this is my response to his complaint.

In this civil action, Inmate Everette Loveless B/M #238775 alleges that he was denied proper medical treatment when he was sent out of state to be housed in Louisiana. Inmate Loveless arrived at Staton Correctional Facility on November 5, 2007, at

approximately 12:15 p.m. from Ventress Correctional Facility. Inmate Loveless was one of many that arrived from Ventress and bedded overnight for transfer to Louisiana on November 6, 2007. On November 6, 2007, at approximately 8:30 a.m. the bus departed Staton enroute to Louisiana..

On November 5, 2007, feeding (Supper) on Second Shift commences at approximately 3:00 P.M. with Diabetics being fed first. Population Pill Call on Second Shift commences at approximately 5:00 P.M. Inmate Loveless was afforded the opportunity to eat and receive medication on Second Shift. Feeding (Breakfast) on Third Shift commences at approximately 3:00 A.M. with Diabetics being fed first. Population Pill Call on Third Shift commences at approximately 3:15 A.M. Inmate Loveless was afforded the opportunity to eat and receive medication on November 6, 2007. Staton's protocol is when an inmate has a complaint after hours; it can be brought to the on duty Supervisors' attention.

On the morning of November 6, 2007, after hearing Inmate Loveless complaint that he was a Diabetic and should not be sent to Louisiana; I had Inmate Loveless' medical jacket reviewed by the Medical staff at Staton Correctional Facility. The Medical Staff was advised of Inmate Loveless' complaint, reviewed his medical file, and based their decision on the information available pertaining to inmate's Loveless medical history and treatment. Inmate Everette Loveless was diagnosed as a Non-Insulin Dependent Diabetic and therefore suitable for the transport. Any medical treatment render by the Louisiana Facility was totally out of my realm of duty. Any service by the medical staff at the Louisiana Facility had to be approved by Prison Health Service.

I have never had any contact with Inmate Everette Loveless' family in regards to his medical condition or any medical treatment Inmate Loveless is receiving.

As Warden of Staton Correctional Facility, I can only refer an Inmate to the Medical Staff for evaluation and must rely totally on their professional opinion when evaluating an inmates' medical complaint.

To my knowledge, the above-related facts are the entirety of my involvement with Inmate Loveless concerning the allegations on which his complaint is based.

I deny that I have violated any well-established civil rights of Inmate Loveless.

LEON FORNISS

SWORN TO and SUBSCRIBED before me this _____ day of March 2008.

NOTARY PUBLIC

My Commission Expires:

# A F F I D A V I T

DEFENDANT'S
EXHIBIT

C

**STATE OF ALABAMA** )
)
_____ **COUNTY** )


I, _T Ellerbee_____ hereby certify and affirm that I am

a _MEDICAL Record Clerk_ at _STATON Healthcare Unit_:

that I am one of the custodians of medical records at this institution; that the

attached documents are true, exact, and correct photocopies of certain medical records

maintained here in the institution medical file of one _Loveless Everette_,

AIS # _228995_____ ; and that I am over the age of twenty-one years and am

competent to testify to the aforesaid documents and matters stated herein.

I further certify and affirm that said documents are maintained in the usual and

ordinary course of business at _STATON_____:

and that said documents (and the entries therein) were made at, or reasonably near, the

time that by, or from information transmitted by, a person with knowledge of such acts,

events, and transactions referred to therein are said to have occurred.

This, I do hereby certify and affirm to on this the _25_ day of

_____ in the year _2008_.


_T Ellerbee_____

_____
Notary Public

_4/10/2010_____
My Commission Expires:

**BSR**

**BioReference**
L A B O R A T O R I E S

| D O C T O R | CMS STATON 2690 MARION SPILLWAY RD. ELMORE, AL 36025 | | |
|---|---|---|---|
| | (A0316-3)   Bio-Net Print | -FINAL-  Original Report 02/27/2008 | |

| NAME LOVELESS, EVERETTE | PATIENT I.D. / ROOM NO. 238775 | DOCTOR / GROUP NAME CORBIER, PAUL | | |
|---|---|---|---|---|
| LAB I.D. NO. 107282478 | DATE COLLECTED 02/26/2008 11:13 | DATE RECEIVED 02/27/2008 10:09 | DATE OF REPORT 2/27/2008 11:18 | AGE 45 Y | SEX M |

| Test Description | Result | Abnormal | Reference Range |
|---|---|---|---|

Tests Ordered : HEMOGLOBIN A1C (GLYCOHGB), ,
---------------------------* MISCELLANEOUS *----------------------------------

| HGB. A1c(glycohgb) | 5.7 | | 4-6% |

*************************************************************************************

HEMOGLOBIN A1c RANGES(%)
    < 4-6%
    < 6-7%
    > 8%

GLUCOSE CONTROL INDEX
Non-Diabetic Level
Diabetic Control
Additional action suggested

Final Report

Page: 1

3/5/08
M

James Weisberger, M.D.
LABORATORY DIRECTOR

481 EDWARD
ELMWOOD PA
1-8

# ADOC

## DEPARTMENT OF CORRECTIONS

## RECEIPT OF MEDICAL EQUIPMENT/APPLIANCE FORM

I, __Everette Loveless__ _____ __238 775__
   (Print Name)                              (Doc#)

acknowledge receipt of the following medical equipment or appliance:

( )   Splint

( )   Eyeglasses

( )   Dentures

( )   Prothesis        describe _____

( )   Wheelchair

( )   Cane

( )   Crutches

(✓)   Other           describe __Insoles x 90 days  (sz 12)__

I acknowledge that the equipment/appliance is functional for my use.

I also acknowledge the equipment/appliance is in good working condition.

_____              __2-25-08__
        (Inmate)                              (Date)

_____              __2-25-08__
        (Witness)                             (Date)

| INMATE NAME (LAST, FIRST, MIDDLE) | DOC# | DOB | R/S | FAC. |
|---|---|---|---|---|
| Loveless, Everette | 238775 | 10-8-62 | BM | Staton |

(White – Medical File, Yellow – Security Property Offic

2

**ADOC**
## SPECIAL NEEDS COMMUNICATION FORM

**Date:** 2-21-08

**To:** Staton

**From:** HCU

**Inmate Name:** Loveless, Everette    **ID#:** 238775

**The following action is recommended for medical reasons:**

1.  House in _____

2.  Medical Isolation _____

3.  Work restrictions _____

4.  May have extra _____ until _____

5.  Other _____

**Comments:**

May purchase shoes from ADOC approved

store /list

**Date:** 2-21-08    **MD Signature:** Adams CRNP / S. Taylor LPN    **Time:** 1015

CMS E-Form AL

60418

3

## ADOC

### FINGER STICK BLOOD RECORD FORM

NAME: Loveless, Everette

INSTITUTION/FACILITY: Staton

I.D. #: 238 775    D.O.B.: 10/8/62

CELL SITE: _____

PHYSICIAN ORDER/INSTRUCTIONS: _____

| DATE | TIME | INITIALS | BLOOD SUGAR RESULTS | URINARY KETONE LEVEL (if required) | INITIALS | * | ACTIONS TAKEN/COMMENTS |
|------|------|----------|---------------------|-----------------------------------|----------|---|------------------------|
| 2/11 | 3p | SW | 62 | | | | Ø |
| 2/12 | 3A | RM | 153 | | | | |
| 2/12/08 | 3p | M | 185 | | M3 | | |
| 2/13 | 3A | U | 141 | | U | | Ø |
| 2/13/08 | 3p | SW | 109 | | U | | Ø |
| 2/14 | 3A | CH | 193 | | SW | | Ø coverage |
| 2/14 | 3p | SW | 82 | | SW | | Ø coverage |
| 2/15/08 | 3A | RB | 208 | | SW RB | | Ø coverage |
| 2/15/08 | 3p | SW | 120 | | SW | | Ø coverage |
| 2/16/08 | 3A | RM | 223 | | | | Ø coverage |
| 2/16/08 | 3p | M3 | 164 | | M3 | | |
| 2/17 | 3A | TK | 181 | | V | | |
| 2/17 | 3p | M | 142 | | M | | Ø |
| 2/19/08 | 3A | RB | 127 | | | | Ø |
| 2/20/08 | 3A | RM | 243 | | | | |
| 2/20 | 3p | St | 124 | | St | | |
| 2/21 | 3p | U | 131 | | | | |
| 2/24/08 | 3A | RB | 125 | | | | |
| 2/25/08 | 3A | RM | 124 | | | | |
| 2/28/08 | 3p | SW | 79 | | | | Ø coverage |
| 2/29/08 | 3p | M | 142 | | M | | |

*Check if results called to physician.

| Date | Initials | Signatures |
|------|----------|------------|
| 2-20-08 | St | S. Taylor LPN |
| | | |
| | | |
| | | |
| | | |

| Date | Initials | Signatures |
|------|----------|------------|
| | | |
| | | |
| | | |
| | | |
| | | |

4

**ADOC**

**FINGER STICK BLOOD RECORD FORM**

NAME: Loveless Everette

INSTITUTION/FACILITY: Staton

I.D. # 338 775    D.O.B.: 10-8-62

CELL SITE: Start 1-23-08    Stop 3-23-08

PHYSICIAN ORDER/INSTRUCTIONS: BS ✓ BID x 60 days If BS between 200-350 repeat in 2 hrs and notify provider during day shift If BS ˃351 the MD on call must be notified

| DATE | TIME | INITIALS | BLOOD SUGAR RESULTS | URINARY KETONE LEVEL (if required) | INITIALS | * | ACTIONS TAKEN/COMMENTS |
|------|------|----------|---------------------|-----------------------------------|----------|---|------------------------|
| 1/29/08 | 3A | RB | 115 | | RB | | |
| 1/29/08 | 3P | SW | 139 | | SW | | ∅ coverage |
| 1/30/08 | 3A | | 84 | | | | |
| 1/30/08 | 3P | &C | 114 | | | | |
| 1/31/08 | A | | | | | | |
| 1/31/08 | P | CH | | | | | |
| 2/1/08 | 3A | RB | 156 | | RB | | |
| 2/1/08 | 3P | SW | 80 | | | | ∅ coverage |
| 2/2/08 | 3P | | 134 | | | | |
| 2/3/08 | 3P | NS | 94 | | NS | | ∅ |
| 2/3/08 | 3P | | 106 | | | | |
| 2/4/08 | 3A | Y | 58 | | Y | | 8 |
| 2/5/08 | 3A | CH | 120 | | | | |
| 2/5/08 | 3P | SW | 98 | | SW | | ∅ coverage |
| 2/6/08 | 3A | RM | 160 | | | | |
| 2/6/08 | 3P | RM | 106 | | RM | | |
| 2/7/08 | 3A | RM | 50 | | | | |
| 2/8/08 | 3A | CH | 191 | | | | |
| 2/9/08 | 3A | RM | 168 | | | | |
| 2/9/08 | 3P | &C | 185 | | | | |
| 2/10 | 3A | | 190 | | A | | |
| 2/11/08 | 3A | RB | 120 | | RB | | |

*Check if results called to physician.

| Date | Initials | Signatures |
|------|----------|------------|
| | | |
| | | |
| | | |
| | | |

| Date | Initials | Signatures |
|------|----------|------------|
| | | |
| | | |
| | | |
| | | |

2/15/08
M2



**PRISON HEALTH SERVICES INCORPORATED**

# SPECIAL NEEDS COMMUNICATION FORM

**Date:** ~~DO~~ 10-15-07

**To:** DOC

**From:** HCU/CCC

**Inmate Name:** Loveless Everette        **ID#:** 238775

The following action is recommended for medical reasons:

1. House in _____

2. Medical Isolation _____

3. Work restrictions _____

4. May have extra _____ until _____

5. Other _____

**Comments:**

Report to HCU on 1-22-08 @ 700 Am
to see Dr. Peasant/ CCC

**Date:** 10/15/07  **MD Signature:** Peasant/ Murphy  **Time:** _____

60418

**B:R** BioReference
LABORATORIES

| | |
|---|---|
| **D O C T O R** VENTRESS CORRECTIONAL FAC.<br>379 HWY 239<br>CLYTON AL, AL  36016<br><br>(A0115-9)   Bio-Net Print | BOOK/CASE:<br><br><br>-FINAL-   Original Report 10/05/2007 |

| NAME LOVELESS, EVERETTE | PATIENT I.D. / ROOM NO. 238775.2286 | DOCTOR / GROUP NAME PEASANT, JOHN |
|---|---|---|

| LAB I.D. NO. 105880289 | DATE COLLECTED 10/03/2007 10:46 AM | DATE RECEIVED 10/04/2007 09:47 | DATE OF REPORT 10/6/2007 06:21 | AGE 44 Y | SEX M |
|---|---|---|---|---|---|

| Test Description | Result | Abnormal | Reference Range |
|---|---|---|---|

Tests Ordered : CREATININE 24HR URINE, PROTEIN, URINE, 24 HR., ,

Comment :
         T.V.=5900MLS

------------------------------* CHEMISTRY *------------------------------

| | | | | |
|---|---|---|---|---|
| * Creatinine | 0.9 | | 0.6-1.3 | mg/dl |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

* GFR, Estimated = 96.98 mL/min/1.73m2

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

------------------------------* MISCELLANEOUS *------------------------------

| Test Description | Result | Abnormal | Reference Range |
|---|---|---|---|
| CREATININE,URN.,24HR | 1.3 | | 0.4-1.8 GM/24 H |
| URINE VOLUME, TIMED | | 5900 HI | 1200-2000 ML/24 |
| CREAT.URN.24HR(mg/dL | 22.5 | | mg/dL |
| PROTEIN,URINE,24HR | | 236 HI | 28-141 mg/24hr |
| CREAT.CLEARANCE,CALC | 102 | | 71-151 ML/MIN |

                        Final Report                    Page: 1

*James Weisberger, M.D.*
**LABORATORY DIRECTOR**



**PRISON**
**HEALTH**
**SERVICES**
*INCORPORATED*

## PATIENT CONSENT AND AUTHORIZATION
## FOR ORAL SURGERY OR EXTRACTION

Patient Name _Loveless, Everette_ AIS# _238775_

1. I understand that there are risks, and possible complications of oral surgery including swelling, bleeding, pain, loss of tooth parts or fillings, bone fragments, sinus involvement, infection, jaw fracture, temporary or permanent numbness or tingling of the lips, tongue, skin, gums, cheek or teeth. Some complications may require further treatment and or surgery.

2. I consent to the use of local anesthetics or other medications and that there are possible side effects, including allergic reactions and these have been explained to me.

3. I have had the opportunity to ask questions which have been answered to my satisfaction.

4. I understand there is no guarantee of success or permanence of the treatment.

5. I authorize the disposal of any tissues, which, in the course of treatment, may be removed.

### SPECIFIC TREATMENT

| Tooth Number | Procedure | Date |
|---|---|---|
| 2 | extraction | 10-9-07 |
| | | |
| | | |
| | | |

_____
Patient's Signature                    _10-9-07_
                                                     Date

_W. E. Shirley, D.D.S_
Dentist's Signature                   _10-9-07_
                                                     Date

530-AL

8



**PRISON
HEALTH
SERVICES
INCORPORATED**

## DEPARTMENT OF CORRECTIONS

# DENTAL RECORD TREATMENT

**Services Rendered**

| Date | Tooth # | Diagnosis | Treatment | Initials | Class |
|------|---------|-----------|-----------|----------|-------|
| 10.9.07 | 3 | caries | extraction | cw&s | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

| PATIENT LAST NAME | FIRST | MIDDLE | DOB | R/S | ID NO. |
|-------------------|-------|--------|-----|-----|--------|
| | | | | | |

PHS-MD-70022

9



**PHS**

PRISON
HEALTH
SERVICES
INCORPORATED

## PATIENT CONSENT AND AUTHORIZATION FOR DENTAL TREATMENT

**Patient Name:** *Everette Loveless*          **AIS #:** *238775*

1.     I agree to having dental x-rays taken of my teeth and jaws in order to determine my dental problems.

2.     I have had a treatment plan explained to me, including alternatives or the recommendation of no treatment.

3.     I consent to the use of local anesthetics or other medications and that there may be side effects, including allergic reactions and this has been explained to me.

4.     I have had the opportunity to ask questions which have been answered to my satisfaction.

5.     I understand there is no guarantee of success or permanence of the treatment.

_____          _____
**Patient's Signature**                                                  **Date** 12/04/07

_____          _____
**Dentist's Signature**  DMD                                   **Date** 4/12/07

60528-AL

10

# ALABAMA DEPARTMENT OF CORRECTIONS

# PROBLEM LIST

INMATE NAME _Loveless, Everette_    AIS# _238775_

Medication Allergies: _nkda_

Medical: Chronic (Long-Term) Problems
         Roman Numerals for Medical/Surgical        _DOB  10/8/62_

Mental Health Code: SMI  HARM  HIST  NONE
         Capital Letter for Psychiatric Behavior        _Hx PPD_

| Date Identified | Chronic Medical Problem | Mental Health Code | Date Resolved | Provider Initials |
|---|---|---|---|---|
| 1/28/05 | NIDDM | | | BB |
| 1/28/05 | HTN | | | BB |
| 1-31-05 | PPD-19mm | | 10/29/05 | |
| 1/31/05 | PTSD | SMI | | Dr. B. (Mueno) |
| 1/31/05 | Hep C (+) (excluded Rx=31 2/23/07) | | | gw |
| Nov. 2004 | hx colon polyps (rectal bleeding) 1994 PTSD | MH₂ | | Mueno |
| 10/31/06 | MODE PF | Δ→1 | | REC |
| 09/24/07 | Code Δ | MHO | Dr Ferrell | |
| 1/28/08 | Proteinuria pu 24° urine collection 10/03/07 | | | MA |
| 1/28/08 | BMI 35.3 | | | MA |

**\*\*If Asthmatic label:  Mild – Moderate – or Severe.**

# STATE OF ALABAMA
## DEPARTMENT OF CORRECTIONS
### MENTAL HEALTH SERVICES

# TREATMENT PLAN

Inmate's Housing Location: <u>population</u>    Institution: <u>bibb county correctional facility</u>

Treatment Coordinator: <u>t martin</u>

**Plan Application and Review Frequency: Crisis Cell:** ☐ MH Observation ☐ Suicide Watch (one time)
**Outpatient: X (6 months) RTU:** ☐ (weekly, bimonthly, monthly) **SU:** ☐ (weekly)

**DSM IV Diagnosis:**

Axis I:   <u>PTSD; MDD with P.F.</u>

Axis II:   <u>Deferred</u>

Axis III:   <u>none</u>

Axis IV:   <u>incarceration</u>

Axis V: (GAF)   <u>75</u>

| |
|---|
| **Problem #1** Inmate reports thinking he has anger management problems aeb by altercations including one leading to 1.5 years in segregation                                    Initiation Date: 30 Aug 2006 |
| **Goal:** Inmate will report an improvement in anger management aeb no altercations with peers as well as his own self asse that he maintains more control over himself when angry<br>**Target Date for Resolution:** Feb 2007 |
| **Intervention:** 1:1 counseling focusing on anger management as well as recognition of consequences which occur from inappropriate behavior resulting in ability to control anger; refered to anger management group<br>**Staff Member(s) Responsible:** mhp                                    **Frequency:** monthly |
| **Problem #2** Inmate reports suffering from nightmares as a result from experiences while in the military<br>**Initiation Date:** 30 Aug 2006<br>**Goal:** Inmate will report a reduction/absence of nightmares<br><br>**Target Date for Resolution:** Feb 2007 |
| **Intervention:** 1:1 counseling focusing on stress reduction as well as increasing the ability to separate past and present<br>**Staff Member(s) Responsible:** mhp                                    **Frequency:** monthly |

Team Members (Name and signature)

_____:  _____    Date: _____

Psychologist: _K____ pm)_____    Date: 10/27/06

Mental Health Nurse: _____, RN_____    Date: 10/5/06

Treatment Coordinator: _____    Date: 5 oct 06

Inmate Agreement: X _____    Date: 5 oct 06

Treatment Plan Review to be conducted by: _____    Review date: _____

| INMATE NAME: Loveless, Everette | CELL #: | AIS #: 238775 |
|---|---|---|

Disposition: Inmate Medical Record

Reference: ADOC AR: 614, 622, 623, 630, 632, 633, 635, 638
ADOC  Form MH-032 - November 14, 2005

# Chronic Disease Clinic Follow-Up

| Inmate Name: Lueless Everette |  |
|---|---|
| Number: 238775 | Institution: Stenton |

**List chronic diseases:**

| | | | | | |
|---|---|---|---|---|---|
| 1) NIDDm 5yrs | | 3) Hep C 2005 | | 5) | |
| 2) HTN 1984 | | 4) | | 6) | |

**Attach pharmacy profile or list current medications:** Ferrous Sulfate, Dulcolap, (Colace,) Anusltte, Calcin, metoprolol, Lisinopril,

**Subjective:**

| Asthma: # attacks in last month? N/A | Seizure disorder: # seizures since last visit? N/A |
|---|---|
| # short acting beta agonist canisters in last month? N/A | Diabetes mellitus: # of hypoglycemic reactions since last visit? Y |
| # times awakening with asthma symptoms per week? N/A | Weight loss/gain ↓↑ θ  #lbs 9↓n |
| CV/hypertension (Y/N): Chest pain? N  SOB? N | Palpitations? N  Ankle edema? Y  Bilateral |
| HIV/HCV (Y/N): Nausea/vomiting? N/A  Abdominal pain/swelling? Y/N  Diarrhea? Y  Rashes/lesions? N/A |  |

For all diseases, since last visit, describe new symptoms: None

wkelup at VA for Hep C To.

**Patient adherence (Y/N):** with medications? Y     with diet? Y     with exercise? Y

HA- bid

**Vital signs:** Temp 97.4  BP 140/90  Pulse 67  Resp 21  Wt 260  PEFR —  O2 sate 96.80/rr  INR N/A
**Labs:** Hgb A1C 6.12  HIV VL N/A  CD4 N/A  Total Chol N/A  LDL N/A  HDL N/A  Trig N/A
**Range of fingerstick glucose/BP monitoring:** FBRS-117

**PE:**

| HEENT/neck: ∅ carotid bruits | Extremities: WLD  See monofilaments |
|---|---|
| Heart: m | Neurological: NM noted aoe3 |
| Lungs: CDDD | GU/rectal: — |
| Abdomen: BS ⊕ | Other: — |

BMI 35.3

**Assessment:**

| | | Degree of Control | | | | Clinical Status | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | G | F | P | NA | I | S | W | N |
| 1 | DM Type II | ☒ | ☐ | ☐ | ☐ | ☐ | ☒ | ☐ | ☐ |
| 2 | HTN | ☐ | ☒ | ☐ | ☐ | ☐ | ☒ | ☐ | ☐ |
| 3 | Hep C | ☒ | ☐ | ☐ | ☐ | ☐ | ☒ | ☐ | ☐ |
| 4 | | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

**Plan:**
**Medication changes:** None

**Diagnostics:** none

**Labs:** Hgb A1C lip. d panel

**Monitoring:** BP: ___ X day/week/month     Glucose: 2 X day/week/month     Peak flow: ___     Other: ___

**Education provided:** ☐ Nutrition  ☐ Exercise  ☐ Smoking  ☒ Test results  ☒ Medication management  ☒ Other: DS chech compliance

**Referral (list type): Specialist:** N/A     **Chronic care program:** DM( Clinic) GE

**# days to next visit?** ☒ 90  ☐ 60  ☐ 30  ☐ Other: ___     **Discharged from CCC: [name]** ___

| Advance Level Provider Signature: ___ | Date: 2/8/08 1018 |
|---|---|

NCCHC (11/06) This form is provided for the public domain and maybe freely copied and used.

13 Pag

# Nursing Chronic Disease Flowsheet

Disease(s): NIDDM, HTN, Hep C

**Inmate's Name:** Loveless, Everette

**Inmate Number:** 238775

**Institution:** Staton

☐ Influenza vaccine: (date) _01qov 9620A_ ☐ Entry into CCC database

Ht-6'0"

| DATE: FD-7D | DATE: | DATE: | DATE: |
|---|---|---|---|
| Vital signs:   PEFR:— T 97.4  P 62  R 21 Wt. 760  BP 4060 | Vital signs:   PEFR:____ T____ P____ R____ Wt.____ BP____ | Vital signs:   PEFR:____ T____ P____ R____ Wt.____ BP____ | Vital signs:   PEFR: T____ P Wt.____ B |
| **Medication Compliance:** ☑ Compliant ☐ Non-Compliant | **Medication Compliance:** ☐ Compliant ☐ Non-Compliant | **Medication Compliance:** ☐ Compliant ☐ Non-Compliant | **Medication Co** ☐ Compliant ☐ Non-Compli |
| **TX Plan Compliance:** ☐ Compliant ☑ Non-Compliant | **TX Plan Compliance:** ☐ Compliant ☐ Non-Compliant | **TX Plan Compliance:** ☐ Compliant ☐ Non-Compliant | **TX Plan Com** ☐ Compliant ☐ Non-Compli |
| **Dietary Compliance:** ☑ Compliant ☐ Non-Compliant Other: | **Dietary Compliance:** ☐ Compliant ☐ Non-Compliant Other: | **Dietary Compliance:** ☐ Compliant ☐ Non-Compliant Other: | **Dietary Comp** ☐ Compliant ☐ Non-Compli Other: |
| **Education:** ☑ Diet ☑ Disease Process ☑ Exercise ☑ Tobacco Cessation 1b a day ☐ ETOH Cessation Other: | **Education:** ☐ Diet ☐ Disease Process ☐ Exercise ☐ Tobacco Cessation ☐ ETOH Cessation Other: | **Education:** ☐ Diet ☐ Disease Process ☐ Exercise ☐ Tobacco Cessation ☐ ETOH Cessation Other: | **Education:** ☐ Diet ☐ Disease Pro ☐ Exercise ☐ Tobacco Ce ☐ ETOH Ces Other: |
| **Medications:** ☑ Actions ☑ Side effects ☐ Handouts | **Medications:** ☐ Actions ☐ Side effects ☐ Handouts | **Medications:** ☐ Actions ☐ Side effects ☐ Handouts | **Medications:** ☐ Actions ☐ Side effect ☐ Handouts |
| **LAB DATA** | **LAB DATA** | **LAB DATA** | **LAB** |
| Hgb/HCT: N/A | Hgb/HCT: | Hgb/HCT: | Hgb/HCT: |
| Hgb A1C: P2602 62 | Hgb A1C: | Hgb A1C: | Hgb A1C: |
| *LDL/HDL: N/A | *LDL/HDL: | *LDL/HDL: | *LDL/HDL |
| Chol/Tri: N/A | Chol/Tri: | Chol/Tri: | Chol/Tri: |
| UA Microalb: N/A | UA Microalb: | UA Microalb: | UA Micro |
| AST/ALT: 1-15-08  44/43 | AST/ALT: | AST/ALT: | AST/ALT: |
| HCV VL: N/A | HCV VL: | HCV VL: | HCV VL: |
| HIV VL: N/A | HIV VL: | HIV VL: | HIV VL: |
| CD-4: N/A | CD-4: | CD-4: | CD-4: |
| *FBS: 1-15-08  117 | *FBS: | *FBS: | *FBS: |
| Thyroid: N/A | Thyroid: | Thyroid: | Thyroid: |
| Drug Levels: N/A | Drug Levels: | Drug Levels: | Drug Lev |
| INR: N/A | INR: | INR: | INR: |

*Lipid studies should be fasting.

| Nurse: D. Campbell | Nurse: | Nurse: | Nurse: |
|---|---|---|---|
| Clinician Initials: DC | Clinician Initials: | Clinician Initials: | Clinician |

NCCHC (11/06)  This form is provided for the public domain and may be freely copied and used.
CMS # 7303- NCCHC_Nursing Chronic Disease Flowsheet - distribution 06/2007

14

**ADOC**

## MONOFILAMENT TESTING FOR DIABETICS

| Fill in the following blanks with a "Y" or "N" to indicate findings | RIGHT | LEFT |
|---|---|---|
| Is there a foot ulcer now? | N | N |
| Is there a history of foot ulcer? | | |
| Is there an abnormal shape of the foot? | | |
| Is there a toe deformity? | | |
| Are the toenails thick or ingrown? | | |
| Is there callus buildup? | | |
| Is there swelling? | | |
| Is there elevated skin temperature? | | |
| Is there muscle weakness? | ↓ | ↓ |
| Can the inmate see the bottom of feet? | Y | Y |
| Is the inmate wearing improperly fitting shoes? | N | N |
| Does the inmate use footwear appropriate? | Y | Y |
| Pulses?                                    DP/PT | 3+ | 3+ |

Note the level of sensation in the circles: (+) → Can feel the 5.07 filament (-) → Can't feel the 5.07 filament



RIGHT          LEFT

Skin Conditions on the Foot or Between the Toes:
Draw in: Callous ▨ , Pre-ulcer ▨ , Ulcer ■ (note length and width in cm)
Label with: **R** - Redness, **M** - Maceration, **D** - Dryness, **T** – Tinea
### Risk Category:

| | | |
|---|---|---|
| ✓ | 0 | No loss of protective sensation. |
| | 1 | Loss of protective sensation |
| | 2 | Loss of protective sensation with **either** high pressure (callous/deformity), or poor circulation. |
| | 3 | History of plantar ulceration, neuropathic fracture (Charcot foot) or amputation. |

Education done about ___foot care___    Education Received _____

| Name | AIS NO | Date | By |
|---|---|---|---|
| Loveless, Everette | 238775 | 08/08 | Dino ARNP |

15

# DIABETES CLINIC
## Q 3-months

Name: _Lovelas Everette_    DOB: _10/8/62_    AIS#: _238775_    R/S _B/M_ ㉔

## PATIENT HISTORY

Diagnosis: Type I ☐    Type 2 ☑    Date of Diagnosis: _1-28 05_
Current Meds: _Glucotrol 5mg qd, Glumophage 500mg qd  ECASA 81mg qd_
Diet/Exercise: _2200 Cal ADA / walking_    Compliant: Y N
Frequency of BG monitoring: _____

### Risk factors (check all that apply)
Family History   Smoker   HTN   Obesity   CAD   Hyperlipidemia   Renal Disease   Tobaco use

| VARIABLE | Date (initial exam) 7/3/07 | | | Date 10-15-07 | | | Date | | |
|---|---|---|---|---|---|---|---|---|---|
| BP/Weight/Pulse | 130/98 | 256 | 63 | 130/88 | 251 | 60 | | | |
| CP/dizziness/Indigestion | Ø | Ø | Ø | Ø | Ø | Ø | | | |
| Exertional Dyspnea | Ø | | Ø | Ø | | Ø | | | |
| Urinary frequency | Ø | | qd | Ø | | Ø | | | |
| Fundi exam (annually) | 6/19/06 | | | 6/19/06 | | 10·9·07 | | | |
| Dental exam (annually) | ? | | | 10/9/07 | | | | | |
| Hand and Foot pain | Ø | | Ø | Ø | | Ø | | | |
| General Appearance | W D W N | | | W D W N | | | | | |
| Heart | Ø mg ₂ | | | Ø mg ₂ | | | | | |
| JVD/Carotid Bruits | Ø | | Ø | Ø | | Ø | | | |
| Periph. Pulses/edema | 2+ | | Ø | 2+ | | Ø | | | |
| Microfilament (annually) | 7-31-07 | | | 7-31-07 | | | | | |

## LABS    Date          Date          Date

| | | | |
|---|---|---|---|
| Fasting Diagnostic Profile II (base line) | 6/4/07 | 6-4-07 | |
| Hgb A1c q 3-6 mos | 2/24/07    5.7 ordered | 8-1-07   5.1 | |
| BMP (per MD/NP) | | | |
| UA Dipstick | 11·23·06 | ordered | |
| Microalb (annually) | 2/24/07 | 2·24·07 | |
| EKG (base line) | 4/27/06 ordered | ordered | |
| Disease Control | Good/Fair/Poor Improved/ Worsened | Good/Fair/Poor Improved/ Worsened | Good/Fair/Poor Improved/ Worsened |

## PLAN

| | | |
|---|---|---|
| Flu vac (annually) | | |
| Pneumovax | 7-31-07 | |
| Patient Edu/Training | Hyper/Hypoglycemia | Diet - ADA |
| Completed Master Problem Sheet | ✓ | ✓ |
| Next F/U | 10-30-07 | 1-22-08 |
| Signature | _J. Alexander_ | _J. Huston_ |

## SHORT TERM GOALS          LONG TERM GOALS

1
2

1  HgbA1c less than 7.0
2  Avoid Hypo & Hyper glycemia

Comments:

16

HYPERTENSION CLINIC
Q 3-6 months

Name: _Loveless Everett_ DOB: _10/8/62_ AIS#: _238775_   R/S _B/m_  (44 yo)

## PATIENT HISTORY

Date of Diagnosis: _1-28-05_
Current Meds: _Lopressor 100mg BID, Lisinopril 10mg qd_
Diet/exercise history: _low salt diet / walking_     Compliant?  Yes   No

**Risk factors (check all that apply)**
✓Family History  ✓Smoker ✓Diabetes  ✓Alcoholism  ✓Drug Abuse  Obesity  CHF  Hyperlipidemia  Renal Disease
—BYPASS  —STENT  —STROKE  —PACEMAKER  —HEART ATTACK

| VARIABLE | Date (initial exam) 9/3/10 | | | Date 10-15-07 | | | Date | | |
|---|---|---|---|---|---|---|---|---|---|
| BP/Weight/Pulse | 130/98 | 256 | 63 | 130/88 | 257 | 60 | | | |
| CP | Ø | | | Ø | | | | | |
| Exertional Dyspnea | Ø | | | Ø | | | | | |
| Orthopnea | Ø | | qno | Ø | | | | | |
| Fundi exam annually | 6/8/06 Ø | | | 6/11/06 | | no ICA | | | |
| General Appearance | WD WN | | | WDWN | | | | | |
| Heart | Ømg r | | | Ømg r | | | | | |
| JVD/Carotid Bruits | Ø | l | Ø | Ø | l | | | | |
| Lungs | | Clear | | Ø | l | | | | l |
| Abdomen | | soft S masses | | soft S mass | | | | | |
| Periph. Pulses/edema | | 2+ Ⓑ | | 2+ Ⓑ | | | | | l |

## LABS

| | Date | Date | Date |
|---|---|---|---|
| BMP per MD/NP order | | | |
| DPII annually | 6/4/07 | 6/4/07 | |
| UA Dipstick (on-site) | 11/23/06 | ordered | |
| EKG | 9-27-06 ordered | ordered | |
| CXRAY | 5-2-06 | ordered 5-2-06 | |
| Disease Control | Good/Fair/Poor Improved/Worsened | Good/Fair/Poor Improved/Worsened | Good/Fair/Poor Improved/Worsened |

## PLAN

| | Date | Date | Date |
|---|---|---|---|
| Patient Edu/Training | Hyper/Hypoglycemia | | |
| Completed Master Problem Sheet | ✓ | | |
| Next F/U | 10-30-07 | 1-22-08 | |
| Signature | J Llosanton, m | | |

| SHORT TERM GOALS | LONG TERM GOALS |
|---|---|
| 1 | 1  BP of 120/90 |
| 2 | 2  Ø smoking |

Comments: _7/4/07_ Pt c/o leg + feet edema — off of HCTZ — Ø Edema noted today
inspite of being off HCTZ. Will not give HCTz at this
time. If BP does not normalize on present meds, then HCTZ
will be restarted  J Llosanton, mo

17

**PHS**

PRISON
HEALTH
SERVICES
INCORPORATED

### Special Diet Request

Inmate's Name: *Loveless, Everett # 238775*    Date: *10.3.07*

Housing Location: *Ventress Correctional*

Type of Diet: *ADA Diet 2200 cal with afternoon snack X one year*

Start Date: *10.3.07*    Stop Date: *10.3.08*

Special Instructions (if needed): *with afternoon snack*

Date Requested: *10.3.07*    Signature: *Atte Ms. Floyd CRNP / T. Johnson CRN*

*Everette Loveless  238775*

60130 (10/89)

(White - Kitchen Copy, Yellow - Patient File Copy)

18

**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

# SPECIAL NEEDS COMMUNICATION FORM

**Date:** 10-1-07

**To:** ADOC

**From:** HOC ACU

**Inmate Name:** Loveless    Everette    ID#: 238775

The following action is recommended for medical reasons:

1.  House in _____ Ø _____
2.  Medical Isolation _____ Ø _____
3.  Work restrictions _____ Ø _____
4.  May have extra _____ Ø _____ until _____ Ø _____
5.  Other _____ Ø _____

**Comments:**

① Bottom Bunk profile from 10-1-07 till 4-1-08, ② B/P √ at 3am along with Blood Sugar √ at 3am and 3pm from 10-1-07 till 11-1-07

③ See Dr Peasant 10-15-07 @ 7:00 am

④ Return to HOC at 7:30am 10-2-07

**Date:** 10-1-07 **MD Signature:** Dr Peasant /gm **Time:** 12:30

60418

19

## CORRECTIONAL MEDICAL SERVICES
## TREATMENT FLOWSHEET

Inmate Name _Loveless, Everette_    ID # _238775_    Housin g Unit: _Staton_

Treatment Ordered: _3 Guiac Cards_

Start Date: _1-3-08_    Frequency: _____    Stop Date: _(3) Cards Returned Tested_

| Date | Time | Blood Pressure | Other Treatments | Comments | Nurse |
|------|------|----------------|------------------|----------|-------|
|      |      |                |                  |          |       |
|      |      |                |                  |          |       |
|      |      |                |                  |          |       |
|      |      |                |                  |          |       |
|      |      |                |                  |          |       |
|      |      |                |                  |          |       |
|      |      |                |                  |          |       |
|      |      |                |                  |          |       |
|      |      |                |                  |          |       |
|      |      |                |                  |          |       |
|      |      |                |                  |          |       |
|      |      |                |                  |          |       |
|      |      |                |                  |          |       |
|      |      |                |                  |          |       |
|      |      |                |                  |          |       |
|      |      |                |                  |          |       |
|      |      |                |                  |          |       |
|      |      |                |                  |          |       |
|      |      |                |                  |          |       |
|      |      |                |                  |          |       |
|      |      |                |                  |          |       |
|      |      |                |                  |          |       |
|      |      |                |                  |          |       |

2⁰



**PHS**

PRISON
HEALTH
SERVICES
INCORPORATED

### DIABETIC CHECKLIST

Name _Loveless, Everette_ Number _238725_ Period _1/24/06_ to _1/24/07_

Medications: _Glucophage 500 mg p.o. BD_
_BEP tc Oti mg p.o. BD_

Compliance: (Yes) No
    If No, follow-up counseling done:  Yes  No     Date _____

Enrolled in Chronic Care: (Yes)     No
    Monofilament Foot Exams Done:     (Yes) No
    Foot Disorders Treated:         Yes No
    Educational Material Given:     (Yes) No
    Appropriate Diet Ordered:     (Yes) No
    Regular Glucose Testing:      Yes No
    HgbA1C done q 3 months:     (Yes) No   Every 6 months if stable
    Seen by dental at least annually:   Yes No
    Urine tested annually for microalbumin   Yes No
    Seen by Nurse: _1/24/06_
    Seen by MD _1/25/06_

Annual dilated retinal exam _____ By _____
    Referral if necessary _____

Immunization:
    Pneumococcus once and repeated _refused_ after age 64, if more than 5 yrs.   Yes (No)
    Influenza annually _12/29/05_         (Yes) No

Annual physical exam by MD/NP     Yes No   Date _____
Individual treatment plan     Yes No
    Updated           Yes No
Appropriate Diet Ordered:     Yes No
    ADOC notified:     Yes No

21



**PRISON
HEALTH
SERVICES
INCORPORATED**

## RELEASE OF RESPONSIBILITY

Inmate's Name: *Everette loveless  238775*

Date of Birth: *10/08/62*                Social Security No.: _____

Date: *10/03/07*                Time: *10:45*                A.M. / P.M.

This is to certify that I, *Everette loveless*, currently in
(Print Inmate's Name)

custody at the *Ventress CF*, am refusing to
(Print Facility's Name)

accept the following treatment/recommendations: *I had a Head nch But now its*
(Specify in Detail)

*gone*

_____

    I acknowledge that I have been fully informed of and understand the above treatment(s)/recommendation(s) and the risks
involved in refusing them. I hereby release and agree to hold harmless the City/County/State, statutory authority, all correctional
personnel, Prison Health Services, Inc. and all medical personnel from all responsibility and any ill effects which, may result from this
action/refusal and I personally assume all responsibility for my welfare.

_____                    _____
(Signature of Inmate)**                              (Signature of Medical Person)

_____                    _____
(Witness)                                            (Witness)

                                                             *10/4/07*

**A refusal by the inmate to sign requires the signature of at least one witness in addition to that of the medical staff member.

60115 (5/85)

22

**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

# SPECIAL NEEDS COMMUNICATION FORM

**Date:** 7-31-07

**To:** DOC

**From:** HCU/ CCC

**Inmate Name:** ~~Ladders~~ Loveless Everette          **ID#:** 238775

**The following action is recommended for medical reasons:**

1.  House in _____

2.  Medical Isolation _____

3.  Work restrictions _____

4.  May have extra _____ until _____

5.  Other _____

**Comments:**

① repint to HCU on 10-30-07 @ 700 Am to see
Dr. Peasant / CCC

② repint to HCU on 1-14-08 @ 700 A m to
see Dr. Peasant/ CCC   [signature] 238775

**Date:** 7/31/07   **MD Signature:** Peasant/ Mumpuy   **Time:** _____

60418

23



**BioReference**
LABORATORIES

| DOCTOR | CMS STATON<br>2690 MARION SPILLWAY RD.<br>ELMORE, AL  36025 | |
|---|---|---|
| (A0316-3)   Bio-Net Print | | -FINAL-  Original Report 02/16/2008 |

| NAME<br>LOVELESS, EVERETTE | PATIENT I.D. / ROOM NO.<br>238775 | DOCTOR / GROUP NAME<br>CORBIER | | |
|---|---|---|---|---|
| LAB I.D. NO.<br>107175627 | DATE COLLECTED<br>02/15/2008 12:54 | DATE RECEIVED<br>02/16/2008 11:49 | DATE OF REPORT<br>2/16/2008 12:55 | AGE<br>45 Y | SEX<br>M |

| Test Description | Result | Abnormal | Reference Range |
|---|---|---|---|

Tests Ordered : CBC W/DIFF.,PLATELET CT., ,

Comment :
        STATON

----------------------------* HEMATOLOGY *----------------------------

| | Result | | Reference Range | |
|---|---|---|---|---|
| WBC | 3.9 | | 3.40-11.80 | x10(3) |
| RBC | 5.1 | | 4.20-5.90 | x10(6) |
| HGB | 14.6 | | 12.3-17.0 | gm/dl |
| HCT | 46.1 | | 39.3-52.5 | % |
| MCV | 91.3 | | 80.0-100.0 | FL |
| MCH | 28.9 | | 25.0-34.1 | pg |
| MCHC | 31.7 | | 29.0-34.0 | gm/dl |
| RDW | 11.9 | | 10.9-16.9 | % |
| POLYS | 42 | | 36-78 | % |
| LYMPHS | 44 | | 12-48 | % |
| EOS | 4 | | 0-8 | % |
| BASOS | 1 | | 0-2 | % |
| MONOS | 9 | | 0-13 | % |
| Platelet Count | 225 | | 144-400 | x10(3) |

                    Final Report                          Page: 1

*James Weisberger, M.D.*
LABORATORY DIRECTOR

25

481 EDWARD H. ROSS DR.
ELMWOOD PARK, NJ 07407

# B>R BioReference
### LABORATORIES

| | |
|---|---|
| **D O C T O R** | CMS STATON<br>2690 MARION SPILLWAY RD.<br>ELMORE, AL  36025 |

(A0316-3)   Bio-Net Print                     -FINAL-  Original Report 02/04/2008

| NAME | PATIENT I.D. / ROOM NO. | DOCTOR / GROUP NAME |
|---|---|---|
| LOVELESS, EVERETTE | 238775 | DR. CORBIER |

| LAB I.D. NO. | DATE COLLECTED | DATE RECEIVED | DATE OF REPORT | AGE | SEX |
|---|---|---|---|---|---|
| 106969475 | 01/31/2008 12:29 | 02/01/2008 09:16 | 2/7/2008 10:47 | 45 Y | M |

| Test Description | Result | Abnormal | Reference Range | |
|---|---|---|---|---|

Tests Ordered : CBC W/DIFF.,PLATELET CT., FERRITIN, PROTIME, INITIAL,
                IRON & TIBC, ARTHRITIS PROFILE, ,

------------------------------* CHEMISTRY *------------------------------

| | | | | |
|---|---|---|---|---|
| Uric Acid | 6.2 | | 2.4-7.0 | mg/dl |
| Iron | 76 | | 30-160 | mcg/dl |

------------------------------* HEMATOLOGY *------------------------------

| | | | | |
|---|---|---|---|---|
| WBC | 3.5 | | 3.40-11.80 | x10(3) |
| RBC | 4.6 | | 4.20-5.90 | x10(6) |
| HGB | 13.2 | | 12.3-17.0 | gm/dl |
| HCT | 40.8 | | 39.3-52.5 | % |
| MCV | 88.7 | | 80.0-100.0 | FL |
| MCH | 28.7 | | 25.0-34.1 | pg |
| MCHC | 32.4 | | 29.0-34.0 | gm/dl |
| RDW | 12.1 | | 10.9-16.9 | % |
| POLYS | 50 | | 36-78 | % |
| LYMPHS | 36 | | 12-48 | % |
| EOS | 3 | | 0-8 | % |
| BASOS | 1 | | 0-2 | % |
| MONOS | 10 | | 0-13 | % |
| Platelet Count | 202 | | 144-400 | x10(3) |
| PROTIME | 11.4 | | 10.1-13.6sec | |
| INTR.NORM.RATIO(INR) | | 1.00 LO | 2.00-3.00 | |

*************************************************************************

CLINICAL INDICATIONS FOR INR USE              REFERENCE RANGE
Prophylaxis or treatment of venous thrombosis,    2.0 - 3.0
systemic embolization, or                     (therapeutic range)
treatment of pulmonary embolus.
High-risk patients with mechanical heart valves.  2.5 - 3.5
* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *
NOTE: INR values below 2.0 in patients on warfarin therapy would
be considered sub-therapeutic for the above conditions. Normal
subjects NOT treated with warfarin will have INR values in the
range of:     0.87 - 1.19

------------------------------* MISCELLANEOUS *------------------------------

| | | | |
|---|---|---|---|
| FERRITIN | 238 | | SEE BELOW |
| ANA SCREEN | Negative | | NEGATIVE |
| ASO | 29 | | <200 IU/mL |

Continued on Next Page

26

James Weisberger, M.D.
LABORATORY DIRECTOR

481 EDWARD H. ROSS DR.
ELMWOOD PARK, NJ 07407
1-800-229-LABS



**BioReference**
LABORATORIES

| | |
|---|---|
| D O C T O R | CMS STATON<br>2690 MARION SPILLWAY RD.<br>ELMORE, AL 36025<br><br>(A0316-3)  Bio-Net Print |

-FINAL-  Original Report 02/04/2008

| NAME | PATIENT I.D. / ROOM NO. | DOCTOR / GROUP NAME |
|---|---|---|
| LOVELESS, EVERETTE | 238775 | DR. CORBIER |

| LAB I.D. NO. | DATE COLLECTED | DATE RECEIVED | DATE OF REPORT | AGE | SEX |
|---|---|---|---|---|---|
| 106969475 | 01/31/2008 12:29 | 02/01/2008 09:16 | 2/7/2008 10:47 | 45 Y | M |

| Test Description | Result | Abnormal | Reference Range |
|---|---|---|---|
| CRP | <0.3 | | <0.5 mg/dL |
| RF, QUANT. | 10.0 | | <14 IU/mL |
| IRON % SAT. | | 19 LO | 20-55% |
| TIBC | 393 | | 228-428    mcg/dl |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

RANGES FOR FERRITIN

| | |
|---|---|
| ADULT MALES | 30-400 ng/mL |
| ADULT FEMALES | 13-150 ng/mL |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

NOTE: Positive screening results for the Antinuclear Antibodies
(ANA) test (0038) automatically reflex to the Immunofluorescent
assay (IFA) (at additional cost) for titer. Low levels of antibody
detected by the screening method may not agree with results obtained
by IFA and may be clinically insignificant. Please evaluate both
results, together with other autoimmune tests as well as the patient's
clinical indicators.  Autoreflex testing effective 1/14/08.

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

Specimen submitted is LIPEMIC. This may cause inaccurate results.
Please resubmit a fasting specimen at your earliest convenience.

Final Report

Page: 2





James Weisberger, M.D.
LABORATORY DIRECTOR

27

**BioReference**
LABORATORIES

| D O C T O R | CMS STATON<br>2690 MARION SPILLWAY RD.<br>ELMORE, AL  36025<br><br>(A0316-3)   Bio-Net Print | -FINAL-  Original Report 01/29/2008 |
|---|---|---|

| NAME | PATIENT I.D. / ROOM NO. | DOCTOR / GROUP NAME |
|---|---|---|
| LOVELESS, EVERETTE | 238775 | CORBIER, PAUL |

| LAB I.D. NO. | DATE COLLECTED | DATE RECEIVED | DATE OF REPORT | AGE | SEX |
|---|---|---|---|---|---|
| 107042088 | 01/28/2008 10:23 | 01/29/2008 10:34 | 1/31/2008 09:51 | 45 Y | M |

| Test Description | Result | Abnormal | Reference Range | |
|---|---|---|---|---|

Tests Ordered : CHEM 24 (SMAC), LIPID SCREEN(CORONARY RISK I), ,

------------------------------* CHEMISTRY *------------------------------

| Test | Result | Abnormal | Reference Range | Units |
|---|---|---|---|---|
| Total Protein | 7.4 | | 5.9-8.4 | gm/dl |
| Albumin | 4.1 | | 3.2-5.2 | gm/dl |
| Globulin | 3.3 | | 1.7-3.7 | gm/dL |
| A/G Ratio | 1.2 | | 1.1-2.9 | |
| Glucose | | 119 HI | 70-99 | mg/dL |
| Sodium | 140 | | 133-145 | mmol/L |
| Potassium | 4.0 | | 3.3-5.3 | mmol/L |
| Chloride | 103 | | 96-108 | mmol/L |
| CO2 | 25 | | 21-29 | mmol/L |
| BUN | 12 | | 7-25 | mg/dl |
| * Creatinine | 1.0 | | 0.6-1.3 | mg/dl |
| BUN/Creat Ratio | 12 | | 10-28 | |
| Calcium | | 10.5 HI | 8.4-10.4 | mg/dl |
| Uric Acid | | 7.5 HI | 2.4-7.0 | mg/dl |
| Iron | 135 | | 30-160 | mcg/dl |
| Bilirubin, Total | 0.6 | | 0.1-1.0 | mg/dl |
| LDH | 187 | | 94-250 | u/1 |
| Alk Phos | 106 | | 39-120 | u/1 |
| AST (SGOT) | | 59 HI | < 37 | u/1 |
| Phosphorous | 3.6 | | 2.6-4.5 | mg/dl |
| ALT (SGPT) | | 77 HI | < 40 | u/L |
| G-GTP | | 180 HI | 7-51 | u/L |

************************************************************************

* GFR, Estimated = 85.75 mL/min/1.73m2

************************************************************************

GFR (Glomerular Filtration Rate) calculation utilizes the MDRD formula
(Modification of Diet in Renal Disease Study Group) and assumes a normal
adult body surface area of 1.73.   If the patient is African American
multiply result reported by 1.21. (Ref. National Kidney Disease Educa.
Program.)
     ***** Male/Female reference range:  >60 mL/min/1.73 m2 *****
Note: A calculated GFR of <60 mL suggests chronic kidney disease, but
only if found consistently over at least 3 months.   A calculated
result of <15 mL is consistent with renal failure.

------------------------* CARDIOVASCULAR/LIPIDS *------------------------

| | | | | |
|---|---|---|---|---|
| Cholesterol | 133 | | < 200 | mg/dl |

28

Continued on Next Page                                        Page: 1

James Weisberger, M.D.



**BioReference**
L A B O R A T O R I E S

| | |
|---|---|
| D O C T O R | CMS STATON<br>2690 MARION SPILLWAY RD.<br>ELMORE, AL  36025<br><br>(A0316-3)   Bio-Net Print | -FINAL-   Original Report 01/29/2008 |

| NAME | PATIENT I.D. / ROOM NO. | DOCTOR / GROUP NAME |
|---|---|---|
| LOVELESS, EVERETTE | 238775 | CORBIER, PAUL |

| LAB I.D. NO. | DATE COLLECTED | DATE RECEIVED | DATE OF REPORT | AGE | SEX |
|---|---|---|---|---|---|
| 107042088 | 01/28/2008 10:23 | 01/29/2008 10:34 | 1/31/2008 09:51 | 45 Y | M |

| Test Description | Result | Abnormal | Reference Range | |
|---|---|---|---|---|
| Triglycerides | 135 | | < 151 | mg/dl |
| HDL CHOL.,DIRECT | 37 | | >35 | mg/dl |
| HDL as % of Cholesterol | | 28 | | % |
| Chol/HDL Ratio | | 3.59 | | |
| LDL/HDL Ratio | 1.86 | | 0-3.55 | |
| LDL Cholesterol | 69 | | < 100 | mg/dL |
| | | Final Report | | Page: 2 |



*James Weisberger, M.D.*
LABORATORY DIRECTOR

29

**BioReference**
LABORATORIES

| | |
|---|---|
| **D O C T O R** | CMS STATON<br>2690 MARION SPILLWAY RD.<br>ELMORE, AL  36025 |

(A0316-3)   Bio-Net Print          -FINAL-  Original Report 01/24/2008

| NAME | PATIENT I.D. / ROOM NO. | DOCTOR / GROUP NAME |
|---|---|---|
| LOVELESS, | 238775 | CORBIER |

| LAB I.D. NO. | DATE COLLECTED | DATE RECEIVED | DATE OF REPORT | AGE | SEX |
|---|---|---|---|---|---|
| 106936092 | 01/23/2008 09:29 | 01/24/2008 10:59 | 1/25/2008 11:23 | | M |

Test Description            Result       Abnormal      Reference Range

Tests Ordered : HEMOGLOBIN A1C (GLYCOHGB), ,
----------------------------* MISCELLANEOUS *-----------------------------


HGB. A1c(glycohgb)                      6.2 HI       4-6%
***********************************************************************
HEMOGLOBIN A1c RANGES(%)                 GLUCOSE CONTROL INDEX
        < 4-6%                           Non-Diabetic Level
        < 6-7%                            Diabetic Control
        > 8%                       Additional action suggested

                              Final Report                    Page: 1

James Weisberger, M.D.

30

481 EDWARD H. ROSS DR<br>ELMWOOD PARK, NJ 0740

**BioReference**
LABORATORIES

| | |
|---|---|
| D O C T O R | CMS STATON<br>2690 MARION SPILLWAY RD.<br>ELMORE, AL  36025 |
| (A0316-3)   Bio-Net Print | -FINAL-  Original Report 01/15/2008 |

| NAME | PATIENT I.D. / ROOM NO. | DOCTOR / GROUP NAME |
|---|---|---|
| LOVELESS, TOMMY | 248595 | CORBIER, PAUL |

| LAB I.D. NO. | DATE COLLECTED | DATE RECEIVED | DATE OF REPORT | AGE | SEX |
|---|---|---|---|---|---|
| 106836051 | 01/14/2008 11:28 | 01/15/2008 10:36 | 1/25/2008 11:23 | 45 Y | M |

| Test Description | Result | Abnormal | Reference Range | |
|---|---|---|---|---|

Tests Ordered : HEPATIC FUNCTION PANEL, ,
-----------------------------* CHEMISTRY *-----------------------------

| Test | Result | Abnormal | Reference Range | Units |
|---|---|---|---|---|
| Total Protein | 7.9 | | 5.9-8.4 | gm/dl |
| Albumin | 4.8 | | 3.2-5.2 | gm/dl |
| Globulin | 3.1 | | 1.7-3.7 | gm/dL |
| A/G Ratio | 1.5 | | 1.1-2.9 | |
| Bilirubin, Total | 0.8 | | 0.1-1.0 | mg/dl |
| BILIRUBIN, DIRECT | 0.1 | | 0.0-0.3 | MG/DL |
| Alk Phos | | 143 HI | 39-120 | u/l |
| AST (SGOT) | | 44 HI | < 37 | u/l |
| ALT (SGPT) | | 43 HI | < 40 | u/L |

*************************************************************************
NOTE: Serum specimen HEMOLYZED. This may affect results.

                    Final Report                    Page: 1

James Weisberger, M.D.
LABORATORY DIRECTOR

481 EDWARD H. ROSS DF
ELMWOOD PARK, NJ 074(
1-800-229-LAB

31

BLOOD SUGAR

INMATE _Loveless; Everett_  AIS# _238775_  SITE _Ventress_

| DATE | 3:00 AM | 5:00 AM | 9:00 AM | 11:00 AM | 3:00 PM | 5:00 PM |
|------|---------|---------|---------|----------|---------|---------|
| 10-02-07 | 122/ 1810/ 163/83 | | | | 100 | |
| 10-03-07 | 135 110/ 181/134/ 93/70 | | | | 104 | |
| 10-04-07 | 117/ 140/60 | | | | 97 | |
| 10-05-07 | 113/ | | | | 119 | |
| 10/06-07 | 131/ 148/80 | | | | | |
| 10-07-07 | 143/ 140/80 | | | | 100 | |
| 10-08-07 | 468/ BS | | | | | |
| 10-08-07 | 137 BS/ 168/100 87 | | | | 89 | |
| 10-9-07 | 113/ 148/80 | | | | 123 | |
| 10/10/07 | 110 | | | | 101 | |
| 10/11/07 | 138/ 148/90 | | | | 168 | |
| 10-12-07 | 118/ 160/98 | | | | 170 | |
| 10-13-07 | 295 | | | | | |
| 10-14-07 | 94 | | | | | |
| 10-15-07 | 98/ 160/90 | | | | 114 | |
| 10-16-07 | 108/ | | | | | |
| 10-17-07 | 1. | | | | 89 | |
| 10-18-07 | 103 | | | | | |
| 10-19-07 | 95 | | | | | |
| 10-21-07 | 97 | | | | | |
| 10/23/07 | 108 | | | | | |
| 10/24/07 | 170 | | | | | |
| 10/25/07 | 101 | | | | | |
| 10/26/07 | 104 | | | | | |
| 10-27-07 | 100 | | | | | |
| 10/28/07 | 107 | | | | | |
| 10/29/07 | 113 | | | | | |
| 10/30/07 | | | | | | |
| 10/31/07 | 123 | | | | | |

105

32

Facility Name: Bibb Correctional Facility

07/0?

Aspirin EC 81MG EC Tab        30.00

Take 1 tablet(s) by mouth daily

#30 7/17/07

Start Date  05-16-2007  7-31-07   Prescriber  Whitley, James
Stop Date   08-23-2007  1-31-08        RX  252587030

Glipizide ( for Glucotrol ) 5MG Tab
30.00

Take 1 tablet(s) by mouth daily

30  7/10/07 DF

Start Date  05-16-2007  7-31-07   Prescriber  Whitley, James
Stop Date   08-23-2007  1-31-08        RX  252587036

Metformin HCl ( for Glucophage )
500MG Tab        30.00

Take 1 tablet(s) by mouth daily

Start Date  05-16-2007  7-31-07   Prescriber  Whitley, James
Stop Date   08-23-2007  1-31-08        RX  252587039

Metoprolol Tartrate ( for Lopressor )
100MG Tab        60.00

Take 1 tablet(s) by mouth twice daily

Start Date  05-16-2007  7-31-07   Prescriber  Whitley, James
Stop Date   08-23-2007  1-31-08        RX  252587046

Lisinopril 10MG Tab        30.00

Take 1 tablet(s) by mouth daily

30  7/10/07 DF

Start Date  05-16-2007  7-31-07   Prescriber  Whitley, James
Stop Date   08-23-2007  1-31-08        RX  252587058

Start Date                    Prescriber
Stop Date

Diagnosis

Allergies
NKA

Housing Unit:   Population (PHS)
Patient ID Number:  238775
Patient Name:

**Loveless, Everette**

33

## STATON CORRECTIONAL CENTER
### RECEIVING SCREENING FORM

INMATE'S NAME: *Loveless, Everett* AIS#*238775*   DATE: *1-10-08*

TIME: *5:35PM*   DOB: *10-8-62*   OFFICER: *Lorenzo Davis*

### Booking Officer's Visual Opinion

|  | YES | NO |
|---|---|---|
| 1. Is the inmate conscious? | ✓ | |
| 2. Does the inmate have any obvious pain or bleeding/other symptoms suggesting the need for emergency services? | | ✓ |
| 3. Are there any visible signs of trauma or illness requiring immediate emergency treatment or doctor's care? | | ✓ |
| 4. Any obvious fever, swollen lymph nodes, jaundice, or other evidence of infections which might spread through the institution? | | ✓ |
| 5. Is the skin in poor condition or show signs of vermin or rashes? | | ✓ |
| 6. Does the inmate appear to be under the influence of alcohol or drugs? | | ✓ |
| 7. Are there any visible signs of alcohol or drug withdrawals? (extreme perspiration, shakes, nausea, pinpoint pupils, etc.) | | ✓ |
| 8. Is the inmate making any verbal threats to staff or other inmates? | | ✓ |
| 9. Is the inmate carrying any medication or report that he is on any Medication which must be continuously administered or available? | | ✓ |
| 10. Does the inmate have any obvious physical handicaps? | | ✓ |
| 11 Are you presently taking medication for diabetes, heart disease, seizure, arthritis, asthma, ulcer, high blood pressure or psychiatric disorder? | ✓ | |
| 12. Do you want to talk to a mental health counselor? a. Did inmate respond? | ✓ | |
| 13. Do you have epilepsy? | | ✓ |
| 14. Do you have any medical problems we should know about? | | ✓ |

FOR THE OFFICER: (circle action)

15. The inmate was:  A: Released for normal processing.  B: Referred to appropriate health care unit.
    C: Immediately sent to health care unit

*[signatures]*

34

## INMATE REQUEST SLIP

Name _Everette loveless_ ——————— Quarters _B1-160A_ Date _1/14/08_

AIS # _238775_

( ) Telephone Call

( ) Special Visit

( ) Custody Change

( ) Time Sheet

( ) Personal Problem

(X) Other _medical_

Briefly Outline Your Request - <u>Then Drop In Mail Box</u>

I have just arrived here in this camp
and wish to recive my medicine
KOP

Thank you

Everette loveless

<u>Do Not Write Below This Line</u> - **For Reply Only**

Meds. already KOP per Dr.
Evans 1-11-08 - J. Gurdle Lp

Approved        Denied        Pay Phone        Collect Call

Request Directed To: (<u>Check One</u>)

) Warden

) Classification Supervisor

( ) Deputy Warden

( ) Legal Officer - Notary
Public

( ) Captain

( ) Record Office

76

**CORRECTIONAL MEDICAL SERVICES**
HEALTH SERVICES REQUEST FORM



FOR MEDICAL USE ONLY

Print Name: *Evertte loveckss*                    Date of Request: *1/17/08*

ID #: *238775*        Date of Birth: *10/8/62*        Housing Location: *B1-160A*

Nature of problem or request: *I have Kop But did not recive All the medication I should have (bupressell for high Blood pressure) And would like to know when and if I could pick this up*

I consent to be treated by health staff for the condition described.    *Thank you*

                                        SIGNATURE

### PLACE THIS SLIP IN MEDICAL REQUEST BOX OR DESIGNATED AREA

| DO NOT WRITE BELOW THIS AREA |
| --- |

Triaged by: _____
Initials

Referred to: (Circle ONE)
**(NSC)**    Mid-level SC    Physician SC    MH    Dental
Other: _____

### HEALTH CARE DOCUMENTATION

Subjective:


Objective:    BP _____    T _____    P _____    R _____    Wt_____


Assessment:

Plan:                *1/18/08*
                      *BS*


☐        Inmate education handout reviewed with and given to the patient.

Refer to : (Circle any applicable)    Mid-level    Physician    MH    Dental    Other: _____

Signature & Title: _____    Date: _____    Time: _____

*36*

**CORRECTIONAL MEDICAL SERVICES**
HEALTH SERVICES REQUEST FORM



FOR MEDICAL USE ONLY

Print Name: *Everette loveless*          Date of Request: *2/11/08*

ID #: *238725*     Date of Birth: *10/8/62*     Housing Location: *B1-140A*

Nature of problem or request: *I am Experince alumpness on The Bottom of my right feet in The Heel Area [ I am A Diabetic) Thank You*

I consent to be treated by health staff for the condition described.

SIGNATURE

## PLACE THIS SLIP IN MEDICAL REQUEST BOX OR DESIGNATED AREA

### DO NOT WRITE BELOW THIS AREA

Triaged by: _____     Referred to: (Circle ONE)
Initials                    NSC    Mid-level SC    Physician SC    MH    Dental
                            Other: _____

### HEALTH CARE DOCUMENTATION

Subjective: *Having numbness rt. heel and soreness.*

Objective: BP *160/84* T *97⁴* P *102* R *20* Wt _____
*No obvious signs noted. Both ankles and feet noted slightly swollen. Pulses present. C/O numbness and tenderness to heel. Inmate diabetic*

Assessment: *Alteration in comfort due to foot problems.*

Plan: *Refer to MD (Urgent).*

*2/12/08 PGV*

☐     Inmate education handout reviewed with and given to the patient.

Refer to : (Circle any applicable)   Mid-level   Physician   MH   Dental   Other: _____

Signature & Title: *J. Swindle LPN*     Date: *2-12-08* Time: *855/Am*

37

2002

# MEDICATION ADMINISTRATION RECORD

**Facility:** Slaton

**Month:** Feb, 08

| INIT | DRUG – DOSE – MODE – INTERVAL | HR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| CH | Lopressor 50mg ¯ PO BID X 120 days | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | **PRESCRIBER** COONS   **START DATE** 1/18/08   **STOP DATE** 5/19/08 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | Tylenol 650mg - PO Bid X 10 X 60 days PRN | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | **PRESCRIBER** Adams Care | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | **ORDER DATE** 2-13-08   **START DATE** 2-13-08   **STOP DATE** 2-23-08 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| St | Tylenol 650mg PO Bid x60d PRN | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | **PRESCRIBER** Adams | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | **ORDER DATE** 2-21-08   **START DATE** 2-21-08   **STOP DATE** 4-21-08 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | **PRESCRIBER**   **START DATE**   **STOP DATE** | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | **ORDER DATE** | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | **PRESCRIBER**   **START DATE**   **STOP DATE** | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | **ORDER DATE** | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | **PRESCRIBER**   **START DATE**   **STOP DATE** | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | **ORDER DATE** | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | **PRESCRIBER**   **START DATE**   **STOP DATE** | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | **ORDER DATE** | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | **PRESCRIBER**   **START DATE**   **STOP DATE** | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | **ORDER DATE** | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

**DIAGNOSIS:**

**ALLERGIES:** KCl

**DOB/INMATE #:** 10/8/60   #23775

**LOCATION:** SCC

**NAME:** Lowders, Fiorello

80 REV 6-07

PN 207

## MEDICATION ADMINISTRATION RECORD
### STATON CORRECTIONAL FAC

**Facility:** C   6274-   AL   Month: **February 2008**

DRUG – DOSE – MODE – INTERVAL

| | HR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

**FERROUS SULFATE 325MG TBEC ~FESO4 (65MG FE)~**
TAKE 1 TAB DAILY FOR 180 DAYS >> DO NOT CRUSH <<  KOP
PRESCRIBER  EVANS,EUGENE,MD   Rx#15514631
ORDER DATE 01/15/08   START DATE   STOP DATE 07/13/08

**BISACODYL 5MG TBEC ~DULCOLAX~**
TAKE 1 TAB TWICE DAILY AS NEEDED FOR 90 DAYS >> DO NOT CRUSH <<
PRESCRIBER  EVANS,EUGENE,MD   Rx#15514634   **PRN**PRN**PRN
ORDER DATE 01/15/08   START DATE   STOP DATE 04/14/08

**DOCUSATE SOD 100MG CAPS ~COLACE~**
TAKE 1 CAP TWICE DAILY AS NEEDED FOR 180 DAYS
PRESCRIBER  EVANS,EUGENE,MD   Rx#15514636   **PRN**PRN**PRN
ORDER DATE 01/15/08   START DATE   STOP DATE 07/13/08

**HEMORRHOIDAL HC (20GM) 1% OINT ~ANUSOL-HC/1~**
APPLY TO AFFECTED AREA TWICE DAILY AS NEEDED FOR 180 DAYS >> FOR EXTERNAL USE ONLY <<
PRESCRIBER  EVANS,EUGENE,MD   **PRN**PRN**PRN   Rx#15514639
ORDER DATE 01/15/08   START DATE   STOP DATE 07/13/08

Glyburide 5Mg + PO daily x180days   KOP
PRESCRIBER (illegible)
ORDER DATE (illegible)   START DATE   STOP DATE 5-13-01

Metformin 1000Mg + PO daily x180days   KOP
PRESCRIBER (illegible)
ORDER DATE (illegible)   START DATE   STOP DATE 5-03-08

Verapamil 240mg PO QD   KOP
PRESCRIBER  Adams   x150days
ORDER DATE 1/8/08   START DATE   STOP DATE 5/9/08

Lisinopril 10mg PO QD x 180day x120 qty   KOP
PRESCRIBER  Adams
ORDER DATE 1/8/08   START DATE   STOP DATE 5/9/08

**DOB/INMATE #:** 238775

**LOCATION:** 6274-   MAIN

**NAME:** LOVELESS, EVERETTE

**DIAGNOSIS:**

**ALLERGIES:**
Allergy History Not Known

47150 REV 6/07

40 of 4

## MEDICATION ADMINISTRATION RECORD

Facility: _Shelton_    Month: _Jan '08_

| INIT | DRUG – DOSE – MODE – INTERVAL | HR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Metformin 500mg + bid arh x 12 wks | GA | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

PRESCRIBER: _(illegible)_
ORDER DATE _1-15-08_   START DATE ___   STOP DATE _2.5.08_

PRESCRIBER: ___
ORDER DATE ___   START DATE ___   STOP DATE ___

PRESCRIBER: ___
ORDER DATE ___   START DATE ___   STOP DATE ___

PRESCRIBER: ___
ORDER DATE ___   START DATE ___   STOP DATE ___

PRESCRIBER: ___
ORDER DATE ___   START DATE ___   STOP DATE ___

PRESCRIBER: ___
ORDER DATE ___   START DATE ___   STOP DATE ___

PRESCRIBER: ___
ORDER DATE ___   START DATE ___   STOP DATE ___

PRESCRIBER: ___
ORDER DATE ___   START DATE ___   STOP DATE ___

DIAGNOSIS: _40_
ALLERGIES: ___

DOB/INMATE #: _# 238775_

LOCATION: _6224_

NAME: _Loveless, Everette_

11150 REV 6/07

# MEDICATION ADMINISTRATION RECORD

LCS\JB EVANS CORRECTION
LOVELESS   EVERETTE
REPORT DATE: 01/08



| CHARTING FOR | 01/01/08 | THROUGH | 01/31/08 | | | | | PAGE 1 OF 2 |
|---|---|---|---|---|---|---|---|---|

Physician   NEUMAN, THOMAS
Alt. Physician   NEUMAN, THOMAS
Allergies

Telephone No.   318-574-8584
Alt. Telephone   318-574-8584

Medical Record No.   238775

**Diagnosis**

| Medicaid Number | Medicare Number | Approved By Doctor |
|---|---|---|

RESIDENT   LOVELESS, EVERETTE

225300   D.O.B. 00/00/0000   JL   LOVEEV   11/07/07   41

BCS VAB EVANS CORRECTION
LOVELESS  EVERETTE
REPORT DATE : 01/08

# MEDICATION ADMINISTRATION RECORD

| MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| FUREMIDE 10MG TAKE (1) TABLET BY MOUTH DAILY EVERY MORNING | 8AM | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

HgB - AIC due
3/12/08

Blp monthly +
PRN

CHARTING FOR ___01/01/08___    THROUGH ___01/31/08___

Physician    NEUMAN, THOMAS
Alt. Physician    NEUMAN, THOMAS
Allergies

PAGE ___2___ OF ___2___

Telephone No.
Alt. Telephone    318-574-8584
Rehabilitative    318-574-8584    Medical Record No.    238775
Potential

Diagnosis

Medicaid Number    Medicare Number

Approved By Doctor:
By:                    Title:                    Date:
D.O.B.

RESIDENT    LOVELESS, EVERETTE
00/00/0000    SEX    Room    JL    LOVEEV    42
11/07/07
225300

# MEDICATION ADMINISTRATION RECORD

**Facility:** Stevenson

**Month:** 1/08

| INIT. | DRUG – DOSE – MODE – INTERVAL | HR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Ferrous Sulfate ī po 325 x 180 days PRESCRIBER Evans MD ORDER DATE 1-11-08 START DATE 1-12-08 STOP DATE 6-12-08 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | Outdox tabs 2 po BID-prn x180 days PRESCRIBER Evans MD ORDER DATE 1-11-08 START DATE 1-12-08 STOP DATE 6-12-08 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | Colace ī po BID-prn x 180 days PRESCRIBER Evans MD ORDER DATE 1-11-08 START DATE 1-12-08 STOP DATE 10-12-08 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | Anusol HC – To affected area BID-prn x 180 days PRESCRIBER Evans MD ORDER DATE 1-11-08 START DATE 1-12-08 STOP DATE 6-12-08 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | Calan SR 240mg po QD x120days PRESCRIBER Adams ORDER DATE 1-18-08 START DATE 1-19-08 STOP DATE 5-19-08 | 6A | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | Metoprolol 50mg po BID x120days PRESCRIBER Adams ORDER DATE 1-18-08 START DATE 1-19-08 STOP DATE 5-19-08 | 6A / 6P | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | Lisinopril 10mg po BID x 120days PRESCRIBER Adams ORDER DATE 1-18-08 START DATE 1-19-08 STOP DATE 5-19-08 | 6A / 6P | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | Clinoril 150mg + prn pain PRESCRIBER Clay ORDER DATE 2-25-08 START DATE STOP DATE 6-25-08 | 6A / 6P | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

**DIAGNOSIS:** 43

**ALLERGIES:** NKDA

**DOB/INMATE #:** 237775    10-8-62

**LOCATION:** SCS

**NAME:** Jackson, Jason Evenette

Facility Name:  Ventress Correctional Facility

11/07

Aspirin EC 81MG EC Tab          30.00

Take 1 tablet(s) by mouth daily

Start Date:  08-01-2007         Physician:  Peasant, John
Stop Date:  01-27-2008          RX #:  252777591

---

GlipiZIDE ( for Glucotrol ) 5MG Tab
30.00

Take 1 tablet(s) by mouth daily

Start Date:  08-01-2007         Physician:  Peasant, John
Stop Date:  01-27-2008          RX #:  252777587

---

Hydrochlorothiazide ( for HCTZ ) 25MG
Tab          30.00

Take 1 tablet(s) by mouth daily

Start Date:  10-03-2007         Physician:  Peasant, John
Stop Date:  12-31-2007          RX #:  252941369

---

Lisinopril 10MG Tab          60.00

Take 1 tablet(s) by mouth twice daily

Start Date:  10-03-2007         Physician:  Peasant, John
Stop Date:  12-31-2007          RX #:  252941382

---

Metformin HCl ( for Glucophage )
500MG Tab          30.00

Take 1 tablet(s) by mouth daily

Start Date:  08-01-2007         Physician:  Peasant, John
Stop Date:  01-27-2008          RX #:  252777592

---

Metoprolol Tartrate 50MG Tab
60.00

Take 1 tablet(s) by mouth twice daily

Start Date:  10-03-2007         Physician:  Peasant, John
Stop Date:  12-31-2007          RX #:  252941377

---

Diagnosis:

Allergies:
NKA

Housing Unit:          Population
Patient ID Number:  238775
Patient Name:
**Loveless, Everette**

44

Facility Name:    Ventress Correctional Facility

11/07

Verapamil HCl CR ( for Calan SR )
240MG Tab CR        30.00

Take 1 tablet(s) by mouth daily

3A Keys 4 By

Start Date:    10-03-2007        Prescriber:    Peasant, John
Stop Date:    12-31-2007        RX #:    252941366

Diagnosis

Allergies
NKA

Housing Unit:    Population
Patient ID Number:    238775
Patient Name:

Loveless, Everette

K. Leekal        1W B. Luke RN BL

45



Facility Name: Ventress Correctional Facility

09/07

GlipiZIDE ( for Glucotrol ) 5MG Tab
30.00

Take 1 tablet(s) by mouth daily

Start Date: 08-01-2007
Stop Date: 01-27-2008

Peasant, John
RX = 252777587

Aspirin EC 81MG EC Tab    30.00

Take 1 tablet(s) by mouth daily

08-01-2007
01-27-2008

Peasant, John
RX = 252777591

Metformin HCl ( for Glucophage )
500MG Tab    30.00

Take 1 tablet(s) by mouth daily

08-01-2007
01-27-2008

Peasant, John
RX = 252777592

Lisinopril 10MG Tab    30.00

Take 1 tablet(s) by mouth daily

08-01-2007
01-27-2008

Peasant, John
RX = 252777603

Metoprolol Tartrate ( for Lopressor )
100MG Tab    60.00

Take 1 tablet(s) by mouth twice daily

08-01-2007
01-27-2008

Peasant, John
252777607

NKA

Housing Unit:
Patient ID Number: 238775
Patient Name:

Loveless, Everette

46



**PRISON HEALTH SERVICES INCORPORATED**

## PHYSICIANS' ORDERS

| | |
|---|---|
| NAME: Loveless Everette 238775 | DIAGNOSIS (If Chg'd) |
| D.O.B. 19 8 / 62 | |
| ALLERGIES: | |
| Use Last    Date  /  / | ☐ GENERIC SUBSTITUTION IS **NOT** PERMITTED |

| | |
|---|---|
| NAME: Loveless Everette 238775 | DIAGNOSIS (If Chg'd) |
| D.O.B. 10 / 8 / 62   noted 10/15/07 8 Murphym 1050 | EKG & UA per protocol V/O Dr Pleasant/ SMurphym |
| ALLERGIES: | |
| Use Fourth    Date 10/15/07 | ☐ GENERIC SUBSTITUTION IS **NOT** PERMITTED |

| | |
|---|---|
| NAME: Loveless, Everette #238775 | DIAGNOSIS (If Chg'd) |
| D.O.B. 10 8 162 | ① Pt may get his med KOP what he qualifies |
| ALLERGIES: NKDA | |
| Use Third    Date 10/15/07 | ☐ GENERIC SUBSTITUTION IS **NOT** PERMITTED |

| | |
|---|---|
| NAME: Loveless, Everette #238775 | DIAGNOSIS (If Chg'd) |
| D.O.B. 10 / 8 / 62   noted 10-9-07 Moscanfield 0900 | ✓ Percogesic ĩ p.o. qid prn pain x 3 days |
| ALLERGIES: NKDA | W28 |
| Use Second    Date 10 / 9 / 07 | ☐ GENERIC SUBSTITUTION IS **NOT** PERMITTED |

| | |
|---|---|
| NAME: Loveless, Everette #238775 | DIAGNOSIS |
| D.O.B. 10 / 8 / 62   noted GJohnson RN 1513 10.3.07 | ADA Diet 2200 cal c̄ afternoon snack x 1 yr |
| ALLERGIES: NKA | |
| Use First    Date 10 / 3 / 07 | ☐ GENERIC SUBSTITUTION IS **NOT** PERMITTED |

**Correctional Medical Services**
**Physician's Orders**

| | |
|---|---|
| Name | Loveless, Everete |
| DOB | 10-8-62 |
| Location | Staton |
| Allergies | NKA |
| | 238775 |

Start
Date & Time 2/21/08 @ 1000                          mout
                                                      S. Taylor RN
1.
2. (1) ® insoles x 90d    size·12    2·21-08
3. (2) D/c Tylenol                         1250
4. (3) Tylenol 650 mg po BID x 60d PRN
5. (4) Pt. may purchase shoes from ADOC
6.    Approved Stores/List _____
7.    Dispense As Written _____ M.D.
8.    Substitute Permitted B. Adams Crane M.D.

| | |
|---|---|
| Name | Loveless, Everette |
| DOB | 10/8/62 |
| Location | SCF |
| Allergies | NKDA |
| | 238775 |

Start
Date & Time 2/12/08 @ 1500
9.
10. (1) Flu & me @ next Appt. (foot/heel
11.    pain)                  (done)
12.                                   App'd
13. (2) Tylenol 650 mg po BID x 10d PRN
14.                      Lewis, RN 2/12/08 8:30
15.    Dispense As Written
16.    Substitute Permitted B. Adams Crane M.D.

| | |
|---|---|
| Name | Loveless, Everette |
| DOB | 10/8/62 |
| Location | STATON |
| Allergies | NKA |
| | 238775 |

Start
Date & Time 2/11/08 1500
17.
18. 2000 cal ADA Diet w/ PM snack
19.    (notify steward)
20.
21. Parker, RN 2.11.08 10:03 p
22.
23.    Dispense As Written _____ M.D.
24.    Substitute Permitted Prince crp M.D.

| | |
|---|---|
| | # 238775 |
| Name | Loveless, Everette |
| DOB | 10-8-62 |
| Location | Staton |
| Allergies | NKDA |

Start
Date & Time 2/7/08    11 20
25.
26.
27. (1) Repeat CBC in 3 wks
28. (2) HCU in 3-4 wks (after lab results)
29.    ↳ rectal exam/Hemoccult
30.
31.    Dispense As Written _____ M.D.
32.    Substitute Permitted RD Cerba M.D.

| | |
|---|---|
| | Loveless # 238775 |
| Name | Everette Loveless |
| DOB | 10-8-62 |
| Location | Staton |
| Allergies | NKDA |

Start
Date & Time 1/31/08    1718
33.
34.    Iron & TIBC
35. CBC c̄ diff now
36. → Guiac Cards - give
37. HCU in 1 wk
38.
39.    Dispense As Written _____ M.D.
40.    Substitute Permitted RD Cerba M.D.

7116 Rev 03/04

43

**Correctional Medical Services**
**Physician's Orders**

| Name | Loveless, Everette |
|------|-------------------|
| DOB | 10|08|62 |
| Location | Staton |
| Allergies | NKA |

1. Date 1/28/03 1020
2. Iron & TIBC 0266 ↑
3. PT w/ INR 0137 - gd
4. CBC 0399-6      noted
5.                 Jennifer 1/28/03
6.
7. Dispense As Written _____ M.D.
8. Substitute Permitted _____ M.D.

| Name | Loveless, Everette |
|------|-------------------|
| DOB | 10|8|62 |
| Location | STATON |
| Allergies | NKA |

9. Date 1/28/03 1020
10. HCV visit to see Dr. Curbe re request
11. for lab C Treatment
12. KOP chronic care medications ↓
13. Re prolite 1073-6      noted
14. Ferritin 0083-5      Jennifer 1/28/03
15. Dispense As Written _____ M.D.
16. Substitute Permitted _____ M.D.

| #25377 |
|--------|
| Name | Loveless, Everette |
| DOB | 10-8-62 |
| Location | Staton |
| Allergies | NKDA |

17. Start Date & Time 1/25/08 1100
18. Glipizide 5mg 1po daily x 120days
19. metformin 500mg 1po daily x 120days
20. Need Dr Lesper - 25UA 2p
21.
22.
23. Dispense As Written _____ M.D.
24. Substitute Permitted _____ M.D.

| IL 238775 |
|-----------|
| Name | Loveless, Everette |
| DOB | 10-8-62 |
| Location | Staton |
| Allergies | NKDA |

25. Start Date & Time 1/24/08 0940
26.
27. CBC tomorrow
28. HCV next week (see me)
29. noted Shelton 1/24/08 2pm
30.
31. Dispense As Written _____ M.D.
32. Substitute Permitted MD Curbey M.D.

| ③ | |
|---|---|
| Name | Loveless Everette |
| DOB | 10|8|62 |
| Location | SCU/STATON |
| Allergies | NKA |
| 28 8775 | |

33. Date 1/22/08 1450
34. lipid panel 0009-1 fasting
35.
36. noted J woodard
37. 1-22-08
38. 9am
39. Dispense As Written _____ M.D.
40. Substitute Permitted _____ M.D.

7116 Rev 03/04

49

**Correctional Medical Services**
**Physician's Orders**

| | | |
|---|---|---|
| 238775 | 1. | Start Date & Time 1/20/08 1450 |
| Name: Loveless Everette | 2. | √ in 2hrs and notify provider during |
| DOB: 10-8-62 (a) | 3. | day shift. |
| Location: SCC Staton | 4. | √ if BS ≥ 351 the MD on call |
| Allergies: NKDA | 5. | must be notified |
| (2) | 6. | √ Chem 24 0005-7 Fasting |
| | 7. | Dispense As Written _____ M.D. |
| | 8. | Substitute Permitted  D√ucecrof  M.D. |

| | | |
|---|---|---|
| (1)  # 238775 | 9. | Start 1/22/08 1450 |
| Name: Loveless, Everette | 10. | √ 2000 cal ADA Diet no snack |
| DOB: 10-8-62 | 11. | (notify steward) |
| Location: Staton | 12. | √ Pen tee referral - Diabetic |
| Allergies: NKDA | 13. | BS ↓ Bio x 60days |
| (CCC bldg) | 14. | √ if BS between 200-350 repeat |
| | 15. | Dispense As Written _____ M.D. |
| | 16. | Substitute Permitted  D√ucecrof  M.D. |

| | | |
|---|---|---|
| # 238775 | 17. | Start Date & Time 1/18/08 @ 1440 |
| Name: Loveless | 18. | ① D/C metoprolol, Calan SR & Lisinopril |
| DOB: 10-8-62 | 19. | ② Calan SR 240 mg po QD x 120d |
| Location: Staton | 20. | ③ Metoprolol 50 mg po BID x120d  NOT KOP |
| Allergies: NKDA  (N) | 21. | ④ Lisinopril 10 mg po BID x120d |
| 2. Parker 1-18-08 8:35 | 22. | ⑤ Please add to CCC list (HTN) |
| | 23. | Dispense As Written _____ M.D. |
| | 24. | Substitute Permitted  B. Slucekrof  M.D. |

| | | |
|---|---|---|
| # 238775 | 25. | Start Date & Time 1/11/08 @1430 |
| Name: Loveless Everette | 26. | ① Ferrous sulfate ī po qd x180 da (KOP) |
| DOB: 10-8-62 | 27. | ② Dulcolax tabs 2 po BID-PRN x180da (KOP) |
| Location: Staton | 28. | ③ Colace ī PO BID-PRN x180 da (KOP) |
| Allergies: NKDA | 29. | ④ Anusol HC - To affect area BID-PRN x180da(KOP) |
| noted ward | 30. | ⑤ CBC @ 7 weeks  Flu - Hematochezia |
| 1-1-08 go pm | 31. | Dispense As Written _____ M.D. |
| | 32. | Substitute Permitted  E. Eran  M.D. |

| | | |
|---|---|---|
| # 238775 | 33. | Start Date & Time 1/11/08 1430 |
| Name: Loveless, Everette | 34. | ① Humulin R ─ Cancel |
| DOB: 10-8-62 | 35. | ② Return to camp |
| Location: Staton | 36. | |
| Allergies: NKDA | 37. | |
| | 38. | |
| | 39. | Dispense As Written _____ M.D. |
| | 40. | Substitute Permitted  E. Eran  M.D. |

7116 Rev 03/04

50



**PRISON
HEALTH
SERVICES
INCORPORATED**

## INFIRMARY NURSING PROGRESS NOTES

| Date/Time | |
|---|---|
| 10-2-07 contend 1405 | Instructed inmate to keep both containers on ice ——— Ann |
| 10-2-07 | 800/pm   24 hr. urine in Progress. urine in container c̄ bedside collected c̄ ice. ———Teresa |
| 10/3/07 | 0340 S: "no Comment" O: Inmate amb in infirmary. 24hr urine in progress. Inmate given 3rd urine container et ice. Instructions given to keep all urine et keep on ice. Inmate voiced understanding. ⊖ complaints at this time. BP 138/70 Pulse 88 Resp 18 Temp 98.7 Sat 98% on RA FSBS 110. @Matthews RN A: 24 hr urine in progress P: Cont monitor ———— |



**PHS**

PRISON
HEALTH
SERVICES
INCORPORATED

## INFIRMARY NURSING PROGRESS NOTES

| Date/Time | |
|---|---|
| 07/20/07 | Chart reviewed per Mental Health Staff. Will schedule to F/u c Dr Ferrell ————— Ca Harris L |
| 7-20-07 | P/T Annual Physical Rec'd to VCF cleared for Kitchen duty, orientation completed. ———— Jm |
| 10-2-07 8²⁰ | O- wt 257, ht 6'0" 798'8, P 88, O₂ Sat 98%, BP 139/90, A&O X3 P/ inmate voided and waisted 1st urine. Hand instructed to collect cell return urine till 10-3-07 c/ 8³⁰am, inmate state he understood. ————— Jm |
| 10-2-07 | 8⁵⁷ - O- Ms Ross called for inmate Loveless to come up front ————— P/T- inmate instructed not to void or urinate while out of infirm and to return to infirm as soon as possible ——— Jm |
| 10-2-07 | 9⁰⁵ - Inmate returns to infirmary ————— Jm |
| 10-02-07 | 11³⁰ -O- Consumed 100% lunch P/E ↑ po fluids, continue 24 hour urine collection ————— Jm |
| 10-02-07 | 14⁰⁵ S- I got on jug full I need another one -O- 3200 cc in urine collection, 2nd container given- |

| INMATE NAME (LAST, FIRST, MIDDLE) | | DOC# | DOB | R/S | FAC. |
|---|---|---|---|---|---|
| | | | | | |

PHS-MD-70049            Complete Both Sides Before Using Another Sheet

52



PRISON
HEALTH
SERVICES
INCORPORATED

## PROGRESS NOTES

| Date/Time | Inmate's Name: Loveless, Venelle # 238225    D.O.B.: 10 18 162 |
|---|---|
| 7-31-07 | WT. 256   BP 130/91 P63 R20 T98.6 O2SAT 100% swelling ankles |
| | (S) 44 yo B ♂ c/o swelling in ankles since being off his HCTZ. He is hypertensive & nonsmoker. He has been here x 1 week. Has had swelling for years. |
| | (O) See ccc note for HTN — I don't appreciate any edema of feet & legs at this time. |
| | (A) HTN — ∅ leg & foot edema   DM. |
| | (P) See ccc notes. |
| | (E) POC .                                    [signature] |
| 10-15-07 | WT. 257   BP 130/82 P60   R20   T98.8   F/U BP & BS ✓ |
| | (S) Pt for ccc + HTN & Type II DM today. Pt states he's on HCTZ on 10/11/07. Also given Colace 240 gf and his atenolol was changed from 100 mg BID to 50 mg BID |
| | (O) See ccc notes |
| | (A) - BP - looks better   — DM - BS fair   — leg edema still (-) |
| | (P) Cont present meds |
| | (E) POC                                     [signature] |

**Correctional Medical Services**
**Inter Disciplinary Progress Notes**

Patient
Name: _huneless Ewnetl_                    ID#: _238775_          Institution: _SCC_

| Date | Time | Notes | Signatur |
|------|------|-------|----------|
| 1-11-08 | 1:00pm | R,cvd Scc/SHCu Dummy jacket | D.800 |
| 1-21-08 | 1130am | R,cvd Scc/SHCu blue file sul INITOFL | D.800 |

7113 Rev 03/04

54

**Correctional Medical Services**
**Inter Disciplinary Progress Notes**

Patient Name: Loveless, Everette        ID#: 238775      Institution: Staton

DOB 10-8-62

| Date | Time | Notes | Signature |
|------|------|-------|-----------|
| 1/11/08 | 9⁴⁵ Am | To HCP Re: Rectal bleeding HT 5'11½  WT 275  T 98.4  P 92  R 20  O₂sat 98%  B/P 140/90  BS 226 c/o he ate 15 minutes ago — | W Flowers con |
| 1/11/08 | 1⁵⁰ pm | Recheck BS - 162 — | W Flowers LPN |
| 1/11/08 | 155 | Had colonoscopy @ Carraway-Bham 2/07 Dx Polyps; BRB per stool (each) x 2-3 weeks recently; Has blood off-on since 2/07  O/A Hematochesia / multiple colon polyps / internal hemorrhoids  P: CBC / Ferrous sulfate  Need colace - Dulcolax | |
| 1/24/08 | 9⁰⁰ Am | To HCP Re: F/u Hematochesia HT 5'11½ WT 274  T 97.9  P 60  R 20  O₂sat 97%  B/P 140/90 — W Flowers LPN  PLC  * ① Rectal Bleed → Colonoscopy 2/07 (Polyps)  ② Type 2 DM → Want card (Diabetic)  ③ Obesity  ④ Hep. C+  On Exam  Meme ① stool  Plans ✓ CBC & PW next week  Check from coumadin | Fred Golerg |

7113 Rev 03/04

55

**Correctional Medical Services**
**Inter Disciplinary Progress Notes**

Patient Name: Loveless, Everett.

ID#: 23 8775    Institution: Staton

DOB: 10-8-62

| Date | Time | Notes | Signature |
|------|------|-------|-----------|
| 2/7/08 | 11:00 Am | To HCP re: lab results HT 5'11½   wt 267   T 97.7   P 64   R 20   O₂ Sat 96%   B/P 110/70 — W Flowers LPN | |
| | | Pt comes for lab review. Pt. has Hep. C, Type II DM, HTN. | |
| | | labs | |
| | | CBC 3.5 > 13.2/40.8 < 202   Serum Iron?? | |
| | | INR → 1.0 | |
| | | FBS — 119 | |
| | | AST/ALT — 59/77 | |
| | | Lipid → Trig 135 | |
| | | HDL — 28 | |
| | | LDL — 69 | |
| | | A/P① Hemocult ⊕ Stool x 2 (Pen plus rectal exam) Last Colonoscopy in 2007. → May need a repeat one | |
| | | ② Type II DM → Stable | |
| | | ③ Hep. C.   ↑ Enzymes | |
| | | [signature] MD | |

7113 Rev 03/04

56

**Correctional Medical Services**
**Inter Disciplinary Progress Notes**

Patient
Name: Loveless, Everette    ID#: 238775    Institution: Staton

| Date | Time | Notes | Signature |
|------|------|-------|-----------|
| 2-21-08 | 0855 | To see provider re: foot pain wt 270 lbs | S. Tyford |
| | | T 97.? P 56 R 18 B/P 140/82 | |
| | | ® foot - ∅ findings on exam | |
| | | - he wants shoes from home | |
| | | ∴) ® foot pain | |
| | | - insoles | Fll c̄ CCC A. |
| | | - A Doc Approved shoes | Scheduled |
| | | - Tylenol PRN | c̄ Her PRN |
| | | Σ: Tx plan | |
| | | | B. Shuware NP |

7113 Rev 03/04

51



**PRISON HEALTH SERVICES, INC.**
**SICK CALL REQUEST**

PRISON
HEALTH
SERVICES
INCORPORATED

Print Name: _Everette loveless_    Date of Request: _8/20/07_
ID # _238775_    Date of Birth: _10/08/62_ Location: _D-1-15A_
Nature of problem or request: _I have seen the Doctor About my Ankle when I First got Here, and ask to be continued on my Fluid pills But was refused now this problem has gotten worse now I'm asking to be seen again_

                 _Signature_

### DO NOT WRITE BELOW THIS LINE

Date: ___/___/___
Time: _____ AM PM
Allergies: _____

> **RECEIVED**
> Date: _8/19/07_
> Time: _1400_
> Receiving Nurse Intials _CH_

**(S)ubjective:**

**(O)bjective**   (V/S): **T:** _____   **P:** _____   **R:** _____   **BP:** _____   **WT:** _____

**(A)ssessment:**     _Waiver - Didn't feel like waiting_

**(P)lan:**

Refer to:   MD/PA   Mental Health   Dental   Daily Treatment     Return to Clinic PRN
                            CIRCLE ONE
Check One:   ROUTINE ( )     EMERGENCY ( )
        If Emergency was PHS supervisor notified:   Yes ( )    No ( )
        Was MD/PA on call notified:   Yes ( )    No ( )

_____
              *SIGNATURE AND TITLE*

WHITE:    INMATES MEDICAL FILE
YELLOW:   INMATE RETAINS COPY AFTER NURSE INITIALS RECEIPT

GLF-1002 (1/4)

58



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

# PRISON HEALTH SERVICES, INC.
## SICK CALL REQUEST

Print Name: _Everette loveless_    Date of Request: _10/02/07_
ID # _230875_    Date of Birth: _10/18/62_ Location: _HCU_
Nature of problem or request: _Headach_

_____

_____

_Signature_

## DO NOT WRITE BELOW THIS LINE

Date: ___/___/___
Time: _____ AM  PM
Allergies: _____

> **RECEIVED**
> Date: 10-3-07
> Time: 8:23 a.m.
> Receiving Nurse Intials  TS.

**(S)ubjective:**

**(O)bjective**    (V/S):  T: _____    P: _____    R: _____    BP: _____    WT: _____

**(A)ssessment:** _waiver signed_

**(P)lan:**

Refer to:    MD/PA    Mental Health    Dental    Daily Treatment        Return to Clinic PRN
CIRCLE ONE
Check One:   ROUTINE ( )      EMERGENCY ( )
If Emergency was PHS supervisor notified:    Yes ( )    No ( )
Was MD/PA on call notified:    Yes ( )    No ( )

_____
SIGNATURE AND TITLE

WHITE:    INMATES MEDICAL FILE
YELLOW:  INMATE RETAINS COPY AFTER NURSE INITIALS RECEIPT

GLF-1002   (1/4)

59



**PRISON HEALTH SERVICES, INC.**
**SICK CALL REQUEST**

Print Name: _Everette loveless_    Date of Request: _12/01/07_
ID # _238775_    Date of Birth: _10/8/62_ Location: _D-1-15 A_
Nature of problem or request: _Back pains, Swelling of the Ankles_
_And A Bottom Bunk profile_

_[signature]_
Signature

**DO NOT WRITE BELOW THIS LINE**

Date: _10/1/07_
Time: _10.30_ (AM) PM
Allergies: _NKDA._

> **RECEIVED**
> Date: 10-1-0
> Time: 8.05 a.m.
> Receiving Nurse Intials I.S.

**(S)ubjective:**

**(O)bjective** (V/S): T: _____ P: _____ R: _____ BP: _____ WT: _____

**(A)ssessment:** _See nit tool_

**(P)lan:** _To be seen by MD today. Bring to P med for MD to evaluate._

Refer to: (MD/PA) Mental Health  Dental  Daily Treatment    Return to Clinic PRN
CIRCLE ONE
Check One:  ROUTINE (X)    EMERGENCY ( )
If Emergency was PHS supervisor notified:  Yes ( )  No ( )
Was MD/PA on call notified:  Yes ( )  No ( )

_[signature]_
SIGNATURE AND TITLE

WHITE:    INMATES MEDICAL FILE
YELLOW:  INMATE RETAINS COPY AFTER NURSE INITIALS RECEIPT

GLF-1002  (1/4)

_60_

DEPARTMENT OF CORRECTIONS

# TRANSFER & RECEIVING SCREENING FORM

| ...EIVED: Inmate/Health Record | RELEASED: Inmate/Health Record | ALLERGIES: |
|---|---|---|
| ...stitution: _____ | Institution: _Ventress_ | _NKDA_ |
| Date: ____ Time: ____ AM/PM | Date: _11-04-07_ Time: _0600_ (AM/PM) | PHYSICAL EXAMINATION |

**RECEIVED FROM:**
Institution/Work Release Center/Free-World Hospital

**RELEASE FROM:**
- [ ] Infirmary
- [ ] Segregation
- [X] Population
- [ ] Mental Health
- [ ] Other _____

**RECEIVING MEDICAL STATUS**
- [ ] Population
- [ ] Infirmary
- [ ] Isolation

**RELEASE TO:**
- [X] DOC
- [ ] Infirmary
- [ ] Mental Health

Institution/Work Release Center/Free-World Hospital

Date of last exam: _4-24-06_

Chest X-Ray Date: ____ Result: ____

PPD Reading _Past (+) 01-31-05_

Classification: _____

Limitations: _____

| LAB RESULTS - - LAST REPORT | Date | Normal | Abnormal | | YES | NO | |
|---|---|---|---|---|---|---|---|
| CBC | 6-01-07 | [X] | [ ] | Wears Glasses/Contacts | [ ] | [ ] | |
| Urinalysis | 10-15-07 | [X] | [ ] | Dental Prosthesis | [ ] | [ ] | |
| | | | | Hearing Aide | [ ] | [ ] | |
| | | | | Other Prosthesis | [ ] | [ ] | Recieving Nurse |

**CURRENT OR CHRONIC MEDICAL/DENTAL/MENTAL HEALTH PROBLEMS OR COMPLAINTS**

Diabetes
Hypertension
Hepatitis C (+)

**CURRENT MEDICATION - - DOSAGE AND FREQUENCY**

ASA 81mg daily
Glipizide 5mg daily
HCTZ 25mg daily
Lisinopril 10mg twice daily
Glucophage 500mg daily
Lopressor 50mg twice daily

Calan SR 240mg daily

| | | |
|---|---|---|
| MEDICATIONS | [X] Sent w / inmate | [ ] Not sent w / inmate |
| X-RAY FILM | [ ] Sent w / inmate | [ ] Not sent w / inmate |
| HEALTH RECORD | [X] Sent w / inmate | [ ] Not sent w / inmate |

Released to: _____

Date: ____ Time: ____ AM/PM

| | | |
|---|---|---|
| MEDICATIONS | [ ] Received | [ ] Not Received |
| X-RAY FILM | [ ] Received | [ ] Not Received |
| HEALTH RECORD | [ ] Received | [ ] Not Received |
| CHART REVIEWED | [ ] YES | [ ] NO |

**SCHEDULE FOR CHRONIC CARE CLINIC** _Diabetic, HTN, Hep C_

DATE: _01-22-08_  LAST CLINIC: _10-15-07_

Received by: _____
Signature of Receiving Nurse

Date: ____ Time: ____ AM/PM

**FOLLOW-UP CARE NEEDED**   Date   Time   With Whom - - Location (Sending Nurse)   Date/Appt. Made w/Whom (Rec. Nurse)
- [ ] Medical
- [ ] Dental
- [ ] Mental Health

**NURSING ASSESSMENT (SENDING NURSE)** (Noted from health record documentation)

| HISTORY | Yes | No |
|---|---|---|
| Drug Use | | Hx |
| Mental Illness | X | |
| Suicide Attempt | | X |
| Chronic Care | X | |

| STATUS | | |
|---|---|---|
| Special Diet | X | ADA |
| Appearance | | |

OTHER PERTINENT NURSING ASSESSMENT

**NURSING ASSESSMENT (RECEIVING NURSE)** (Noted from inmate assessment)

| SKIN | Yes | No |
|---|---|---|
| Open Sores | | |
| Lice | | |
| Edema | | |
| Warm & Dry | | |
| Cool & Moist | | |

| CONDITION | | |
|---|---|---|
| Alert | | |
| Oriented | | |
| Uncooperative | | |
| Depressed | | |

**INTAKE**

Sick Call Procedures Explained _____
Height _____
Weight _____
Blood Pressure _____
Temperature _____
Pulse Resp. _____
Other _____

_B. Luke RN_
Signature of Nurse Completing Assessment (Sending Nurse)            Date

Signature of Intake Screening Nurse (Receiving Nurse)            Date

| INMATE NAME (LAST, FIRST, MIDDLE) | DOC# | DOB | Race/Sex | FAC. |
|---|---|---|---|---|
| Loveless, Everett | 238775 | 10-08-62 | B/M | VCF |

(White - Medical Jacket, Yellow - Transfer Coordinator)

[62]

# A F F I D A V I T

DEFENDANT'S
EXHIBIT
D

STATE OF ALABAMA              )
                             )
ELMORECOUNTY                 )

    I, **Tommie Ellerbee** hereby certify and affirm that I am a **Medical Records Clerk** at **Staton Correctional Facility Health Care Unit.** I am one of the custodians of medical records at this institution. The attached documents are true, exact, and correct photocopies of certain medical records maintained here in the institution medical file of one **EVERETT LOVELESS, AIS #238775**; and that I am over the age of twenty-one years and am competent to testify to the aforesaid documents and matters stated herein.

    I further certify and affirm that said documents are maintained in the usual and ordinary course of business at Staton Correctional Facility: and that said documents (and the entries therein) were made at, or reasonably near, the time that by, or from information transmitted by, a person with knowledge of such acts, events, and transactions referred to therein are said to have occurred.

This, I do hereby certify and affirm to on this the _____3_____ day of ____April____ in the year _2008_ .

SWORN TO and SUBSCRIBED before me this _3_ day of _Apri l, 2008._

_Annie Latimore_
Notary Public
_12/06/2008_
My Commission Expires:

# F A X

 

J. B. EVANS CORRECTIONAL CENTER
500 ROUTH STREET
NEWELLTON, LA 71357
318-467-3355 (VOICE)
318-467-5572 (FAX)



To:
Fax number: 1-334- 567 1 5 38

From: Gloria
Fax number: 1-318- 4675374

Date: 4 - 2 - 08

Regarding:

Phone number for follow-up:
1-318-467-3355

**Comments:**

2

# F A X

J. B. EVANS CORRECTIONAL CENTER
500 ROUTH STREET
NEWELLTON, LA 71357
318-467-3355 (VOICE)
318-467-5572 (FAX)



To: medical Records
Fax number: 1-334-567 1538

From: Gloria
Fax number: 1-318-4675374

Date: 4-2-08

Regarding:

Phone number for follow-up:
1-318-467-2355

**Comments:**

3

## LCS CORRECTIONS SERVICES, INC.
### Basic Offender Physical Examination / Health Screening

FACILITY:    JR EVANS CORRECTIONAL CENTER                    DATE: 11-07-07

OFFENDER: Loreloss Enerodde          DOC# A238725   DOB: 0.08.62  SEX: M   RACE: B

TESTING: T.B.: 01.31.05 Mm   OTHER: HOCO Nut injured (pin Arn)

GENERAL: BP: 160/G   PULSE: 60   RESP: H   TEMP: 97.7   HEIGHT: 6'   WEIGHT: 263

### DO YOU NOW OR HAVE YOU EVER HAD ANY OF THE FOLLOWING AILMENTS?    (CHECK YES/NO)

| AILMENT | Y | N | AILMENT | Y | N | AILMENT | Y | N |
|---|---|---|---|---|---|---|---|---|
| HEAD INJURY | | | STOMACH PROBLEMS | ✓ | | CANCER | | ✓ |
| HEADACHES | | ✓ | HERNIA | | ✓ | OPERATIONS | | ✓ |
| EPILEPSY | | ✓ | BROKEN BONES / FRACTURES | ✓ | | SKIN DISORDERS | ✓ | |
| DEFECTIVE HEARING | | ✓ | JOINT INJURIES | ✓ | | COMMUNICABLE DISEASES | | |
| SINUS PROBLEMS | | ✓ | PHYSICAL DEFORMITIES | | ✓ | MENTAL ILLNESS DSU | | ✗ |
| SURGICAL REMOVAL OF DISK OR SPINAL FUSION | | | DIABETES MEDICATION: YES___ NO___ | | ✓ | DRUG ADDICTION | | |
| TB, ASTHMA, EMPHYSEMA 01.31.05 Mm | | ✓ | HEMOPHILIA | | ✓ | ALCOHOLISM | | ✓ |
| HEART TROUBLE | | ✓ | ARTERIOSCLEROSIS | | ✓ | POLIO (POLIOMYELITIS) | | ✓ |
| DIZZINESS / BLACKOUTS | | ✓ | CATARACTS / GLAUCOMA | | ✓ | DENTAL PROBLEMS | | ✓ |
| HIGH BLOOD PRESSURE | ✓ | | BACK OR NECK INJURY | | ✓ | OTHER: | | ✓ |
| STROKE | | ✓ | THROMBOPHLEBITIS | | ✓ | | | |

### EXPLAIN ALL "YES" ANSWERS. PLEASE USE BACK OF FORM TO GIVE FURTHER EXPLANATION.

| LEVEL OF CONSCIOUSNESS | |
|---|---|
| PUPILS | PERL |
| HEART | RR |
| LUNGS | CTA |
| ABDOMEN | Soft Nttender |
| DEFORMITIES | O |
| SKIN | WNL |
| OTHER | O |

ILLUSTRATE ON DIAGRAM (S) THE POSITION OR PLACE OF INJURY IF ANY:

# tattoos (5)



REFERRAL MADE:    [  ] YES   [  ] NO   [  ] N/A

REFERRAL NEEDED:   [  ] PHYSICIAN   [  ] DENTAL   [  ] MENTAL HEALTH

[  ] ROUTINE SICK CALL   [  ] EMERGENCY SICK CALL   [  ] NONE

PHYSICIAN / MEDICAL STAFF REMARKS / RECOMMENDATIONS:

EXAMINING MEDICAL STAFF:

PHYSICIAN SIGNATURE:

DATE: 11-07-07

4

# LCS CORRECTIONS SERVICES, INC.
## MEDICAL AND DENTAL HISTORY

FACILITY: _____ JB EVANS CORRECTIONAL CENTER _____ DATE: 11-07-07

OFFENDER: Loveless, Everette _____ DOC#: 238775 _____ AGE: 45

DOB: 10-08-62 _____ RACE: B _____ SEX: M _____ S.S.#: 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

CURRENT MEDICAL PROBLEMS: NIDDM, HTN (?) PPD, HepC, Colon polyps (noncancerous)

MEDICATIONS: ECASA 81mg BID, Glipizide 5mg - PO dly, Metformin 500mg - PO dly, Toprasor 100mg - PO BID, Lisinopril 10mg - PO dly

DISEASES: NO

RECENT SURGERY: NO

RECENT ACCIDENTS: no

COMMUNICABLE DISEASES: TB (?) PPD ā TX

ANY RISK OF PREGNANCY: N/A

ATTEMPTED SUICIDE: NO

ALCOHOL OR DRUG ABUSE: NO

MENTAL HEALTH PROBLEMS: Yes PTSD

MENTAL CONDITION: Appear Stable A/V/O

DO YOU WEAR ANY PROSTHETIC DENTAL APPLIANCES: NO

WHEN WAS YOUR LAST VISIT TO THE DENTIST: 1 yr ago

HAVE YOU EVER HAD ANY TEETH (FILLED) OR (REMOVED) BOTH

EVER HAD BLEEDING GUMS: NO

DO YOU HAVE ANY DENTAL COMPLAINTS AT THIS TIME: NO

HAVE YOU EVER SEEN AN EYE DOCTOR- IF YES, WHY: Yes Routine

WERE YOU ISSUED A PRESCRIPTION FOR CORRECTIVE EYE WEAR: Yes

WHAT TYPE OF EYE WEAR ARE YOU CURRENTLY USING: None

DESCRIPTION & CONDITION OF EYE WEAR: Ø

COMMENTS:

_____ 11/2/07
OFFENDER SIGNATURE AND DATE

_____ 11/07/07
STAFF SIGNATURE, TITLE AND DATE

5

## LCS CORRECTIONS SERVICES, INC.
### IMMUNIZATION RECORD

OFFENDER: _Loveless, Eronette_     OFFENDER #: _238MS_

ALLERGIES: _NKA_     DOB: _10-08-62_

## PPD

| DATE GIVEN | NURSING SIGNATURE | DATE READ | RESULTS | NURSING SIGNATURE |
|---|---|---|---|---|
| 1/01/07 | ℗ 01.31.05 19mm Ō Tx | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

## TETANUS

| DATE | DOSE | NURSING SIGNATURE |
|---|---|---|
| | | |
| | | |

## OTHER

| DATE | | NURSING SIGNATURE |
|---|---|---|
| | | |
| | | |

# LCS CORRECTIONS SERVICES, INC.
## Medical Preliminary Screening Observations / Questionnaire
### J.B. Evans Correctional Center

Facility: _____

NAME: _Everette Loudless_    ID #: _A-238775_    DOB: _10/8/62_

RACE: _B_    SEX: _M_

SCREENING OFFICER: _Sgt. T. Boss_    DATE: _11-7-07_

Check One: (Y - Yes, N - No, R - Refused)

| Y | N | R | |
|---|---|---|---|
| | ✓ | | 1. Is subject unconscious? |
| | ✓ | | 2. Does the subject have any obvious bleeding, injury, illness, or pain? |
| | ✓ | | 3. Is there any indication or evidence of contagious or communicable disease? |
| | ✓ | | 4. Does the skin show signs of infestation or lesions? |
| | ✓ | | 5. Does the subject appear to be under the influence of drugs? |
| | ✓ | | 6. Does the subject appear to be under the influence of alcohol? |
| | ✓ | | 7. Are there any visible symptoms of alcohol/drug withdrawal? |
| ✓ | | | 8. Have you ever thought about or attempted suicide? |
| | ✓ | | 9. Does the subject's behavior indicate or suggest possible danger or risk of suicide? |
| | ✓ | | 10. Is the subject displaying violent or aggressive behavior indicating that he/she may be a danger to self or others? |
| | ✓ | | 11. Is the subject taking or carrying any medications? |
| | | | 12. Does the subject have: |
| | ✓ | |    A.    Heart Disease |
| ✓ | | |    B.    High Blood Pressure (hypertension) |
| | ✓ | |    C.    Diabetes (sugar in blood) |
| | ✓ | |    D.    Epilepsy (fits, seizures) |
| ✓ | | |    E.    Hepatitis (jaundice, yellow jaundice) |
| | ✓ | |    F.    AIDS |
| | ✓ | |    G.    Tuberculosis |
| | ✓ | |    H.    Ulcers (peptic, stomach) |
| | ✓ | |    I.    Venereal Disease (clap, syphilis) |
| | ✓ | |    J.    Psychiatric illness/mentally retarded |
| ✓ | | | 13. Are you on any prescribed diet or medication for any of the above? |
| | ✓ | | 14. Any known allergies? |
| | ✓ | | 15. Is the subject pregnant or had a baby in the last month? |
| | ✓ | | 16. Do you have any painful dental condition? |
| | ✓ | | 17. Does the subject have any deformities, amputations or injuries requiring the use of a cane, crutches, casts or brace? |
| | ✓ | | 18. Do you have any other medical problems we should know about? |

### (IF ANY ANSWERS ARE YES OR REFUSED – CALL MEDICAL / U.O.R. REQUIRED)

COMMENTS (Write U.O.R. if Necessary):

IN SIGNING THIS QUESTIONNAIRE, I DECLARE THAT THE INFORMATION HAS BEEN GIVEN TO THE BEST OF MY KNOWLEDGE. I ALSO GIVE MY CONSENT FOR THE STAFF OF LCS CORRECTIONS SERVICES, INC. TO PROVIDE MEDICAL AND MENTAL HEALTH CARE.

_____
OFFENDER'S SIGNATURE

_Sgt. T. Boss_
WITNESS SIGNATURE

## LCS CORRECTIONS SERVICES, INC.

**J.B. Evans Correctional Center** — Mental Disability/Suicide Intake Screening

**Facility** _Everette Loucks_

**Name** _Everette Loucks_    **D.O.B.** _10/8/62_

Last Name _A 238775_    First _____    MI _____

**Offender #** _Loucks_    **Date** _10/2/07_    **Screening Officer** _Sgt. J. Bass_

| QUESTIONNAIRE FOR OFFENDER | | OBSERVATION QUESTIONS | |
|---|---|---|---|
| 1. Have you ever received MHMR services or other mental health services? | ✔ YES / NO | 6. Does the individual act or talk in a strange manner? | YES / ✔ NO |
| 2. Do you know where you are? | ✔ Correct / Incorrect | 7. Does the individual seem unusually confused or preoccupied? | YES / ✔ NO |
| 3. What season is this? | ✔ Correct / Incorrect | 8. Does the individual talk very rapidly or seem to be in an unusually good mood? | YES / ✔ NO |
| 4. How many months are there in a year? | ✔ Correct / Incorrect | 9. Does the individual claim to be someone else like a famous person or fictional character? | YES / ✔ NO |
| 5. (a) Sometimes people tell me they hear noises or voices that other people don't seem to hear. What about you? (b) If yes, ask for an explanation: What do you hear? _____ | YES / ✔ NO | 10. (a) Does the individual's vocabulary (in his/her native tongue) seem limited? (b) Does the individual have difficulty coming up with words to express him/herself? | ✔ YES / NO   YES / ✔ NO |

### SUICIDE-RELATED QUESTIONS / OBSERVATIONS

| | | | |
|---|---|---|---|
| 11. (a) Have you ever attempted suicide? (b) Have you ever had thoughts about killing yourself? If yes, when? _____ Where? _____ How? _____ | ✔ YES / NO   YES / ✔ NO | 14. When not on drugs or drinking, have you ever gone for days without sleep or had a long period in your life when you felt very energetic or excited? | YES / ✔ NO |
| 12. Are you thinking about killing yourself today? | YES / ✔ NO | 15. Have you experienced a recent loss or death of a family member or friend or are you worried about major problems other than your legal situation? | ✔ YES / NO |
| 13. (a) Have you ever been so down that you couldn't do anything for more than a week? (b) Do you feel this way now? | YES / ✔ NO   YES / ✔ NO | 16. Does this individual seem extremely sad, apathetic, helpless, or hopeless? | YES / ✔ NO |

Was offender a medical, mental health, or suicide risk during any prior contact or confinement with department?

YES _____  NO __✔__  If yes, when? _____

Does arresting or transporting officer believe that the offender is a medical, mental health, or suicide risk?

YES _____  NO __✔__

_[signature]_    _11-7-07_    _Sgt. J. Bass_
**Offender's Signature**    **Date**    **Officer's Signature**

**Comments:** _____

_____

_____

**A Single inappropriate response except as appropriate in #3, indicates additional evaluation recommended.
If so, contact Medical immediately.**

8

**LCS CORRECTIONS SERVICES, INC.**
**DOCTOR'S ORDERS**

FACILITY: _____ **JB EVANS CORRECTIONAL CENTER** _____

OFFENDER: Loveless, Everette          OFFENDER# 238775

| DATE/TIME | ALLERGIES: NKA |
|---|---|
| 11/5/07 | Continue meds as ordered *EC ASA 81mg + PO daily, Lipitor 10mg + PO daily* |
| | *Verapamil 500mg + PO daily, Lopressor 100mg + PO BID, Lisinopril 10mg + PO daily* |
| | *Monthly BP + PM snack S/y* |
| | *J. Neumann (illegible)* (*16-0*) |
| 12/7/07 | *Hct A_____ Now d q 3 m o    150/90* |
| | *Aldactazide 25/25 q 1° daily forty glasses 1 wk today* |
| | *Torsemide 10 mg PO form* |
| | *noted Mary Morgan* |
| 12/31/07 | *Send to RRMC for evaluation of Rectal* |
| | *bleeding* |
| | *noted Mary Morgan tbm* |

9

## LCS CORRECTIONS SERVICES, INC.
### MEDICAL PROGRESS NOTES

FACILITY: _____ JB EVANS CORRECTIONAL CENTER

| NAME: Loveless, Everette | OFFENDER#: 238775 |
| ALLERGIES: NKA | DOB: 10-08-62 |

| DATE / TIME | PROGRESS NOTES |
| --- | --- |
| 12/9/07 | F2 pretibial edema - PH DM type II  HTN; Reprold FBS 135 this am  BP 150/90 this PM  Will get HgbA1c q 3 mo |

**LCS CORRECTIONS SERVICES, INC.**
**NURSE'S NOTES**

FACILITY: ___JB EVANS CORRECTIONAL CENTER___

OFFENDER: _Loveless, Everette_    OFFENDER# _238MS_

| DATE/TIME | ALLERGIES: | SIGNATURE/TITLE |
|---|---|---|
| 12/07/07 | Render saw MD for various problems. New orders Lab- Hgb A1c now + Q 3mos ② Aldactazide 25/25 → po Qam ③ Torsemide 10mg q am | may may rn |
| 12/12/07 | Veni puncture to ℞ antecubital space x 1 attempt for lab Hgb A1c bleeding was minimal applied pressure to site. covered ē bandaid | Mary Mae rn |
| 12/12/07 | 1:10 pm C/O Manuel phoned stated offender gave his noon meal away and refused this afternoon snack AsBs 53 no hypoglycemic episodes | may may rn |
| 12/31/07 | Offender came to Medical C/O increased rectal bleeding, passing clots states this has been going on for several days states he has a hx ② polyps Sending to RRMC for evaluation and treatment | may may rn |
| 12-31-07 | I/M evaluated - still do some bleeding @ this time but denies severity @ this point- V/S stable - worked to PM call line - will monitor PCN | R. Clark RN |
| 01.04.08 | I'm @ pill for portine meds. Ø Cover relayed | |

LCS CORRECTIONS SERVICES, INC.

Offender Request

FACILITY: J B Evans

TO: Captain Poliette _____ DATE: 12/04/07
(Person to whom request is to be sent)

NATURE OF REQUEST
    MEDICAL X    OTHER □ _____    Blood pressure Checks
                                    (state nature of request)

    REQUEST TO OFFICIAL □

OFFENDER NAME Everette Jowless    OFFENDER # A 238775

HOUSING ASSIGNMENT E-04

DETAILS OF REQUEST (Briefly state nature or reason for request):

I have High Blood pressure and would like my pressure
Check at lease 3 Time A week or when I feel it's
need

                    Thank you

─────────────────────────────────────────────
                    OFFICIAL USE ONLY
─────────────────────────────────────────────

DATE: 12/12/07                    TIME: 11:40 pm
REQUEST IS: (  ) Approved    (  ) Denied    (  ) Handled

Request is forwarded to _____
Comments: Bp Checks are done Monthly
and as needed. He's shown no signs
of being in HTN Crisis

NOTE: All requests shall be forwarded to the proper official who shall fully answer/handle the request. A copy of the completed form shall be sent to the offender, the original shall be placed in the Offender File.

12

LCS CORRECTIONS SERVICES, INC.

Offender Request

FACILITY: J B Evans

TO: Captain Poliette                                    DATE: 12/04/07
(Person to whom request is based)

NATURE OF REQUEST
    MEDICAL X    OTHER ☐ _____ Blood Work
                                (state nature of request)

REQUEST TO OFFICIAL ☐

OFFENDER NAME Everette loveless          OFFENDER # A 238775

HOUSING ASSIGNMENT E-04

DETAILS OF REQUEST (Briefly state nature or reason for request):

I Have A liver Disorder HepC. and would like Blood
work to make sure my imonitive are on

                                    Thank you

---

OFFICIAL USE ONLY

DATE: 12/12/07                          TIME: 11 40/0

REQUEST IS: ( ) Approved    ( ) Denied    ( ) Handled .

Request is forwarded to _____

Comments: Offender seen MD 12/7/07
Has work order now + repeat
@ 3mo.

NOTE: All requests shall be forwarded to the proper official who shall fully answer/handle the request. A
copy of the completed Form shall be sent to the offender, the original shall be placed in the Offender File.

13

LCS CORRECTIONS SERVICES, INC.

Offender Request

FACILITY: _J B EVANS_

TO: _Captain Paliette_ _____ DATE: _12/04/07_

(Person to whom request is to be sent)

NATURE OF REQUEST

MEDICAL ☒    OTHER ☐ _____ _Chronic Care_

(state nature of request)

REQUEST TO OFFICIAL ☐

OFFENDER NAME _Everette loveless_    OFFENDER # _#238775_

HOUSING ASSIGNMENT _E-04_

DETAILS OF REQUEST (Briefly state nature or reason for request):

_In ADOC I was A Chronic Care patient But I was Told That This Facility dose not provide This Care But I must request That you make This possible for me_

_Thank you_

| OFFICIAL USE ONLY |
|---|

DATE: _____    TIME: _____

REQUEST IS: (  ) Approved    (  ) Denied    (  ) Handled

Request is forwarded to _____

Comments: _____

NOTE: All requests shall be forwarded to the proper official who shall fully answer/handle the request. A copy of the completed Form shall be sent to the offender, the original shall be placed in the Offender File.

14

E. Loveless

**Alabama Department of Corrections**
*Intra-State*
**Medical Transfer & Receiving Screening Form**

| | |
|---|---|
| **State Returning Inmate to Alabama:** | LA |
| Facility Returning Inmate to Alabama: | J.B. Evan Correctional Center |
| Your Contact Number: | 1-318-467-3355 |
| Has the inmate had a PPD within last 12 months? | NO |
| Was the reading within normal limits? | NO |
| The reading in mm's was: | 1-31-05  19mm per transfer |
| If the inmate was unable to have a PPD the *TB Screening Form* results were: | |
| Has the inmate had a History & Physical completed within last 12 months? | Yes |
| Any noted Lab or X-Ray abnormalities? | Yes |
| If so, describe: | |
| Current Rx inmate is prescribed: | See mar |
| | |
| | |
| Current Chronic Care Clinic/s inmate is enrolled in: | no |
| Clinical follow-up or care needed at Alabama unit receiving inmate: | Yes |
| Medical: | GI Consult |
| Dental: | |
| Mental Health: | |
| Other: | |
| Does the inmate currently have any special needs; housing, accommodation, diet? If so, list: | |
| bottom bunk - 2200 cal diet | |
| Medical Record to include any off-site consults or care information is ready for return with inmate? | Yes |
| Rx prepared and ready for return with inmate? | |
| *Nurse Signature:* | |
| *Date & Time:* | |

| | |
|---|---|
| **Alabama Unit Receiving Inmate:** | |
| Date and Time: | |
| Intra-State Screening Form Received and Reviewed with Medical Record? | |
| PPD, TB Screen or Chest X-Ray Required at this time (if prior more than one year ago)? | |
| Follow-up lab required due to abnormal noted?  If so, referred to your unit provider? | |
| If abnormal labs referred to this unit provider? | |
| Medications Received?  If so, referred to your unit provider? | |
| If Rx received, referred to provider for continued administration? | |
| If approved, Rx given to pharmacy nurse with orders? | |
| Does the inmate need to be referred to CCC? | |
| If yes, this information was given to the unit CCC Program Manager? | |
| Follow-up care listed in above section (or discovered) referred to your unit provider? | |
| Follow-up care listed in above section (or discovered) referred to your charge nurse for direction? | |
| Inmate requires special housing? | |
| If yes, ADOC informed in writing? | |
| Inmate requires special accommodation? | |
| If yes, ADOC shift informed in writing? | |
| Inmate requires special diet? | |
| If yes, diet instruction provided to ADOC? | |
| *Nurse Signature:* | |
| *Date & Time:* | |

15

LCS CORRECTIONS SERVICES, INC.

Offender Request

FACILITY: _JB EVANS_

TO: _Health Care_                                      DATE: _12/12/07_
(Person to whom request is to be sent)

NATURE OF REQUEST
MEDICAL ☒      OTHER ☐  _That I Be placed on Chronic Care list_
(state nature of request)

REQUEST TO OFFICIAL ☒

OFFENDER NAME _Everette Loveless_        OFFENDER # _A 238775_

HOUSING ASSIGNMENT _H-22_

DETAILS OF REQUEST (Briefly state nature or reason for request):

_That I Be placed on Chronic Care list here_

| OFFICIAL USE ONLY |
|---|

DATE: _____    TIME: _____

REQUEST IS: (  ) Approved    (  ) Denied    (  ) Handled

Request is forwarded to _____

Comments: _____

NOTE: All requests shall be forwarded to the proper official who shall fully answer/handle the request. A copy of the completed Form shall be sent to the offender, the original shall be placed in the Offender File.

16

LCS CORRECTIONS SERVICES, INC.

Offender Request

FACILITY: *J B Evans*

TO: *Health Care* _____ DATE: *12/12/02*
(Person to whom request is to be sent)

NATURE OF REQUEST
    MEDICAL X    OTHER ☐ *That my Blood pressure Be Check*
(state nature of request)

    REQUEST TO OFFICIAL ☐

OFFENDER NAME *Everette Loveless* _____ OFFENDER # *# 238775*

HOUSING ASSIGNMENT *H-22*

DETAILS OF REQUEST (Briefly state nature or reason for request):
*I Suffer from High Blood pressure And I Am Asking That*
*my pressure Be Moniter At A regular Interval.*

_____

_____

_____

_____

| OFFICIAL USE ONLY |
|---|

DATE: _____    TIME: _____

REQUEST IS: ( ) Approved    ( ) Denied    ( ) Handled

Request is forwarded to _____

Comments: _____

_____

_____

_____

NOTE: All requests shall be forwarded to the proper official who shall fully answer/handle the request. A copy of the completed Form shall be sent to the offender, the original shall be placed in the Offender File.

17

## Medical Co-Payment Charge Sheet

Facility: _J B Evans Correction_

All Alabama Department of Correctional Offenders housed at an LCS Facility are officially notified that any self-initiated request for Medical, Dental, and Psychiatric Services may be subject to a co-payment by the offender.

The following is a schedule of Co-Payment Fee that the offender may be responsible for:

1.    Sick Call (Doctor/Nurse)                    $3.00 per complaint

The Co-Payment may be taken from the offender's account.

No offender shall be denied Medical, Dental, Psychiatric Service, or Medication, even if the offender does not have any funds. However, a negative balance for the Co-Payment amount may be carried on the offender's money account and in the event any money is received by the offender, the co-payment may be deducted from the offender's account.

Co-Payment Fee        Amount              Service

                      3.00                MD

                Total _____

Date _12/07/07_

Offender Name _Everette  Loveless_   Refused to sig
                    PRINT              but saw MD
                                         SIGNATURE

Offender # _____

Authorizing Medical Personnel _Mary Morgan_

Date Fee Deducted _12-07-07_

Deducted By _Sgt. Rachal_

NOTE: Return to Medical, to be filed in the Offender's Medical File

18

LCS CORRECTIONS SERVICES, INC.

### Offender Request

FACILITY: _J B EVANS_

TO: _Did Doctor on Staff / Sick-Call_     DATE: _11/14/07_
(Person to whom request is bussed)

NATURE OF REQUEST
    MEDICAL ☒     OTHER ☐ _I would like to see Doctor_
(state nature of request)

REQUEST TO OFFICIAL ☐

OFFENDER NAME _Everette Fowless_     OFFENDER # _A 238775_

HOUSING ASSIGNMENT _Segregation_

DETAILS OF REQUEST (Briefly state nature or reason for request):
_I would like to talk to you about my medical needs as stated by the Alabama Department of Corrections, and my right arm at the elbow has stiffness to the point I can not exstine it all the way but and a pain level of about 5 on a scent of 1 to 10_
_Thank you_

---

### OFFICIAL USE ONLY

DATE: _11.15.07_     TIME: _11:00p_

REQUEST IS: ( ) Approved    ( ) Denied    (✓) Handled

Request is forwarded to _____

Comments: _Placed on MD list_
_[signature] LPN_

NOTE: All requests shall be forwarded to the proper official who shall fully answer/handle the request. A copy of the completed Form shall be sent to the offender, the original shall be placed in the Offender File.

_19_

JAN-03-2008 10:04 From:                                    3184675374        P.2/3

# J.B.EVANS CORRECTIONAL CENTER
## CONSULT FORM

| OFFENDER NAME | DOC# | CONSULT | COMPLAINT | DENIED/APPROVED |
|---|---|---|---|---|
| EVERETTE LOVELESS | A238775 | GI | RECTAL BLEEDING, PASSING BLOOD CLOT ;HX OF POLYPS | Transfer to RE |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

T. O Dr. Lyun / B. )Cl/ke

**MD SIGNATURE'S**

20

**LabCorp** V 1.32

| Specimen # | Control/Req Number | | Pg 1 |
|---|---|---|---|
| 346-107-5088-0 | 536548 48 | | |

| Fasting | Micro Source | Total Urine Volume | Report Status |
|---|---|---|---|
| Yes | | | S /Final |

| Date Collected | Time Collected | Date Entered | Date Reported |
|---|---|---|---|
| 12/12/07 | 08:10 | 12/12/07 | 12/13/07 |

Clinical Information

| Patient ID Number | Patient Phone Number | Patient SSN: |
|---|---|---|
| 238775 | | ***-**-1632 |

| Patient Name | | Sex | Date of Birth |
|---|---|---|---|
| LOVELESS, EVERETTE | | M | 10/08/60 |

Patient Address

Account
17103895
J.B. Evans Correctional Ctr.                    00

500 Routh Street
Newellton LA  71357

318-467-3355

Comments

PATN AGE: 047/02/04

DR.ID: NEUMAN

Tests Requested  Hemoglobin A1c

| TESTS | RESULT | FLAG | UNITS | REFERENCE INTERVAL | LAB |
|---|---|---|---|---|---|
| Hemoglobin A1c | 5.6 | | % | 4.8 - 5.9 | 01 |

Current guidelines recommend a treatment goal of <7.0% for diabetic patients.

01 MB    LabCorp Birmingham              Dir: John Elgin, MD
         1801 First Avenue South, Birmingham, AL 35233
For inquiries, the physician may contact Branch: 800-737-5227 Lab: 205-581-3500

LAST PAGE OF REPORT

12/21/07

FINAL REPORT

© 2007 Laboratory Corporation of America® Holdings
All Rights Reserved

LOVELESS, EVERETTE          238775          346-107-5088-0 Seq# 4136 12-13-07 07:53ET

21

Universal #2    560281f1

# LCS CORRECTIONS SERVICES, INC.
## MEDICATION RECEIPT LOG FORM

**Facility** J.B. EVANS CORRECTIONAL CENTER

**OFFENDER** Loveless, Everetta                              **#** A-238775

| Medication | Rx# | Doctor | Amount | Cost | Date | Nurse Initials |
|---|---|---|---|---|---|---|
| ASA 81mg | 6679136 | NEUMAN | 30 | .38 | 11-9-07 | gb |
| Glipizide 5mg | 6679137 | NEUMAN | 30 | 2.98 | ← | gb |
| Metformin HCL 500mg | 6679138 | NEUMAN | 30 | 5.24 | ← | gb |
| Metoprolol 100mg | 6679139 | NEUMAN | 60 | 4.30 | ← | gb |
| Lisinopril 10mg | 6679140 | NEUMAN | 30 | 5.79 | ← | gb |
| Metformin HCL 500mg | 6686633 | NEUMAN | 30 | 5.24 | 11-26-07 | gb |
| Glipizide 5mg | 6686679 | NEUMAN | 30 | 2.98 | 11-29-07 | gb |
| Lisinopril 10mg | 6688483 | NEUMAN | 30 | 5.79 | ← | gb |
| Metformin HCL 500mg | 6693192 | NEUMAN | 30 | 5.24 | 12-4-07 | gb |
| Metoprolol 100mg | 6693196 | NEUMAN | 60 | 4.30 | ← | gb |
| Lisinopril 10mg | 6696249 | NEUMAN | 30 | 5.69 | 12-10-07 | gb |
| Torsemide 10mg | 6697310 | NEUMAN | 30 | 11.47 | 12-11-07 | gb |
| Spironolactone HCTZ 25/25 | 6697309 | NEUMAN | 13 | —— | 12-11-07 | gb |
| Torsemide 10mg | 104 | NEUMAN | 30 | 12-11-07 | gb |
| Glipizide 5mg | 6699840 | NEUMAN | 30 | 2.98 | 12-14-07 | gb |
| Metformin HCL 500ml | 6703120 | NEUMAN | 30 | 5.24 | 12-21-07 | gb |
| Glipizide 5mg | 6707563 | NEUMAN | 30 | 2.98 | 12-21-07 | gb |

# J.B. EVANS CORRECTIONAL CENTER
### Medical Transportation Form
## 500 ROUTH STREET
## NEWELLTON, LA  71357
## (318)467-3355   (318)467-5572

Notice: Form must be returned to J.B. Evans Correctional Center.

NAME: _Evere Ho Loveless_   DOB: _10_ / _8_ / _62_   DATE: _12_ / _31_ / _07_

SS# _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_ _____   Allergies ___ _NKA_ _____

DOC# _A 238775_ _____

Complaint: _C/o bright red rectal bleeding_
_and passing clots. states she has a_
_Hx of (Polyp)_

Medical History: _NIDDM, HTN, (+)PPO, Hep C_

_____

_____

Medication: _ASA 81mg ÷ dly, Glipizide 5ms ÷ dly_
_Lisinopril 10mg ÷ dly_
_Metformin HCL 500mg ÷ dly_
_Metoprolol 100mg ÷ Bid_
_Aldactazide 25/25 ÷ po_
_Torsemide 10ms ÷ qam_

_____

Method of Transportation:        (Van)        Ambulance:

Destination: ___ _RLMC-ER_ _____

Test given prior to transfer: ___ _None_ _____

_____

Vitals:  BP _____    Pulse _____    Resp: _____

_Gloria Bryant_
Signature of Medical Staff

© IHSOA, Inc.

**River Region Medical Center**
2100 Highway 61 N
Vicksburg, MS 39183
6018835000

## Patient Teaching Instructions
LOVELESS, EVERETTE - 0736500171

Date discharged: 12/31/2007
Time discharged: 13:03

You have been diagnosed and treated by our emergency care provider. These discharge instructions have been prepared for you in order that you better understand your condition, and how this condition may affect you now that you have been discharged from our emergency room. Please read these instructions carefully, and do not hesitate to call us if you have any questions.

Your emergency care provider was:

### SHAWN T *WATSON

#### Special Instructions
STOP ASPIRIN UNTIL SEEN BY DR PANZER. FOLLOW UP WITH DR PANZER ON 1/3/08 AT 0830 AM THURSDAY.

Referred to:
SHAWN W PANZER

Phone: 6016610034
Hours:
Follow up in 3 days.
Call for an appointment

The exam and treatment you received today has been provided on an emergency basis only. This is not a substitute for complete medical care. **You, not River Region Medical Center**, are responsible for arranging and obtaining follow-up care with a doctor or other healthcare provider, which includes making arrangements for payment. If your problem worsens or new symptoms appear and you are unable to arrange prompt follow-up care, call or return to this emergency room.

If you had EKG's or X-rays done in the Emergency Department, they will be reviewed by a specialist. If their interpretation is different from the Emergency Doctor, you or your physician will be notified.

If you had cultures done, results are usually available within 48-72 hours. If the results indicate a need for re-evaluation or change in treatment, you will be notified.

IHSOA, Inc.

**River Region Medical Center**
2100 Highway 61N
Vicksburg, MS 39183
6018835000

## Patient Teaching Instructions
LOVELESS, EVERETTE - 0736500171

RECTAL BLEEDING

WHAT IS RECTAL BLEEDING?
Rectal bleeding can be a result of anything from a minor
hemorrhoid to a serious intestinal problem.  Hemorrhoids are the
most common cause of rectal bleeding, but bleeding can come
from straining to move bowels if constipated, or from trauma or
injury to the rectal area.  The amount, color and consistency of
the bleeding often tells the examining doctor where the possible
source of the problem is.

WHAT SHOULD I KNOW AND DO FOR RECTAL BLEEDING?
- Keep a record of the times and circumstances that the bleeding
  occurs.  This should be discussed with your doctor.
- If you have hemorrhoids, follow the instructions given
  for this condition.

WHEN AND WHY SHOULD I FOLLOW UP WITH THE DOCTOR?
- If the bleeding is continuous.
- If you have any stomach cramping and loose dark red stools.
- If you have any sudden rectal pain.
- For any other problems that concern you.

9905

25

**LabCorp**

J.B. Evans Correct. Fac'l Cntr.
500 Routh Street
Newellton        LA 71357
318-467-3355   LSN

17103096-1

## 53 6548 3544 8

Patient's Name (Last): Loveless    (First): Everette    Sex: M    Date of Birth: 8 60 51

Patient's SS #: 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    J28 775

Physician's Name (Last, First): Neumann Thomas

Patient's Address: 500 Routh Street
City: Newellton    State: La    ZIP: 71357

Name of Responsible Party: J B Evans Correctional Fac.
Address: Newellton    La    71357

Use a separate ABN when ordering tests which require an ABN. Refer to the back of this form for more information.

⊛ = Subject to Medicare medical necessity guidelines.

% = Subject to Medicare frequency guidelines.

# = Medicare deems investigational. Medicare does not pay for services it deems investigational.

### ORGAN OR DISEASE PANELS
See reverse for components

| Code | Test |
|---|---|
| 322744 | Acute Hepatitis Panel |
| 322758 | Basic Metabolic Panel (8) |
| 322000 | Comp Metabolic Panel (14) |
| 103754 | Electrolyte Panel |
| 122775 | Hepatic Function Panel (7) |
| 103756 | Lipid Panel |
| 235010 | Lipid Panel w/Chol/HDL |
| 122777 | Renal Function Panel |

### HEMATOLOGY

| Code | Test |
|---|---|
| 005009 | CBC w Diff w Plt |
| 015907 | CBC w Diff w/o Plt |
| 028142 | CBC w/o Diff w Plt |
| 005017 | CBC w/o Diff w/o Plt |
| 005058 | Hematocrit |
| 005041 | Hemoglobin |
| 015249 | Platelet Count |
| 005033 | RBC Count |
| 005025 | WBC Count |
| 005090 | WBC Differential |

### ALPHABETICAL COMBINATION TESTS

| Code | Test |
|---|---|
| 001081 | Albumin |
| 001107 | Alkaline Phosphatase |
| 001545 | ALT (SGPT) |
| 001396 | Amylase |
| 004855 | Antinuclear Antibodies |
| 001123 | AST (SGOT) |
| 000810 | B₁₂ and Folate |
| 001099 | Bilirubin, Total |
| 001040 | BUN |

### ALPHABETICAL TESTS

| Code | Test |
|---|---|
| 006287 | C-Reactive Protein |
| 001016 | Calcium |
| 007419 | Carbamazepine (Tegretol®) |
| 002139 | CEA |
| 001065 | Cholesterol, Total |
| 001370 | Creatinine |
| 007385 | Digoxin (Lanoxin®) |
| 004515 | Estradiol |
| 004598 | Ferritin |
| 028480 | FSH and LH |
| 001958 | GGT |
| 001032 | Glucose, Serum |
| 001818 | Glucose, Plasma |
| 001693 | Glycohemoglobin, Total |
| 004556 | hCG, Beta Subunit, Qual |
| 004416 | hCG, Beta Subunit, Quant |
| 001925 | HDL Cholesterol |
| 162289 | Helicobacter pylori, IgG |
| 006395 | Hep A Antibody, IgM |
| 006510 | Hep B Surface Antibody |
| 143991 | Hep B Surface Antigen |
| 001453 | Hep C Antibodies |
| 083824 | Hemoglobin A₁c |
| 002170 | HIV-1 Antibodies |
| 001321 | IgE, Total |
| 001115 | Iron and IBC |
| 007708 | LDH |
| 001537 | Lithium (Eskalith®) |
| | Magnesium |

### ALPHABETICAL TESTS CON'T

| Code | Test |
|---|---|
| 007823 | Phenobarbital (Luminal®) |
| 007401 | Phenytoin (Dilantin®) |
| 001024 | Phosphorus |
| 001180 | Potassium |
| 512094 | PreGen-Plus™ |
| 004465 | Prolactin |
| 010322 | PSA |
| 004747 | Prostatic Acid Phos |
| 005199 | Prothrombin Time (PT) |
| 020321 | PT and PTT Activated |
| 005207 | PTT Activated |
| 006502 | Rheumatoid Arthritis Factor |
| 006072 | RPR |
| 006197 | Rubella Antibodies, IgG |
| 005215 | Sed Rate, Westergren |
| 001198 | Sodium |
| 004226 | Testosterone |
| 007199 | Theophylline |
| 001156 | T3 Uptake |
| 001503 | Thyroid Cascade Profile |
| 001149 | Thyroxine (T₄) |
| 001172 | Triglycerides |
| 002188 | Triiodothyronine (T₃) |
| 004259 | TSH, 3rd generation |
| 001057 | Uric Acid |
| 003004 | Urinalysis |
| 003772 | Urinalysis |
| 007260 | Valproic Acid (Depakune®) |
| 001503 | Vitamin B₁₂ |

### MICROBIOLOGY

| Code | Test |
|---|---|
| 008649 | Aerobic Bacterial Culture |
| 164160 | Chlamydiae/GC DNA Probe |
| 096479 | Chlamydiae/GC DNA Probe w/Rfx Confirmation |
| 164202 | Chlamydiae DNA Probe |
| 188128 | Group B Strep Colonization Detection Cult/DNA Probe |
| 008334 | Genital Culture, Routine |
| 180810 | Lower Respiratory Culture |
| 164210 | N. gonorrhoeae DNA Probe |
| 008625 | Ova and Parasites |
| 006144 | Stool Culture |
| 008169 | Throat Culture, Group A |
| 008332 | Upper Respiratory Culture, Routine |
| 008847 | Urine Culture, Routine |

† = ID / Susceptibility at Additional Charge

** = Confirmation at Additional Charge

**OTHER TESTS / INDIVIDUAL PROFILE COMPONENTS**

HGB A1C

26

## LCS CORRECTIONS SERVICES, INC.

### T. B. SCREENING FORM

Today's Date __11-25-07__    Screening Facility __JB Evans Correctional__

Skin Test Positive Date __1-31-05_____    Results __19MM__  MM

| Any Symptoms of: | YES | NO |
|---|---|---|
| Loss of appetite | —— | ✓ |
| Fever/Chills | —— | ✓ |
| Hoarseness | —— | ✓ |
| Chest Pain | —— | ✓ |
| Weight Loss | —— | ✓ |

Usual Weight_____
Present Weight__262__

| | YES | NO |
|---|---|---|
| Night Sweats | —— | ✓ |
| Excessive Fatigue | —— | ✓ |
| Dyspnea | —— | ✓ |
| Productive Cough (more than 3 weeks) | —— | ✓ |

IF YES:
Sputum Production_____ Color_____

Consistency_____

Hemoptysis_____

HIV Positive_____

Nurse Signature __Mary Morgan for__    Date __11-25-07__

### *** Refer to MD or Mid-Level Provider if any YES answers ***

| INMATE NAME | AIS# | D.O.B | FACILITY |
|---|---|---|---|
| Loveless, Everette | 238775 | 4/8/62 | J.B.Evans |

27

LCS\JB EVANS CORRECTIONS
LOVELESS, EVERETTE
REPORT DATE : 12/07

# MEDICATION ADMINISTRATION RECORD

| MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

11/07/07 - 11/06/08
8AM ... TABLET BY MOUTH
ONCE DAILY

GLIPIZIDE 5 MG TABLET
TAKE 1 TABLET BY MOUTH
ONCE DAILY
11/07/07 - 11/06/08
8AM

LISINOPRIL 10 MG TABLET
TAKE 1 TABLET BY MOUTH
ONCE DAILY
11/07/07 - 11/06/08
8AM

METFORMIN HCL 500 MG TABL
TAKE 1 TABLET BY MOUTH
ONCE DAILY
11/07/07 - 11/06/08
8AM

METOPROLOL ... MG TABLET
... TABLET BY MOUTH
... 
11/07/07 - 11/06/08
8AM
8PM

B/P monthly

Aldactone 25/25 ~ Po
Qd
12/7/07        MM
8A

Torsemide 10mg ÷ q Am
8A
12/7/07        MM

Lab HgB A1C now
then @ 3:00
12/7/07    due 12/12/07

STARTING FOR    12/01/07    THROUGH    12/31/07    PAGE    1    OF    1
NEIMAN, THOMAS            Telephone No.    318-574-8584    Medical Record No.
NEIMAN, THOMAS            Alt Telephone    318-574-8584    238775
                         Rehabilitative
                         Potential

Approved By Doctor:
By:                      Title:              Date: 28

RESIDENT    LOVELESS, EVERETTE    D.O.B. 00/00/0000    Sex:    Room # JL    Patient Code LOVEEV    Admission Date 11/07/07

LCS CORRECTIONS SERVICES, I__.
Medical Diet Order

Facility: JB Evans

Offender Name: Loveless, Everett          DOC/DOB: 238 775
Diet Ordered: needs Double portions to meet required 2200 Calories
2200 Calorie ADA c am & pm snack

Start Date: 11-16-07                 Stop Date: Indefinite

Medical Signature: Heidi _____ LPN

(Offender Medical File Copy)

| | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | | |
|---|---|---|---|---|---|---|---|---|---|---|
| B | | | | | | | | | | |
| L | | | | | | | | | | |
| S | | | | | | | | | | |
| BT | | | | | | | | | | |
| | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 |
| B | | | | | | | | | | |
| L | | | | | | | | | | |
| S | | | | | | | | | | |
| BT | | | | | | | | | | |
| | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
| B | | | | | | | | | | |
| L | | | | | | | | | | |
| S | | | | | | | | | | |
| BT | | | | | | | | | | |

CHART ORDER: 11-06-07    EXPIRATION: 11-30-07    Medical Record No.: 238775
Physician: Heinan, Thomas

Allergies: NKDA

Diagnosis: (+) PPD ≤ tx    Hep C(+) HTN, NIDOM, Colon polyps

RESIDENT: Loveless, Everette    D.O.B. 10/8/62    Sex: M    Date: 29

**LCS CORRECTIONS SERVICES, INC.**
**MEDICATION RECEIPT LOG FORM**

**Facility J.B. EVANS CORRECTIONAL CENTER**

**OFFENDER** Loveless, Everette

# A-238775

| Medication | Rx# | Doctor | Amount | Cost | Date | Nurse Initials |
|---|---|---|---|---|---|---|
| Metoprolol 100mg | 6707516 | NEUMAN | 60 | 8.30 | 12-31-07 | 96 |
| Spironolact/HCTZ 25/25 | 6707519 | NEUMAN | 30 | 3.00 | ↓ | 96 |
| Torsemide 10mg | 6707522 | NEUMAN | 30 | 11.47 | | 96 |
| Lisinopril 10mg | 6709374 | NEUMAN | 30 | 5.79 | 1-3-08 | 96 |
| | | NEUMAN | | | | |
| | | NEUMAN | | | | |
| | | NEUMAN | | | | |
| | | NEUMAN | | | | |
| | | NEUMAN | | | | |
| | | NEUMAN | | | | |
| | | NEUMAN | | | | |
| | | NEUMAN | | | | |
| | | NEUMAN | | | | |
| | | NEUMAN | | | | |
| | | NEUMAN | | | | |
| | | NEUMAN | | | | |

30



DEFENDANT'S EXHIBIT
E
PENGAD 800-631-6989

# ALABAMA SJIS CC/DC CASE DETAIL

**Company Name: BETTIE CARMACK**

OFFICE

alacourt.com

County: **02**     Case Number: **CC-2004-003064.00**     Charge     **MURD**
Name: **LOVELESS EVERETTE RAY**

REAL TIME

## Case

### Case Information

| | | |
|---|---|---|
| County: **02 - MOBILE** | Case Number: **CC-2004-003064.00** | JudgeID: **CAG:CHARLES A GRADDICK** | Defendant status: **J:Jail** |
| Filed: **08/20/2004** | Arresting agency type: **S:State** | Muni N°: **00** | City: |
| Arrest date: **03/11/2004** | Offense date: | ORI: **002015J** | Officer: |
| Indictment date: **08/20/2004** | Grand jury: **279** | Attorney 1: **KIL012 Appointed** | Ticket N°: **M04024127** |
| Tracking N°s: **DC200400206300/0/0** | | | |
| Date: **10/21/2004** | Que: **002** | Time: | Desc: **ARRG  ARRAIGNMENT** |

### Defendant Information

| | | | |
|---|---|---|---|
| Name: **LOVELESS EVERETTE RAY** | | Alias 1: | Alias 2: |
| DOB: **10/08/1962** | SSN: **XXX-XX-X632** | | Driv License N°: **AL** |
| Height: **6'00"** | Weight: **250** | Race/Sex: **:Black/M** | Eyes/Hair: **BRO/BLK** |
| State ID: **AL0** | Youthful Date: | AL institutional service #: **238775** | Probation Office#: **2005000026-00** |
| Address 1: **615 AZALEA RD # 192** | | Address 2: | |
| Zip: **36609** | City: **MOBILE** | State: **AL** | Country: **US** |

### Prosecutor & Atty Info

| | | |
|---|---|---|
| Prosecutor: **TYS002** | Attorney 1: **KIL012 Appointed** | Attorney 2: |
| Prosecutor Flag: **Turn off Notice** | Attorney 1 Flag: **Receive Notice** | Attorney 2 Flag: **Receive Notice** |

### Warrant Information

| | | |
|---|---|---|
| Warrant Date: **-** | Warrant Action: **-** | Warrant Location: **-** |
| Bondsman process issuance: | Bondsman return: | |

### Charges

| | | | | |
|---|---|---|---|---|
| 1. Crime co: **MURD** | Statute: **MURDER** | Stat Name: **13A-006-002** | Class/Categ: **F PE** | Counts: **001** |
| 2. Crime co: | Statute: | Stat Name: | Class/Categ: | Counts: |
| 3. Crime co: | Statute: | Stat Name: | Class/Categ: | Counts: |
| More: **N** | Domestic Violence: **N** | Case Type: **F** | Case Categ: **PE** | |
| Comment: | | | | |

### Bonding Information

| | | | |
|---|---|---|---|
| Bond amt: **50000.00** | Bond type: **S:Prof Bond co** | Bond co: **MOB002** | |
| Release date: **06/05/2004** | Surety: **S 001** | Complaining Witness: **000** | |
| Jury Demand: | | Appeal Date: | |

## Settings

### Setting Dates

| | Date: | Que: | Time: | Description: |
|---|---|---|---|---|
| 1: | 10/21/2004 | 002 | | ARRG- ARRAIGNMENT |
| 2: | 12/13/2004 | 001 | 08:30 AM | JTRL-JURY TRIAL |
| 3: | 12/06/2004 | 000 | 08:30 AM | DISP-SET FOR DISPOSITIO |
| 4: | | 000 | 00:00 | - |

## Disposition

### Disposition

| | | | |
|---|---|---|---|
| Court Action: **G:Guilty plea** | Court Action date: **12/13/2004** | Jury: | More: **N** |



| Charge 1: | MANS MANSLAUGHTER | | 13A-006-003 | | F B | | Counts: | 001 | | CA: | G 12/13/2004 |
|---|---|---|---|---|---|---|---|---|---|---|---|

Charge 1:  MANS MANSLAUGHTER     13A-006-003     F B        Counts:  001      CA:   G 12/13/2004
Charge 2:                                                    Counts:           CA:
Charge 3:                                                    Counts:           CA:
Admin Docket:          Why:              Trial Began,No Verdict1: 12/13/2004    TBNV2:
Appeal:                Court of Appeal:          Type:                Grand Jury's Action:
Continuance Date:      Why:                      Cont N° :   0       Domestic violence:  N
Comment:
Case Compl:  N         Sent Prov:   N           Due:
No of Warrants: 0      No of Subpoenas: 1       Updated:    12/15/2004

## Sentence - 02CC200400306400

### Sentence
Sent:     12/13/2004        Begin:     12/13/2004       End:      0              PRB Beg:
IMP CONF:  20 00 000        SUSP CONF: 00 0 0000        Total Conf:  20 0 0 000     Jail Cred:  00  0 6 024
LICN Susp:  00 0 0 000      Probation:  00 0 0 000      PRB Rev:

### Monetary
Cost: X           Fine Imp: 0.00        Fine Susp: 0.00       CVCC: X           HIS: X
WCCS:             MCOS:                 JFEE: 0.00            DRGF: # 0         ASUS:
WCDA:             REMB:                 3CVC:                 WARR:             USFE:
PREL: X           DRUG:                 RCUP: 0.00            SUBP: X
RES1:  0.00                             RES2:  0.00                            RES3:  0.00
RES4:  0.00                             RES5:  0.00                            RES6:  0.00

### Confine
PENT: X           LIFE:             LWOP:             DEATH:            SPLIT:             BOOT: DAYS:0   EMON: DAYS:0
JAIL:             CCUR:             CSEC:             CTERM:            RVSPL:             GANG: DAYS:0

### Programs
JDVR:             IPROB:            AASCH:            DUI:              DDC:               CSV: HOURS: 0   SAPP:
PTRL:             BCSCH:            MNTL:             CRO:              ASCH:              ANGER:         DRUGCT:

### Enhanced
PROJ:             CNOT:             SCH:              VDOB:             HOOF:
DRUGCODE:         MEAS:             VOL: 0.00

SEC/CUR:
Comment:
Bal Due:                   Due:                  CRO:                  Updated:   Cost: 12/15/2004 by ROH

## Financial

### Fee Sheet

| PR | NO | Acct | From | For | To | Total Due | Amt Paid | Balance | Hold Amt |
|---|---|---|---|---|---|---|---|---|---|
| 53 | 1 | SO75 | | | 000 | $3,000.00 | $0.00 | $3,000.00 | 0000000000 |
| 51 | 1 | SF72 | | | 000 | $2,500.00 | $0.00 | $2,500.00 | 0000000000 |
| 50 | 1 | SF71 | | | 000 | $2,500.00 | $0.00 | $2,500.00 | 0000000000 |
| 15 | 1 | SF80 | | | 000 | $3,200.00 | $0.00 | $3,200.00 | 0000000000 |
| 11 | 1 | SF30 | | | 000 | $800.00 | $0.00 | $800.00 | 0000000000 |
| 10 | 1 | SF00 | | | 000 | $22,100.00 | $0.00 | $22,100.00 | 0000000000 |
| | | | | | TOTAL: | $34,100.00 | $0.00 | $34,100.00 | $0.00 |

© Alacourt.com  4/2/2008        3

## Financial History

| Transaction Date | Transaction Type | Disb Acct | Payment From/To | Batch | Check or Receipt # | Amount | Fee | Money Type | Attorney | Operator |
|---|---|---|---|---|---|---|---|---|---|---|
| 12/15/2004 | Z:FEE ADDED | | SF30 11 | 2005054 | 00000000 | 00000008 00 | N | O | | ROH |
| 12/15/2004 | Z:FEE ADDED | | SF80 15 | 2005054 | 00000000 | 00000032 00 | N | O | | ROH |
| 12/15/2004 | Z:FEE ADDED | | SF72 51 | 2005054 | 00000000 | 00000025 00 | N | O | | ROH |
| 12/15/2004 | Z:FEE ADDED | | SF71 50 | 2005054 | 00000000 | 00000025 00 | N | O | | ROH |
| 12/15/2004 | Z:FEE ADDED | | SF00 10 | 2005054 | 00000000 | 00000221 00 | N | O | | ROH |
| 12/15/2004 | Z:FEE ADDED | | SF75 53 | 2005054 | 00000000 | 00000030 | N | O | | ROH |

## Case Action Summary - 02CC200400306400

| Date: | Time | Code | Comments | Operator |
|---|---|---|---|---|
| 09/23/2004 | 11:23:25 | JUDG | ASSIGNED TO: (CAG) CHARLES A GRADDICK      (AR01) | MAH |
| 09/23/2004 | 11:23:26 | STAT | INITIAL STATUS SET TO: "B" - BOND      (AR01) | MAH |
| 09/23/2004 | 11:23:27 | FILE | FILED ON: 08/20/2004      (AR01) | MAH |
| 09/23/2004 | 11:23:28 | ARRS | DEFENDANT ARRESTED ON: 03/11/2004      (AR01) | MAH |
| 09/23/2004 | 11:23:29 | INDT | DEFENDANT INDICTED ON: 08/20/2004      (AR01) | MAH |
| 09/23/2004 | 11:23:30 | BOND | BOND SET AT: $50000.00      (AR01) | MAH |
| 09/23/2004 | 11:23:31 | S001 | SURETY ADDED: MOBILE AL DISCOUNT BAIL BO..   | MAH |
| 09/23/2004 | 11:23:32 | REDT | DEFENDANT RELEASED FROM JAIL: 06/05/2004  (AR01) | MAH |
| 09/23/2004 | 11:23:33 | FILE | CHARGE 01: MURDER/#CNTS: 001      (AR01) | MAH |
| 09/23/2004 | 11:24:28 | COMM | MOBILE ALA DISCOUNT BOND-MADE 2 BONDS $25,00(AR01) | MAH |
| 09/23/2004 | 11:24:29 | COMM | ACH      (AR01) | MAH |
| 09/23/2004 | 11:24:31 | CASP | CASE ACTION SUMMARY PRINTED      (AR01) | MAH |
| 09/23/2004 | 11:25:28 | PZCS | PARTY S001 ZCS CHANGED FROM: 00000-0000    (AW21) | MAH |
| 09/29/2004 | 8:14:33 | DAT1 | SET FOR:  ARRAIGNMENT ON 10/21/2004 AT 0830A(AR10) | MAH |
| 10/01/2004 | 2:56:53 | DOCK | NOTICE SENT: 10/01/2004 LOVELESS EVERETTE RAY | EVY |
| 10/01/2004 | 2:56:54 | DOCK | NOTICE SENT: 10/01/2004 MOBILE AL DISCOUNT BAIL BO | EVY |
| 10/05/2004 | 10:10:21 | DAT2 | SET FOR: JURY TRIAL ON 12/13/2004 AT 0830A  (AR10) | PAR |
| 10/23/2004 | 8:12:34 | ATY1 | ATTORNEY FOR DEFENDANT: KILBORN VINCENT F IV(AR10) | ROH |
| 10/23/2004 | 8:12:35 | DAT3 | SET FOR: SET FOR DISPOSITIO ON 11/18/2004 AT 0830A | ROH |
| 10/23/2004 | 8:12:54 | AAPT | APPOINTMENT OF COUNSEL  SENT TO DEF ATTY 1 (AR09) | ROH |
| 11/19/2004 | 4:16:48 | DAT3 | SET FOR: SET FOR DISPOSITIO ON 12/06/2004 AT 0830A | TEG |
| 11/22/2004 | 2:19:00 | DOCK | NOTICE SENT: 11/22/2004 LOVELESS EVERETTE RAY | MAH |
| 11/22/2004 | 2:19:00 | DOCK | NOTICE SENT: 11/22/2004 KILBORN VINCENT F IV | MAH |
| 11/22/2004 | 2:19:00 | DOCK | NOTICE SENT: 11/22/2004 MOBILE AL DISCOUNT BAIL BO | MAH |
| 11/23/2004 | 6:45:55 | SUBP | WITNESS SUBPOENAS ISSUED | MAH |
| 12/15/2004 | 8:09:59 | DJID | DISPOSITION JUDGE ID CHANGED FROM:   TO: CAG | ROH |
| 12/15/2004 | 8:10:00 | DISP | CHARGE 01: MANSLAUGHTER/#CNTS: 001      (AR10) | ROH |
| 12/15/2004 | 8:10:00 | DISP | CHARGE 01 DISPOSED BY: GUILTY PLEA ON: 12/13/2004 | ROH |
| 12/15/2004 | 8:10:00 | TBNV | TRIAL BEGUN NO VERDICT ON: 12/13/2004    (AR10) | ROH |
| 12/15/2004 | 8:11:49 | CH01 | DEFENDANT SENTENCED ON: 12/13/2004      (AR05) | ROH |
| 12/15/2004 | 8:11:50 | CH01 | IMPOSED CONFINEMENT: 20 YEARS      (AR05) | ROH |
| 12/15/2004 | 8:11:51 | CH01 | TOTAL CONFINEMENT: 20 YEARS      (AR05) | ROH |
| 12/15/2004 | 8:11:52 | CH01 | SENTENCE TO BEGIN ON: 12/13/2004      (AR05) | ROH |
| 12/15/2004 | 8:11:53 | CH01 | COST PROVISION ORDERED BY THE COURT      (AR05) | ROH |
| 12/15/2004 | 8:11:54 | CH01 | JAIL CREDIT: 06 MONTHS, 024 DAYS      (AR05) | ROH |
| 12/15/2004 | 8:11:55 | CH01 | HISTORY FEE PROVISION ORDERED BY THE COURT  (AR05) | ROH |
| 12/15/2004 | 8:11:56 | CH01 | PREL FEE PROVISION ORDERED BY THE COURT  (AR05) | ROH |
| 12/15/2004 | 8:11:57 | CH01 | CVCC PROVISION ORDERED BY THE COURT      (AR05) | ROH |
| 12/15/2004 | 8:11:58 | CH01 | SUBPOENA FEE PROVISION ORDERED BY THE COURT (AR05) | ROH |

© Alacourt.com   4/2/2008          4

| 12/15/2004 | 8:11:59 | CH01 | PENITENTIARY PROVISION ORDERED BY THE COURT (AR05) | ROH |
|------------|---------|------|---------------------------------------------------|-----|
| 12/15/2004 | 8:12:34 | D001 | ENFORCEMENT STATUS SET TO: "J"        (FE52) | ROH |
| 12/15/2004 | 8:12:35 | COMM | RESTITUTION TO BE DETERMINED          (FE52) | ROH |
| 12/15/2004 | 8:12:43 | STAT | STATUS CHANGED TO: "J" - JAIL          (AR01) | ROH |
| 12/23/2004 | 11:21:31 | TRSC | TRANSCRIPT OF RECORD ISSUED: 12/23/2004    (AR08) | MAG |
| 01/27/2005 | 12:51:38 | FELN | CONVICTION REPORT TO BOARD OF REGISTRARS | MAH |

**END OF THE REPORT**





DEFENDANT'S
EXHIBIT
F

**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION**

| | |
|---|---|
| **Everett Loveless, #238775** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| **vs.** | )   **CIVIL ACTION NO.** |
| | )   **2:08-CV-36-MEF** |
| **Ruth Naglich, et al.** | ) |
| | ) |
| **Defendants.** | ) |

## A F F I D A V I T

STATE OF ALABAMA    )
                        )
MONTGOMERY COUNTY  )

     Before me, the undersigned authority, a Notary Public, in and for said County and State of Alabama at Large, personally appeared Ruth Naglich., who being known to me and being by me first duly sworn, deposes and says on oath as follows:

     My name is Ruth Naglich. I am presently employed by the Alabama Department of Corrections as the Associate Commissioner of Health Services. I am over twenty-one (21) years of age. My current administrative responsibilities for the Alabama Department of Corrections include the monitoring of the components and the quality of the provision of healthcare to those individual who are in the care, custody and control of the State of Alabama Department of Corrections (ADOC).

     My position and duties within the department encompasses the administration and oversight of medical and mental health services. Plaintiff was not in the 'care, custody or control' of the ADOC while housed at the J.B. Evans Correctional Facility in Newellton Louisiana.; he was in the 'care, custody or control' of <u>LCS Correctional Services</u>, a private business or entity. I have no administrative responsibilities for inmates within their 'care, custody and control.

1

I do not make individual decisions as to the clinical treatment of any individual inmate. Clinical treatment decisions for the department's inmates are made by the licensed treating physician or midlevel provider, retained to treat those individuals within the community and state where they are housed, in this instance the doctor retained by LCS Correctional Services.   I have had no discussions to my knowledge involving the treatment of the Plaintiff in this matter.

I do not know the Plaintiff in this matter and to my knowledge I have not had any contact with him nor any member of his family.

Ruth A. Naglich    4-4-2008
Associate Commissioner
Alabama Department of Corrections

SWORN TO AND SUBSCRIBED before me this 2nd day of April, 2008

NOTARY PUBLIC

MY COMMISSION EXPIRES    3/27/2011

2

DEFENDANT'S
EXHIBIT
G
PENGAD 800-631-6989

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

EVERETT LOVELESS, #238775    )
                            )
            Plaintiff,       )
                            )
vs.                         )        CIVIL ACTION NO. 2:08-CV-36-MEF
                            )
RICHARD ALLEN,              )
ET AL.,                     )
                            )
            Defendants.      )

## **A F F I D A V I T**

STATE OF ALABAMA

MONTGOMERY COUNTY

Before me, the undersigned authority, a Notary Public, in and for said County and State of Alabama at Large, personally appeared Richard Allen, who being known to me and being by me first duly sworn, deposes and says on oath as follows:

My name is Richard Allen. I am presently employed as Commissioner of the Alabama Department of Corrections. I am over twenty-one (21) years of age.

I do not know the Plaintiff in this matter and to my knowledge I have not had any contact with him nor any member of his family. As Commissioner, I do not control the daily operation of J. B. Evans Correctional Facility in Newellton, Louisiana, the Ventress Correctional Facility or the Staton Correctional Facility, and had no involvement in the incidents of which Plaintiff complains. I have not been involved in any aspect of the medical treatment or diet of this inmate. I deny each and every allegation made in this complaint.

Page 2

I deny that I have violated the Plaintiff's constitutional rights in any way.

Richard F. Allen
Commissioner

SWORN TO AND SUBSCRIBED before me this 4th day of April, 2008.

NOTARY PUBLIC
MY COMMISSION EXPIRES 3/31/12