FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

EVERETTE LOVELESS #238 775 )
    Plaintiff, Pro-se )
                             ) CASE NO:2:08-CV-36-MEF
VS. )
                             )
RICHARD F. ALLEN, et al., )
    Defendant(s) )
                             )

PLAINTIFF'S RESPONSE TO DEFENDANTS ANSWER
AND
SPECIAL REPORT

Come now, Everette Loveless # 238 775, pro-se plaintiff and move this Honorable Court Pursuant to Rule 6. F. R. Civ. P. and move for an extinction of time to file his response to the Defendant's Answer and Special Report and states the following in support;

1. The Plaintiff Everette Loveless is an Alabama Inmate at Staton Correctional Facility, in Elmore County, Alabama.

2. Loveless has not had sufficient time to fully prepare his reply to the defendant's answer and special report due to the number of documents contained in the medical reports of both the Louisiana and Alabama Prison Medical Facilities.

3. Loveless is in the process of preparing his reply and research in this matter is time consuming and the plaintiff is pursuing this matter as a pro-se litigant and is untrained in the science of law.

Wherefore, the Plaintiff, Everette Loveless # 238 775, move this Honorable Court to grant him an additional 7 day extension in order to properly prepare his response to the defendant's answer and special report for good reasons shown the response to the special report due date is May 14th, 2008, after the granting of the additional 7 day extension the due date will be May 21st, 2008, the defendants of this action will not suffer any prejudice if this motion is granted by this Honorable Court and the end of justice in this matter maybe served. It Is So Prayed.

**Done this the 12th, day of May 2008.**

Submitted By

*[signature]*

Everette Loveless # 238 775, pro-se

## CERTIFICATE OF SERVICE

I, Everette Loveless # 238 775, do hereby certify that I have served a copy of the foregoing pleading on the U.S. District Court, by placing same in prison mailbox at Staton Correctional Facility for US mailing postage prepaid and properly addressed to the Clerk of the Court for the United states Middle District of Alabama (Northern Division) and the Counsel for the Defendant as addressed below on this the 12th, day of May, 2008.

Debra P. Hackett, Clerk
Middle District of Alabama
P.O. Box 711
Montgomery, AL. 36101-0711

Bettie J. Carmack
Assistant Attorney General
Civil Litigation Division
11 South Union Street
Montgomery, AL 36130

Submitted By

*[signature]*

Everette Loveless # 238 775/B1-160A
Staton Correctional Facility
P. O. Box # 56
Elmore, Al 36025-0056

EVERETTE LOVELESS # 238775/B1-160A
S.C.C.
P.O.BOX # 56
ELMORE, AL 36025-0056



MONTGOMERY AL 361
12 MAY 2008 PM 1 T

DEBRA P. HACKETT, CLERK
B110 FRANK M. JOHNSON, JR.
U.S. COURTHOUSE COMPLEX
ONE CHURCH ST.
P.O.BOX # 711
MONTGOMERY, AL 36101-0711

This correspondence is forwarded
from an Alabama State Prison. The contents
have not been evaluated, and the Alabama
Department of Corrections is not responsible
for the substance or content of the
communication.