IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| EVERETTE LOVELESS, #238775, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 2:08-CV-36-MEF |
| ) | |
| RICHARD F. ALLEN, et al., ) | |
| ) | |
| Defendants. ) | |

**ORDER ON MOTION**

Upon review of the document filed by the plaintiff on May 13, 2008 (Court Doc. No. 32), which the court construes to contain a motion for extension of time, and for good cause, it is

ORDERED that this motion be and is hereby GRANTED. It is further

ORDERED that the plaintiff is GRANTED an extension from May 14, 2008 to and including May 21, 2008 to file a response to the defendants' special reports in compliance with the directives of the order entered on April 24, 2008 (Court Doc. No. 31). . .

Done this 14th day of May, 2008.

        /s/ Wallace Cael, Jr.
        WALLACE CAPEL, JR.
        UNITED STATES MAGISTRATE JUDGE