IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

Everette Loveless, #238775,
    Plaintiff

v.      Civil Action No. 2:08-CV-36-MEF

Richard F. Allen, ET AL.,

### MEMORANDUM OF LAW IN SUPPORT OF
### PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION
### AND AFFIDAVIT

Plaintiff submits this Memorandum of Law in support of his motion for a Preliminary Injunction.

In determining whether a preliminary injunction should issue, a court must consider whether the party seeking injunction has demonstrated that: (1) It has a reasonable likelihood of success on the merits of the underlying claim: (2) No adequate remedy at Law exists: (3) it will suffer irreparable harm if the preliminary injunction is denied: (4) the irreparable harm the party will suffer without injunctive relief is greater than the harm the party will suffer without injunctive relief is granted: (5) the preliminary injunction will not harm the public interest. Ty-Inc v. Jones Group, Inc. 237 F.3d 891, 895 (2001); Platium Home Mortgage, Inc. v. Platinum Fin. Group, Inc., 149 F.3d 722, 726 (1999).

    I.    There is a reasonable likelihood that Plaintiff will succeed on the merits of this case.

In Richard F. Allen, ET AL. Defendant's special Report, ANSWER Page 7 quote:

"Loveless has alleged in his complaint that certain defendants ordered the Louisiana medical personel not to provide him with medical treatment for his diabetes or to provide him with a diabetic diet or treat his rectal bleeding. Inmate Loevless' claim is without merit. When

1

<u>the Alabama Department of Corrections transferred Loveless to the Louisiana facility, they instructed the facility to give Loveless a gastrointestinal consultation, a bottom bunk, and a 2200 calorie diet. (Exhibit D-pg. 15).</u>

This is an out right blatant lie. This exhibit is attached to this preliminary injunction for your review. This form is a Alabama Department of Corrections <u>INTRA-STATE</u> medical transfer and receiving screening form. In the underlined statement above according to this it is right the "<u>opposite</u>" as you carefully review this form, the top half of this form was filled out by Louisiana facility returning inmate Loveless to the State of Alabama.

These are instructions given to the ADOC informing them of the medical problems that needed to be addressed such as:

1. Has the inmate had a PPD within last 12 Months? NO.
2. Was the reading within normal limits? NO
3. Any noted Lab or Xray abnormalities? Yes
4. Current chronic care clinic's inmate is enrolled in: NO
5. Clinical follow-up or care needed at Alabama Unit Receiving Inmate: Yes
6. Medical: G.I. consult
7. Bottom Bunk,-2200 cal. diet.
8. Medical Record to include any off-site consults or care information is ready for return with inmate? Yes

These were ORDERS given to the ADOC 1/10/08 signed by Nurse at the Louisiana J. B. Evan Correctional Center. The bottom portion of this form was to be filled out by the Alabama receiving Officer and medical staff. As you, will see it is blank. The date and time of this receiving is not filled out by the ADOC, nor Correctional Medical Staff. The instructions was not received by the Nursing Staff upon arrival at Staton Correctional Facility, nor have any of these instructions ever been followed as you will see the evidence shown here creates an issue of material facts. Why would the A.D.O.C. order a gastronintestinal consult 2 months before the rectal bleeding started? Loveless had no problem with rectal bleeding when transferred to J.B.

2

Evans Correctional Facility. The answer is clear "lying <u>about the treatment is their only defense</u>."

The Defendants ADOC stated on page 9 of their special report that:

> "An inmate who complains that delay in medical treatment rose to a Constitutional violation must place verifying medical evidence in the record to establish the detrimental effect of delay in medical treatment to succeed." Hill v. DeKalb Reg'l Youth Det. Center. 40 F.3d 1176, 1188 (11th Cir. 1994).

Defendant's would have read this case they would know that the blood in Hill's underwear between 9:00 A.M. and 10:00 A.M.; yet he did not reveal this fact to anyone until approximately 4:30 P.M. The greatest delay in medical treatment, therefore was attributable to Hill's silence. Additionally, Hill has not contended that there was continued bleeding that would signify an urgent or emergency situation, but only that there was a blood "smear" in his underwear, which necessarily would have been dried blood because it had been there since that morning Hill v. DeKalb Regional Youth Detention Center 40 F.2d 1176 at 1189 (11th cir 1994).

Loveless alleges this is not the case here the medical records show's that on 12/31/07 before returning from emergency room for increased rectal bleeding, passing clots stated this has been going on for several days. The nurse note's show even after his return to J.B. Evans Correctional Center Exhibit "D pg.11 inmate evaluated-still c/o some bleeding see exhibit attached. Also SEE Exhibit D pg. 20 appointment January 3, 2008 complaint: Rectal Bleeding, passing blood clots HX of Polyes, was canceled and Loveless was to be transferred back to Alabama. It appears that the ADOC did not want to pay for any further treatment at the Louisiana facility.

> See Ancata v. Prison Health Services Inc., 769 F.2d 700 (11th cir. 1985).
> The law was clearly established that the right to medical care may include diagnostic tests known to be necessary, not just medical and surgical care, e.g., H.C. by Hewatt v. Jarrard, 786 F.2d 1080 (11th cir. 1986) confirming

3

earlier case law that, "failure to provide diagnostic care and medical treatment known to be necessary (or<u>) delay of necessary treatment for non-medical reasons…establish(es) deliberate indifference sufficient to establish a Constitutional violation</u>. Finally, it was clear that deliberate indifference could be inferred from an unexplained delay in treating a known or obvious serious medical condition. Brown, 894 F.2d 1538 ALSO, Ancata v. Prison Health Services Inc. 769 F.2d 700, 700 (quote) the court said:

> Deliberate indifference to serious medical needs is show when prison officials have prevented an inmate from receiving recommended treatment or when an inmate is denied access to medical treatment or personnel capable of evaluating the need for treatment.

Loveless alleges delay of this type of treatment, by the ADOC See Exhibit_____

attached these are grievances dated May 12, 2008 stated:

> I am suffering from rectal bleeding that has gotten worse, since transferred back from Louisiana for this problem. I am passing clots red, as well as dark blood and severe abdominal pain, this goes unaddressed. I now ask you to address this problem this is causing me physical as well as mental pain.

On May 15, 2008 Loveless filed another medical grievance stated:

> I have filed "**numerous grievances**" about my medical problems which has gone unchecked. This problem is getting worse. I would like to know why haven't I not been seen for this problem. I was put in for a scope by Mr. Adams over (3) weeks and nothing has been done for me, so could you "Please" tell me what is the Hold-Up and who is doing this and why haven't I been answered.

Loveless has put in numerous grievances even wrote Warden Forniss, here at Staton Correctional Facility on 5/19/08 SEE Exhibit #____ attached. (Grievances) See Westlake v. Lucas, 537 F.2d 857, 860 (6th Cir. 1976)

("[A] Prisoner states a proper cause of action when he alleges that Prison authorities have denied reasonable requests for medical treatment in face of an obvious need for such attention where the inmate is there by exposed to undue suffering or the intent of tangible residual injury.").

4

Loveless was finally seen by Dr. Corvay on <u>16</u> day of May 2008 after talking with him and addressing complaint with Dr. Corvey he stated to Loveless that:

> Mr. Loveless I have put you on a waiting list because there are a shortage of <u>gastrointestinal</u> Doctors and Mr. Loveless besides there are a lot more other inmates that are bleeding worser than you are.

Loveless ask the Dr. Corvey about the results on the spisium's of red blood mixed with dark stool and pure tissue samples. He had given Correctional Medical Services for examination. Dr. Corvey stated: They got lost and he doesn't know what happened to them. Loveless believes that this Honorable Court should Order that a van owned by the A.D.O.C. load up these inmates and have these procedures done at Hospital before someone dies and grant this preliminary injunction.

There is a substantial threat of irreparable harm if the injunction is not granted. As a result of constantly bleeding that Plaintiff will die as a result of his internal bleeding. Plaintiff suffers from depression and as a result of not having proper care for internal bleeding and having to exist within an environment of all pervasive fear and anxiety I suffer manic episodes of crying, anger, and grief. I don't believe I will make it out of prison alive. See Farrow v. West, 320 F.3d at 1235. Although the United States Constitution does not require comfortable prisons, neither does it permit inhumane ones. (11th Cir. 2003).

The defendants fails to address the seriousness of Loveless rectal bleeding and the denial of testing to determine the cause of this bleeding has continued unabated for-months. All requests, and orders for special test have been denied by the Defendants. Any remedy at Law for Plaintiff's injuries would be inadequate.

The threatened injury to Plaintiff outweighs any harm the proposed injunction may cause Defendants. The relief Plaintiff seek is an Order compelling the Defendants to perform GI

consult by a specialist in that field of practice, so Plaintiff could get much needed treatment and repair the internal bleeding and stop the defendants from retaliating against Plaintiff for exercising the right of free speech, for having filed a suit and grievances by deliberately denying Plaintiff proper treatment.

The public interest will not be disserved by a grant of a preliminary injunction. To the contrary, the public interest is well served by protecting the Constitutional Rights of all its members. Wallling v. Brookland Braids Co., 757 F.2d 938, 940 Hecht Co. v. Bowles, 321 U.S. 321, 645 Ct. 587 (1944).

Wherefore, Plaintiff request that upon consideration of this motion and their supporting memorandum of law this court order Defendants, their successor, agents, employees, and all persons acting in concert with them to provide Plaintiff with badly needed treatment in which Plaintiff suffers pain daily.

Respectfully submitted on this 29th day MAY, 2008

Sworn and subscribed before me this 29th day MAY 2008

_____    NOV 8, 2008
NOTARY PUBLIC                MY COMMISSION EXPIRES

_____
Everette Loveless, Plaintiff
238775-B1-160
Staton Correctional Facility
P. O. Box 56
Elmore, Alabama 36025

6

## CERTIFICATE OF SERVICE

I, Everette Loveless 238775, do hereby certify that I have served a copy of the foregoing pleading on the U.S. District Court, by placing same in Prison Mailbox at Staton Correctional Facility for U.S. Mailing postage prepaid and properly addressed to the Clerk of the Court for the United States Middle District of Alabama (Nothern Division) and the Counsel for the Defendant as addressed below on this the 29 day of MAY ,2008.

Debra P. Hackett, Clerk
Middle District of Alabama
P. O. Box 711
Montgomery, Alabama 36101-0711

Bettie J. Carmack
Assistant Attorney General
Civil Litigation Division
11 South Union Street
Montgomery, Alabama 36130

Submitted by;

Everette Loveless 238775-B1-160A
Staton Correctional Facility
P. O. Box 56
Elmore, Alabama 36025-0056

E. Loveless

## Alabama Department of Corrections
### *Intra-State*
### Medical Transfer & Receiving Screening Form

| | |
|---|---|
| **State Returning Inmate to Alabama:** | LA |
| **Facility Returning Inmate to Alabama:** | J.B. Evan Correctional Center |
| **Your Contact Number:** | 1-318-467-3355 |
| **Has the inmate had a PPD within last 12 months?** | No |
| **Was the reading within normal limits?** | No |
| **The reading in mm's was:** | 1-31-05  19 mm per Transfer |
| **If the inmate was unable to have a PPD the *TB Screening Form* results were:** | |
| **Has the inmate had a History & Physical completed within last 12 months?** | Yes |
| **Any noted Lab or X-Ray abnormalities?** | Yes |
| **If so, describe:** | |
| **Current Rx inmate is prescribed:** | See mar |
| **Current Chronic Care Clinic/s inmate is enrolled in:** | No |
| **Clinical follow-up or care needed at Alabama unit receiving inmate:** | Yes |
| **Medical:** | G.I. Consult |
| **Dental:** | |
| **Mental Health:** | |
| **Other:** | |
| **Does the inmate currently have any special needs; housing, accommodation, diet? If so, list:** | bottom bunk - 2200 cal diet |
| **Medical Record to include any off-site consults or care information is ready for return with inmate?** | Yes |
| **Rx prepared and ready for return with inmate?** | |
| **Nurse Signature:** | [signature] |
| **Date & Time:** | 01.00.0 |

| **Alabama Unit Receiving Inmate:** | |
|---|---|
| Date and Time: | |
| Intra-State Screening Form Received and Reviewed with Medical Record? | |
| PPD, TB Screen or Chest X-Ray Required at this time (if prior more than one year ago)? | |
| Follow-up lab required due to abnormal noted? If so, referred to your unit provider? | |
| If abnormal labs referred to this unit provider? | |
| Medications Received? If so, referred to your unit provider? | |
| If Rx received, referred to provider for continued administration? | |
| If approved, Rx given to pharmacy nurse with orders? | |
| Does the inmate need to be referred to CCC? | |
| If yes, this information was given to the unit CCC Program Manager? | |
| Follow-up care listed in above section (or discovered) referred to your unit provider? | |
| Follow-up care listed in above section (or discovered) referred to your charge nurse for direction? | |
| Inmate requires special housing? | |
| If yes, ADOC informed in writing? | |
| Inmate requires special accommodation? | |
| If yes, ADOC shift informed in writing? | |
| Inmate requires special diet? | |
| If yes, diet instruction provided to ADOC? | |
| *Nurse Signature:* | |
| *Date & Time:* | |

15

## LCS CORRECTIONS SERVICES, INC.
## NURSE'S NOTES

FACILITY: JB EVANS CORRECTIONAL CENTER

OFFENDER: Loveless, Everette   OFFENDER# 23875

| DATE/TIME | ALLERGIES: | SIGNATURE/TITLE |
|---|---|---|
| 12/07/07 | 1) Under new MD for various problems. New orders Lab – Hgb A1c now + Q 3mos 2) Aldactazide 25/25 – po Qam 3) Lasix 10mg q am | Mary Maycumber |
| 12/12/07 | Venipuncture to ® antecubital space x 1 attempt for lab Hgb A1c bleeding was minimal applied pressure to site, covered c bandaid | Mary Mac, LPN |
| 12/12/07 | 1:10 pm C/O Manuel phoned stated offender gave his noon meal away and refused his afternoon snack. Fs BS 53, no hypoglycemic episodes | Mary Maycumber |
| 12/31/07 | Offender came to medical c/o increased rectal bleeding, passing clots states this has been going on for several days. States he has a hx of polyps. Sending to RMC for evaluation and treatment | Mary Maycumber |
| 12-31-07 | I/M evaluated – still do some bleeding @ this time but denies severity @ this point – v/s stable – worked to pill call line – will monitor PRN | A. Elkin LPN |
| 01.14.08 | I/M @ pill call for routine meds. Offender refused | Willis |

JAN-03-2008 10:04 From:  3184675374   P.2/3

## J.B. EVANS CORRECTIONAL CENTER
## CONSULT FORM

| OFFENDER NAME | DOC# | CONSULT | COMPLAINT | DENIED/APPROVED |
|---|---|---|---|---|
| EVERETTE LOVELESS | 4200775 | GI | RECTAL BLEEDING, PASSING BLOOD CLOT ,HX OF POLYP'S | Transfer to AL |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

_____
**MD SIGNATURE'S**

20

## INMATE REQUEST SLIP

Name: Everette Loveless   Quarters: B1-160A   Date: 5/19/08

AIS #: _____

( ) Telephone Call    ( ) Custody Change    ( ) Personal Problem
( ) Special Visit     ( ) Time Sheet        ( ) Other _____

Briefly Outline Your Request - Then Drop In Mail Box

The 16 May and was told that I was placed on a list to receive help for this problem because there were a shortage of doctors in the State of Alabama that could help with this problem and other inmates are ahead of me for this procedure. I am suffering both physical and mentally at this time and have been for over 4 months so I must ask now for your help you Being the first in the Administrative Chain of Command. Thank you.

Do Not Write Below This Line - For Reply Only

_____
_____
_____
_____
_____

Approved    Denied    Pay Phone    Collect Call

Request Directed To: (Check One)

(X) Warden                        ( ) Deputy Warden        ( ) Captain
( ) Classification Supervisor     ( ) Legal Officer  Notary ( ) Record Office
                                      Public

N176

## INMATE REQUEST SLIP

Name: Everette Loveless   Quarters: B1-46A   Date: 5/19/0

AIS # 238775

( ) Telephone Call    ( ) Custody Change    ( ) Personal Problem
( ) Special Visit     ( ) Time Sheet         (X) Other _____

**Briefly Outline Your Request – Then Drop In Mail Box**

My name is Everette Loveless I am an Inmate here at Staton Thrifor under the direct care of you "The Warden" I was brought back from Louisiania on the 8th of January 08 for a medical problem (Rectal Bleeding) I have been seen by the medical staff here but nothing has been done to find out the problem I have filed numerous grievens but they have went unansu (in written) I went to see the doctor again on

**Do Not Write Below This Line – For Reply Only**

_____

Approved          Denied          Pay Phone          Collect Call

**Request Directed To: (Check One)**

( ) Warden                    ( ) Deputy Warden          ( ) Captain
( ) Classification Supervisor  ( ) Legal Officer Notary  ( ) Record Office
                                Public

N176

## Correctional Medical Services

☒ **Medical Grievance**          ☐ Medical Grievance Appeal

**received 5/15/08**

<u>Check</u> the appropriate above box which identifies the type of grievance you are filing. Be aware that you may not check the appeal box if you have not previously submitted a grievance for the same issue.

Everette Loveless   238725         B1-16A     5/15/08
NAME                AIS #           UNIT       DATE

---

**PART A---Inmate Grievance**

I have filed numerous grievance about my medical problem which has gone unchick. This problem is getting worse. I would like to know why have I not been seen for this problem. I was put in for a scop by Mr Adams over 3 week's ago and nothing has been done for me. So could you please tell me what is the hold-up and who is doing this? And why haven't I been answer.

Thank you

_____
INMATE SIGNATURE

**PART B – RESPONSE**          DATE RECEIVED _____

Inmate schedule to see MD on 5/16/08

M. Copeland
CMS Department Head Signature
5/15/08
DATE

If you wish to appeal a grievance response you may file a <u>Grievance Appeal.</u> Return the completed form to the attention of the Health Service Administrator. You may place the form in the sick call request box or give it to the segregation sick call nurse on rounds.

<u>MEDICAL ADMINISTRATOR USE ONLY:</u>
☐ Medical     ☐ Dental     ☐ Mental Health     ☐ Other

| | | | |
|---|---|---|---|
| ☐ | I   Quality of Onsite Care    | ☐ | VI   Timeliness of Specialty Care |
| ☐ | II  Quality of Specialty Care | ☐ | VII  Medication Issues |
| ☐ | III Access to Onsite Care     | ☐ | VIII Treatment and Testing Issues |
| ☐ | IV  Access to Specialty Care  | ☐ | IX   Care Staff Conduct |
| ☐ | V   Timeliness of Onsite Care | ☐ | X    Other |

AL-7147-CMS Inmate Grievance                    Original Medical File - Yellow to Patient

**CORRECTIONAL MEDICAL SERVICES**
HEALTH SERVICES REQUEST FORM

FOR MEDICAL USE ONLY

Date Received: _____

Time Received: _____

Print Name: Everette R. Loveless    Date of Request: 5/15/08

ID #: 238775    Date of Birth: 10/8/62    Housing Location: B1-160A

Nature of problem or request: Retinal Bleeding Stomach Cramps Swollen Ankels Blood pressure High, Night sweats, Dizziness

I consent to be treated by health staff for the condition described

SIGNATURE

**PLACE THIS SLIP IN MEDICAL REQUEST BOX OR DESIGNATED AREA**

| DO NOT WRITE BELOW THIS AREA |

Triaged by: _____ Initials    Referred to: (Circle ONE)    NSC    Mid-level SC    Physician SC    MH    Dental
Other: _____

**HEALTH CARE DOCUMENTATION**

Subjective:

Objective: BP _____ T _____ P _____ R _____ Wt _____

Assessment:

Plan:

☐ Inmate education handout reviewed with and given to the patient.

Refer to: (Circle any applicable)    Mid-level    Physician    MH    Dental    Other: _____

Signature & Title: _____    Date: _____    Time: _____

Prison Health Services
Inmate Informal Grievance

Staton

NAME: Everette loveless  AIS #: 238775  UNIT: B1-160A  DATE: 5/12/08

---

**PART A—Inmate Complainant**

I'm still suffering form Rectal Bleeding that has gotten worse, sense Transfered Back from Louisiana for this problem. I'm passing Clots Red as well as dark Blood and severe Abdominal Pain this gose unaddress I now Ask That you address This problem This is causing me physical As well As mental Pain

INMATE SIGNATURE

---

**PART B – RESPONSE**   DATE RECEIVED _____

AAD medical records referred to provider.

MEDICAL STAFF SIGNATURE: M. Copeland
DATE: 5/13/08

If resolution has not occurred and you wish to file a formal grievance you may request a grievance form from the Health Services Administrator. Return the completed grievance form to the Health Service Administrator.

| | Y | N | | Y | N |
|---|---|---|---|---|---|
| I Dissatisfied with Quality of Medical Care | ☐ | ☐ | VI Delay in Health Care Provided | ☐ | ☐ |
| II Dissatisfied with Quality of Dental Care | ☐ | ☐ | VII Problems with Medication | ☐ | ☐ |
| III Dissatisfied with Quality of Mental Health Care | ☐ | ☐ | VIII Request to be seen | ☐ | ☐ |
| IV Dissatisfied with Response to Non-Medical Request | ☐ | ☐ | IX Request for Off-site Specialty Care | ☐ | ☐ |
| V Conduct of Healthcare Staff | ☐ | ☐ | X Other | ☐ | ☐ |

11/03 - Alabama

## Correctional Medical Services

☐ **Medical Grievance**   ☐ **Medical Grievance Appeal**

Check the appropriate above box which identifies the type of grievance you are filing. Be aware that you may not check the appeal box if you have not previously submitted a grievance for the same issue.

Everette Loveless   238775   BT-160A   3/16/08
NAME                    AIS #        UNIT         DATE

---

**PART A---Inmate Grievance**

Again my Appointment has been Cancelled for some reason and I'm in pain will someone please Help Me!!

Thank you

INMATE SIGNATURE

**PART B –RESPONSE**                    DATE RECEIVED _____

_____
CMS Department Head Signature

_____
DATE

If you wish to appeal a grievance response you may file a <u>Grievance Appeal.</u> Return the completed form to the attention of the Health Service Administrator. You may place the form in the sick call request box or give it to the segregation sick call nurse on rounds.

<u>MEDICAL ADMINISTRATOR USE ONLY:</u>
☐ Medical    ☐ Dental    ☐ Mental Health    ☐ Other

| | | | | |
|---|---|---|---|---|
| ☐ | I  Quality of Onsite Care      | ☐ | VI   Timeliness of Specialty Care |
| ☐ | II Quality of Specialty Care   | ☐ | VII  Medication Issues |
| ☐ | III Access to Onsite Care      | ☐ | VIII Treatment and Testing Issues |
| ☐ | IV Access to Specialty Care    | ☐ | IX   Care Staff Conduct |
| ☐ | V  Timeliness of Onsite Care   | ☐ | X    Other |

AL-7147-CMS Inmate Grievance                    Original Medical File - Yellow to Patient

**Correctional Medical Services**

☒ **Medical Grievance**   ☐ **Medical Grievance Appeal**   Staton

Check the appropriate above box which identifies the type of grievance you are filing. Be aware that you may not check the appeal box if you have not previously submitted a grievance for the same issue.

NAME: Everette Loveless   AIS #: 238775   UNIT: B1-160A   DATE: 3/13/08

---

**PART A---Inmate Grievance**

I was transferred back from Louisiana because of a medical problem. Upon arrival the doctor here did not know of this problem but has been made aware of it. Now I feel he is dragging his feet. I can't pay to suffer with this any longer. All that I ask is that I receive help for this and my medication is not being filled like it should. My top I have been waiting for over two weeks.

INMATE SIGNATURE

---

**PART B –RESPONSE**   DATE RECEIVED_____

Your Colon was ordered today, your other meds you have received.

CMS Department Head Signature: M Copeland /HSA

DATE: 3/18/08

If you wish to appeal a grievance response you may file a **Grievance Appeal.** Return the completed form to the attention of the Health Service Administrator. You may place the form in the sick call request box or give it to the segregation sick call nurse on rounds.

**MEDICAL ADMINISTRATOR USE ONLY:**
☐ Medical  ☐ Dental  ☐ Mental Health  ☐ Other

| ☐ | I Quality of Onsite Care | ☐ | VI Timeliness of Specialty Care |
|---|---|---|---|
| ☐ | II Quality of Specialty Care | ☐ | VII Medication Issues |
| ☐ | III Access to Onsite Care | ☐ | VIII Treatment and Testing Issues |
| ☐ | IV Access to Specialty Care | ☐ | IX Care Staff Conduct |
| ☐ | V Timeliness of Onsite Care | ☐ | X Other |

AL-7147-CMS Inmate Grievance   Original Medical File - Yellow to Patient