IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| EVERETTE LOVELESS, #238775, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 2:08-CV-36-MEF |
| | ) |
| RICHARD F. ALLEN, et al., | ) |
| | ) |
| Defendants. | ) |

**ORDER**

Upon review of the documents filed by the plaintiff on June 2, 2008 (Court Doc. No. 35 and Court Doc. No. 36), and for good cause, it is

ORDERED that on or before June 17, 2008 the defendants shall show cause why the plaintiff's motion for preliminary injunction should not be granted. The defendants are advised that in filing their response(s) to this order they should submit relevant medical records and affidavits addressing the plaintiff's assertion of entitlement to preliminary injunctive relief.

Done this 2nd day of June, 2008.

/s/ Wallace Capel, Jr.
WALLACE CAPEL, JR.
UNITED STATES MAGISTRATE JUDGE