## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA
## NORTHERN DIVISION

EVERETTE LOVELESS, #238775   )
                             )
     Plaintiff,           )
                             )
v.                         )     **2:08-cv-36-MEF**
                             )
RICHARD F. ALLEN, et al.    )
                             )
     Defendants.        )

## MOTION FOR AN EXTENSION

**COME NOW** the defendants, **Richard Allen**, **Ruth Naglich**, **Leon Forniss**, and **J. C. Giles**, and hereby files their motion for extension and, for grounds, state as follows:

1.     On June 2, 2008, this Honorable Court ordered the defendants to respond to the Plaintiff's request for injunctive relief by June 17, 2008.

2.     The named defendants are not medical personnel and have no control over the Plaintiff's medical care.  In order to respond to the Plaintiff's motion, defense counsel would have to gather the

requested information (medical records and affidavits) from medical personnel and then prepare an appropriate response.

3.     Defense counsel will be at a National Attorney General's Conference the week of June 9-13 and will have a difficult time responding to the court's order by June 17, 2008.


**WHEREFORE PREMISES CONSIDERED**, defense counsel moves this Honorable Court to grant an extension of at least 10 days to respond to the Court's order dated June 2, 2008.

Respectfully submitted,

TROY KING (KIN-047)
ATTORNEY GENERAL
By:

 /s/*Bettie J. Carmack*
Bettie J. Carmack (CAR-132)
*Assistant Attorney General*
*Civil Litigation Division*
11 South Union Street
Montgomery, AL 36130
Telephone: (334) 353-5305
Facsimile: (334) 242-2433

## CERTIFICATE OF SERVICE

This is to certify that I have on this **3rd** day of **June, 2008**, served a

copy of the foregoing pleading upon the plaintiff by depositing same in the

United States Mail, properly addressed and postage pre-paid as follows:

**Inmate Everette Loveless, AIS 238775**
**Staton Correctional Facility**
**P. O. Box 56**
**Elmore, AL 36025**


*/s/ Bettie J. Carmack*
Bettie J. Carmack (CAR-132)
*Assistant Attorney General*