IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

EVERETTE LOVELESS, #238775,        )
                                   )
        PLAINTIFF,                 )
                                   )
v.                                 )        CASE NO. 2:08-cv-36-MEF
                                   )                (WO)
RICHARD F. ALLEN, et al.,          )
                                   )
        DEFENDANTS.                )

## ORDER

This cause is before the Court on the Plaintiff's Motion for Temporary Restraining Order and/or Preliminary Injunction (Doc. # 35). Upon consideration of the Plaintiff's submissions, the motion for temporary restraining order is hereby ORDERED DENIED. It is further ORDERED that this case is hereby referred back to the assigned Magistrate Judge for action or recommendation on all pretrial matters including the pending motion for preliminary injunction.

DONE this the 11th day of June, 2008.

                        /s/ Mark E. Fuller
                    CHIEF UNITED STATES DISTRICT JUDGE