IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

EVERETTE LOVELESS, #238775   )
                             )
        Plaintiff,           )
                             )
v.                           )        **2:08-cv-36-MEF**
                             )
RICHARD F. ALLEN, et al.     )
                             )
        Defendants.          )


**MOTION TO DENY PLAINTIFF'S
REQUEST FOR INJUNCTIVE RELIEF**


**COMES NOW**, the defendants, **Prison Commissioner Richard Allen, Associate Prison Commissioner Ruth Naglich, Warden J. C. Giles, and Warden Forniss**, by and through Bettie J. Carmack of the Attorney General's Office, and hereby move this Honorable Court to deny Inmate Loveless's request for a preliminary injunction and, in support thereof, state as follows:

On June 2, 2008, Inmate Loveless filed a request for a preliminary injunction. In his request for a preliminary injunction, Inmate Loveless requested "an Order compelling the defendants to perform [a] GI consult by a specialist in that field of practice, so Plaintiff could get much needed treatment to repair the internal bleeding . . ." (Doc. 36) Inmate Loveless's request is due to be denied because he has not shown that there is a substantial likelihood that he will prevail on the merits of his claim that the defendants were deliberately indifferent to his medical needs.  Inmate Loveless's request for a

preliminary injunction is also due to be denied because the relief he has requested was

granted to him on June 11, 2008 and, therefore, the request is now moot.

> To obtain a preliminary injunction, [Inmate Loveless] must show that (1) there is
> a substantial likelihood that [he] will prevail on the merits at trial; (2) [he] will
> suffer irreparable harm if [he] is not granted injunctive relief; (3) the benefits the
> injunction will provide [him] outweigh the harm it will cause the [defendants];
> and (4) issuance of the injunction will not harm public interests. . . All four of
> these requirements must be met.

Callaway v. Block, 763 F. 2d 1283, 1287 (11th Cir. 1985).

In this case, the defendants (in their special report) have shown that Inmate

Loveless would be unsuccessful in his *deliberate indifference to medical needs* claim.

More specifically, the defendants produced evidence in its special report that Inmate

Loveless had received extensive treatment for his medical concerns. (Exhibit **C** and **D**)

In their special report, the defendants argued to this Court that Inmate Loveless' claim,

that his medical treatment had been delayed, did not evidence a deliberate indifference to

his medical needs because Inmate Loveless failed to produce evidence that he had been

substantially harmed by the delay.  In support of this contention, the defendants referred

this Court to Wood v. Prison Health Services, 2008 WL 205314, at *10 (S.D. Ala. Jan.

22, 2008), which held that, "[e]ven if [the] court were to determine that the delay . . . was

deliberate, Plaintiff has offered no evidence of any substantial harm, such as extreme pain

or permanent injuries as a result of the delay."

In his request for a preliminary injunction, Loveless contends that he has not

received medical treatment for his rectal bleeding.  Inmate Loveless contends that the

defendants "blatant[ly] lie[d]" about the medical treatment he was ordered to receive.

Loveless also asks the question: "*Why would the A.D.O.C. order a gastrointestinal*

*consult 2 months before the rectal bleeding started*?" (Doc. 36, pg. 2)

The evidence in support of the defendants' special report indicates that that the defendants did not lie. Loveless's medical records indicate that Loveless has had rectal bleeding off and on for 14 years. (Exhibit **I**, pg. 42) In fact, in February of 2007, Inmate Loveless had a colonoscopy and his colon polyps were removed. *See id*., pg. 98) When Inmate Loveless had the colonoscopy in 2007, the medical records noted "multiple polyps" and hemorrhoids. *See id*. Medical personnel also instructed Inmate Loveless to have another colonoscopy in three (3) years. *See id*. Based upon Inmate Loveless' medical records, he needed to be scheduled for another colonoscopy. Thus, the defendants did not lie when they instructed the Louisiana facility to schedule Loveless for a colonoscopy.

Whether Inmate Loveless believes the defendants lied or not, the fact remains that Loveless has had extensive treatment for rectal bleeding. (Exhibits **H** and *I*) More specifically, according to Nurse Ellis, Inmate Loveless has had follow-up treatment for rectal bleeding and his blood has been drawn and tested for any abnormalities. (Exhibit **J**) In addition, as stated earlier, Inmate Loveless had a colonoscopy in February of 2007 and had polyps removed. (Exhibit **I**, pg. 98) Inmate Loveless's contention that he has not received treatment for his rectal bleeding is simply not supported by his medical records. Because Inmate Loveless has received treatment for his rectal bleeding, his true claim is that the treatment he received was not the preferred treatment or the treatment came too slowly.

"[T]he mere fact that [Inmate Loveless] desired a different mode of medical treatment does not amount to deliberate indifference." Nunn v. Ward, 2007 WL 2381995, at *6 (M.D. Ala. Aug. 17, 2007). Inmate Loveless's claim that the treatment

came too slowly is due to be denied because he has failed to produce verifiable medical evidence that he suffered a detrimental effect due to the delay in medical treatment.  *See* Hill v. Dekalb Reg'l Youth Det. Center, 40 F. 3d 1176, 1188 (11th Cir. 1994)("An inmate who complains that delay in medical treatment rose to a constitutional violation must place verifying medical evidence in the record to establish the detrimental effect of delay in medical treatment to succeed.")

Moreover, Inmate Loveless's claim against the named defendants is without merit.   According to Nurse Ellis, the medical facility director determines the medical care of inmates, not the warden, prison commissioner, or the associate commissioner of health services. (Exhibit **J**)  Because the named defendants are not responsible for the medical care of prison inmates, they are due to be dismissed from the lawsuit.

Because Inmate Loveless has failed to show a substantial likelihood of success on the merits of his medical claim and the named defendants are not responsible for his medical care, his request for a preliminary injunction is due to be denied.  *See* Fain v. Borg, 972 F.2d 1338 (9th Cir. 1992)(unpublished opinion)("While Fain may object to the speed or course of treatment, the district court did not abuse its discretion by finding that Fain, as the moving party, had not adequately shown his likelihood of success on the merits . . .[; g]iven these circumstances, the district court did not abuse its discretion by denying Fain's motion[] for a preliminary injunction seeking emergency medical treatment.")

## Mootness

The only relief Inmate Loveless sought in his request for a preliminary injunction was an order for a "GI consult." (Doc. 36)  Medical personnel recommended that Inmate Loveless have a colonoscopy sometime in 2010.  Alabama medical personnel, however, scheduled Loveless for a colonoscopy on June 11, 2008 in April of 2008. (Exhibit **K**) Inmate Loveless was not informed of the date of the colonoscopy because it would create a security hazard to inform inmates of travel outside of the prison facility. (Exhibit **J**) Inmate Loveless had a gastrointestinal consultation on June 11, 2008 and is scheduled for a colonoscopy on July 2, 3008. *See id*., at pg. 2.  Because Inmate Loveless' gastrointestinal consultation has occurred, his request for injunctive relief is now moot and due to be denied. (Exhibit **K**); *See* Duke v. Houston County, Alabama, 2008 WL 90120,at *7(M.D. Ala. Mar. 31, 2008)(unpublished opinion) *citing* Adler v. Duval County Sch. Board, 112 F.3d 1475, 1477-78 (11th cir. 1997); Spears v. Thigpen, 846 F. 2d 1327, 1328 (11th Cir. 1988); Wahl v. McIver, 773 F. 2d 1169, 1173 (11th Cir. 1985)(additional citations omitted)("Where, as here, the threat of future harm dissipates, the plaintiff's request for prospective injunctive relief becomes moot.").


## RELIEF REQUESTED

Based on the foregoing, the defendants, **Richard Allen, Ruth Naglich, J.C. Giles, and Leon Forniss,** respectfully request that this court deny Inmate Loveless's request for injunctive relief.

RESPECTFULLY SUBMITTED, this the 26th day of June, 2008.

TROY KING (KIN-047)
ATTORNEY GENERAL
By:


/s/ *Bettie J. Carmack*
Bettie J. Carmack (CAR-132)
*Assistant Attorney General*
*Civil Litigation Division*
11 South Union Street
Montgomery, AL 36130
Telephone: (334) 353-5305
Facsimile: (334) 242-2433


## CERTIFICATE OF SERVICE

This is to certify that I have on this **26th** day of **June 2008**, served copies of the

foregoing pleading upon the plaintiff by depositing same in the United States Mail,

addressed as follows:

**Inmate Everette Loveless, AIS 238775**
**Staton Correctional Facility**
**P. O. Box 56**
**Elmore, AL 36025**


/s/ *Bettie J. Carmack*
Bettie J. Carmack (CAR-132)
*Assistant Attorney General*



## ANNUAL DIABETIC CHECKLIST
### (to be completed for each annual period and before the annual examination date)

Name *Loveless Everette*                    Number *238775*

Date Entering ADOC _____    Annual Period from *7-31-07* to *8-31-08*

Medications: _____

Compliance:   Yes   No

    If No, follow-up counseling done:   Yes     No     Date _____

Enrolled in Chronic Care: Seen (initially within 7 days) Yes   No

    Monofilament Foot Exams Done       Yes   No

    Foot Disorders Treated            Yes   No

    Educational Material Given         Yes   No

    Appropriate Diet Ordered          Yes   No

    Regular Glucose Testing           Yes   No

    HgbA1C done q 3 months          Yes   No   Every 6 months if stable

    Seen by dental at least annually     Yes   No

    Urine tested annually for microalbumin  Yes   No

    Fundoscopic exams with chronic care    Yes   No

    Peripheral pulses checked         Yes   No

    Exercise education documented      Yes   No

    Seen by Nurse _____

        Refusals Documented _____

    Seen by MD *7-31-07; 10-15-07* _____

        Refusals Documented _____

Annual dilated retinal exam date *8-14-07* _____ By *Murray* _____

    Referral if necessary _____

Immunization:

    Pneumococcus once, and repeated after age 64, if more than 5 yrs.   Yes   No

    Influenza annually                          Yes   No

        If refused, documentation in record       Yes   No

Commissary reviewed *9-20-07* _____   Diabetic compliance   YES   NO

    If no, education done *yo* _____

Annual physical exam by MD/NP     Yes   No   Date _____

Individual treatment plan     Yes   No

    Updated           Yes   No

Appropriate Diet Ordered:     Yes   No

    ADOC notified:     Yes   No

Completed on Date _____     Completed By _____

STATUS    **Correctional Medical Services**    received 5/20/01

[ ] **Medical Grievance**         [ ] **Medical Grievance Appeal**

Check the appropriate above box which identifies the type of grievance you are filing. Be aware that you may not check the appeal box if you have not previously submitted a grievance for the same issue.

Evette Loveless ___ 238775 ___        N-160A ___ 4/25/08
NAME              AIS #                UNIT          DATE

**PART A---Inmate Grievance**

To Dr. Cortbur I Talked to you on the 16 may
about my medical problem (Rectal Bleeding with blood Clots
Both Red and Darkred A problem That has been going 9 1/2
months you Told me in the presence Mr Adams about a list
had the fact that there was a shortage of doctor and either
I negotiate with this problem intend of me on this list but I still
suffer with severe bleeding pain and bleeding So Please tell me where
I now stand on this list and how soon
should get help for I am in fear of my life    INMATE SIGNATURE

**PART B -RESPONSE**                    **DATE RECEIVED** _____

_____

_____

_____

_____

_____

_____

_____

                        _____
                        **CMS Department Head Signature**

                        _____
                        **DATE**

If you wish to appeal a grievance response you may file a Grievance Appeal. Return the completed form to the attention of the Health Service Administrator. You may place the form in the sick call request box or give it to the segregation sick call nurse on rounds.

**MEDICAL ADMINISTRATOR USE ONLY:**
[ ] Medical    [ ] Dental    [ ] Mental Health    [ ] Other

[ ]  I   Quality of Onsite Care          [ ]  VI   Timeliness of Specialty Care

[ ]  II  Quality of Specialty Care       [ ]  VII  Medication Issues

[ ]  III Access to Onsite Care           [ ]  VIII Treatment and Testing Issues

[ ]  IV  Access to Specialty Care        [ ]  IX   Care Staff Conduct

[ ]  V   Timeliness of Onsite Care       [ ]  X    Other

AL-7147-CMS Inmate Grievance

Original Medical File - Yellow to Patient

2

**CORRECTIONAL MEDICAL SERVICES**
HEALTH SERVICES REQUEST FORM

| FOR MEDICAL USE ONLY |
| --- |
| Date Received: _____ |
| Time Received: _____ |

Print Name: *Everette Loveless*     Date of Request: *4/7/08*

ID #: *238775*     Date of Birth: *10/8/62*     Housing Location: *B1-160A*

Nature of problem or request: *Dental Dental! I was refered by the Chronic Care Nurse in Jail of this week to have my teeth Clean I would like to have this done have Gaven it this is a part of chronic care*
I consent to be treated by health staff for the condition described.     *Thank you*

                                    *Dr John*
SIGNATURE

**PLACE THIS SLIP IN MEDICAL REQUEST BOX OR DESIGNATED AREA**

| DO NOT WRITE BELOW THIS AREA |
| --- |

Triaged by *___* 
Initials     Referred to: (Circle ONE)     NSC     Mid-level SC     Physician SC     MH     Dental
                                           Other: _____

**HEALTH CARE DOCUMENTATION**

Subjective: *Wants Cleaning*

Objective: BP _____ T _____ P _____ R _____ Wt _____

*Dental Screening*

Assessment:

Plan: *Put on List Cleaning*

☐     Inmate education handout reviewed with and given to the patient.

Refer to : (Circle any applicable)   Mid-level     Physician     MH     Dental     Other: _____

Signature & Title: *_____ DDS*     Date: *4/8/08*   Time: *2:15*

3

# Chronic Disease Clinic Follow-Up

| Inmate Name: | Loveless, Everette |
|---|---|
| Number: 230775 | Institution: Staton |

**List chronic diseases:**

| | |
|---|---|
| 1) DM | 3) Hep C |
| 2) HTN | 4) |
| 5) | |
| 6) | |

**Attach pharmacy profile or list current medications:** Colace, FBBD, (Glucotrol), Lisinopril, Glucophage, Wpressir? Calate, Hemorrhoidal, Tylenol, Dulcolax

**Subjective:**

Asthma: # attacks in last month? NA
# short acting beta agonist canisters in last month? NA
# times awakening with asthma symptoms per week? NA
CV/hypertension (Y/N): Chest pain? N    SOB? N
HIV/HCV (Y/N): Nausea/vomiting? N    Abdominal pain/swelling? Y    

Seizure disorder: # seizures since last visit? NA
Diabetes mellitus: # of hypoglycemic reactions since last visit?
Weight loss/gain ↓↓ ↑↑ #lbs
Palpitations? N    Ankle edema? Y
Diarrhea? Y    Rashes/lesions? N    N

For all diseases, since last visit, describe new symptoms:
① Diet problem but c/o does "not diabetic."
② hypoglycemia
Discussed w/ veterans not that the state is implementing to ↑ clubs grains, fruits / vegetables. Reviewed that Prescriber & NP has been in continued Strong Dietitian / edu care / stewards re. diet issues / worry re. healthy grains

**Patient adherence (Y/N):** with medications? Y    with diet? Y    with exercise? Y

Vital signs: Temp 97.1    BP 100/90    Pulse 74    Resp 20    Wt 262    PEFR NA    INR 1.022    O2 sat 97 NA
Labs: Hgb A1C 8.0    HIV VL NA    CD4 NA    Total Chol 133    LDL 69    HDL 37    Trig 135
Range of fingerstick glucose/BP monitoring: FSBG 67

**PE:**

| HEENT/neck: | ① CONTD PERRL | Extremities: | WNL see neuro treatment |
|---|---|---|---|
| Heart: | RRR | Neurological: | A & O 3 mono nord |
| Lungs: | CTOB | GU/rectal: | — |
| Abdomen: | ⊕ SB | Other: | |

**Assessment:**

| | | Degree of Control | | | | Clinical Stat | | |
|---|---|---|---|---|---|---|---|---|
| | | G | F | P | NA | I | S | W |
| 1 | DM Type II | ☒ | ☐ | ☐ | ☐ | ☒ | ☐ | ☐ |
| 2 | HTN | ☐ | ☒ | ☐ | ☐ | ☐ | ☒ | ☐ |
| 3 | Proteinuria | ☐ | ☒ | ☐ | ☐ | ☐ | ☒ | ☐ |
| 4 | | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

**Plan:**

Medication changes: None

Diagnostics: None

Labs: LFT / UPPC pace / Iron & 1 Hp c ① 3-6 mos

Monitoring: BP:_____ X day/week/month    Glucose:_____ X day/week/month    Peak flow:_____ Other:_____

Education provided: ☐Nutrition ☐Exercise ☐Smoking ☒Test results ☒Medication management ☐Other:_____

Referral (list type): Specialist: N/D    Chronic care program: WAP /12

# days to next visit? ☒90 ☐60 ☐30 ☐Other:_____    Discharged from CCC: [name]_____

| Advance Level Provider Signature: | | Date |
|---|---|---|
| | Pynicup | 3/31/08 1048 |

NCCHC (11/06) This form is provided for the public domain and maybe freely copied and used.

4

# Nursing Chronic Disease Flowsheet

Dx(s): NIDDM, HTN, Hep C

| Inmate's Name: Loveless, Everette | Inmate Number: 238775 | Institution: Staton |

☐ Influenza vaccine: (date) Dr gave 9/6/07A    MD gave 9/7/07 nf    ☐ Entry into CCC database

Ht - 6'0"

| | | | |
|---|---|---|---|
| **DATE:** 1-7-08 | **DATE:** 1-31-08 | **DATE:** | **DATE:** |
| Vital signs: PEFR: — | Vital signs: PEFR: — | Vital signs: PEFR:____ | Vital signs: PEFR:____ |
| T124 P62 R21 | T149.7 P74 R20 | T____ P____ R____ | T____ P____ R____ |
| Wt. 260 BP 140/50 | Wt. 260 BP 160/90 | Wt.____ BP____ | Wt.____ BP____ |
| **Medication Compliance:** | **Medication Compliance:** | **Medication Compliance:** | **Medication Compli** |
| ☒ Compliant | ☒ Compliant | ☐ Compliant | ☐ Compliant |
| ☐ Non-Compliant | ☐ Non-Compliant | ☐ Non-Compliant | ☐ Non-Compliant |
| **TX Plan Compliance:** | **TX Plan Compliance:** | **TX Plan Compliance:** | **TX Plan Complia** |
| ☐ Compliant | ☒ Compliant | ☐ Compliant | ☐ Compliant |
| ☒ Non-Compliant | ☐ Non-Compliant | ☐ Non-Compliant | ☐ Non-Compliant |
| **Dietary Compliance:** | **Dietary Compliance:** | **Dietary Compliance:** | **Dietary Complian** |
| ☒ Compliant | ☒ Compliant | ☐ Compliant | ☐ Compliant |
| ☐ Non-Compliant | ☐ Non-Compliant | ☐ Non-Compliant | ☐ Non-Compliant |
| Other: | Other: | Other: | Other: |
| **Education:** | **Education:** | **Education:** | **Education:** |
| ☒ Diet | ☒ Diet | ☐ Diet | ☐ Diet |
| ☒ Disease Process | ☒ Disease Process | ☐ Disease Process | ☐ Disease Process |
| ☒ Exercise | ☒ Exercise | ☐ Exercise | ☐ Exercise |
| ☒ Tobacco Cessation 10 a day | ☒ Tobacco Cessation 2 a day | ☐ Tobacco Cessation | ☐ Tobacco Cessa |
| ☐ ETOH Cessation | ☐ ETOH Cessation | ☐ ETOH Cessation | ☐ ETOH Cessati |
| Other: | Other: | Other: | Other: |
| **Medications:** | **Medications:** | **Medications:** | **Medications:** |
| ☒ Actions | ☒ Actions | ☐ Actions | ☐ Actions |
| ☒ Side effects | ☒ Side effects | ☐ Side effects | ☐ Side effects |
| ☐ Handouts | ☒ Handouts | ☐ Handouts | ☐ Handouts |

| LAB DATA | LAB DATA | LAB DATA | LAB |
|---|---|---|---|
| Hgb/HCT: NGA | Hgb/HCT: 14/6 12/1-06 1/31-08 | Hgb/HCT: | Hgb/HCT: |
| Hgb A1C: 12/4/07 6.2 | Hgb A1C: 9/20/07 5.7 | Hgb A1C: | Hgb A1C: |
| *LDL/HDL: NGA | *LDL/HDL: 9/20/07 69/37 | *LDL/HDL: | *LDL/HDL: |
| Chol/Tri: NGA | Chol/Tri: 9/20/07 133/135 | Chol/Tri: | Chol/Tri: |
| UA Microalb: WGA | UA Microalb: NGA | UA Microalb: | UA Microalb: |
| AST/ALT: 1-15-08 44/43 | AST/ALT: 1-25-08 59/77 | AST/ALT: | AST/ALT: |
| HCV VL: NGA | HCV VL: NGA | HCV VL: | HCV VL: |
| HIV VL: NGA | HIV VL: NGA | HIV VL: | HIV VL: |
| CD-4: NGA | CD-4: NGA | CD-4: | CD-4: |
| *FBS: 12-4-08 117 | *FBS: 107 | *FBS: | *FBS: |
| Thyroid: NGA | Thyroid: NGA | Thyroid: | Thyroid: |
| Drug Levels: NGA | Drug Levels: NGA | Drug Levels: | Drug Levels: |
| INR: NGA | INR: 2-7-08 1.00LD | INR: | INR: |

*Lipid studies should be fasting.

| Nurse: D. Campbell ↗ | Nurse: D. Campbell | Nurse: | Nurse: |
|---|---|---|---|
| Clinician Initials: | Clinician Initials: | Clinician Initials: | Clinician Init |

NCCHC (11/06)  This form is provided for the public domain and may be freely copied and used.
CMS # 7303- NCCHC_Nursing Chronic Disease Flowsheet – distribution 06/2007

5

# Chronic Disease Clinic Follow-Up

| Inmate Name: Lueless Everette |
| --- |
| Number: 238775 | Institution: Steilton |

**List chronic diseases:**

| 1) NIDDM 5yrs | 3) Hep C 0000 | 5) |
| 2) HTN 1984 | 4) | 6) |

**Attach pharmacy profile or list current medications:** Ferrous Sulfate, Dulcolap, Colace,
Amytotte, Calan, metoprolol, Lisinopril,

---

**Subjective:**

Asthma: # attacks in last month? N/A
# short acting beta agonist canisters in last month? N/A
# times awakening with asthma symptoms per week? N/A

Seizure disorder: # seizures since last visit? N/A
Diabetes mellitus: # of hypoglycemic reactions since last visit? Y
Weight loss/gain ↓ ↓ ↑ #lbs gain

CV/hypertension (Y/N): Chest pain? N   SOB? N   Palpitations? N   Ankle edema? Y   B/ble exd
HIV/HCV (Y/N): Nausea/vomiting? N|N   Abdominal pain/swelling? Y|N   Diarrhea? Y   Rashes/lesions? N/A
For all diseases, since last visit, describe new symptoms: None

Workup at VA for Hep C Tx.

---

**Patient adherence (Y/N):** with medications? Y   with diet? Y   with exercise? Y

Vital signs: Temp 97.4   BP 140/50   Pulse 62   Resp 21   Wt 260   PEFR O2 sate 96/90 NA   INR NA
Labs: Hgb A1C 6.2   HIV VL N/A   CD4 N/A   Total Chol N/A   LDL N/A   HDL N/A   Trig N/A
Range of fingerstick glucose/BP monitoring: FBRS-117

Ht/
6'0

---

**PE:**

| HEENT/neck: Ø carotid Bruits | Extremities: WWD   See monofilaments |
| Heart: rrr | Neurological: MM noted CN2 |
| Lungs: LCSD | GU/rectal: — |
| Abdomen: BS ⊕ | Other: — |

BMI 35.3

**Assessment:**

| | | Degree of Control | | | | Clinical Status | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | G | F | P | NA | I | S | W | NA |
| 1 | DM Type 2 | ☒ | ☐ | ☐ | ☐ | ☐ | ☒ | ☐ | ☐ |
| 2 | HTN | ☐ | ☒ | ☐ | ☐ | ☐ | ☒ | ☐ | ☐ |
| 3 | Hep C | ☒ | ☐ | ☐ | ☐ | ☐ | ☒ | ☐ | ☐ |
| 4 | | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

---

**Plan:**
Medication changes: None
Diagnostics: None
Labs: HgbA1C, lipid panel
Monitoring: BP: ___ X day/week/month   Glucose: 2 X day/week/month   Peak flow: ___   Other: ___
Education provided: ☐Nutrition ☐Exercise ☐Smoking ☒Test results ☒Medication management ☒Other: DSweet compliance
Referral (list type): Specialist: N/A   Chronic care program: DM Cardio GI
# days to next visit? ☒90 ☐60 ☐30 ☐Other: ___   Discharged from CCC: [name] ___

| Advance Level Provider Signature: [signature] | Date: 08/18 1018 |

**B>R**

**BioReference**
L A B O R A T O R I E S

| D O C T O R | CMS STATON<br>2690 MARION SPILLWAY RD.<br>ELMORE, AL  36025 | | |
|---|---|---|---|
| | (A0316-3)   Bio-Net Print | -FINAL-  Original Report 01/15/2008 | |

| NAME | PATIENT I.D. / ROOM NO. | DOCTOR / GROUP NAME |
|---|---|---|
| LOVELESS, TOMMY | 248595 | CORBIER, PAUL |

| LAB I.D. NO. | DATE COLLECTED | DATE RECEIVED | DATE OF REPORT | AGE | SEX |
|---|---|---|---|---|---|
| 106836051 | 01/14/2008 11:28 | 01/15/2008 10:36 | 1/25/2008 11:23 | 45 Y | M |

| Test Description | Result | Abnormal | Reference Range |
|---|---|---|---|

Tests Ordered : HEPATIC FUNCTION PANEL, ,
-----------------------------* CHEMISTRY *-----------------------------

| | Result | Abnormal | Reference Range | |
|---|---|---|---|---|
| Total Protein | 7.9 | | 5.9-8.4 | gm/dl |
| Albumin | 4.8 | | 3.2-5.2 | gm/dl |
| Globulin | 3.1 | | 1.7-3.7 | gm/dL |
| A/G Ratio | 1.5 | | 1.1-2.9 | |
| Bilirubin, Total | 0.8 | | 0.1-1.0 | mg/dl |
| BILIRUBIN, DIRECT | 0.1 | | 0.0-0.3 | MG/DL |
| Alk Phos | | 143 HI | 39-120 | u/l |
| AST (SGOT) | | 44 HI | < 37 | u/l |
| ALT (SGPT) | | 43 HI | < 40 | u/L |

*****************************************************************************
NOTE: Serum specimen HEMOLYZED. This may affect results.

Final Report

Page: 1

*1/28/08*
*mk*

James Weisberger, M.D.
LABORATORY DIRECTOR

481 EDWARD H. ROSS DR.
ELMWOOD PARK, NJ 07407

7

**B R  BioReference**
L A B O R A T O R I E S

| D O C T O R | CMS STATON<br>2690 MARION SPILLWAY RD.<br>ELMORE, AL  36025 | |
|---|---|---|
| | (A0316-3)   Bio-Net Print | -FINAL-  Original Report 01/15/2008 |

| NAME<br>LOVELESS, TOMMY | PATIENT I.D. / ROOM NO.<br>248595 | DOCTOR / GROUP NAME<br>CORBIER, PAUL | | |
|---|---|---|---|---|
| LAB I.D. NO.<br>106836051 | DATE COLLECTED<br>01/14/2008 11:28 | DATE RECEIVED<br>01/15/2008 10:36 | DATE OF REPORT<br>1/25/2008 11:23 | AGE<br>45 Y | SEX<br>M |

| Test Description | Result | Abnormal | Reference Range |
|---|---|---|---|

Tests Ordered : HEPATIC FUNCTION PANEL, ,
----------------------------* CHEMISTRY *------------------------------

| Test | Result | Abnormal | Reference Range | Units |
|---|---|---|---|---|
| Total Protein | 7.9 | | 5.9-8.4 | gm/dl |
| Albumin | 4.8 | | 3.2-5.2 | gm/dl |
| Globulin | 3.1 | | 1.7-3.7 | gm/dL |
| A/G Ratio | 1.5 | | 1.1-2.9 | |
| Bilirubin, Total | 0.8 | | 0.1-1.0 | mg/dl |
| BILIRUBIN, DIRECT | 0.1 | | 0.0-0.3 | MG/DL |
| Alk Phos | | 143 HI | 39-120 | u/l |
| AST (SGOT) | | 44 HI | < 37 | u/l |
| ALT (SGPT) | | 43 HI | < 40 | u/L |

*********************************************************************

NOTE: Serum specimen HEMOLYZED. This may affect results.

Final Report                                    Page: 1



James Weisberger, M.D.
LABORATORY DIRECTOR

481 EDWARD H. ROSS DR
ELMWOOD PARK, NJ 07407

8

**ADOC**

## MONOFILAMENT TESTING FOR DIABETICS

Fill in the following blanks with a "Y" or "N" to indicate findings

| | RIGHT | LEFT |
|---|---|---|
| Is there a foot ulcer now? | N | N |
| Is there a history of foot ulcer? | | |
| Is there an abnormal shape of the foot? | | |
| Is there a toe deformity? | | |
| Are the toenails thick or ingrown? | | |
| Is there callus buildup? | | |
| Is there swelling? | | |
| Is there elevated skin temperature? | | |
| Is there muscle weakness? | N | N |
| Can the inmate see the bottom of feet? | Y | Y |
| Is the inmate wearing improperly fitting shoes? | N | N |
| Does the inmate use footwear appropriate? | Y | Y |
| Pulses?                              DP/PT | 3+ | 3+ |

Note the level of sensation in the circles:  (+) → Can feel the 5.07 filament (-) → Can't feel the 5.07 filament



Skin Conditions on the Foot or Between the Toes:

Draw in: Callous ▤ , Pre-ulcer ▦ , Ulcer ■ (note length and width in cm)
Label with: **R** - Redness, **M** - Maceration, **D** - Dryness, **T** – Tinea

**Risk Category:**

| | | |
|---|---|---|
| ✓ | 0 | No loss of protective sensation. |
| | 1 | Loss of protective sensation |
| | 2 | Loss of protective sensation with either high pressure (callous/deformity), or poor circulation. |
| | 3 | History of plantar ulceration, neuropathic fracture (Charcot foot) or amputation. |

Education done about ___first care___    Education Received _____

| Name | AIS NO | Date | By |
|---|---|---|---|
| Loveless, Wendle | 238775 | 08/08 | Dyuo ANP |

BLOOD SUGAR

INMATE _Loveless, Everett_  AIS# _238775_          SITE _Ventress_

| DATE | 3:00 AM | 5:00 AM | 9:00 AM | 11:00 AM | 3:00 PM | 5:00 PM |
|---|---|---|---|---|---|---|
| 10-02-07 | 127 /180/16% | | | | 100 | |
| 10-03-07 | 110/139/170 135 | | | | 104 | |
| 10-04-07 | 117/140/160 | | | | 97 | |
| 10-05-07 | 113/ | | | · | 119 | |
| 10-06-07 | 131/142/90 | | | | | |
| 10-07-07 | 143/140/90 | | | | 100 | |
| 10-08-07 | 168/100 BS-| | | | | | |
| 10-08-07 | 137 BS/168/100 | | | | 89 | |
| | 137 | | | | | |
| 10-9-07 | 113/148/90 | | | | 123 | |
| 10/10/07 | 110 | | | | 101 | |
| 10/11/07 | 138/148/90 | | | | 168 | |
| 10-12-07 | 118/160/98 | | | | 170 | |
| 10-13-07 | 295 | | | | | |
| 10-14-07 | 94 | | | | | |
| 10-15-07 | 98/140/90 | | | | 114 | |
| 10-16-07 | 108/ | | | | | |
| 10-17-07 | 1· | | | | 89 | |
| 10-18-07 | 103 | | | | | |
| 10-19-07 | 95 | | | | | |
| 10-21-07 | 97 | | | | | |
| 10/23/07 | 108 | | | | | |
| 10/24/7 | 170 | | | | | |
| 10/25/07 | 101 | | | | | |
| 10/26/07 | 104 | | | | | |
| 10-27-07 | 100 | | | | | |
| 10/28/07 | 107 | | | | | |
| 10/29/07 | 113 | | | | | |
| 10/30/07 | | | | | | |
| 10/31/07 | 103 | | | | | |
| | 105 | | | | | |

10



loveless,everette
ID:    238775

10/19/2007 8:11:16

SINUS RHYTHM
LEFTWARD AXIS

D.O.B.: 10/08/1962    45 YEARS
MALE              BLACK
Meds:
Class:
Dr:     dr peasant
Tech:   amarsh

| Vent. Rate: | 69 | bpm |
|---|---|---|
| RR Interval: | 864 | ms |
| PR Interval: | 148 | ms |
| QRS Duration: | 96 | ms |
| QT Interval: | 392 | ms |
| QTc Interval: | 407 | ms |
| QT Dispersion: | 50 | ms |
| P-R-T AXIS: 24° | -23° | 45° |

Summary: BORDERLINE ECG

* Unconfirmed Analysis *

QTc=Hodges

L: 10 mm/mV
C: 10 mm/mV

25 mm/s
~STABLE 40 Hz

Serial #: 92700-002384

Atria 3003 Int rev#A20050202ME(0104)



loveless,everette
ID:      238775

10/19/2007 8:11:16

D.O.B.: 10/08/1962    45 YEARS
MALE            BLACK
Meds:
Class:
Dr:    dr peasant
Tech:    amarsh

| Vent. Rate: | 69 bpm |
|---|---|
| RR Interval: | 864 ms |
| PR Interval: | 148 ms |
| QRS Duration: | 96 ms |
| QT Interval: | 392 ms |
| QTc Interval: | 407 ms |
| QT Dispersion: | 50 ms |
| P-R-T AXIS: 24° | -23°  45° |

SINUS RHYTHM
LEFTWARD AXIS

Summary: BORDERLINE ECG

* Unconfirmed Analysis *

10/22/07

QTC=Hodges

25 mm/s
40 Hz

~STABLE

L: 10 mm/mV
C: 10 mm/mV

Atria 3000 Int ret #200502026E10104

Serial #52700:002384

12



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

## DEPARTMENT OF CORRECTIONS

DATE: *10-15-07*

### URINALYSIS

LEUKOCYTES *neg*

NITRITE *neg*

UROBILINOGEN *normal*

PROTEIN *neg*

pH *5*

BLOOD *neg*

SPEC. GRAVITY *1.025*

KETONE *neg*

GLUCOSE *neg*

HCG

(Add: Final Labs Here)

*10/15/07*

| INMATE NAME (LAST, FIRST, MIDDLE) | | DOC # | DOB | RACE/SEX | FAC. |
|---|---|---|---|---|---|
| *Lweless Everette* | | *238775* | *10/8/42* | *B/M* | *VCF* |

PHS-MD-70012

**LABORATORY REPORTS**

*10-15-07*

*13*

BLOOD SUGAR

INMATE _Loveless, Everett_  AIS# _238775_    SITE _Ventress_

| DATE | 3:00 AM | 5:00 AM | 9:00 AM | 11:00 AM | 3:00 PM | 5:00 PM |
|------|---------|---------|---------|----------|---------|---------|
| 10-02-07 | 127 /191 160/82 | | | | 100 | |
| 10-03-07 | 110 /89 131/84 | | | | 104 | |
| 10-04-07 | 117 /1-60/46 | | | | 97 | |
| 10-05-07 | 113/ | | | | 119 | |
| 10106-07 | 131 /148/70 | | | | | |
| 10-07-07 | 143 /140/80 | | | | 100 | |
| 10-08-07 | 168/100 BS10 | | | | | |
| 10-08-07 | 137 BS 168/100 | | | | 89 | |
|  | 87 | | | | | |
| 10-9-07 | 113 /148/70 | | | | 123 | |
| 10/10/07 | 110 | | | | 101 | |
| 10/4/07 | 138 /148/90 | | | | 168 | |
| 10-12-07 | 118 /160/98 | | | | 170 | |
| 10-18-07 | 295 | | | | | |
| 10-14-07 | 94 | | | | | |
| 10-15-07 | 98 /140/90 | | | | 114 | |
| 10-16-07 | 108/ | | | | | |
| 10-17-07 | 1 | | | | 89 | |
| 10-18-07 | 103 | | | | | |
| 10-19-07 | 95 | | | | | |
| 10-21-07 | 97 | | | | | |
| 10/23/07 | 108 | | | | | |
| 10/24/7 | 170 | | | | | |
| 10/25/07 | 101 | | | | | |
| 10/26/07 | 104 | | | | | |
| 10-27-07 | 100 | | | | | |
| 10/28/07 | 107 | | | | | |
| 10/29/07 | 113 | | | | | |
| 10/30/07 | | | | | | |
| 10/31/07 | 103 | | | | | |

105

14

**BR**
**BioReference**
L A B O R A T O R I E S

| D O C T O R | VENTRESS CORRECTIONAL FAC.<br>379 HWY 239<br>CLYTON AL, AL   36016<br><br>(A0115-9)   Bio-Net Print | BOOK/CASE:<br><br>-FINAL-  Original Report 10/05/2007 |
|---|---|---|

| NAME<br>LOVELESS, EVERETTE | PATIENT I.D. / ROOM NO.<br>238775.2286 | DOCTOR / GROUP NAME<br>PEASANT, JOHN | | |
|---|---|---|---|---|
| LAB I.D. NO.<br>105880289 | DATE COLLECTED<br>10/03/2007 10:46 AM | DATE RECEIVED<br>10/04/2007 09:47 | DATE OF REPORT<br>10/6/2007 06:21 | AGE<br>44 Y | SEX<br>M |

| Test Description | Result | Abnormal | Reference Range |
|---|---|---|---|

Tests Ordered : CREATININE 24HR URINE, PROTEIN, URINE, 24 HR., ,

```
  Comment :
          T.V.=5900MLS
-----------------------------* CHEMISTRY *--------------------------------


* Creatinine                  0.9                     0.6-1.3      mg/dl
*********************************************************************************
* GFR, Estimated = 96.98 mL/min/1.73m2


*********************************************************************************

---------------------------* MISCELLANEOUS *----------------------------
```

| | | | |
|---|---|---|---|
| CREATININE,URN.,24HR | 1.3 | | 0.4-1.8 GM/24 H |
| URINE VOLUME, TIMED | | 5900 HI | 1200-2000 ML/24 |
| CREAT.URN.24HR(mg/dL | 22.5 | | mg/dL |
| PROTEIN,URINE,24HR | | 236 HI | 28-141 mg/24hr |
| CREAT.CLEARANCE,CALC | 102 | | 71-151 ML/MIN |

Final Report

Page: 1

*James Weisberger, M.D.*
LABORATORY DIRECTOR

481 EDWARD H. ROSS DR.
ELMWOOD PARK, NJ 07407
1-800-229-LABS
4255 Rev 1/05

15



**PRISON HEALTH SERVICES, INC.**
**SICK CALL REQUEST**

PRISON
HEALTH
SERVICES
INCORPORATED

Print Name: _Everette loveless_    Date of Request: _8/23/07_    27

ID # _238775_    Date of Birth: _10/18/62_  Location: _D-1-15A_

Nature of problem or request: _right ankel swollen, tooth ach on right_
_opside and blood pressure up_

_[signature]_
Signature

**DO NOT WRITE BELOW THIS LINE**

Date: ___/___/___
Time: _____ AM  PM
Allergies: _____

┌─────────────────────────────┐
│        **RECEIVED**          │
│ Date: 8-27-0                 │
│ Time: 8:10 a.m.              │
│ Receiving Nurse Intials _TS_ │
└─────────────────────────────┘

**(S)ubjective:**

**(O)bjective**   **(V/S):** **T:** _____ **P:** _____ **R:** _____ **BP:** _____ **WT:** _____

**(A)ssessment:**

**(P)lan:**

Refer to:   MD/PA   Mental Health   Dental   Daily Treatment        Return to Clinic PRN
                                CIRCLE ONE

One:  ROUTINE ( )     EMERGENCY ( )
      mergency was PHS supervisor notified:   Yes ( )    No ( )
                Was MD/PA on call notified:   Yes ( )    No ( )

_W 2x8_

*SIGNATURE AND TITLE*

16



**PHS**

PRISON
HEALTH
SERVICES
INCORPORATED

## PATIENT CONSENT AND AUTHORIZATION FOR DENTAL TREATMENT

**Patient Name:** _Everette loveless_                **AIS #:** _238775_

1.    I agree to having dental x-rays taken of my teeth and jaws in order to determine my dental problems.

2.    I have had a treatment plan explained to me, including alternatives or the recommendation of no treatment.

3.    I consent to the use of local anesthetics or other medications and that there may be side effects, including allergic reactions and this has been explained to me.

4.    I have had the opportunity to ask questions which have been answered to my satisfaction.

5.    I understand there is no guarantee of success or permanence of the treatment.

_____        _12/04/07_____
**Patient's Signature**                         **Date**

_____ DMD        _4/12/07_____
**Dentist's Signature**                          **Date**

17

## Possible Outcomes of Dental Fillings

A tooth is made up of a central nerve surrounded by a yellow porous material called *dentin* on the outside, and surrounding the dentin is the white surface that you see called the *enamel*. Fillings are done in order to *remove decayed enamel/dentin* that resulted from bacterial/acid attack. The larger or deeper the **cavity** (or hole in the tooth), the larger and deeper the filling, and the closer it is to the nerve. The closer the filling is to the nerve the greater the chance is for one or all of the following to happen *after* the filling is done

1. Sensitivity (mild or sharp pain) to hot and cold food and or drinks or

2. Sensitivity to cold air or

3. Sensitivity when biting or chewing hard foods or

4. Tooth is sensitive immediately after filling is done but becomes less so with time (2-6 weeks)

5. No sensitivity immediately after filling is done, followed by

4. Some hot and or cold sensitivity some days or weeks or even months after the filling has been placed or

5. Spontaneous pain (that is tooth throbs and hurts by itself for no reason) either immediately after filling is done or some time later (months weeks or even years)

Understand that *ALL teeth will be sensitive to some degree after fillings* have been placed in them (with few exceptions) If the sensitivity is too great to bear that is you can no longer eat or drink) or if the tooth begins to *hurt all by itself* at any time, it means that *the tooth will not tolerate the filling* and *the treatment then offered here will be to remove or extract the tooth/teeth with no exceptions*. Understand that any or all of the above *can happen* and represent *possible responses* of a tooth to a filling especially a deep one. Sometimes a tooth simply *will not tolerate* a moderately deep filling or any filling at all for that matter.

By consenting to have your tooth or teeth filled you also agree that this has been explained to you and that you fully understand.


_____              _____
Patient Signature/AIS #                       Dentists signature

18



PRISON
HEALTH
SERVICES
*INCORPORATED

## PATIENT CONSENT AND AUTHORIZATION
## FOR ORAL SURGERY OR EXTRACTION

Patient Name _Loveless_, _Everette_ AIS# _238775_

1. I understand that there are risks, and possible complications of oral surgery including swelling, bleeding, pain, loss of tooth parts or fillings, bone fragments, sinus involvement, infection, jaw fracture, temporary or permanent numbness or tingling of the lips, tongue, skin, gums, cheek or teeth. Some complications may require further treatment and or surgery.

2. I consent to the use of local anesthetics or other medications and that there are possible side effects, including allergic reactions and these have been explained to me.

3. I have had the opportunity to ask questions which have been answered to my satisfaction.

4. I understand there is no guarantee of success or permanence of the treatment.

5. I authorize the disposal of any tissues, which, in the course of treatment, may be removed.

SPECIFIC TREATMENT

| Tooth Number | Procedure | Date |
|---|---|---|
| 2 | extraction | 10-9-07 |
| | | |
| | | |

_____
Patient's Signature

_10-9-07_
Date

_W. E. Shirley DDS_
Dentist's Signature

_10-9-07_
Date

30-AL

19



PRISON
HEALTH
SERVICES
INCORPORATED

## DEPARTMENT OF CORRECTIONS

### MENTAL HEALTH SERVICES

# DENTAL RECORD

| DENTAL EXAMINATION | RESTORATIONS AND TREATMENTS |
|---|---|

RIGHT 1 2 3 4 5 6 7 8 9 10 11 12 13 14 15 16 LEFT
32 31 30 29 28 27 26 25 24 23 22 21 20 19 18 17

RIGHT 1 2 3 4 5 6 7 8 9 10 11 12 13 14 15 16 LEFT
32 31 30 29 28 27 26 25 24 23 22 21 20 19 18 17

Date of Initial Examination                          Initial Classification

Oral Pathology ........................................ Gingivitis _____
                                                      Vincent's Infection _____
                                                      Stomatitis _____
                                                      Other Findings _____

Occlusion _____

Roentgenograms ................................... Periapical _____
                                                      Bitewing _____
                                                      Other _____

### Health Questionnaire

| YES | NO | | YES | NO | |
|---|---|---|---|---|---|
| ☐ | ☐ | Rheumatic Fever | ☐ | ☐ | V.D. |
| ☐ | ☐ | Allergy (Novocaine, penicillin, etc.) | ☐ | ☐ | Hepatitis |
| ☐ | ☐ | Present Medication | ☐ | ☐ | Anemia or Bleeding Problems |
| ☐ | ☐ | Epilepsy | ☐ | ☐ | Heart Disease |
| ☐ | ☐ | Asthma | ☐ | ☐ | High Blood Pressure |
| ☐ | ☐ | Diabetes | ☐ | ☐ | Kidney Disease |
| ☐ | ☐ | HIV | ☐ | ☐ | Other Disease |

### SERVICES RENDERED

| Date | Tooth # | DX | TX | Initials | Class |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

| INMATE NAME (LAST, FIRST, MIDDLE) | DOC# | DOB | R/S | FAC. |
|---|---|---|---|---|
| | | | | |

PHS-MD-70015

20



**PRISON
HEALTH
SERVICES
INCORPORATED**

# PATIENT CONSENT AND AUTHORIZATION FOR DENTAL TREATMENT

Patient Name: _Loveless, Eurette_ _____ BCDC#: _238775_ _____

1. I agree to having dental X-Rays taken of my teeth and jaws in order to determine my dental problems.

2. I have had a treatment plan explained to me, including alternatives or the recommendation of no treatment.

3. I consent to the use of local anesthetics or other medications and that there may be side effects, including allergic reactions and this has been explained to me.

4. I have had the opportunity to ask questions which have been answered to my satisfaction.

5. I understand there is no guarantee of success or permanence of the treatment.


_____          _____
Patient's Signature                    Date

_____          _____
Dentist's Signature                    Date

  

**PHS**

PRISON
HEALTH
SERVICES
INCORPORATED

## DEPARTMENT OF CORRECTIONS

# DENTAL RECORD TREATMENT

**Services Rendered**

| Date | Tooth # | Diagnosis | Treatment | Initials | Class |
|------|---------|-----------|-----------|----------|-------|
| 10.9·07 | 3 | caries | extraction | w ɛ 8 | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

| PATIENT LAST NAME | FIRST | MIDDLE | DOB | R/S | ID NO. |
|-------------------|-------|--------|-----|-----|--------|
| | | | | | |

PHS-MD-70022

22

**BR** BioReference
LABORATORIES

| D O C T O R | VENTRESS CORRECTIONAL FAC.<br>379 HWY 239<br>CLYTON AL, AL  36016<br>(A0115-9)  Bio-Net Print | BOOK/CASE:<br><br>-FINAL-  Original Report 10/05/2007 |

| NAME<br>LOVELESS, EVERETTE | PATIENT I.D. / ROOM NO.<br>238775.2286 | DOCTOR / GROUP NAME<br>PEASANT, JOHN |

| LAB I.D. NO.<br>105880289 | DATE COLLECTED<br>10/03/2007 10:46 AM | DATE RECEIVED<br>10/04/2007 09:47 | DATE OF REPORT<br>10/6/2007 06:21 | AGE<br>44 Y | SEX<br>M |

| Test Description | Result | Abnormal | Reference Range |

Tests Ordered : CREATININE 24HR URINE, PROTEIN, URINE, 24 HR., ,

Comment :
           T.V.=5900MLS
------------------------------* CHEMISTRY *------------------------------

* Creatinine            0.9                    0.6-1.3      mg/dl
****************************************************************************
* GFR, Estimated = 96.98 mL/min/1.73m2

****************************************************************************

----------------------------* MISCELLANEOUS *------------------------------

| CREATININE,URN.,24HR | 1.3 | | 0.4-1.8 GM/24 H |
| URINE VOLUME, TIMED | | 5900 HI | 1200-2000 ML/24 |
| CREAT.URN.24HR(mg/dL | 22.5 | | mg/dL |
| PROTEIN,URINE,24HR | | 236 HI | 28-141 mg/24hr |
| CREAT.CLEARANCE,CALC | 102 | | 71-151 ML/MIN |

                       Final Report                          Page: 1

                            M

James Weisberger, M.D.
LABORATORY DIRECTOR



**PRISON HEALTH SERVICES, INC.**
**SICK CALL REQUEST**

Print Name: *Everette loveless*　　　Date of Request: *9/11/07*
ID # *238725*　　　Date of Birth: *10/08/62* Location: *D-1-15A*
Nature of problem or request: *Tooth ach x 14 days  my tooth Has*
*Been giveing me problems  for about two weeks. I have put*
*in sick call Request This is my second one  I hope I*
*cann Be Seen Today  Because of The pain*

　　　　　　　　　　　　　　　　　　*Everette loveless*
　　　　　　　　　　　　　　　　　　*Signature*

**DO NOT WRITE BELOW THIS LINE**

Date: ____/____/____
Time: _____ AM  PM
Allergies: _____

┌─────────────────────────────┐
│　　　　**RECEIVED**　　　　　│
│ Date: *9-11-7*　　　　　　　│
│ Time: *8:04 a.m*　　　　　　 │
│ Receiving Nurse Intials *T.S.*│
└─────────────────────────────┘

**(S)ubjective:**

**(O)bjective**　(V/S): **T:** _____　**P:** _____　**R:** _____　**BP:** _____　**WT:** _____

**(A)ssessment:**

**(P)lan:**

Refer to:　MD/PA　Mental Health　Dental　Daily Treatment　　Return to Clinic PRN
　　　　　　　　　　　　　　　CIRCLE ONE
Check One:　ROUTINE ( )　　EMERGENCY ( )
　　　　If Emergency was PHS supervisor notified:　Yes ( )　　No ( )
　　　　　　　Was MD/PA on call notified:　Yes ( )　　No ( )

　　　　　　　　　　　　　*w.s.d*
　　　　　　　　　──────────────────────
　　　　　　　　　*SIGNATURE AND TITLE*

WHITE:　INMATES MEDICAL FILE
YELLOW:　INMATE RETAINS COPY AFTER NURSE INITIALS RECEIPT
CLF-4003  (1/4)

24

➢ 10% (for endoscope and for GI).

In addition, approximately 10-15% of patients weight loss, fatigue and headache had not resolved.

## DOCUMENTATION OF EDUCATION

### Education Session 1 - Screening

I understand that I have risk factors for Hepatitis C. I have been provided with the HCV-Patient Information/Education material is adapted from the "Medication Guide" established by Schering-Plough Research Institute. The information in this document has been reviewed with me and I have that the opportunity to ask questions.

| PATIENT'S SIGNATURE | DATE SIGNED |
|---|---|
| PROVIDER'S SIGNATURE | DATE SIGNED |

### Education Session 2 – HCV Positive

I understand that I have tested positive for the Hepatitis C virus. I have been provided with the HCV-Patient Information/Education material is adapted from the "Medication Guide" established by Schering-Plough Research Institute. The information in this document has been reviewed with me and I have that the opportunity to ask questions.

| PATIENT'S SIGNATURE _238775_ | DATE SIGNED 7-31-07 |
|---|---|
| PROVIDER'S SIGNATURE | DATE SIGNED 7-31-07 |

### Education Session 3 - Treatment

I understand that I am eligible to receive Interferon/Ribavirin treatment. I have been provided with the HCV-Patient Information/Education material is adapted from the "Medication Guide" established by Schering-Plough Research Institute. The information in this document has been reviewed with me and I have that the opportunity to ask questions.

| PATIENT'S SIGNATURE _238775_ | DATE SIGNED 7/31/07 |
|---|---|
| PROVIDER'S SIGNATURE | DATE SIGNED |



**BioReference**
LABORATORIES

| | | |
|---|---|---|
| D O C T O R | VENTRESS CORRECTIONAL FAC.<br>379 HWY 239<br>CLYTON AL, AL   36016 | BOOK/CASE: |
| | (A0115-9)   Bio-Net Print | -FINAL-  Original Report 09/01/2007 |

| NAME | PATIENT I.D. / ROOM NO. | DOCTOR / GROUP NAME |
|---|---|---|
| LOVELESS, EVERETTE | 238775.2019 | PEASANT, JOHN |

| LAB I.D. NO. | DATE COLLECTED | DATE RECEIVED | DATE OF REPORT | AGE | SEX |
|---|---|---|---|---|---|
| 105565738 | 08/31/2007 12:58 AM | 09/01/2007 11:42 | 9/1/2007 02:15 | 44 Y | M |

| Test Description | Result | Abnormal | Reference Range |
|---|---|---|---|

Tests Ordered : HEPATIC PROFILE, ,
-----------------------------* CHEMISTRY *--------------------------------

| | | | |
|---|---|---|---|
| Total Protein | 6.6 | 5.9-8.4 | gm/dl |
| Albumin | 3.7 | 3.2-5.2 | gm/dl |
| Globulin | 2.9 | 1.7-3.7 | gm/dL |
| A/G Ratio | 1.3 | 1.1-2.9 | |
| Bilirubin, Total | 0.3 | 0.1-1.0 | mg/dl |
| BILIRUBIN, DIRECT | 0.1 | 0.0-0.3 | MG/DL |
| Alk Phos | 90 | 39-120 | u/l |
| AST (SGOT) | 28 | < 37 | u/l |
| ALT (SGPT) | 30 | < 40 | u/L |

Final Report                                          Page: 1

9/4/07

*James Weisberger, M.D.*
LABORATORY DIRECTOR



**BioReference**
LABORATORIES

| D O C T O R | VENTRESS CORRECTIONAL FAC.<br>379 HWY 239<br>CLYTON AL, AL 36016 | BOOK/CASE: |
|---|---|---|
| | (A0115-9)  Bio-Net Print | -FINAL-  Original Report 08/01/2007 |

| NAME | PATIENT I.D. / ROOM NO. | DOCTOR / GROUP NAME |
|---|---|---|
| LOVELESS, EVERETTE | 238775.1800 | PEASANT, JOHN |

| LAB I.D. NO. | DATE COLLECTED | DATE RECEIVED | DATE OF REPORT | AGE | SEX |
|---|---|---|---|---|---|
| 105226613 | 07/31/2007 11:04 AM | 08/01/2007 09:56 | 8/1/2007 02:09 | 44 Y | M |

| Test Description | Result | Abnormal | Reference Range |
|---|---|---|---|

Tests Ordered : HEMOGLOBIN A1C,  ,
---------------------------* MISCELLANEOUS *-----------------------------


HGB. A1c(glycohgb)             5.1 ✓              < 6.0%
*******************************************************************************
HEMOGLOBIN A1c RANGES(%)           GLUCOSE CONTROL INDEX
       < 6.0%                        Non-Diabetic Level
       < 7.0%                         Diabetic Control
       > 8.0%                     Additional action suggested

                          Final Report                    Page: 1


*James Weisberger, M.D.*
LABORATORY DIRECTOR

481 EDWARD H. ROSS DR.
ELMWOOD PARK, NJ 07407
1-800-229-LABS

**BioReference**
LABORATORIES    [2053]    105004317-4  LOVELESS, EVERETTE

| DOCTOR | | |
|---|---|---|
| BIBB CORR. FACILITY<br>565 BIBB LANE<br>BRENT_ AL 35034<br>(205) 926-5252   (A0117-5) | LOVELESS, EVERETTE       LOVELESS, EVERETTE<br><br>LOVELESS, EVERETTE       LOVELESS, EVERETTE<br><br>-FINAL- Original Report 07/07/2007 | |

| NAME | PATIENT I.D. / ROOM NO. | DOCTOR / GROUP NAME | | |
|---|---|---|---|---|
| LOVELESS, EVERETTE | 238775 | DR. WHILEY | | |

| LAB I.D. NO. | DATE COLLECTED | DATE RECEIVED | DATE OF REPORT | AGE | SEX |
|---|---|---|---|---|---|
| 105004317 | 07/03/2007 | 07/04/2007 19:42 | 7/7/2007 18:57 | 44 Y | M |

| Test Description | Result | Abnormal | Reference Range |
|---|---|---|---|

------------------------------* MISCELLANEOUS *-----------------------------

CULTURE, WOUND-RT EA        SEE BELOW                    NO GROWTH

   NOTE :
          0082^CULTURE, WOUND-RT EAR

------------------------------* MICROBIOLOGY *-----------------------------
                          * CULTURES *

     SOURCE:        WOUND

     REPORT #1: MODERATE GROWTH OF ACINETOBACTER BAUMANNII COMPLEX

     SENSITIVITY:   S = SENSITIVE  R = RESISTANT  I = INTERMEDIATE

|  | #1 |
|---|---|
| AMIKACIN | S |
| CEFEPIME | S |
| CEFTRIAXONE | I |
| CIPROFLOXACIN | S |
| GENTAMICIN | S |
| IMIPENEM | S |
| LEVOFLOXACIN | S |
| PIPERACILLIN-TAZOBACTAM | S |
| TOBRAMYCIN | S |
| TRIMETHPRIM/SULFA | S |

                          Final Report

James Weisberger, M.D.
LABORATORY DIRECTOR

181 EDWARD H. ROS/
ELMWOOD PARK, N /
1-800-/

**BioReference** LABORATORIES

[2053]    104702487-0  LOVELESS, EVERETTE

| D O C T O R | BIBB CORR. FACILITY<br>565 BIBB LANE<br>BRENT  AL  35034<br>(205) 926-5252    (A0117-5) | LOVELESS, EVERETTE    LOVELESS, EVERETTE<br><br>LOVELESS, EVERETTE    LOVELESS, EVERETTE<br><br>-FINAL- Original Report 06/04/2007 |

| NAME<br>LOVELESS, EVERETTE | PATIENT I.D. / ROOM NO.<br>238775 | DOCTOR / GROUP NAME<br>DR. WHITELY | | |
| LAB I.D. NO.<br>104702487 | DATE COLLECTED<br>06/01/2007 | DATE RECEIVED<br>06/02/2007 13:04 | DATE OF REPORT<br>6/4/2007 16:36 | AGE<br>44 Y | SEX<br>M |

| Test Description | Result | Abnormal | Reference Range |

------------------------* CARDIOVASCULAR/LIPIDS *------------------------

| | | | | |
|---|---|---|---|---|
| Cholesterol | 120 | | < 200 | mg/dl |
| Triglycerides | | 240 HI | < 151 | mg/dl |
| HDL CHOL.,DIRECT | 35 | | >35 | mg/dl |
| HDL as % of Cholesterol | 29 | (> 25)   BELOW AVERAGE RISK | | % |
| Chol/HDL Ratio | 3.43 | (<4.2)   BELOW AVERAGE RISK | | |
| LDL/HDL Ratio | 1.06 | | 0-3.55 | |
| LDL Cholesterol | 37 | | < 100 | mg/dL |

------------------------* HEMATOLOGY *------------------------

| | | | | |
|---|---|---|---|---|
| WBC | 4.3 | | 3.40-11.80 | x10(3) |
| RBC | 4.8 | | 4.20-5.90 | x10(6) |
| HGB | 13.8 | | 12.3-17.0 | gm/dl |
| HCT | 41.8 | | 39.3-52.5 | % |
| MCV | 86.5 | | 80.0-100.0 | FL |
| MCH | 28.6 | | 25.0-34.1 | pg |
| MCHC | 33.0 | | 30.0-35.0 | gm/dl |
| RDW | 12.7 | | 10.9-16.9 | % |
| POLYS | 45 | | 36-78 | % |
| POLYS   - COUNT,ABS | 1935 | | 1224-9204 | |
| LYMPHS | 44 | | 12-48 | % |
| LYMPHS  - COUNT,ABS | 1892 | | 408-5664 | |
| EOS | 2 | | 0-8 | % |
| EOS     - COUNT,ABS | 86 | | 34-944 | |
| BASOS | 1 | | 0-2 | % |
| BASOS   - COUNT,ABS | 43 | | 0-236 | |
| MONOS | 8 | | 0-13 | % |
| MONOS   - COUNT,ABS | 344 | | 170-1416 | |
| Platelet Count | 198 | | 144-400 | x10(3) |
| PROTIME | 10.8 | | 10.1-13.6sec | |
| INTR.NORM.RATIO(INR) | | 0.95 LO | 2.00-3.00 | |

Continued on Next Page                               Page: 2

*James Weisberger, M.D.*
LABORATORY DIRECTOR

481 EDWARD H. ROSS DR<br>ELMWOOD PARK, NJ 0740<br>1 800-229-LABS<br>4255 Rev 1/0

**B&R**
**BioReference**
LABORATORIES

[2053]    104702487-0  LOVELESS, EVERETTE

| DOCTOR | | |
|---|---|---|
| BIBB CORR. FACILITY<br>565 BIBB LANE<br>BRENT_ AL  35034<br>(205) 926-5252    (A0117-5) | LOVELESS, EVERETTE | LOVELESS, EVERETTE |
| | LOVELESS, EVERETTE | LOVELESS, EVERETTE |

-FINAL- Original Report 06/04/2007

| NAME | PATIENT I.D. / ROOM NO. | DOCTOR / GROUP NAME |
|---|---|---|
| LOVELESS, EVERETTE | 238775 | DR. WHITELY |

| LAB I.D. NO. | DATE COLLECTED | DATE RECEIVED | DATE OF REPORT | AGE | SEX |
|---|---|---|---|---|---|
| 104702487 | 06/01/2007 | 06/02/2007 13:04 | 6/4/2007 16:36 | 44 Y | M |

| Test Description | Result | Abnormal | Reference Range | |
|---|---|---|---|---|

Comment :
   FASTING

-------------------------------* CHEMISTRY *-------------------------------

| Test | Result | Abnormal | Reference Range | Units |
|---|---|---|---|---|
| Total Protein | 6.9 | | 5.9-8.4 | gm/dl |
| Albumin | 3.8 | | 3.2-5.2 | gm/dl |
| Globulin | 3.1 | | 1.7-3.7 | gm/dL |
| A/G Ratio | 1.2 | | 1.1-2.9 | |
| Glucose | 86 | | 70-109 | mg/dL |
| Sodium | 141 | | 133-145 | mmol/L |
| Potassium | 3.6 | | 3.3-5.3 | mmol/L |
| Chloride | 105 | | 96-108 | mmol/L |
| CO2 | 22 | | 21-29 | mmol/L |
| BUN | 8 | | 7-25 | mg/dl |
| * Creatinine | 0.8 | | 0.6-1.3 | mg/dl |
| BUN/Creat Ratio | 10 | | 10-28 | |
| Calcium | 10.4 | | 8.4-10.4 | mg/dl |
| Uric Acid | 5.7 | | 2.4-7.0 | mg/dl |
| Iron | | 169 HI | 30-160 | mcg/dl |
| Bilirubin, Total | 0.4 | | 0.1-1.0 | mg/dl |
| LDH | 133 | | 94-250 | u/l |
| Alk Phos | 98 | | 39-120 | u/l |
| AST (SGOT) | 28 | | < 37 | u/l |
| Phosphorous | 3.8 | | 2.6-4.5 | mg/dl |
| ALT (SGPT) | 35 | | < 40 | u/L |
| G-GTP | ① Hepc | 60 R | 7-65 | u/L |

*****************************************************************************
* GFR, Estimated = 111.27 mL/min/1.73m2

*****************************************************************************
GFR (Glomerular Filtration Rate) calculation utilizes the MDRD formula
(Modification of Diet in Renal Disease Study Group) and assumes a normal
adult body surface area of 1.73.  If the patient is African American
multiply result reported by 1.21. (Ref. National Kidney Disease Educa.
Program.)
        ***** Male/Female reference range:  >60 mL/min/1.73 m2 *****
Note: A calculated GFR of <60 mL suggests chronic kidney disease, but
only if found consistently over at least 3 months.  A calculated
result of <15 mL is consistent with renal failure.

Continued on Next Page

James Weisberger, M.D.
LABORATORY DIRECTOR

481 EDWARD H. ROSS DR.
ELMWOOD PARK, NJ 07407

**B|R** BioReference
LABORATORIES

[2053]     104702487-0   LOVELESS, EVERETTE

| D O C T O R | BIBB CORR. FACILITY<br>565 BIBB LANE<br>BRENT_ AL  35034<br>(205) 926-5252    (A0117-5) | LOVELESS, EVERETTE          LOVELESS, EVERETTE<br><br>LOVELESS, EVERETTE          LOVELESS, EVERETTE<br><br>-FINAL- Original Report 06/04/2007 |

| NAME<br>LOVELESS, EVERETTE | PATIENT I.D. / ROOM NO.<br>238775 | DOCTOR / GROUP NAME<br>DR. WHITELY | | |
|---|---|---|---|---|
| LAB I.D. NO.<br>104702487 | DATE COLLECTED<br>06/01/2007 | DATE RECEIVED<br>06/02/2007 13:04 | DATE OF REPORT<br>6/4/2007 16:36 | AGE<br>44 Y | SEX<br>M |

Test Description           Result      Abnormal       Reference Range

--------------------------* CARDIOVASCULAR/LIPIDS *--------------------------

| | | | | |
|---|---|---|---|---|
| Cholesterol | 120 | | < 200 | mg/dl |
| Triglycerides | | 240 HI | < 151 | mg/dl |
| HDL CHOL.,DIRECT | 35 | | >35 | mg/dl |
| HDL as % of Cholesterol | 29 | (> 25)    BELOW AVERAGE RISK | | % |
| Chol/HDL Ratio | 3.43 | (<4.2)    BELOW AVERAGE RISK | | |
| LDL/HDL Ratio | 1.06 | | 0-3.55 | |
| LDL Cholesterol | 37 | | < 100 | mg/dL |

--------------------------* HEMATOLOGY *--------------------------

| | | | | |
|---|---|---|---|---|
| WBC | 4.3 | | 3.40-11.80 | x10(3) |
| RBC | 4.8 | | 4.20-5.90 | x10(6) |
| HGB | 13.8 | | 12.3-17.0 | gm/dl |
| HCT | 41.8 | | 39.3-52.5 | % |
| MCV | 86.5 | | 80.0-100.0 | FL |
| MCH | 28.6 | | 25.0-34.1 | pg |
| MCHC | 33.0 | | 30.0-35.0 | gm/dl |
| RDW | 12.7 | | 10.9-16.9 | % |
| POLYS | 45 | | 36-78 | % |
| POLYS  - COUNT,ABS | 1935 | | 1224-9204 | |
| LYMPHS | 44 | | 12-48 | % |
| LYMPHS - COUNT,ABS | 1892 | | 408-5664 | |
| EOS | 2 | | 0-8 | % |
| EOS    - COUNT,ABS | 86 | | 34-944 | |
| BASOS | 1 | | 0-2 | % |
| BASOS  - COUNT,ABS | 43 | | 0-236 | |
| MONOS | 8 | | 0-13 | % |
| MONOS  - COUNT,ABS | 344 | | 170-1416 | |
| Platelet Count | 198 | | 144-400 | x10(3) |
| PROTIME | 10.8 | | 10.1-13.6sec | |
| INTR.NORM.RATIO(INR) | | 0.95 LO | 2.00-3.00 | |

Continued on Next Page                          Page: 2

James Weisberger, M.D.
LABORATORY DIRECTOR

31

481 EDWARD H. ROSS DR.
ELMWOOD PARK, NJ 07407
1-800-229-LABS

**BioReference**
LABORATORIES

[2053]     104702487-0   LOVELESS, EVERETTE

| DOCTOR | BIBB CORR. FACILITY<br>565 BIBB LANE<br>BRENT  AL  35034<br>(205) 926-5252    (A0117-5) | LOVELESS, EVERETTE          LOVELESS, EVERETTE<br><br>LOVELESS, EVERETTE          LOVELESS, EVERETTE<br><br>-FINAL- Original Report 06/04/2007 |
|---|---|---|

| NAME | PATIENT I.D. / ROOM NO. | DOCTOR / GROUP NAME |
|---|---|---|
| LOVELESS, EVERETTE | 238775 | DR. WHITELY |

| LAB I.D. NO. | DATE COLLECTED | DATE RECEIVED | DATE OF REPORT | AGE | SEX |
|---|---|---|---|---|---|
| 104702487 | 06/01/2007 | 06/02/2007 13:04 | 6/4/2007 16:36 | 44 Y | M |

| Test Description | Result | Abnormal | Reference Range |
|---|---|---|---|

**************************************************************

CLINICAL INDICATIONS FOR INR USE                    REFERENCE RANGE
Prophylaxis or treatment of venous thrombosis,          2.0 - 3.0
systemic embolization, or                           (therapeutic range)
treatment of pulmonary embolus.
High-risk patients with mechanical heart valves.    2.5 - 3.5

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

NOTE: INR values below 2.0 in patients on warfarin therapy would
be considered sub-therapeutic for the above conditions. Normal
subjects NOT treated with warfarin will have INR values in the
range of:      0.87 - 1.19


---------------------------* MISCELLANEOUS *---------------------------

| Test | Result | Abnormal | Reference Range | |
|---|---|---|---|---|
| TSH | 1.140 | | 0.27-4.2 uIU/mL | |
| THYROXINE(T4) | | 14.2 HI | 4.5-12.0 ug/dL | |
| T3 UPTAKE | | 21.3 LO | 24.3-39 % | |
| FREE T4 INDEX | 3 | | 1.1-4.5 | |
| FERRITIN | 229 | | SEE BELOW | |
| ANTINUCLEAR AB. | Negative | | NEG=<1:40 | |
| IRON % SAT. | 46 | | 20-55% | |
| TIBC | 365 | | 228-428 | mcg/dl |

*************************************************************
                    RANGES FOR FERRITIN
ADULT MALES                         30-400 ng/mL
ADULT FEMALES                       13-150 ng/mL


                    Final Report

James Weisberger, M.D.
LABORATORY DIRECTOR

*32*

# B∙R BioReference
## LABORATORIES

[2053]        104702487-0  LOVELESS, EVERETTE

| D O C T O R | BIBB CORR. FACILITY<br>565 BIBB LANE<br>BRENT  AL  35034<br>(205) 926-5252   (A0117-5) | LOVELESS, EVERETTE          LOVELESS, EVERETTE |
|---|---|---|
| | | LOVELESS, EVERETTE          LOVELESS, EVERETTE |
| | | -FINAL- Original Report 06/04/2007 |

| NAME<br>LOVELESS, EVERETTE | PATIENT I.D. / ROOM NO.<br>238775 | DOCTOR / GROUP NAME<br>DR. WHITELY | | |
|---|---|---|---|---|
| LAB I.D. NO.<br>104702487 | DATE COLLECTED<br>06/01/2007 | DATE RECEIVED<br>06/02/2007 13:04 | DATE OF REPORT<br>6/4/2007 16:36 | AGE<br>44 Y | SEX<br>M |

| Test Description | Result | Abnormal | Reference Range | |
|---|---|---|---|---|

Comment :
　　　　FASTING

----------------------------* CHEMISTRY *--------------------------------

| Test Description | Result | Abnormal | Reference Range | |
|---|---|---|---|---|
| Total Protein | 6.9 | | 5.9-8.4 | gm/dl |
| Albumin | 3.8 | | 3.2-5.2 | gm/dl |
| Globulin | 3.1 | | 1.7-3.7 | gm/dL |
| A/G Ratio | 1.2 | | 1.1-2.9 | |
| Glucose | 86 | | 70-109 | mg/dL |
| Sodium | 141 | | 133-145 | mmol/L |
| Potassium | 3.6 | | 3.3-5.3 | mmol/L |
| Chloride | 105 | | 96-108 | mmol/L |
| CO2 | 22 | | 21-29 | mmol/L |
| BUN | 8 | | 7-25 | mg/dl |
| * Creatinine | 0.8 | | 0.6-1.3 | mg/dl |
| BUN/Creat Ratio | 10 | | 10-28 | |
| Calcium | 10.4 | | 8.4-10.4 | mg/dl |
| Uric Acid | 5.7 | | 2.4-7.0 | mg/dl |
| Iron | | 169 HI | 30-160 | mcg/dl |
| Bilirubin, Total | 0.4 | | 0.1-1.0 | mg/dl |
| LDH | 133 | | 94-250 | u/l |
| Alk Phos | 98 | | 39-120 | u/l |
| AST (SGOT) | 28 | | < 37 | u/l |
| Phosphorous | 3.8 | | 2.6-4.5 | mg/dl |
| ALT (SGPT) | 35 | | < 40 | u/L |
| G-GTP | | 60 | 7-65 | u/L |

*****************************************************************************
* GFR, Estimated = 111.27 mL/min/1.73m2

*****************************************************************************
GFR (Glomerular Filtration Rate) calculation utilizes the MDRD formula
(Modification of Diet in Renal Disease Study Group) and assumes a normal
adult body surface area of 1.73.  If the patient is African American
multiply result reported by 1.21. (Ref. National Kidney Disease Educa.
Program.)
　　　***** Male/Female reference range:   >60 mL/min/1.73 m2 *****
Note: A calculated GFR of <60 mL suggests chronic kidney disease, but
only if found consistently over at least 3 months.  A calculated
result of <15 mL is consistent with renal failure.

Continued on Next Page                    Page: 1

James Weisberger, M.D.
LABORATORY DIRECTOR

481 EDWARD H. ROSS DR.
ELMWOOD PARK, NJ 07407
1-800-229-LABS



*Dental*

**PRISON HEALTH SERVICES, INC.**
**SICK CALL REQUEST**

Print Name: _Eurette loveless_  Date of Request: _3/19/07_
ID # _238775_  Date of Birth: _10/08/62_  Location: _E-4-16A_
Nature of problem or request: _I have a filling that fell out and That is lose and would them look at or replace_

_Signature_

### DO NOT WRITE BELOW THIS LINE

Date: ___/___/___
Time: _____ AM  PM
Allergies: _____

| RECEIVED |
|---|
| Date **MAR 19 2007** |
| Time: |
| Receiving Nurse Intials _____ |

**(S)ubjective:**

**(O)bjective  (V/S): T:** _____  **P:** _____  **R:** _____  **BP:** _____  **WT:** _____

**(A)ssessment:**

_appt scheduled_

**(P)lan:**

Refer to:   MD/PA   Mental Health   Dental   Daily Treatment       Return to Clinic PRN
CIRCLE ONE
Check One:  ROUTINE ( )     EMERGENCY ( )
     If Emergency was PHS supervisor notified:   Yes ( )    No ( )
          Was MD/PA on call notified:   Yes ( )    No ( )

_A Davis, RDH_
*SIGNATURE AND TITLE*

WHITE:   INMATES MEDICAL FILE
YELLOW:  INMATE RETAINS COPY AFTER NURSE INITIALS RECEIPT

34

**BioReference**
LABORATORIES          [2053]          103862110-4  LOVELESS, EVERETTE

| D O C T O R | BIBB CORR. FACILITY<br>565 BIBB LANE<br>BRENT  AL  35034<br>(205) 926-5252    (A0117-5) | LOVELESS, EVERETTE          LOVELESS, EVERETTE<br><br>LOVELESS, EVERETTE          LOVELESS, EVERETTE<br><br>-FINAL- Original Report 03/04/2007 |

| NAME | PATIENT I.D. / ROOM NO. | DOCTOR / GROUP NAME |
|---|---|---|
| LOVELESS, EVERETTE | 238775 | DR. WHITLEY |

| LAB I.D. NO. | DATE COLLECTED | DATE RECEIVED | DATE OF REPORT | AGE | SEX |
|---|---|---|---|---|---|
| 103862110 | 03/02/2007 | 03/03/2007 13:26 | 3/4/2007 15:20 | 44 Y | M |

Test Description          Result          Abnormal          Reference Range

*********************************************************************

NOTE: LAVENDER-TOP tube received for CBC or H&H
      (or other hematology testing) was CLOTTED.
      Please resubmit an additional specimen.

Final Report

James Weisberger, M.D.
LABORATORY DIRECTOR

481 EDWARD H ROSS DR
ELMWOOD PARK, NJ 07407
1-800-229-LABS

# BIOREFERENCE LABORATORIES

**461 EDWARD H. ROSS DR. ELMWOOD PARK, NJ 07407**
**1-800-229-LABS**

| DOCTOR | |
|---|---|
| BIBB CORR. FACILITY 565 BIBB LANE BRENT, AL 35034 (205) 926-5252 (A0117-5) | DOB: 10/08/1962 -FINAL- Original Report 02/26/2007 |

| NAME | PATIENT I.D. / ROOM NO. | DOCTOR / GROUP | | |
|---|---|---|---|---|
| LOVELESS, EVERETTE | 238775 | DR. WHITLEY | | |
| LAB I.D. NO. | DATE COLLECTED | DATE RECEIVED | DATE OF REPORT | AGE / SEX |
| 103792643 | 02/23/2007 | 02/24/2007 14:34 | 2/26/2007 13:02 | 44 Y M |

Test Description       Result     Abnormal     Reference Range

```
***********************************************************************
    GFR (Glomerular Filtration Rate) calculation utilizes the MDRD formula
(Modification of Diet in Renal Disease Study Group) and assumes a normal
adult body surface area of 1.73.  If the patient is African American
multiply result reported by 1.21. (Ref. National Kidney Disease Educa.
Program.)
        ***** Male/Female reference range:  >60 mL/min/1.73 m2 *****
Note: A calculated GFR of <60 mL suggests chronic kidney disease, but
only if found consistently over at least 3 months.  A calculated
result of <15 mL is consistent with renal failure.
```

------------------------------* HEMATOLOGY *------------------------------

| | | | |
|---|---|---|---|
| WBC | 3.9 | 3.40-11.80 | x10(3) |
| RBC | 5.1 | 4.20-5.90 | x10(6) |
| HGB | 13.8 | 12.3-17.0 | gm/dl |
| HCT | 44.5 | 39.3-52.5 | % |
| MCV | 86.7 | 80.0-100.0 | FL |
| MCH | 26.9 | 25.0-34.1 | pg |
| MCHC | 31.0 | 30.0-35.0 | gm/dl |
| RDW | 12.5 | 10.9-16.9 | % |
| POLYS | 44 | 36-78 | % |
| LYMPHS | 42 | 12-48 | % |
| EOS | 4 | 0-8 | % |
| BASOS | 1 | 0-2 | % |
| MONOS | 9 | 0-13 | % |
| Platelet Count | 225 | 144-400 | x10(3) |

------------------------------* MISCELLANEOUS *------------------------------

| | | | |
|---|---|---|---|
| TSH | 1.110 | | 0.27-4.2 uIU/mL |
| THYROXINE(T4) | | 15.0 HI | 4.5-12.0 ug/dL |
| T3 UPTAKE | | 20.2 LO | 24.3-39 % |
| FREE T4 INDEX | 3 | | 1.1-4.5 |
| HGB. A1c(glycohgb) | 5.7 | | < 6.0% |
| CREAT.URN.TIMED/RAND | .04 | | gms/dL |
| MICROALB/CREAT RATIO | 10 | | <30mg/gm creat. |
| MICROALBUMIN,RANDOM | 0.4 | | <2.9 mg/dL |

Continued on Next Page                          Page: 2

# BIOREFERENCE LABORATORIES

481 EDWARD H. ROSS DR. ELMWOOD PARK, NJ 07407
1-800-229-LABS

| D O C T O R | BIBB CORR. FACILITY<br>565 BIBB LANE<br>BRENT, AL 35034<br>(205) 926-5252    (A0117-5) | | DOB: 10/08/1962<br><br>-FINAL- Original Report 02/26/2007 | | | |
|---|---|---|---|---|---|---|
| NAME | | PATIENT I.D. / ROOM NO. | | DOCTOR / GROUP | | |
| LOVELESS, EVERETTE | | 238775 | | DR. WHITLEY | | |
| LAB I.D. NO. | DATE COLLECTED | DATE RECEIVED | DATE OF REPORT | | AGE | SEX |
| 103792643 | 02/23/2007 | 02/24/2007 14:34 | 2/26/2007 13:02 | | 44 Y | M |

Test Description          Result      Abnormal      Reference Range

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
HEMOGLOBIN A1c RANGES(%)            GLUCOSE CONTROL INDEX
        < 6.0%                    Non-Diabetic Level
        < 7.0%                      Diabetic Control
        > 8.0%                 Additional action suggested

                        Final Report                     Page: 3

James Weisberger, M.D.
Laboratory Director

37

# BIOREFERENCE LABORATORIES

481 EDWARD H. ROSS DR. ELMWOOD PARK, NJ 07407
1-800-229-LABS

| D O C T O R | BIBB CORR. FACILITY 565 BIBB LANE BRENT, AL 35034 (205) 926-5252 (A0117-5) | DOB: 10/08/1962 -FINAL- Original Report 02/26/2007 |
|---|---|---|

| NAME | PATIENT I.D. / ROOM NO. | DOCTOR / GROUP | | |
|---|---|---|---|---|
| LOVELESS, EVERETTE | 238775 | DR. WHITLEY | | |
| LAB I.D. NO. | DATE COLLECTED | DATE RECEIVED | DATE OF REPORT | AGE | SEX |
| 103792643 | 02/23/2007 | 02/24/2007 14:34 | 2/26/2007 13:02 | 44 Y | M |

Test Description      Result      Abnormal      Reference Range

Comment :
          FASTING

------------------------------* CHEMISTRY *-------------------------------

| Test | Result | Abnormal | Reference Range | Units |
|---|---|---|---|---|
| Total Protein | 7.2 | | 5.9-8.4 | gm/dl |
| Albumin | 4.0 | | 3.2-5.2 | gm/dl |
| Globulin | 3.2 | | 1.7-3.7 | gm/dL |
| A/G Ratio | 1.3 | | 1.1-2.9 | |
| Glucose | | 131 HI | 70-109 | mg/dL |
| Sodium | 144 | | 133-145 | mmol/L |
| Potassium | 4.0 | | 3.3-5.3 | mmol/L |
| Chloride | 105 | | 96-108 | mmol/L |
| CO2 | 21 | | 21-29 | mmol/L |
| BUN | | 5 LO | 7-25 | mg/dl |
| * Creatinine | 0.9 | | 0.6-1.3 | mg/dl |
| BUN/Creat Ratio | | 5.6 LO | 10-28 | |
| Calcium | 10.3 | | 8.4-10.4 | mg/dl |
| Uric Acid | 5.5 | | 2.4-7.0 | mg/dl |
| Iron | 119 | | 30-160 | mcg/dl |
| Bilirubin, Total | 0.4 | | 0.1-1.0 | mg/dl |
| LDH | 133 | | 94-250 | u/l |
| Alk Phos | | 126 HI | 39-120 | u/l |
| AST (SGOT) | 27 | | < 37 | u/l |
| Phosphorous | 2.8 | | 2.6-4.5 | mg/dl |
| ALT (SGPT) | 31 | | < 40 | u/L |
| G-GTP | | 67 HI | 7-51 | u/L |
| Cholesterol | 125 | | < 200 | mg/dl |
| Triglycerides | 122 | | < 151 | mg/dl |
| HDL CHOL.,DIRECT | 42 | | >35 | mg/dl |
| HDL as % of Cholesterol | 34 | (> 25) | BELOW AVERAGE RISK | % |
| Chol/HDL Ratio | 2.98 | (<4.2) | BELOW AVERAGE RISK | |
| LDL/HDL Ratio | 1.4 | | 0-3.55 | |
| LDL Cholesterol | 59 | | < 100 | mg/dL |

***********************************************************************
* GFR, Estimated = 97.25 mL/min/1.73m2

                     Continued on Next Page                    Page: 1

James Weisberger, M.D.
Laboratory Director

38

**BR** BioReference
LABORATORIES

[2053]          103792643-9  LOVELESS, EVERETTE

| DOCTOR | BIBB CORR. FACILITY<br>565 BIBB LANE<br>BRENT_ AL 35034<br>(205) 926-5252   (A0117-5) | LOVELESS, EVERETTE       LOVELESS, EVERETTE<br><br>LOVELESS, EVERETTE       LOVELESS, EVERETTE |
|---|---|---|

-FINAL- Original Report 02/26/2007

| NAME<br>LOVELESS, EVERETTE | PATIENT I.D. / ROOM NO.<br>238775 | DOCTOR / GROUP NAME<br>DR. WHITLEY | | |
|---|---|---|---|---|
| LAB I.D. NO.<br>103792643 | DATE COLLECTED<br>02/23/2007 | DATE RECEIVED<br>02/24/2007 14:34 | DATE OF REPORT<br>2/26/2007 15:24 | AGE SEX<br>44 Y M |

| Test Description | Result | Abnormal | Reference Range |
|---|---|---|---|

Comment :
        FASTING

------------------------------* CHEMISTRY *-------------------------------

| Test | Result | Abnormal | Reference Range | Units |
|---|---|---|---|---|
| Total Protein | 7.2 | | 5.9-8.4 | gm/dl |
| Albumin | 4.0 | | 3.2-5.2 | gm/dl |
| Globulin | 3.2 | | 1.7-3.7 | gm/dL |
| A/G Ratio | 1.3 | | 1.1-2.9 | |
| Glucose | | 131 HI | 70-109 | mg/dL |
| Sodium | 144 | | 133-145 | mmol/L |
| Potassium | 4.0 | | 3.3-5.3 | mmol/L |
| Chloride | 105 | | 96-108 | mmol/L |
| CO2 | 21 | | 21-29 | mmol/L |
| BUN | | 5 LO | 7-25 | mg/dl |
| * Creatinine | 0.9 | | 0.6-1.3 | mg/dl |
| BUN/Creat Ratio | | 5.6 LO | 10-28 | |
| Calcium | 10.3 | | 8.4-10.4 | mg/dl |
| Uric Acid | 5.5 | | 2.4-7.0 | mg/dl |
| Iron | 119 | | 30-160 | mcg/dl |
| Bilirubin, Total | 0.4 | | 0.1-1.0 | mg/dl |
| LDH | 133 | | 94-250 | u/l |
| Alk Phos | | 126 HI | 39-120 | u/l |
| AST (SGOT) | 27 | | < 40 | u/l |
| Phosphorous | 2.8 | | 2.6-4.5 | mg/dl |
| ALT (SGPT) | 31 | | < 55 | u/L |
| G-GTP | | 67 HI | 7-65 | u/L |
| Cholesterol | 125 | | < 200 | mg/dl |
| Triglycerides | 122 | | < 151 | mg/dl |
| HDL CHOL.,DIRECT | 42 | | >35 | mg/dl |
| HDL as % of Cholesterol | 34 | (> 25) | BELOW AVERAGE RISK | % |
| Chol/HDL Ratio | 2.98 | (<4.2) | BELOW AVERAGE RISK | |
| LDL/HDL Ratio | 1.4 | | 0-3.55 | |
| LDL Cholesterol | 59 | | < 100 | mg/dL |

**********************************************************************
* GFR, Estimated = 97.25 mL/min/1.73m2

Continued on Next Page                          Page: 1



James Weisberger, M.D.
LABORATORY DIRECTOR

39

**B\*R BioReference LABORATORIES**

[2053]    103792643-9   LOVELESS, EVERETTE

| DOCTOR | BIBB CORR. FACILITY<br>565 BIBB LANE<br>BRENT_ AL 35034<br>(205) 926-5252   (A0117-5) | LOVELESS, EVERETTE          LOVELESS, EVERETTE<br><br>LOVELESS, EVERETTE          LOVELESS, EVERETTE |
|---|---|---|

-FINAL- Original Report 02/26/2007

| NAME | LOVELESS, EVERETTE | PATIENT I.D. / ROOM NO. 238775 | DOCTOR / GROUP NAME DR. WHITLEY |
|---|---|---|---|

| LAB I.D. NO. 103792643 | DATE COLLECTED 02/23/2007 | DATE RECEIVED 02/24/2007 14:34 | DATE OF REPORT 2/26/2007 15:24 | AGE 44 Y | SEX M |
|---|---|---|---|---|---|

| Test Description | Result | Abnormal | Reference Range |
|---|---|---|---|

************************************************************************
GFR (Glomerular Filtration Rate) calculation utilizes the MDRD formula
(Modification of Diet in Renal Disease Study Group) and assumes a normal
adult body surface area of 1.73.  If the patient is African American
multiply result reported by 1.21. (Ref. National Kidney Disease Educa.
Program.)
       ***** Male/Female reference range:  >60 mL/min/1.73 m2 *****
Note: A calculated GFR of <60 mL suggests chronic kidney disease, but
only if found consistently over at least 3 months.  A calculated
result of <15 mL is consistent with renal failure.

---------------------------------* HEMATOLOGY *---------------------------------

| Test | Result | Reference Range | |
|---|---|---|---|
| WBC | 3.9 | 3.40-11.80 | x10(3) |
| RBC | 5.1 | 4.20-5.90 | x10(6) |
| HGB | 13.8 | 12.3-17.0 | gm/dl |
| HCT | 44.5 | 39.3-52.5 | % |
| MCV | 86.7 | 80.0-100.0 | FL |
| MCH | 26.9 | 25.0-34.1 | pg |
| MCHC | 31.0 | 30.0-35.0 | gm/dl |
| RDW | 12.5 | 10.9-16.9 | % |
| POLYS | 44 | 36-78 | % |
| LYMPHS | 42 | 12-48 | % |
| EOS | 4 | 0-8 | % |
| BASOS | 1 | 0-2 | % |
| MONOS | 9 | 0-13 | % |
| Platelet Count | 225 | 144-400 | x10(3) |

---------------------------------* MISCELLANEOUS *---------------------------------

| Test | Result | Abnormal | Reference Range |
|---|---|---|---|
| TSH  *thyroid* | 1.110 | | 0.27-4.2 uIU/mL |
| THYROXINE(T4) | | 15.0 HI | 4.5-12.0 ug/dL |
| T3 UPTAKE | | 20.2 LO | 24.3-39 % |
| FREE T4 INDEX | 3 | | 1.1-4.5 |
| HGB. A1c (glycohgb) | 5.7 | | < 6.0% |
| CREAT.URN.TIMED/RAND | .04 | | gms/dL |
| MICROALB/CREAT RATIO | 10 | | <30mg/gm creat. |
| MICROALBUMIN,RANDOM | 0.4 | | <2.9 mg/dL |

Continued on Next Page                               Page: 2

*[signature]*
**James Weisberger, M.D.**
LABORATORY DIRECTOR

40

**B|R** BioReference LABORATORIES       [2053]      103792643-9  LOVELESS, EVERETTE

| DOCTOR | BIBB CORR. FACILITY<br>565 BIBB LANE<br>BRENT_ AL  35034<br>(205) 926-5252   (A0117-5) | LOVELESS, EVERETTE        LOVELESS, EVERETTE<br><br>LOVELESS, EVERETTE        LOVELESS, EVERETTE<br><br>-FINAL- Original Report 02/26/2007 |
|---|---|---|

| NAME<br>LOVELESS, EVERETTE | PATIENT I.D./ROOM NO.<br>238775 | DOCTOR/GROUP NAME<br>DR. WHITLEY |
|---|---|---|

| LAB I.D. NO.<br>103792643 | DATE COLLECTED<br>02/23/2007 | DATE RECEIVED<br>02/24/2007 14:34 | DATE OF REPORT<br>2/26/2007 15:24 | AGE<br>44 Y | SEX<br>M |
|---|---|---|---|---|---|

Test Description            Result        Abnormal       Reference Range

Comment :
        FASTING

------------------------------* CHEMISTRY *-------------------------------

| Test | Result | Abnormal | Reference Range | Units |
|---|---|---|---|---|
| Total Protein | 7.2 | | 5.9-8.4 | gm/dl |
| Albumin | 4.0 | | 3.2-5.2 | gm/dl |
| Globulin | 3.2 | | 1.7-3.7 | gm/dL |
| A/G Ratio | 1.3 | | 1.1-2.9 | |
| Glucose | | 131 HI | 70-109 | mg/dL |
| Sodium | 144 | | 133-145 | mmol/L |
| Potassium | 4.0 | | 3.3-5.3 | mmol/L |
| Chloride | 105 | | 96-108 | mmol/L |
| CO2 | 21 | | 21-29 | mmol/L |
| BUN | | 5 LO | 7-25 | mg/dl |
| * Creatinine | 0.9 | | 0.6-1.3 | mg/dl |
| BUN/Creat Ratio | | 5.6 LO | 10-28 | |
| Calcium | 10.3 | | 8.4-10.4 | mg/dl |
| Uric Acid | 5.5 | | 2.4-7.0 | mg/dl |
| Iron | 119 | | 30-160 | mcg/dl |
| Bilirubin, Total | 0.4 | | 0.1-1.0 | mg/dl |
| LDH | 133 | | 94-250 | u/l |
| Alk Phos | | 126 HI | 39-120 | u/l |
| AST (SGOT) | 27 | | < 40 | u/l |
| Phosphorous | 2.8 | | 2.6-4.5 | mg/dl |
| ALT (SGPT) | 31 | | < 55 | u/L |
| G-GTP | | 67 HI | 7-65 | u/L |
| Cholesterol | 125 | | < 200 | mg/dl |
| Triglycerides | 122 | | < 151 | mg/dl |
| HDL CHOL.,DIRECT | 42 | | >35 | mg/dl |
| HDL as % of Cholesterol | 34 | (> 25) | BELOW AVERAGE RISK | % |
| Chol/HDL Ratio | 2.98 | (<4.2) | BELOW AVERAGE RISK | |
| LDL/HDL Ratio | 1.4 | | 0-3.55 | |
| LDL Cholesterol | 59 | | < 100 | mg/dL |

******************************************************************************
* GFR, Estimated = 97.25 mL/min/1.73m2

                    Continued on Next Page                        Page: 1



*Pauling~*
**James Weisberger, M.D.**
LABORATORY DIRECTOR

4|

181 EDWARD H. ROSS DR
ELMWOOD PARK, NJ 07407

# BIOREFERENCE LABORATORIES

**481 EDWARD H. ROSS DR. ELMWOOD PARK, NJ 07407**
**1-800-229-LABS**

| D O C T O R | BIBB CORR. FACILITY<br>565 BIBB LANE<br>BRENT, AL 35034<br>(205) 926-5252 (A0117-5) | DOB: 10/08/1962 |
|---|---|---|

-FINAL- Original Report 02/26/2007

| NAME | PATIENT I.D. / ROOM NO. | DOCTOR / GROUP | | |
|---|---|---|---|---|
| LOVELESS, EVERETTE | 238775 | DR. WHITLEY | | |
| LAB I.D. NO. | DATE COLLECTED | DATE RECEIVED | DATE OF REPORT | AGE | SEX |
| 103792643 | 02/23/2007 | 02/24/2007 14:34 | 2/26/2007 13:02 | 44 Y | M |

| Test Description | Result | Abnormal | Reference Range |
|---|---|---|---|

```
************************************************************
    GFR (Glomerular Filtration Rate) calculation utilizes the MDRD formula
(Modification of Diet in Renal Disease Study Group) and assumes a normal
adult body surface area of 1.73.  If the patient is African American
multiply result reported by 1.21. (Ref. National Kidney Disease Educa.
Program.)
        ***** Male/Female reference range:  >60 mL/min/1.73 m2 *****
    Note: A calculated GFR of <60 mL suggests chronic kidney disease, but
only if found consistently over at least 3 months.  A calculated
result of <15 mL is consistent with renal failure.
```

-------------------------------* HEMATOLOGY *-------------------------------

| | | | |
|---|---|---|---|
| WBC | 3.9 | 3.40-11.80 | x10(3) |
| RBC | 5.1 | 4.20-5.90 | x10(6) |
| HGB | 13.8 | 12.3-17.0 | gm/dl |
| HCT | 44.5 | 39.3-52.5 | % |
| MCV | 86.7 | 80.0-100.0 | FL |
| MCH | 26.9 | 25.0-34.1 | pg |
| MCHC | 31.0 | 30.0-35.0 | gm/dl |
| RDW | 12.5 | 10.9-16.9 | % |
| POLYS | 44 | 36-78 | % |
| LYMPHS | 42 | 12-48 | % |
| EOS | 4 | 0-8 | % |
| BASOS | 1 | 0-2 | % |
| MONOS | 9 | 0-13 | % |
| Platelet Count | 225 | 144-400 | x10(3) |

-------------------------------* MISCELLANEOUS *-------------------------------

| | | | |
|---|---|---|---|
| TSH | 1.110 | | 0.27-4.2 uIU/mL |
| THYROXINE(T4) | | 15.0 HI | 4.5-12.0 ug/dL |
| T3 UPTAKE | | 20.2 LO | 24.3-39 % |
| FREE T4 INDEX | 3 | | 1.1-4.5 |
| HGB. A1c(glycohgb) | 5.7 | | < 6.0% |
| CREAT.URN.TIMED/RAND | .04 | | gms/dL |
| MICROALB/CREAT RATIO | 10 | | <30mg/gm creat. |
| MICROALBUMIN,RANDOM | 0.4 | | <2.9 mg/dL |

Continued on Next Page

Page: 2

James Waisberger, M.D.
Laboratory Director

42

# BIOREFERENCE LABORATORIES

481 EDWARD H. ROSS DR. ELMWOOD PARK, NJ 07407
1-800-229-LABS

| D O C T O R | BIBB CORR. FACILITY<br>565 BIBB LANE<br>BRENT, AL  35034<br>(205) 926-5252    (A0117-5) | DOB: 10/08/1962<br><br>~FINAL- Original Report 02/26/2007 |
|---|---|---|

| NAME | PATIENT I.D. / ROOM NO. | DOCTOR / GROUP | | |
|---|---|---|---|---|
| LOVELESS, EVERETTE | 238775 | DR. WHITLEY | | |
| LAB I.D. NO. | DATE COLLECTED | DATE RECEIVED | DATE OF REPORT | AGE | SEX |
| 103792643 | 02/23/2007 | 02/24/2007 14:34 | 2/26/2007 13:02 | 44 Y | M |

Test Description         Result     Abnormal     Reference Range

**********************************************************************

HEMOGLOBIN A1c RANGES(%)          GLUCOSE CONTROL INDEX
        < 6.0%                      Non-Diabetic Level
        < 7.0%                       Diabetic Control
        > 8.0%               Additional action suggested

                         Final Report                    Page: 3

James Weisbarger, M.D.
Laboratory Director

43

**B·R** BioReference
LABORATORIES

[2053]    103792643-9  LOVELESS, EVERETTE

| D O C T O R | BIBB CORR. FACILITY<br>565 BIBB LANE<br>BRENT AL 35034<br>(205) 926-5252    (A0117-5) | LOVELESS, EVERETTE          LOVELESS, EVERETTE<br><br>LOVELESS, EVERETTE          LOVELESS, EVERETTE<br><br>~FINAL~ Original Report 02/26/2007 |
|---|---|---|

| NAME<br>LOVELESS, EVERETTE | PATIENT I.D. / ROOM NO.<br>238775 | DOCTOR / GROUP NAME<br>DR. WHITLEY | | |
|---|---|---|---|---|
| LAB I.D. NO.<br>103792643 | DATE COLLECTED<br>02/23/2007 | DATE RECEIVED<br>02/24/2007 14:34 | DATE OF REPORT<br>2/26/2007 15:24 | AGE<br>44 Y | SEX<br>M |

| Test Description | Result | Abnormal | Reference Range |
|---|---|---|---|

**************************************************************************

HEMOGLOBIN A1c RANGES(%)          GLUCOSE CONTROL INDEX
    < 6.0%                    Non-Diabetic Level
    ≤ 7.0%                       Diabetic Control
    > 8.0%            Additional action suggested

              Final Report

James Weisberger, M.D.
LABORATORY DIRECTOR

481 EDWARD H. ROSS DR.
ELMWOOD PARK, NJ 07407

44

**B>R** BioReference LABORATORIES

[2053]   103792643-9  LOVELESS, EVERETTE

| DOCTOR | BIBB CORR. FACILITY 565 BIBB LANE BRENT_ AL 35034 (205) 926-5252   (A0117-5) | LOVELESS, EVERETTE   LOVELESS, EVERETTE<br>LOVELESS, EVERETTE   LOVELESS, EVERETTE |
|---|---|---|

-FINAL- Original Report 02/26/2007

| NAME LOVELESS, EVERETTE | PATIENT I.D. / ROOM NO. 238775 | DOCTOR / GROUP NAME DR. WHITLEY |
|---|---|---|

| LAB I.D. NO. 103792643 | DATE COLLECTED 02/23/2007 | DATE RECEIVED 02/24/2007 14:34 | DATE OF REPORT 2/26/2007 15:24 | AGE 44 Y | SEX M |
|---|---|---|---|---|---|

| Test Description | Result | Abnormal | Reference Range |
|---|---|---|---|

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
GFR (Glomerular Filtration Rate) calculation utilizes the MDRD formula
(Modification of Diet in Renal Disease Study Group) and assumes a normal
adult body surface area of 1.73.  If the patient is African American
multiply result reported by 1.21. (Ref. National Kidney Disease Educa.
Program.)
     \*\*\*\*\* Male/Female reference range:  >60 mL/min/1.73 m2 \*\*\*\*\*
Note: A calculated GFR of <60 mL suggests chronic kidney disease, but
only if found consistently over at least 3 months.  A calculated
result of <15 mL is consistent with renal failure.

----------------------------* HEMATOLOGY *-------------------------------

| | | | |
|---|---|---|---|
| WBC | 3.9 | 3.40-11.80 | x10(3) |
| RBC | 5.1 | 4.20-5.90 | x10(6) |
| HGB | 13.8 | 12.3-17.0 | gm/dl |
| HCT | 44.5 | 39.3-52.5 | % |
| MCV | 86.7 | 80.0-100.0 | FL |
| MCH | 26.9 | 25.0-34.1 | pg |
| MCHC | 31.0 | 30.0-35.0 | gm/dl |
| RDW | 12.5 | 10.9-16.9 | % |
| POLYS | 44 | 36-78 | % |
| LYMPHS | 42 | 12-48 | % |
| EOS | 4 | 0-8 | % |
| BASOS | 1 | 0-2 | % |
| MONOS | 9 | 0-13 | % |
| Platelet Count | 225 | 144-400 | x10(3) |

----------------------------* MISCELLANEOUS *----------------------------

| | | | | |
|---|---|---|---|---|
| TSH *thyroid* | 1.110 | | 0.27-4.2 | uIU/mL |
| THYROXINE(T4) | | 15.0 HI | 4.5-12.0 | ug/dL |
| T3 UPTAKE | | 20.2 LO | 24.3-39 | % |
| FREE T4 INDEX | 3 | | 1.1-4.5 | |
| HGB. A1c (glycohgb) | 5.7 | | < 6.0% | |
| CREAT.URN.TIMED/RAND | .04 | | gms/dL | |
| MICROALB/CREAT RATIO | 10 | | <30mg/gm creat. | |
| MICROALBUMIN,RANDOM | 0.4 | | <2.9 mg/dL | |

Continued on Next Page                          Page: 2

James Weisberger, M.D.
LABORATORY DIRECTOR

45

481 EDWARD H. ROSS DR.
ELMWOOD PARK, NJ 07407



**BioReference**
LABORATORIES

[2053]    103792643-9  LOVELESS, EVERETTE

| D O C T O R | BIBB CORR. FACILITY<br>565 BIBB LANE<br>BRENT_ AL  35034<br>(205)¯926-5252    (A0117-5) | LOVELESS, EVERETTE        LOVELESS, EVERETTE<br><br>LOVELESS, EVERETTE        LOVELESS, EVERETTE<br><br>-FINAL- Original Report 02/26/2007 |
|---|---|---|

| NAME<br>LOVELESS, EVERETTE | PATIENT I.D. / ROOM NO.<br>238775 | DOCTOR / GROUP NAME<br>DR. WHITLEY |
|---|---|---|

| LAB I.D. NO.<br>103792643 | DATE COLLECTED<br>02/23/2007 | DATE RECEIVED<br>02/24/2007 14:34 | DATE OF REPORT<br>2/26/2007 15:24 | AGE<br>44 Y | SEX<br>M |
|---|---|---|---|---|---|

| Test Description | Result | Abnormal | Reference Range |
|---|---|---|---|

```
**********************************************************************
HEMOGLOBIN A1c RANGES(%)              GLUCOSE CONTROL INDEX
        < 6.0%                           Non-Diabetic Level
        ≤ 7.0%                            Diabetic Control
        > 8.0%                     Additional action suggested

                         Final Report
```

James Weisberger, M.D.
LABORATORY DIRECTOR

481 EDWARD H. ROSS DR
ELMWOOD PARK, NJ 07407

44

# BIOREFERENCE LABORATORIES

481 EDWARD H. ROSS DR. ELMWOOD PARK, NJ 07407
1-800-229-LABS

| D O C T O R | BIBB CORR. FACILITY<br>565 BIBB LANE<br>BRENT, AL 35034<br>(205) 926-5252 (A0117-5) | DOB: 10/08/1962 |
|---|---|---|

-FINAL- Original Report 02/26/2007

| NAME | PATIENT I.D. / ROOM NO. | | DOCTOR / GROUP | | |
|---|---|---|---|---|---|
| LOVELESS, EVERETTE | 238775 | | DR. WHITLEY | | |
| LAB I.D. NO. | DATE COLLECTED | DATE RECEIVED | DATE OF REPORT | AGE | SEX |
| 103792643 | 02/23/2007 | 02/24/2007 14:34 | 2/26/2007 13:02 | 44 Y | M |

| Test Description | Result | Abnormal | Reference Range | |
|---|---|---|---|---|

Comment :
FASTING

----------------------------* CHEMISTRY *----------------------------

| Test | Result | Abnormal | Reference Range | Units |
|---|---|---|---|---|
| Total Protein | 7.2 | | 5.9-8.4 | gm/dl |
| Albumin | 4.0 | | 3.2-5.2 | gm/dl |
| Globulin | 3.2 | | 1.7-3.7 | gm/dL |
| A/G Ratio | 1.3 | | 1.1-2.9 | |
| Glucose | | 131 HI | 70-109 | mg/dL |
| Sodium | 144 | | 133-145 | mmol/L |
| Potassium | 4.0 | | 3.3-5.3 | mmol/L |
| Chloride | 105 | | 96-108 | mmol/L |
| CO2 | 21 | | 21-29 | mmol/L |
| BUN | | 5 LO | 7-25 | mg/dl |
| * Creatinine | 0.9 | | 0.6-1.3 | mg/dl |
| BUN/Creat Ratio | | 5.6 LO | 10-28 | |
| Calcium | 10.3 | | 8.4-10.4 | mg/dl |
| Uric Acid | 5.5 | | 2.4-7.0 | mg/dl |
| Iron | 119 | | 30-160 | mcg/dl |
| Bilirubin, Total | 0.4 | | 0.1-1.0 | mg/dl |
| LDH | 133 | | 94-250 | u/l |
| Alk Phos | | 126 HI | 39-120 | u/l |
| AST (SGOT) | 27 | | < 37 | u/l |
| Phosphorous | 2.8 | | 2.6-4.5 | mg/dl |
| ALT (SGPT) | 31 | | < 40 | u/L |
| G-GTP | | 67 HI | 7-51 | u/L |
| Cholesterol | 125 | | < 200 | mg/dl |
| Triglycerides | 122 | | < 151 | mg/dl |
| HDL CHOL.,DIRECT | 42 | | >35 | mg/dl |
| HDL as % of Cholesterol | 34 | (> 25) | BELOW AVERAGE RISK | % |
| Chol/HDL Ratio | 2.98 | (<4.2) | BELOW AVERAGE RISK | |
| LDL/HDL Ratio | 1.4 | | 0-3.55 | |
| LDL Cholesterol | 59 | | < 100 | mg/dL |

*********************************************************************

* GFR, Estimated = 97.25 mL/min/1.73m2

Continued on Next Page

Page: 1

James Weisberger, M.D.
Laboratory Director

47

**HS**

PRISON
HEALTH
SERVICES
CORPORATED

## FINGER STICK BLOOD RECORD FORM

INSTITUTION/FACILITY: _Bibb_

NAME: _Loveless, Everett_    I.D. # _278775_    D.O.B.: _____

CELL SITE: _____

PHYSICIAN ORDER/INSTRUCTIONS: _Loveless, Everette → BS BID_

| DATE | TIME | INITIALS | BLOOD SUGAR RESULTS | URINARY KETONE LEVEL (if required) | INITIALS | * | ACTIONS TAKEN/COMMENTS |
|------|------|----------|---------------------|-----------------------------------|----------|---|------------------------|
| 2/1/07 | | | NO SHOW | | | | |
| 2/7/07 | | DS | no show | | | | |
| 2/8 | 7p | AP | Q show | | | | |
| 2/10 | | | No Show | | SJ 89 | | |
| 2/11 | | | no show | | | | |
| 2/19/07 | 2pm | | NO Show | | | | |
| 9.23 | 1:30 am | | No Show | | | | |
| 2/24/07 | | | NO Show | | | | |

*Check if results called to physician.*

| Date | Initials | Signatures |
|------|----------|------------|
| 2/1/07 | DS | _Dulifer_ |
| 2/1/07 | WO | _W Dragg, LPN_ |
| | | |

| Date | Initials | Signatures |
|------|----------|------------|
| 2-8 | AP | _n Praw g_ |
| 2/10 | SJ | _S. Ford. LPN_ |
| 2/19/07 | WW | _P Williamson_ |
| | | |

48

60415

# PHS

## FINGER STICK BLOOD RECORD FORM

INSTITUTION / FACILITY: _Bibb_

NAME: _Loveless, Everette_  I.D.# _278775_  D.O.B.: __/__/__

CELL SITE: _____

PHYSICIAN ORDER/INSTRUCTIONS: _BS √, DID_

| DATE | TIME | BLOOD SUGAR RESULTS | URINARY KETONE LEVEL (if required) | INITIALS | * | ACTION TAKEN / COMMENTS |
|------|------|------|------|------|------|------|
| 1/6/07 | 1:30 |  | No show | CJ |  |  |
| 1/7/07 | 3A |  | No show | CJ |  |  |
| 1/8/07 | 3A | 121 |  | CH |  |  |
| 1/11/07 | 3A | 135 |  | W |  |  |
| 1/15/07 | 1:30P |  | No show | DJ |  |  |
| 1-14 | 3A |  | no show | WB |  |  |
| 1/15 | 4:00am | 135 |  | W |  |  |
| 1-17 | 3AM | no show |  | m |  |  |
| 1/18 | 3:30 | 146 |  | W |  |  |
| 1/20 | 3A | 118 |  | W |  |  |
| 1/21 | 3:40A | — | No show | CH |  |  |
| 1/22 | 1:30P | — m show — | DJ |  |  |
| 1-23 | 3A | — | no show | WB |  |  |
| 1-29 | 3A | — | no show | WB |  |  |
| 1/31 | 1:30P | — | no show — |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |

## Signature Box

| Date | Initials | Signatures |
|------|----------|------------|
| 1-5-07 | W | W Bingham |
| 1/20 | WB | W. Bingham |

| Date | Initials | Signatures |
|------|----------|------------|
| 1/6/07 | CJ | C. Jenkins |
| 1/8/07 | CH | C Hackerd, LPN |
| 1/13 | DJ | D Jrd, LPN |

*Check if results called to physician.

49

### HEP C CLINIC
### Q 3-6 Months

Name: _Loveless Everette_    DOB: _10/8/62_    AIS#: _238775_    R/S: _B/M   44_

| PATIENT HISTORY | |
|---|---|
| Date of Hep-C Antibody Positivity: _1-31-05_ | |
| Current Meds: | Compliant?    Yes    No |

| Risk Factors: (Check all that apply) | IVDA | Alcoholism | Tatoos | Transfusions |
|---|---|---|---|---|
| | | ✓ | ✓ | |

| DATE/TIME | 7-31-07 | | | | | | |
|---|---|---|---|---|---|---|---|
| BP/Pulse/RR/Wgt. | 130/48 63 20 986 96 | | | | | | |
| Drowsiness/Weakness | Ø / Ø | | | / | | / |
| Nausea/Vomiting | Ø / Ø | | | / | | / |
| Abd. Pain/Swelling | Ø / Ø | | | / | | / |
| Blood in stool | Ø | | | | | |
| General Appearance | WDWN q A | | | | | |
| Icterus/Spiders | Ø / Ø | | | / | | / |
| Mental Status/Asterixis | Alert | | | / | | / |
| Heart | Ø mg | | | | | |
| Lung | clear | | | | | |
| Liver/Ascites | Ø / Ø | | | / | | / |
| Edema | Ø / Ø | | / | | | |

| LABS | | | | | | | |
|---|---|---|---|---|---|---|---|
| INR | 0.95 | | | | | | |
| TSH | 1.140 L | | | | | | |
| HgB/PLT/ANC | 13.8 / 198 / 1935 | | / | / | | / | / |
| Ferritin | 229 | | | | | | |
| Hep B Surface Antigen | | | | | | | |
| AST | 1. 28 | 6/11/07 | 2. | | 3. | | |
| ALT | 1. 35 | | 2. | | 3. | | |
| Alk Phos | 98 | | | | | | |
| Creatinine | 0.8 | | | | | | |
| ALB | 3.8 | | | | | | |
| Bilirubin | 0.4 | | | | | | |
| ANA | | | | | | | |
| Quantitative Viral Load | | | | | | | |
| Abdominal Ultrasound | | | | | | | |
| Genotype | | | | | | | |
| Liver Biopsy | | | | | | | |

| DISEASE CONTROL | Good/Improved  ?    Worsened | Good/Improved    Worsened | Good/Improved    Worsened |
|---|---|---|---|

PLAN

| SHORT TERM GOALS | LONG TERM GOALS |
|---|---|
| 1. HgB/PLT/ANC | 1. |
| 2. | 2. |

| Hep B Vaccine or AB Vaccine (Crcle Type) | |
|---|---|
| Patient Education/Training | pt info HCV |
| Completed Master Problem List | |
| Next F/U | 1-14-08 |
| Practitioner Signature | |

Comments: Viral  ※ 2/2/07 = Absolute exclusion – 2/23/07

# DIABETES CLINIC
## Q 3-months

Name: _Loveles Everette_   DOB: _10/8/62_   AIS#: _238775_   R/S _B/M_ (44)

### PATIENT HISTORY

Diagnosis: Type I ☐   Type 2 ☑   Date of Diagnosis: _1-28-05_
Current Meds: _Glucotrol 5mg qd, Glucophage 500mg qd ECASA 81mg qd_
Diet/Exercise: _2200 CAL ADA / walking_   Compliant: Y N
Frequency of BG monitoring: _____

### Risk factors (check all that apply)

✓Family History   ✓Smoker   HTN   Obesity   CAD   Hyperlipidemia   Renal Disease   Tobaco use

| VARIABLE | Date (initial exam) 7/3/4 | | | Date 10-15-07 | | | Date | | |
|---|---|---|---|---|---|---|---|---|---|
| BP/Weight/Pulse | 130/98 | 256 | 63 | 130/83 | 251 | 60 | | | |
| CP/dizziness/Indigestion | Ø | / Ø / | Ø | Ø | / Ø / | Ø | | | |
| Exertional Dyspnea | Ø | | | Ø | | | | | |
| Urinary frequency | Ø | | qPA | Ø | | | | | |
| Fundi exam (annually) | 6/19/06 | | | 6/19/06 | | | | | |
| Dental exam (annually) | ? | | | 10/9/07 | | | | | |
| Hand and Foot pain | Ø | / Ø | | Ø | / Ø | | | | |
| **General Appearance** | WDWN | | | WDWN | | | | | |
| Heart | Ømg v | | | Ømg v | | | | | |
| JVD/Carotid Bruits | Ø | / Ø | | Ø | / Ø | | | | |
| Periph. Pulses/edema | 2+ | / Ø | | 2+ | / Ø | | | | |
| Microfilament (annually) | 7-31-07 | | | 7-31-07 | | | | | |

### LABS

| | Date | | Date | | Date | |
|---|---|---|---|---|---|---|
| Fasting Diagnostic Profile II (base line) | 6/4/07 | | 6-4-07 | | | |
| Hgb A1c q 3-6 mos | 2/24/07 | 5.7 ordered | 8-1-07 | 5.1 | | |
| BMP (per MD/NP) | | | | | | |
| UA Dipstick | 11-23-06 | | ordered | | | |
| Microalb (annually) | 2/24/07 | | 2-24-07 | | | |
| EKG (base line) | 4/27/06 ordered | | ordered | | | |
| Disease Control | Good/Fair/Poor Improved/Worsened | | Good/Fair/Poor Improved/Worsened | | Good/Fair/Poor Improved/Worsened | |

### PLAN

| Flu vac (annually) | | | | |
|---|---|---|---|---|
| Pneumovax | 7-31-07 | | | |
| Patient Edu/Training | Hyper/Hypoglycemia | Diet - ADA | | |
| Completed Master Problem Sheet | ✓ | ✓ | | |
| Next F/U | 10-30-07 | 1-22-08 | | |
| Signature | [signature] | [signature] | | |

| SHORT TERM GOALS | LONG TERM GOALS |
|---|---|
| 1 | 1  HgbA1C less than 7.0 |
| 2 | 2  Avoid Hypo & Hyper glycemia |

Comments:

51

HYPERTENSION CLINIC
Q 3-6 months

Name: _Loveless Everett_ DOB: _10/8/62_ AIS#: _238775_   R/S _B/m_ (_44yo_)

## PATIENT HISTORY

Date of Diagnosis: _1-28-05_
Current Meds: _Lopressor 100mg BID, Lisinopril 10mg qd_
Diet/exercise history: _Low salt diet / walking_   Compliant?   Yes   No

### Risk factors (check all that apply)

_✓_Family History _✓_Smoker _✓_Diabetes _✓_Alcoholism _✓_Drug Abuse _Obesity _CHF _Hyperlipidemia_ _Renal Disease
-BYPASS -STENT -STROKE -PACEMAKER -HEART ATTACK

| VARIABLE | Date (initial exam) 1/31/07 | | | Date 10-15-07 | | | Date | | |
|---|---|---|---|---|---|---|---|---|---|
| BP/Weight/Pulse | 130/48 | 256 | 63 | 130/88 | 257 | 60 | | | |
| CP | Ø | | | Ø | | | | | |
| Exertional Dyspnea | Ø | | | Ø | | | | | |
| Orthopnea | Ø | | 9a | Ø | | | | | |
| Fundi exam annually | 6/11/06 | | | 6/11/06 | | 10-1 | | | |
| General Appearance | WD WN | | | WD WN | | | | | |
| Heart | Rmg↓ | | | Rmg↓ | | | | | |
| JVD/Carotid Bruits | Ø | Ø | Ø | Ø/Ø | Ø | | | 1 | |
| Lungs | Clear | | | Clear | | | | | 1 |
| Abdomen | soft ⑤ masses | | | soft ⑤ masses | | | | | |
| Periph Pulses/edema | 2+ Ø | | | 2+ Ø | | | | | 1 |

## LABS

| | Date | | | Date | | | Date | | |
|---|---|---|---|---|---|---|---|---|---|
| BMP per MD/NP order | | | | | | | | | |
| DPII annually | 6/4/07 | | | 4/4/07 | | | | | |
| UA Dipstick (on-site) | 11/23/06 | | | ordered | | | | | |
| EKG | 4-27-06 ordered | | | ordered | | | | | |
| CXRAY | 5-2-06 | | | ordered 5-2-06 | | | | | |
| Disease Control | Good/Fair/Poor Improved/Worsened | | | Good/Fair/Poor Improved/Worsened | | | Good/Fair/Poor Improved/Worsened | | |

## PLAN

| | Date | | | Date | | | Date | | |
|---|---|---|---|---|---|---|---|---|---|
| Patient Edu/Training | Hyper/Hypoglycemia | | | | | | | | |
| Completed Master Problem Sheet | 1 | | | | | | | | |
| Next F/U | 10-30-07 | | | 1-22-08 | | | | | |
| Signature | J.Klosanski PA | | | | | | | | |

## SHORT TERM GOALS                LONG TERM GOALS

1                         1  _B/P of 120/70_
2                         2  _✓ smoking_

Comments: _1/4/07 Pt c/o leg & feet edema - off_ _of HCTZ - Ø Edema noted today_
_inspite of being off HCTZ. Will not give Pt HCTZ with in_
_time. If Pt BP does not normalize on present meds, then HCTZ_
_will be restarted. J.Klosanski, mo_



LOVELESS, EVERETTE
LYERLY, RALPH
94504545 4    AP
01:30 PM 02/23/07

BMS
10081962
JRG

## GASTROINTESTINAL LABORATORY
### POST-PROCEDURE INSTRUCTIONS

M.D. _Dr. Lyerly_     DATE _2/23/07_

1. Limit your activities until the next day, then you can return to normal activities, unless otherwise ordered by physician.

2. Even though you may not feel tired, prolonged effects from medication may alter your judgment and reflexes may not be normal. Due to the effects of the sedation, do not drive a car or operate hazardous machinery for the balance of the day. Let it be a day of rest.

3. With stomach examinations (Duodenoscopy), do not take anything by mouth after the procedure until numbness leaves from mouth and throat.

4. Report the following signs to your physician immediately:

   ◆ Bright red rectal blood in excessive amount after colonoscopy ( in some situations, it is normal to pass small amounts).
   ◆ Chills and/or temperature of 100 degrees or above.
   ◆ Excessive or prolonged pain.

5. It is normal to have some gas or abdominal pain for an hour or two following your procedure.

6. Do not eat or drink if abdominal pain or excessive bleeding occurs.

7. Special instructions and medications:
   _May resume meals @ 7 pm_

Physician telephone numbers: Dasher: 205-250-6968     Lyerly: 205-250-6970

If you are unable to reach the physician, call Carraway G.I. Lab 205-502-6197.
If problems persist, come to the Emergency Room.

I have read and received the above instructions.

_____
Person responsible for Patient

CMMC - 21041

53



LOVELESS, EVERETTE
LYERLY, RALPH
063045454  4   AP
01 30 PM  02/23/07

BMS
10081942
JRG

## GASTROINTESTINAL LABORATORY
### POST-PROCEDURE INSTRUCTIONS

M.D. _D. Lyerly_     DATE _2/23/07_

1. Limit your activities until the next day, then you can return to normal activities, unless otherwise ordered by physician.

2. Even though you may not feel tired, prolonged effects from medication may alter your judgment and reflexes may not be normal. Due to the effects of the sedation, do not drive a car or operate hazardous machinery for the balance of the day. Let it be a day of rest.

3. With stomach examinations (Duodenoscopy), do not take anything by mouth after the procedure until numbness leaves from mouth and throat.

4. Report the following signs to your physician immediately:

   ◆ Bright red rectal blood in excessive amount after colonoscopy ( in some situations, it is normal to pass small amounts).
   ◆ Chills and/or temperature of 100 degrees or above.
   ◆ Excessive or prolonged pain.

5. It is normal to have some gas or abdominal pain for an hour or two following your procedure.

6. Do not eat or drink if abdominal pain or excessive bleeding occurs.

7. Special instructions and medications:
   _May resume meds @ 7pm_

Physician telephone numbers: Dasher: 205-250-6968    Lyerly: 205-250-6970

If you are unable to reach the physician, call Carraway G.I. Lab 205-502-6197.
If problems persist, come to the Emergency Room.

I have read and received the above instructions.

_____
Person responsible for Patient

CMMC - 21041

54

**Correctional Medical Services**
**Physician's Orders**

| | |
|---|---|
| **Name** Loveless, Everette | **Start** Date & Time 2/21/08 @ 1000 |
| **DOB** 10-8-62 | ① ® insoles x 90d   size· 12 |
| **Location** Staton | ② D/c Tylenol |
| **Allergies** NKA | ③ Tylenol 650 mg po BID x 60d PRN |
| 238775 | ④ Pt. may purchase shoes from ADOC |
| | Approved store/list |
| | **Dispense As Written** _____ M.D. |
| | **Substitute Permitted** B. Alum Crave M.D. |

Motd
S. Taylor RN
2-21-08
1850

| | |
|---|---|
| **Name** Loveless, Everette | **Start** Date & Time 2/12/08 @ 1500 |
| **DOB** 10/8/62 | ① Flu & me @ next Appt. (foot/heel pain) (done) |
| **Location** SCF | |
| **Allergies** NKDA | ② Tylenol 650 mg po BID x 10d PRN |
| 238775 | Noted RN 2/12/08 |
| | **Dispense As Written** _____ M.D. |
| | **Substitute Permitted** B. Shim crave M.D. |

| | |
|---|---|
| **Name** Loeless, Berette | **Start** Date & Time 2/u/08 1600 |
| **DOB** 10/8/62 | 2000 cal ADA diet w/ prn snack |
| **Location** STaton | (notify steward) |
| **Allergies** NKA | Parker, RN 2/11/08 10:05 p |
| 238775 | |
| | **Dispense As Written** _____ M.D. |
| | **Substitute Permitted** D.Vincerre M.D. |

| | |
|---|---|
| **Name** Loveless, Everette #238775 | **Start** Date & Time 2/7/08   1/20 |
| **DOB** 10-8-62 | ① Repeat CBC in 3 whs |
| **Location** Staton | ② HCU in 3-4 whs (after lab results |
| **Allergies** NKDA | ↳ rectal exam/hemocult. |
| | **Dispense As Written** _____ M.D. |
| | **Substitute Permitted** R.l Cerbia M.D. |

| | |
|---|---|
| Loveless **Name** Everette Loveless #238775 | **Start** Date & Time 1/31/08   1118 |
| **DOB** 10-8-62 | Iron & TIBC |
| **Location** Staton | CBC c̄ diff Now |
| **Allergies** NKDA | 3 Guiac cards, give |
| | HCU in 1 wk |
| | **Dispense As Written** _____ M.D. |
| | **Substitute Permitted** R.l Cerbia M.D. |

7116 Rev 03/04

**Correctional Medical Services**
**Physician's Orders**

---

**Name** Loveless, Everette
**DOB** 10/8/62
**Location** Staton
**Allergies** NKA

1. 1/28/08  1020
2. Iron & TIBC 0866-↑
3. PT w/ INR 0137-9
4. CBC 0399-6
5. noted Staufford 1/06/08 2p
6.
7. Dispense As Written                    M.D.
8. Substitute Permitted    D[illegible]cup    M.D.

---

**Name** Loveless, Everette
**DOB** 10/8/62
**Location** Staton
**Allergies** NKA

9. 1/28/08  1020
10. HCU visit to see Dr. Culver re request
11. for Hep C Treatment
12. KOP chronic care medications
13. RPR profile 1073-6   noted
14. Ferritin 0088-5   Staufford 1/06/08 2p
15. Dispense As Written                    M.D.
16. Substitute Permitted    D[illegible]cup    M.D.

---

**Name** Loveless, Everette
**DOB** 10/8/62
**Location** Staton
**Allergies** NKDA

#238778

17. **Start Date & Time** 1/25/08  1100
18. Glipizide 5mg 1 po daily x 120 days
19. metformin 500mg 1 po daily x 120 days
20. MedBlenfer-1 250# 2p
21.
22.
23. Dispense As Written                    M.D.
24. Substitute Permitted    D[illegible]cup    M.D.

---

**Name** Loveless, Everette
**DOB** 10-8-62
**Location** Staton
**Allergies** NKDA

# 238775

25. **Start Date & Time** 1/24/08      0940
26.
27. CBG tomorrow
28. HCU next week (see me)
29.
30. noted Shelton 1/8/08 2p
31. Dispense As Written                    M.D.
32. Substitute Permitted    MD Culver    M.D.

---

**Name** Loveless, Everette
**DOB** 10/8/62
**Location** SCU/Staton
**Allergies** NKA

238775

33. 1/22/08  1450
34. Lipid panel 0009-1 Fasting
35.
36. noted [illegible]
37. 1-23-08
38. 8 50
39. Dispense As Written                    M.D.
40. Substitute Permitted    D[illegible]cup    M.D.

---

7116 Rev 03/04

2

**Correctional Medical Services**
**Physician's Orders**

| | |
|---|---|
| 238775 | 1. 1/20/08 1450 |
| **Name** Loveless Everette | 2. In 2hrs and notify provider during |
| **DOB** 10-8-(62) | 3. day shift |
| **Location** S CC Staton | 4. If BS ≥ 351, the MD on call |
| **Allergies** NKDA | 5. must Be notified |
| ② | 6. Chem 24 0006-7 Fasting |
| | 7. |
| | 8. **Dispense As Written** _____ M.D. |
| | **Substitute Permitted** D. Suecrop M.D. |

| | |
|---|---|
| ① # 238775 | 9. 1/22/08 1450 |
| **Name** Loveless, Everette | 10. 2000 cal RDA Diet no snack |
| **DOB** 10-8-62 | 11. (notify steward) |
| **Location** Staton | 12. Pentel referral – Diabetic |
| **Allergies** NKDA | 13. BS ↓ BID x 60 Days |
| (CC ORDS) | 14. ↓ if BS between 200-350 repeat |
| | 15. **Dispense As Written** _____ M.D. |
| | 16. **Substitute Permitted** D. Suecrop M.D. |

| | |
|---|---|
| # 238775 | 17. **Start Date & Time** 1/18/08 @ 1440 |
| **Name** Loveless | 18. ① D/C metoprolol, Calan SR & Lisinopril |
| **DOB** 10-8-62 | 19. ② Calan SR 240 mg po QD x 120d |
| **Location** Staton | 20. ③ Metoprolol 50 mg po BID x120d |
| **Allergies** NKDA | 21. ④ Lisinopril 10 mg po BID x120d |
| L. Parker .09 1-18 8:35p | 22. ⑤ Please add to CCC list (HTN) |
| | 23. **Dispense As Written** _____ M.D. |
| | 24. **Substitute Permitted** B. Shem CRNP M.D. |

| | |
|---|---|
| # 238775 | 25. **Start Date & Time** 1/11/08 @1430 |
| **Name** Loveless Everette | 26. ① Ferrous sulfate i po qd x 180 da (KOP) |
| **DOB** 10-8-62 | 27. ② Dulcolax tabs 2 po BID-PRN x180 da (KOP) |
| **Location** Staton | 28. ③ Colace i po BID - PRN x 180 da (KOP) |
| **Allergies** NKDA | 29. ④ Anusol HC - TO affted area BID-PRN x180da(KOP) |
| noted-warning 1-11-08 900 pm | 30. ⑤ CBC @ TV weeks, Flu - Hematochezia |
| | 31. **Dispense As Written** _____ M.D. |
| | 32. **Substitute Permitted** E. Enon M.D. |

| | |
|---|---|
| # 238775 | 33. **Start Date & Time** 1/11/08 1430 |
| **Name** Loveless, Everette | 34. ① Hamulin @ ~ Cancel |
| **DOB** 10-8-62 | 35. ① Return to camp |
| **Location** Staton | 36. |
| **Allergies** NKDA | 37. qd |
| | 38. |
| | 39. **Dispense As Written** _____ M.D. |
| | 40. **Substitute Permitted** E. Enon M.D. |

7116 Rev 03/04

3



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

## PHYSICIANS' ORDERS

| | |
|---|---|
| NAME: Loveless Everette 238775 | DIAGNOSIS (If Chg'd) |
| D.O.B. 10 8 162<br>ALLERGIES: | |
| Use Last     Date  /  / | ☐ GENERIC SUBSTITUTION IS **NOT** PERMITTED |

| | |
|---|---|
| NAME: Loveless Everette 238775 | DIAGNOSIS (If Chg'd) |
| D.O.B. 10 18 162<br>ALLERGIES:<br>noted<br>10/5/07<br>SThigman<br>1050 | EKG & UA per protocol<br>V/O Dr Pleasant/ SThigman |
| Use Fourth     Date 10/15/07 | ☐ GENERIC SUBSTITUTION IS **NOT** PERMITTED |

| | |
|---|---|
| NAME: Loveless, Everette<br>#238775 | DIAGNOSIS (If Chg'd)<br>① Pt may get his med KOP<br>when he qualifies |
| D.O.B. 10 18 162<br>ALLERGIES: NKDA | |
| Use Third     Date 10/15/07 | ☐ GENERIC SUBSTITUTION IS **NOT** PERMITTED |

| | |
|---|---|
| NAME: Loveless, Everette<br>#238775 | DIAGNOSIS (If Chg'd)<br>Percogesic ii p.o. qid prn pain x 3days |
| D.O.B. 10 18 162<br>ALLERGIES: NKDA<br>noted<br>10-9-07<br>moscerfull<br>0900 | ws8 |
| Use Second     Date 10/9/07 | ☐ GENERIC SUBSTITUTION IS **NOT** PERMITTED |

| | |
|---|---|
| NAME: Loveless, Everette<br>#238775 | DIAGNOSIS |
| D.O.B. 10 18 162<br>ALLERGIES: NKA<br>noted<br>GThomason<br>1513<br>10.3.07 | ADA Diet 2200 cal c̄ afternoon<br>snack x 1 yr |
| Use First     Date 10/3/07 | ☐ GENERIC SUBSTITUTION IS **NOT** PERMITTED |



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

### PHYSICIANS' ORDERS

---

NAME: Loveless, Everette #238775

D.O.B. 10.8.62
ALLERGIES: NKDA

Use Last    Date 10 11 07

DIAGNOSIS (If Chg'd)  (1) F/U 2 wk  (12) MOPP/ck
(2) Start Colon SR 2840 qd X 90d
(3) HCTZ 25mg po qd X 90 days
(8) 24° urine Kesteine Cl. + Total prot.
(9) BP V qd X 14 days
(1) BSP 3A + 3P for 30 day
☐ GENERIC SUBSTITUTION IS NOT PERMITTED

---

NAME: Loveless, Everette 238775

D.O.B. 19.8.62
ALLERGIES: NKDA

Use Fourth    Date 10 11 07

DIAGNOSIS (If Chg'd)  (1) BBP X 180 day
2) D/C metoprolol 100m BID
3) Start Metoprolol 50m BID X 90d
4) Fosinopril
5) ↑ lisinopril to 10mg - BID X 90d
☐ GENERIC SUBSTITUTION IS NOT PERMITTED

---

NAME: Loveless, Everette #238775

D.O.B. 10.8.62
ALLERGIES: NKA

Noted 5pm Corenis pm 9-24-07

Use Third    Date 9 24 07

DIAGNOSIS (If Chg'd)  Change Cow from MH-1 to MH-0.

☐ GENERIC SUBSTITUTION IS NOT PERMITTED

---

NAME: Loveless, 238775 Everette

D.O.B. 19.8.62
ALLERGIES: NKDA

Noted pm B. like px 8-02-07 230

Use Second    Date 8 1 07

DIAGNOSIS (If Chg'd)  Start BBV at BID 3A + 3P for 30 days
- BPV qd X 14 days
- LFTs in 03 months & 9/1/07
RCP 12/1/07
☐ GENERIC SUBSTITUTION IS NOT PERMITTED

---

NAME: Loveless, Everette 238775

D.O.B. 10.8.62
ALLERGIES:

noted 7-13/07 8:50mg pm

Use First    Date 7 13 07

DIAGNOSIS
- Miconazole 2% BID X 1 tube for 30 days
- w/o Dr. Pleasant's shampoo
☐ GENERIC SUBSTITUTION IS NOT PERMITTED

---

60110 (4/03)    **MEDICAL RECORDS COPY**    5



**PRISON HEALTH SERVICES INCORPORATED**

## PHYSICIANS' ORDERS

---

NAME: Loveless Everette 238775

D.O.B. 10 8 162
ALLERGIES:

Use Last    Date 7/31/07

DIAGNOSIS (If Chg'd)
noted 7-3-07 8 Morgureur

EKG, Pneumovax 0.5mL IM x1 dose, HepA+B x4 dose, Eye Exam
Glucotrol 5mg po qd ∉ EC ASA 81mg po qd,
Glucophage 500mg qd, Lisinopril 10mg qd ∉  ⟩ x 180
Lopressor 100mg po BID                      / days
HgbA1c per protocol Y/O Dr. Peasant 8 Morgureur

☐ GENERIC SUBSTITUTION IS **NOT** PERMITTED

---

NAME: Loveless, Everette
# 238775

D.O.B. 10 8 162
ALLERGIES: NKA

Use Fourth    Date 7/31/07

DIAGNOSIS (If Chg'd)
noted 7/31/07 8 Morgureur

① Add to ccc    HTN
                DM
                Hep C
② Weekly wt at Rx time x 12 wk

☐ GENERIC SUBSTITUTION IS **NOT** PERMITTED

---

NAME: Loveless, Everette

D.O.B.   /   /
ALLERGIES: NKA

Use Third    Date 7/3/07

DIAGNOSIS (If Chg'd)
2 gtts Maxitor to Rt ear qid x 2 dy
Tylenol 650mg ǐ raw ∉ bid x 5 dy
Biotin PO ǐ raw ∉ bid x 8 days

☐ GENERIC SUBSTITUTION IS **NOT** PERMITTED

---

NAME: Loveless, Everette
238775

D.O.B. 10 8 162
ALLERGIES: NKDA

Use Second    Date 5/15/07

DIAGNOSIS (If Chg'd)
noted slider

ASA EC 81mg ÷ P.O daily x100 days
Glucotrol 5mg ÷ P.O daily x100 days
Glucophage 500mg ÷ P.O daily x100 days
Lopressor 100mg ÷ P.O BID x100 days
Lisinopril 10mg ÷ P.O daily x100 days

☐ GENERIC SUBSTITUTION IS **NOT** PERMITTED

---

NAME: Loveless, Everette
                238775

D.O.B. 10 8 162
ALLERGIES: NKDA

Use First    Date 4/27/07

DIAGNOSIS due
✓ HbA1c ∉ then check when Panel II are drawn
RTC for ccc                          q 3 months

noted

☐ GENERIC SUBSTITUTION IS **NOT** PERMITTED

---

60110 (4/03)    MEDICAL RECORDS COPY

6



**PRISON
HEALTH
SERVICES
INCORPORATED**

## PHYSICIANS' ORDERS

| | |
|---|---|
| NAME: *Loveless, Everette* | DIAGNOSIS (If Chg'd)<br>1) Draw a serum Ca⁺ & Pho⁻ in one<br>week<br><br>Mr. Lawrence |
| D.O.B. 10 18 162<br>ALLERGIES: NKDA     *Appvd Tele Ord 3/15/17 3p* | |
| Use Last    Date 3/15/07 | ☐ GENERIC SUBSTITUTION IS **NOT** PERMITTED |

| | |
|---|---|
| NAME: *Loveless, Everette* | DIAGNOSIS (If Chg'd)<br>KOP-two meds (off mental health meds now)<br>Lisinopril 10mg 1 day X 90 dy (KOP)<br>✓ clip toenails @ RX time (prn)<br>Re/TB (Jamin, PT + INR Labs + repeat q 3 months |
| D.O.B. 10 18 162<br>ALLERGIES: NKDA     238775 | |
| Use Fourth    Date 2 26 07 | ☐ GENERIC SUBSTITUTION IS **NOT** PERMITTED |

| | |
|---|---|
| NAME: *Loveless, Everette* | DIAGNOSIS (If Chg'd)<br>D/c Resperdal & Imipramine<br>Dr. Salillas MD |
| D.O.B. 10 18 162<br>ALLERGIES: | |
| Use Third    Date 2 12 07 | ☐ GENERIC SUBSTITUTION IS **NOT** PERMITTED |

| | |
|---|---|
| NAME: *Loveless, Everette*<br>238775 | DIAGNOSIS (If Chg'd)<br>Motrin 600 mg tab 1 po bid X 7 day<br>OTM 8 mg po 1 tab 1 po bid X 7 day<br>VO Dr. Whitley MD/ab B |
| D.O.B. 10 08 62<br>ALLERGIES: NKDA | |
| Use Second    Date 02 10 07 | ☐ GENERIC SUBSTITUTION IS **NOT** PERMITTED |

| | |
|---|---|
| NAME: *Loveless, Everette* | DIAGNOSIS<br>Hx D/c<br>VO Dr. Salillas MD<br>Dr. Haahees |
| D.O.B. 10 18 162<br>ALLERGIES: | |
| Use First    Date 12 19 06 | ☐ GENERIC SUBSTITUTION IS **NOT** PERMITTED |

60110 (4/03)                    **MEDICAL RECORDS COPY**                    7



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

## PHYSICIANS' ORDERS

| NAME: | DIAGNOSIS (If Chg'd) |
|---|---|
| D.O.B.   /   / | |
| ALLERGIES: | |
| Use Last    Date   /   / | ☐ GENERIC SUBSTITUTION IS **NOT** PERMITTED |

| NAME: | DIAGNOSIS (If Chg'd) |
|---|---|
| D.O.B.   /   / | |
| ALLERGIES: | |
| Use Fourth    Date   /   / | ☐ GENERIC SUBSTITUTION IS **NOT** PERMITTED |

| NAME: | DIAGNOSIS (If Chg'd) |
|---|---|
| D.O.B.   /   / | |
| ALLERGIES: | |
| Use Third    Date   /   / | ☐ GENERIC SUBSTITUTION IS **NOT** PERMITTED |

| NAME: | DIAGNOSIS (If Chg'd) |
|---|---|
| D.O.B.   /   / | |
| ALLERGIES: | |
| Use Second    Date   /   / | ☐ GENERIC SUBSTITUTION IS **NOT** PERMITTED |

| NAME: Loveless, Everett | DIAGNOSIS |
|---|---|
| 238775 | Anusol HC supp. bid X 5 days, then daily X 30d (KOP) |
| D.O.B. 10 8 162 | |
| ALLERGIES: | |
| Use First    Date 2/26/07 | ☐ GENERIC SUBSTITUTION IS **NOT** PERMITTED |

60110 (4/03)                    **MEDICAL RECORDS COPY**                    8

The cropped image is the PHS logo.



**PRISON HEALTH SERVICES INCORPORATED**

## PHYSICIANS' ORDERS

| NAME: | DIAGNOSIS (If Chg'd) |
|---|---|
| D.O.B. / / | |
| ALLERGIES: | |
| Use Last    Date / / | ☐ GENERIC SUBSTITUTION IS **NOT** PERMITTED |

| NAME: | DIAGNOSIS (If Chg'd) |
|---|---|
| D.O.B. / / | |
| ALLERGIES: | |
| Use Fourth    Date / / | ☐ GENERIC SUBSTITUTION IS **NOT** PERMITTED |

| NAME: | DIAGNOSIS (If Chg'd) |
|---|---|
| D.O.B. / / | |
| ALLERGIES: | |
| Use Third    Date / / | ☐ GENERIC SUBSTITUTION IS **NOT** PERMITTED |

| NAME: | DIAGNOSIS (If Chg'd) |
|---|---|
| D.O.B. / / | |
| ALLERGIES: | |
| Use Second    Date / / | ☐ GENERIC SUBSTITUTION IS **NOT** PERMITTED |

| NAME: Loveless, Everette # 238775 | DIAGNOSIS |
|---|---|
| *Noted D. Ford. LPN 3/1/07* | ASA 81 EC ‑ tab po daily X 100 days |
| | Glucotrol 5mg ‑ tab po daily X 100 days |
| D.O.B. / / | Glucophage 500mg ‑ tab po daily X 100 days |
| ALLERGIES: NKA | Lopressor 100mg ‑ tab po BID X 100 days |
| Use First    Date 2/1/2007 | ☐ GENERIC SUBSTITUTION IS **NOT** PERMITTED    V.O Whitley/D.Ford |



**PHS**

PRISON
HEALTH
SERVICES
INCORPORATED

## PHYSICIANS' ORDERS

| | |
|---|---|
| NAME: *Loveless, Everette* | DIAGNOSIS (If Chg'd) |
| | D/C *Risperdal* 1mg & *Imipramine* 100 mg |
| D.O.B. *10 8 162* | *Risperdal* 1mg at 3 pm × 90 days |
| ALLERGIES: | *Imipramine* 100 mg at 3pm × 90 days |
| | *C.G. Reeds, MD* |
| **Use Last**   Date *12 5 06* | ☐ GENERIC SUBSTITUTION IS **NOT** PERMITTED |

| | |
|---|---|
| NAME: *Loveless, Everette* | DIAGNOSIS (If Chg'd) |
| | BB profile × 90 day |
| D.O.B. *10 8 162* | |
| ALLERGIES: *NKDA* | |
| **Use Fourth**   Date *11 28 06* | ☐ GENERIC SUBSTITUTION IS **NOT** PERMITTED |

| | |
|---|---|
| NAME: *Loveless, Everette* | DIAGNOSIS (If Chg'd) |
| | *Risperdal* 1mg p.o. HS |
| D.O.B. *10 08 62* | *Imipramine* 100 mg p.o. HS } 90d |
| ALLERGIES: *NKDA* | *Raymond E. Crittenden, MD* |
| **Use Third**   Date *10 31 06* | ☐ GENERIC SUBSTITUTION IS **NOT** PERMITTED |

| | |
|---|---|
| NAME: *Loveless, Everette* | DIAGNOSIS (If Chg'd) |
| | *Risperdal* 1 mg p.o. HS } 90d |
| D.O.B. *10 08 16 2* | *Imipramine* 100mg p.o. HS } |
| ALLERGIES: *NKDA* | *Raymond E. Crittenden, MD* |
| **Use Second**   Date *08 15 06* | ☐ GENERIC SUBSTITUTION IS **NOT** PERMITTED |

| | |
|---|---|
| NAME: *Loveless, Everette* | DIAGNOSIS |
| | PTL CCC |
| D.O.B. *10 8 162* | |
| ALLERGIES: *NKDA* | |
| **Use First**   Date *8 14 06* | ☐ GENERIC SUBSTITUTION IS **NOT** PERMITTED |



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

### PHYSICIANS' ORDERS

| NAME: | DIAGNOSIS (If Chg'd) |
|---|---|
| D.O.B. / / <br> ALLERGIES: | |
| Use Last    Date / / | ☐ GENERIC SUBSTITUTION IS **NOT** PERMITTED |

| NAME: | DIAGNOSIS (If Chg'd) |
|---|---|
| D.O.B. / / <br> ALLERGIES: | |
| Use Fourth    Date / / | ☐ GENERIC SUBSTITUTION IS **NOT** PERMITTED |

| NAME: | DIAGNOSIS (If Chg'd) |
|---|---|
| D.O.B. / / <br> ALLERGIES: | |
| Use Third    Date / / | ☐ GENERIC SUBSTITUTION IS **NOT** PERMITTED |

| NAME: Loveless, Everette <br> 238775 <br> Noted Capress 11/2/06 <br> D.O.B. / / <br> ALLERGIES: | DIAGNOSIS (If Chg'd) <br> Aspirin EC 81mg EC Tab i po qd x 180 day KOP |
|---|---|
| Use Second    Date 11/2/06 | ☐ GENERIC SUBSTITUTION IS **NOT** PERMITTED |

| NAME: Loveless, Everette <br> 238775 <br> Noted Capress 11/2/06 <br> D.O.B. / / <br> ALLERGIES: NKA | DIAGNOSIS <br> D/C Glucotrol 5mg, Glucophage 500mg, Metoprolol Tartrate 100mg, Aspirin EC 81mg <br> Glucotrol 5mg tab i po qd x 180 days KOP <br> Glucophage 500mg i tab po qd x 180 days KOP <br> Metoprolol Tartrate 100mg i po bid x 180 days KOP <br> V.O. Dr Whitley/mDoege |
|---|---|
| Use First    Date 11/2/06 | ☐ GENERIC SUBSTITUTION IS **NOT** PERMITTED |

60110 (4/03)

11



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

## PHYSICIANS' ORDERS

**NAME:**

**D.O.B.** / /
**ALLERGIES:**

Use Last     Date     / /

**DIAGNOSIS (If Chg'd)**

☐ GENERIC SUBSTITUTION IS **NOT** PERMITTED

---

**NAME:**

**D.O.B.** / /
**ALLERGIES:**

Use Fourth     Date     / /

**DIAGNOSIS (If Chg'd)**

☐ GENERIC SUBSTITUTION IS **NOT** PERMITTED

---

**NAME:**

**D.O.B.** / /
**ALLERGIES:**

Use Third     Date     / /

**DIAGNOSIS (If Chg'd)**

Fasting Panel II, HbA1C + then 3 months, PSA
PTC CCC 2 months (1st of December)

☐ GENERIC SUBSTITUTION IS **NOT** PERMITTED     *JMW*

---

**NAME:** Loveless, Everette

238775

**D.O.B.** [018 1 62
**ALLERGIES:** NKDA

Use Second     Date     10 14 106

**DIAGNOSIS (If Chg'd)**

Flu shot ā     Vasotec 10mg ī dy (3Am) X 100du
Aspirin 81mg ī dy X 100d (3 Am)   HCTZ 25ī Q3 mj
Glucovil 1 ā ī bid X 100dā                    (R IMM)
old records (colon polyps removed) - Norwood Hosp,
GI eval (colon polyps) done Nov. 2004) University as Sath
Andale

Noted
11-13-0

☐ GENERIC SUBSTITUTION IS **NOT** PERMITTED     *JMW*

---

**NAME:** Loveless Everette
238775

**D.O.B.** / /
**ALLERGIES:**

Use First     Date     9 28 06

Noted
9 28 06
J Wood NPN
8Am

**DIAGNOSIS**

HCTZ 25mg ī tab PO qd X 100 days
V.O. Dr. James Whitley/ GJ Wood, LPN

☐ GENERIC SUBSTITUTION IS **NOT** PERMITTED

---

60110 (4/03)           **MEDICAL RECORDS COPY**                    12



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

## PHYSICIANS' ORDERS

| | |
|---|---|
| NAME: _Loveless, Everette_ | DIAGNOSIS (If Chg'd) |
| 238775 | Vasotec 10mg - PO qd x100 days KOP  Risperdal 16 qd 5 |
| D.O.B. / / | Calcitrol 50mg - PO qd x100 day KOP |
| ALLERGIES: NKDA | Glucophage 500mg - PO qd x100 day KOP |
| | Metoprolol 100mg - PO Bid x 100 day KOP |
| Use Last   Date 8 / 10 / 06 | ASA 81mg Ec - PO qd x100 day, Imipramine 50mg |
| | ☐ GENERIC SUBSTITUTION IS **NOT** PERMITTED |

| | |
|---|---|
| NAME: | DIAGNOSIS (If Chg'd) |
| D.O.B. / / | |
| ALLERGIES: | |
| Use Fourth   Date / / | ☐ GENERIC SUBSTITUTION IS **NOT** PERMITTED |

| | |
|---|---|
| NAME: | DIAGNOSIS (If Chg'd) |
| D.O.B. / / | |
| ALLERGIES: | |
| Use Third   Date / / | ☐ GENERIC SUBSTITUTION IS **NOT** PERMITTED |

| | |
|---|---|
| NAME: | DIAGNOSIS (If Chg'd) |
| D.O.B. / / | |
| ALLERGIES: | |
| Use Second   Date / / | ☐ GENERIC SUBSTITUTION IS **NOT** PERMITTED |

| | |
|---|---|
| NAME: Loveless, Everette | DIAGNOSIS |
| #238775      7/19/06 0933 | 1) HgbA1c ~10 wks |
| D.O.B. 10 / 08 / 62 | |
| ALLERGIES: NKDA   noted soc @ 7/19/06 | |
| Use First   Date 7 / 19 / 06 | ☐ GENERIC SUBSTITUTION IS **NOT** PERMITTED |



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

### PHYSICIANS' ORDERS

NAME: Loveless, Everette
238775

D.O.B. 10 8 62
ALLERGIES: NKA

Use Last    Date 6 15 06

DIAGNOSIS (If Chg'd)   PT J D
↓ Risperdal to 1m Q HS X 90 Day
Renew - Imipramine 100g HS x 1c 4

☐ GENERIC SUBSTITUTION IS NOT PERMITTED

---

NAME: Loveless, Everette
238775

D.O.B. 10 18 62
ALLERGIES: NKDA

Use Fourth    Date 4 24 06

DIAGNOSIS (If Chg'd)
APE: Lip list, CXR, EKG

Protocol / Labbing /

☐ GENERIC SUBSTITUTION IS NOT PERMITTED

---

NAME: Loveless, Everette
#238775   4/19/06  1045

D.O.B. 10 08 62
ALLERGIES: NKDA

Use Third    Date 4 19 06

DIAGNOSIS (If Chg'd)
1) Glucotrol 5 mg po qd X 180 d
2) HgbA1c now whs

☐ GENERIC SUBSTITUTION IS NOT PERMITTED

---

NAME: Loveless, Everette
238 775

D.O.B. 10 8 62
ALLERGIES: NKA

Use Second    Date 4 11 06

DIAGNOSIS (If Chg'd)   ↓ TSD
Renew
Risperdal 2m Q HS   x 90 Days
Imipramine 100g HS   c 4

☐ GENERIC SUBSTITUTION IS NOT PERMITTED

---

NAME: Loveless, Everette
238775

D.O.B. 10 08 62
ALLERGIES: NKDA

Use First    Date 3 30 06

DIAGNOSIS
Renew: 1) Xanax 10 mg tab ī p.o. BID X 180 days
2) Glucophage 500 mg tab ī p.o. BID X 180 days
3) Metoprolol 100 mg tab ī p.o. BID X 180 days
4) ASA 81 mg Ectab ī p.o. QD X 180 days
5) HCTZ 25 mg tab ī p.o. QD X 180 days   V.O. Dr. Rabbins

☐ GENERIC SUBSTITUTION IS NOT PERMITTED

---

**MEDICAL RECORDS COPY**

60110 (4/03)

14



**PHS**

PRISON
HEALTH
SERVICES
INCORPORATED

## PHYSICIANS' ORDERS

---

NAME: *Loveless, Everette*
238775

D.O.B. 10.8.162
ALLERGIES: NKDA

Use Last    Date 3.17.06

DIAGNOSIS (If Chg'd) *Annual Dilated Diabetic Eye*
*Exam due*
*Dr. Robbins / L.Bell*

☐ GENERIC SUBSTITUTION IS **NOT** PERMITTED

---

NAME: *Loveless, Everette*
#23877

D.O.B. 10 08 62
ALLERGIES: NKDA

Use Fourth    Date 01.24.06

DIAGNOSIS (If Chg'd) *CMP 14+ lipid profile + A1C today*

U.O. Dr. Robbins

☐ GENERIC SUBSTITUTION IS **NOT** PERMITTED

---

NAME: *Loveless Everette*
#238775    1/25/06 1024

D.O.B. 10.08.162
ALLERGIES: NKDA

Use Third    Date 01.25.06

DIAGNOSIS (If Chg'd)
1) HgbA1c ~ 10 wks.

☐ GENERIC SUBSTITUTION IS **NOT** PERMITTED

---

NAME: *Loveless, Everett*
238775

D.O.B. 10.8.62
ALLERGIES: NKDA

Use Second    Date 1.19.06

DIAGNOSIS (If Chg'd) ↑ TSD / Dep DO

Resp
RISPERDAL 2g QHS x 90 days
TOPIRAMATE 100g QHS x 90 days

☐ GENERIC SUBSTITUTION IS **NOT** PERMITTED

---

NAME: *Loveless, Everette*
238775

D.O.B.  /  /
ALLERGIES:

Use First    Date 11.14.05

DIAGNOSIS
2200 ADA diet c snacks HS
X duration

M. Robbins MD / L. Lawrence a

☐ GENERIC SUBSTITUTION IS **NOT** PERMITTED

---

60110 (4/03)

MEDICAL RECORDS COPY

15

**Correctional Medical Services**
**Inter Disciplinary Progress Notes**

Patient Name: Loveless, Everette    ID#: 238775    Institution: Staton

| Date | Time | Notes | Signature |
|------|------|-------|-----------|
| 2-21-08 | 0855 | To see provider re: foot pain wt 270 lbs | S. Tyler |
| | | T 97.? P 56 R 18 B/P 140/82 | |
| | | ® foot - Ø findings on exam | |
| | | - he wants shoes from home | |
| | | .) ® foot pain | |
| | | - insoles | |
| | | - ADOC Approved Shoes | Plu to CCC A Scheduler |
| | | - Tylenol PRN | & Hen PRN |
| | | Σ: Tx plan | |
| | | | B. Shumar RNP |

7113 Rev 03/04

16

**Correctional Medical Services**
**Inter Disciplinary Progress Notes**

Patient Name: Loveless, Everett.

ID#: 23 8775    Institution: Staton

DOB: 10-8-62

| Date | Time | Notes | Signature |
|------|------|-------|-----------|
| 2/7/08 | 11⁰⁰ Am | To HCP re: Lab results HT 5'11½  wt 267  T 97.7<br>P 64  R 20   O₂ Sat 96%  B/P 110/70 ——— W Flowers LPN | |

Pt comes for lab review.
Pt. has Hep. C , Type II DM,
HTN.

labs

CBC 3.5 ⟩13.2⟨ 202  Serum Iron ?
          40.8

INR → 1.0

FBS — 119
AST /ALT — 59 /77.
Lipid → Trig 135
    HDL — 28
      LDL — 69

A/P ① Hemocult ⊝ stool × 2
    (Per nurs rectal exam)
Last colonoscopy in 2007. → May need a repeat on

② Type II DM → Stable

③ Hep. C↑.
    ↑Enzymes

[signature] MD

7113 Rev 03/04

17

**Correctional Medical Services**
**Inter Disciplinary Progress Notes**

Patient Name: Loveless, Everette     ID#: 238775     Institution: Staton
DOB 10-8-62

| Date | Time | Notes | Signatu |
|------|------|-------|---------|
| 1/11/08 | 9⁴⁵ᴬᵐ | To HCP Re: Rectal bleeding HT 5'11½  WT 275  T 98.4  P 92  R 20  O2sat 98%  B/P 140/90  BS 226 c/o he ate 15 minutes ago ——— | W Powers Con |
| 1/11/08 | 1⁵ᵖᵐ | Recheck BS - 162 ——— | W Powers RN |
| 1/11/08 | 155 | Had colonoscopy @ Carraway - Bham 2/07 Dx Polyps; BRB per stool (each) x 2-3 weeks recently; Has blood off-on since 2/07  O/A Hematochezia / Multiple colon polyps / internal hemrhoids  P: CBC / ferrous sulfate  Need colace - Dulcolax | |
| 1/24/08 | 9⁰⁰ᴬᵐ | To HCP Re: F/u Hematochezia HT 5'11½  WT 274  T 97.9  P 60  R 20  O2sat 97%  B/P 140/90 — W Powers RN  P/C  # ① Rectal Bleed → Colonoscopy 2/0? (Polyp  ② Type 2 DM → want card (Diabetic  ③ Obesity  ④ Hep. C+  On Eken  Neme ① stool,  Plans ✓ CBC ₹ FW next week  Check Prom consultion | [signature] |

7113 Rev 03/04

18



**PRISON HEALTH SERVICES INCORPORATED**

## PROGRESS NOTES

| Date/Time | Inmate's Name: Loveless, Everette # 238225          D.O.B.: 10 18 168 |
|-----------|------------------------------------------------------------------------|
| 7-31-07 | WT. 256   BP 130/?? P 63  R 20  T 98.6  O2 SAT 100%  swelling ankles |
| | ⑤ 44 y/o B ♂ C/o swelling in ankles since being off his HCTZ. He is Hypertensive + Diabetic. He has been here x 1 week. Has had swelling for years. |
| | ⑥ See ccc note for HTN. I don't appreciate any edema of feet + legs at this time. |
| | Ⓐ HTN - ∅ leg + foot edema. DM. |
| | Ⓟ See ccc notes. |
| | ⓔ poc.                                        [signature] |
| 10-15-07 | WT. 257  BP 130/??  P 60  R 20  T 98  F/U BP + BS ✓ |
| | ⑤ Pt for ccc HTN + Type II DM. today. Pt stated back on HCTZ on 10/1/07. Also gemri Colon 240 g/ and his atenolol was change from 100 g BID to 50 mg BID |
| | ⑥ See ww nots |
| | Ⓐ BP - looks better - DM - BS fair - leg edema. still ⊖ |
| | Ⓟ Cont present meds. |
| | ⓔ poc                                          [signature] |



**PHS**

PRISON
HEALTH
SERVICES
INCORPORATED

## PROGRESS NOTES

| Date/Time | Inmate's Name: | Loveless, Everette | D.O.B.: 10 | 8 | 62 |
|-----------|----------------|---------|---------|---------|---------|

6/24/05   Pt. seen in SEG. States, "My pain
is gone now. I only have a rash
under my arm."

Integ - Tinea to ® axillae
A/P : 1) Tinea Corporis
      - AFC x 30d
      2) Intermittent Pain
      - Tylenol PRN / moist heat
   Flu x mo
   E : ↑X prn

                                        [signature] CRNP

---

11-28-06   Wt - 282   BP 144/91   P- 75   R-20   T- 98.3°   [signature]

pnlfx    Ht 6'   Rt knee pain X 4 weeks - no injury/trauma, chronic back pain
GSW (back) - 1997
                          Oi obese male in nas   Lanki
                                                 knees. ® swollen
                          ambulates to difficulty      good exam
                          A': chronic Rt knee/L/s pain ® obesity
                          Plan: lose weight/diet + exercise + RTC per
                                 CCC protocol    [signature]

---



FOR MEDICAL USE ONLY

**CORRECTIONAL MEDICAL SERVICES**
**HEALTH SERVICES REQUEST FORM**

Print Name: *Everette loveless*          Date of Request: *2/11/08*

ID #: *238725*     Date of Birth: *10/8/62*     Housing Location: *B1-140A*

Nature of problem or request: *I Am Experience Numbness on the Bottom of my right feet in the Heel Area ( I Am A Diabetic, Thank you*

I consent to be treated by health staff for the condition described.

**SIGNATURE**

### PLACE THIS SLIP IN MEDICAL REQUEST BOX OR DESIGNATED AREA

| DO NOT WRITE BELOW THIS AREA |
|---|

Triaged by: _____     Referred to: (Circle ONE)
Initials

NSC     Mid-level SC     Physician SC     MH     Dental
Other: _____

### HEALTH CARE DOCUMENTATION

Subjective: *Having numbness rt. heel and soreness.*

Objective: BP *160/84* T *97.1* P *102* R *20* Wt _____
*no obvious signs noted. Both ankles and feet noted slightly swollen. Pulses present. C/o numbness and tenderness to heel. Inmate states*

Assessment: *Alteration in Comfort due to foot problems.*

Plan: *Refer to MD (Urgent).*

*2/12/06
RB*

☐     Inmate education handout reviewed with and given to the patient.

Refer to : (Circle any applicable)   Mid-level     Physician     MH     Dental     Other: _____

Signature & Title: *J. Swindle LPN*          Date: *2-12-08* Time: *855/AM*

21

**CORRECTIONAL MEDICAL SERVICES**
**HEALTH SERVICES REQUEST FORM**



FOR MEDICAL USE ONLY

Print Name: _Everette loveless_     Date of Request: _1/17/08_

ID #: _238775_   Date of Birth: _10/8/62_   Housing Location: _B1- 160A_

Nature of problem or request: _I have KOP But did not recive All the medication I should have (owpressent for high Blood pressure) And would like to know when and if I could pick this up_

I consent to be treated by health staff for the condition described. _Thank you_

SIGNATURE

### PLACE THIS SLIP IN MEDICAL REQUEST BOX OR DESIGNATED AREA

| DO NOT WRITE BELOW THIS AREA |
| --- |

Triaged by: _____ Initials    Referred to: (Circle ONE)
(NSC)   Mid-level SC   Physician SC   MH   Dental
Other: _____

### HEALTH CARE DOCUMENTATION

Subjective:


Objective: BP _____ T _____ P _____ R _____ Wt _____


Assessment:

Plan: _1/18/08 BS_


   ☐    Inmate education handout reviewed with and given to the patient.

Refer to : (Circle any applicable)   Mid-level   Physician   MH   Dental   Other: _____

Signature & Title: _____ Date: _____ Time: _____

22

DEPARTMENT OF CORRECTIONS
# TRANSFER & RECEIVING SCREENING FORM

**EIVED: Inmate/Health Record**

stitution: _____

Date: _____ Time: _____ AM/PM

**RECEIVED FROM:**
Institution/Work Release Center/Free-World Hospital

_____

**RECEIVING MEDICAL STATUS**

☐ Population

☐ Infirmary

☐ Isolation

**RELEASED: Inmate/Health Record**

Institution: Ventress

Date: 11-04-07 Time: 0600 ☒AM/PM

**RELEASE FROM:**

☐ Infirmary    ☐ Segregation

☒ Population    ☐ Mental Health

☐ Other

**RELEASE TO:**

☒ DOC    ☐ Infirmary    ☐ Mental Health

Institution/Work Release Center/Free-World Hospital

**ALLERGIES:**

NKDA

**PHYSICAL EXAMINATION**

Date of last exam: 4-24-06

Chest X-Ray Date: _____ Result: ____

PPD Reading Past ⊕ 01-31-05

Classification: _____

Limitations: _____
_____

## LAB RESULTS - - LAST REPORT

| | Date | Normal | Abnormal |
|---|---|---|---|
| CBC | 6-01-07 | ☒ | ☐ |
| Urinalysis | 10-15-07 | ☒ | ☐ |

| | YES | NO |
|---|---|---|
| Wears Glasses/Contacts | ☐ | ☐ |
| Dental Prosthesis | ☐ | ☐ |
| Hearing Aide | ☐ | ☐ |
| Other Prosthesis | ☐ | ☐ Recieving Nurse |

## CURRENT OR CHRONIC MEDICAL/DENTAL/MENTAL HEALTH PROBLEMS OR COMPLAINTS

Diabetes
Hypertension
Hepatitis C ⊕

**CURRENT MEDICATION - - DOSAGE AND FREQUENCY**

ASA 81mg daily
Glipizide 5mg daily
HCTZ 25mg daily
Lisinopril 10mg twice daily
Glucophage 500mg daily
Lopressor 50mg twice daily

Calan SR 240mg daily

| | | | |
|---|---|---|---|
| MEDICATIONS | ☒ Sent w/inmate | ☐ Not sent w/inmate |
| X-RAY FILM | ☐ Sent w/inmate | ☐ Not sent w/inmate |
| HEALTH RECORD | ☒ Sent w/inmate | ☐ Not sent w/inmate |

Released to: _____

Date: _____ Time: _____ AM/PM

| | | | |
|---|---|---|---|
| MEDICATIONS | ☐ Received | ☐ Not Received |
| X-RAY FILM | ☐ Received | ☐ Not Received |
| HEALTH RECORD | ☐ Received | ☐ Not Received |
| CHART REVIEWED | ☐ YES | ☐ NO |

**SCHEDULE FOR CHRONIC CARE CLINIC** Diabetic, HTN, Hep C

DATE: 01-22-08    LAST CLINIC: 10-15-07

Received by: _____
Signature of Receiving Nurse

Date: _____ Time: _____ AM/PM

## FOLLOW-UP CARE NEEDED

| | Date | Time | With Whom - - Location (Sending Nurse) | Date/Appt. Made w/Whom (Rec. Nurse) |
|---|---|---|---|---|
| ☐ Medical  ☐ Dental | | | | |
| ☐ Mental Health | | | | |

**NURSING ASSESSMENT (SENDING NURSE)** (Noted from health record documentation)

**HISTORY**

| | Yes | No |
|---|---|---|
| Drug Use | | |
| Mental Illness | X | HX |
| Suicide Attempt | | X |
| Chronic Care | X | |

**STATUS**

| | | |
|---|---|---|
| Special Diet | X | ADA |
| Appearance | | |

OTHER PERTINENT NURSING ASSESSMENT

**NURSING ASSESSMENT (RECEIVING NURSE)** (Noted from inmate assessment)

**SKIN**

| | Yes | No |
|---|---|---|
| Open Sores | | |
| Lice | | |
| Edema | | |
| Warm & Dry | | |
| Cool & Moist | | |

**CONDITION**

| | | |
|---|---|---|
| Alert | | |
| Oriented | | |
| Uncooperative | | |
| Depressed | | |

**INTAKE**

Sick Call Procedures Explained _____

Height _____

Weight _____

Blood Pressure _____

Temperature _____

Pulse Resp. _____

Other _____

B. Luke RN
Signature of Nurse Completing Assessment (Sending Nurse)          Date

_____
Signature of Intake Screening Nurse (Receiving Nurse)          Date

| INMATE NAME (LAST, FIRST, MIDDLE) | DOC# | DOB | Race/Sex | FAC. |
|---|---|---|---|---|
| Loveless, Everett | 238775 | 10-08-62 | B/M | VCF |

(White - Medical Jacket  Yellow - Transfer Coordinator

23

## INMATE REQUEST SLIP

Name _Everette loveless_     Quarters _B1-160A_ Date _1/14/08_

AIS # _238775_

( ) Telephone Call

( ) Special Visit

( ) Custody Change

( ) Time Sheet

( ) Personal Problem

(X) Other _Medical_

Briefly Outline Your Request - Then Drop In Mail Box

I have Just Arived Here in This Camp
And wish To reciue my medicine
KOP

Thank You

_[signature]_

Do Not Write Below This Line - For Reply Only

Meds. Already KoP per Dr.
Evans 1-11-08 - J. Burnell Q

Approved          Denied          Pay Phone          Collect Call

Request Directed To: (Check One)

( ) Warden

( ) Classification Supervisor

( ) Deputy Warden

( ) Legal Officer - Notary
Public

( ) Captain

( ) Record Office

176

24

## STATON CORRECTIONAL CENTER
## RECEIVING SCREENING FORM

INMATE'S NAME: **Loveless, Everett** AIS# **238775** DATE: **1-10-08**

TIME: **5:35pm** DOB: **10-8-62** OFFICER: **Lorenzo Davis**

### Booking Officer's Visual Opinion

|  | YES | NO |
|---|---|---|
| 1. Is the inmate conscious? | ✓ |  |
| 2. Does the inmate have any obvious pain or bleeding/other symptoms suggesting the need for emergency services? |  | ✓ |
| 3. Are there any visible signs of trauma or illness requiring immediate emergency treatment or doctor's care? |  | ✓ |
| 4. Any obvious fever, swollen lymph nodes, jaundice, or other evidence of infections which might spread through the institution? |  | ✓ |
| 5. Is the skin in poor condition or show signs of vermin or rashes? |  | ✓ |
| 6. Does the inmate appear to be under the influence of alcohol or drugs? |  | ✓ |
| 7. Are there any visible signs of alcohol or drug withdrawals? (extreme perspiration, shakes, nausea, pinpoint pupils, etc.) |  | ✓ |
| 8. Is the inmate making any verbal threats to staff or other inmates? |  | ✓ |
| 9. Is the inmate carrying any medication or report that he is on any Medication which must be continuously administered or available? |  | ✓ |
| 10. Does the inmate have any obvious physical handicaps? |  | ✓ |
| 11 Are you presently taking medication for diabetes, heart disease, seizure, arthritis, asthma, ulcers, high blood pressure or psychiatric disorder? | ✓ |  |
| 12. Do you want to talk to a mental health counselor? |  | ✓ |
| a. Did inmate respond? | ✓ |  |
| 13. Do you have epilepsy? |  | ✓ |
| 14. Do you have any medical problems we should know about? |  | ✓ |

**FOR THE OFFICER: (circle action)**
15. The inmate was:  A: Released for normal processing.  B: Referred to appropriate health care unit.
    C: Immediately sent to health care unit

*Everett W. Loveless*        *Lorenzo Davis*

25

**Correctional Medical Services**
**Inter Disciplinary Progress Notes**

Patient Name: honeless, Everett

ID#: 238775

Institution: SCC

| Date | Time | Notes | Signature |
|------|------|-------|-----------|
| 1-11-08 | 1:00pm | R,cvd SCCISHCU Dummy jacket | D.Bla... |
| 1-21-08 | 1130am | R,cvd SCClSHCU blue files Dial INITOFE | D.Bla... |

7113 Rev 03/04

26



**PRISON HEALTH SERVICES, INC.**
**SICK CALL REQUEST**

Print Name: _Everette Loveless_    Date of Request: _10/02/07_
ID # _230775_    Date of Birth: _10/18/62_ Location: _HCU_
Nature of problem or request: _Headach_

_Signature_

## DO NOT WRITE BELOW THIS LINE

Date: ___/___/___
Time: _____ AM  PM
Allergies: _____

| RECEIVED |
| --- |
| Date: 10-3-07 |
| Time: 8:23 a.m. |
| Receiving Nurse Intials I.S. |

**(S)ubjective:**

**(O)bjective    (V/S):  T:_____    P:_____    R:_____    BP:_____    WT:_____**

**(A)ssessment:** _waiver signed_

**(P)lan:**

Refer to:   MD/PA   Mental Health   Dental   Daily Treatment      Return to Clinic PRN
CIRCLE ONE
Check One:   ROUTINE ( )      EMERGENCY ( )
    If Emergency was PHS supervisor notified:    Yes ( )   No ( )
        Was MD/PA on call notified:    Yes ( )   No ( )

_____    SIGNATURE AND TITLE

WHITE:    INMATES MEDICAL FILE
YELLOW:   INMATE RETAINS COPY AFTER NURSE INITIALS RECEIPT

GLF-1002   (1/1)

27

**CORRECTIONAL MEDICAL SERVICES**
HEALTH SERVICES REQUEST FORM



FOR MEDICAL USE ONLY

Print Name: *Everette loveless*    Date of Request: *2/11/08*

ID #: *238775*    Date of Birth: *10/8/62*    Housing Location: *B1-140A*

Nature of problem or request: *I am Experience numbness on The*
*Bottom of my right feet in the Bed Area. (I am a Diabetic,*
*thank You)*

I consent to be treated by health staff for the condition described.

SIGNATURE

## PLACE THIS SLIP IN MEDICAL REQUEST BOX OR DESIGNATED AREA

### DO NOT WRITE BELOW THIS AREA

Triaged by: _____    Referred to: (Circle ONE)
Initials

NSC    Mid-level SC    Physician SC    MH    Dental
Other: _____

### HEALTH CARE DOCUMENTATION

Subjective: *Having numbness rt. heel and soreness.*

Objective: BP *160/84*   T *97*   P *102*   R *20*   Wt _____
*no obvious signs noted. both ankles and*
*feet noted slightly swollen. Pulses present.*
*C/O numbness and tenderness to heel. Inmate diabet*

Assessment: *Alteration in comfort due to foot problems.*

Plan: *Refer to MD (Urgent)*

*2/12/08*
*PS1*

☐    Inmate education handout reviewed with and given to the patient.

Refer to : (Circle any applicable)   Mid-level   Physician   MH   Dental   Other: _____

Signature & Title: *J. Swindle LPN*    Date: *2-12-08*   Time: *855/Am*

28

**CORRECTIONAL MEDICAL SERVICES**
**HEALTH SERVICES REQUEST FORM**



FOR MEDICAL USE ONLY

Print Name: _Everette loucks_    Date of Request: _1/17/08_

ID #: _238775_    Date of Birth: _10/8/62_    Housing Location: _B1-160A_

Nature of problem or request: _I have Kop But did not recive all the medication I should have towpressent (for high blood pressure) And would like to know when and if I could pick this up_

I consent to be treated by health staff for the condition described    _Thank you_

_____
SIGNATURE

### PLACE THIS SLIP IN MEDICAL REQUEST BOX OR DESIGNATED AREA

### DO NOT WRITE BELOW THIS AREA

Triaged by: _____    Referred to: (Circle ONE)  **(NSC)**   Mid-level SC   Physician SC   MH   Dental
Initials                    Other: _____

### HEALTH CARE DOCUMENTATION

Subjective:


Objective:  BP _____  T _____  P _____  R _____  Wt _____


Assessment:

Plan:          _1/18/08_
                _Br_


☐    Inmate education handout reviewed with and given to the patient.

Refer to : (Circle any applicable)   Mid-level   Physician   MH   Dental   Other: _____
Signature & Title: _____   Date: _____   Time: _____

29

# DEPARTMENT OF CORRECTIONS
## TRANSFER & RECEIVING SCREENING FORM

**RECEIVED: Inmate/Health Record**

Institution: _____

Date: _____ Time: _____ AM/PM

**RECEIVED FROM:**
Institution/Work Release Center/Free-World Hospital

_____

**RECEIVING MEDICAL STATUS**
- [ ] Population
- [ ] Infirmary
- [ ] Isolation

**RELEASED: Inmate/Health Record**

Institution: Ventress

Date: 11-04-07 Time: 0600 AM/PM

**RELEASE FROM:**
- [ ] Infirmary   [ ] Segregation
- [X] Population   [ ] Mental Health
- [ ] Other _____

**RELEASE TO:**
- [X] DOC   [ ] Infirmary   [ ] Mental Health

Institution/Work Release Center/Free-World Hospital

**ALLERGIES:** NKDA

**PHYSICAL EXAMINATION**

Date of last exam: 4-24-06

Chest X-Ray Date: _____ Result: _____

PPD Reading: Past ⊕ 01-31-05

Classification: _____

Limitations: _____

**LAB RESULTS - - LAST REPORT**

| | Date | Normal | Abnormal |
|---|---|---|---|
| CBC | 6-01-07 | [X] | [ ] |
| Urinalysis | 10-15-07 | [X] | [ ] |
| | | [ ] | [ ] |

| | YES | NO |
|---|---|---|
| Wears Glasses/Contacts | [ ] | [ ] |
| Dental Prosthesis | [ ] | [ ] |
| Hearing Aide | [ ] | [ ] |
| Other Prosthesis | [ ] | [ ] |

Receiving Nurse

**CURRENT OR CHRONIC MEDICAL/DENTAL/MENTAL HEALTH PROBLEMS OR COMPLAINTS**

Diabetes
Hypertension
Hepatitis C ⊕

**CURRENT MEDICATION - - DOSAGE AND FREQUENCY**

ASA 81mg daily
Glipizide 5mg daily
HCTZ 25mg daily
Lisinopril 10mg twice daily
Glucophage 500mg daily
Lopressor 50mg twice daily

Calan SR 240mg daily

| | | |
|---|---|---|
| MEDICATIONS | [X] Sent w/ inmate | [ ] Not sent w/ inmate |
| X-RAY FILM | [ ] Sent w/ inmate | [ ] Not sent w/ inmate |
| HEALTH RECORD | [X] Sent w/ inmate | [ ] Not sent w/ inmate |

Released to: _____

Date: _____ Time: _____ AM/PM

| | | |
|---|---|---|
| MEDICATIONS | [ ] Received | [ ] Not Received |
| X-RAY FILM | [ ] Received | [ ] Not Received |
| HEALTH RECORD | [ ] Received | [ ] Not Received |
| CHART REVIEWED | [ ] YES | [ ] NO |

**SCHEDULE FOR CHRONIC CARE CLINIC** Diabetic, HTN, Hepc

DATE: 01-22-08   LAST CLINIC: 10-15-07

Received by: _____
Signature of Receiving Nurse

Date: _____ Time: _____ AM/PM

**FOLLOW-UP CARE NEEDED**

| | Date | Time | With Whom - - Location (Sending Nurse) | Date/Appt. Made w/Whom (Rec. Nurse) |
|---|---|---|---|---|
| [ ] Medical [ ] Dental | | | | |
| [ ] Mental Health | | | | |

**NURSING ASSESSMENT (SENDING NURSE)** (Noted from health record documentation)

HISTORY
| | Yes | No |
|---|---|---|
| Drug Use | | |
| Mental Illness | X | Hx |
| Suicide Attempt | | X |
| Chronic Care | X | |

STATUS
| | | |
|---|---|---|
| Special Diet | X | ADA |
| Appearance | | |

OTHER PERTINENT NURSING ASSESSMENT

**NURSING ASSESSMENT (RECEIVING NURSE)** (Noted from inmate assessment)

SKIN
| | Yes | No |
|---|---|---|
| Open Sores | | |
| Lice | | |
| Edema | | |
| Warm & Dry | | |
| Cool & Moist | | |

CONDITION
| | |
|---|---|
| Alert | |
| Oriented | |
| Uncooperative | |
| Depressed | |

**INTAKE**

Sick Call Procedures Explained

Height _____
Weight _____
Blood Pressure _____
Temperature _____
Pulse Resp. _____
Other _____

B. Luke RN
Signature of Nurse Completing Assessment (Sending Nurse)    Date

_____
Signature of Intake Screening Nurse (Receiving Nurse)    Date

**INMATE NAME (LAST, FIRST, MIDDLE)**
Loveless, Everett

| DOC# | DOB | Race/Sex | FAC. |
|---|---|---|---|
| 238775 | 10-08-62 | B/m | UCF |

(White - Medical Jacket, Yellow - Transfer Coordinator)

30

## STATON CORRECTIONAL CENTER
## RECEIVING SCREENING FORM

INMATE'S NAME: Loveless, Everett  AIS#: 238775  DATE: 1-10-08

TIME: 5:35PM  DOB: 10-8-62  OFFICER: Lorenzo Davis

### Booking Officer's Visual Opinion

|  | YES | NO |
|---|---|---|
| 1. Is the inmate conscious? | ✓ |  |
| 2. Does the inmate have any obvious pain or bleeding/other symptoms suggesting the need for emergency services? |  | ✓ |
| 3. Are there any visible signs of trauma or illness requiring immediate emergency treatment or doctor's care? |  | ✓ |
| 4. Any obvious fever, swollen lymph nodes, jaundice, or other evidence of infections which might spread through the institution? |  | ✓ |
| 5. Is the skin in poor condition or show signs of vermin or rashes? |  | ✓ |
| 6. Does the inmate appear to be under the influence of alcohol or drugs? |  | ✓ |
| 7. Are there any visible signs of alcohol or drug withdrawals? (extreme perspiration, shakes, nausea, pinpoint pupils, etc.) |  | ✓ |
| 8. Is the inmate making any verbal threats to staff or other inmates? |  | ✓ |
| 9. Is the inmate carrying any medication or report that he is on any Medication which must be continuously administered or available? |  | ✓ |
| 10. Does the inmate have any obvious physical handicaps? |  | ✓ |
| 11 Are you presently taking medication for diabetes, heart disease, seizure, arthritis, asthma, ulcer, high blood pressure or psychiatric disorder? | ✓ |  |
| 12. Do you want to talk to a mental health counselor? a. Did inmate respond? |  | ✓ |
| 13. Do you have epilepsy? |  | ✓ |
| 14. Do you have any medical problems we should know about? |  | ✓ |

**FOR THE OFFICER: (circle action)**
15. The inmate was:  A:  Released for normal processing.  B: Referred to appropriate health care unit.
    C:  Immediately sent to health care unit.

Everett McCartle          Lorenzo Davis

31

**Correctional Medical Services**
**Inter Disciplinary Progress Notes**

Patient Name: honeless Everett

ID#: 238775

Institution: SCC

| Date | Time | Notes | Signature |
|------|------|-------|-----------|
| 1-11-08 | 4:00pm | R'cd SCC/SHCU Dummy jacket | D. Ell |
| 1-21-08 | 1130a | R'cd SCC/SHCU blue files fil INTOFE | D. Ell |



**PRISON HEALTH SERVICES, INC.**
**SICK CALL REQUEST**

Print Name: *Everette loveless*                    Date of Request: *10/02/07*
ID # *238775*                    Date of Birth: *10/8/62* Location: *HCU*
Nature of problem or request: *Headach*

_____

_____
                                                        *Signature*

### DO NOT WRITE BELOW THIS LINE

Date: ___/___/___
Time: _____ AM  PM
Allergies: _____

| **RECEIVED** |
| Date: 10-3-00 |
| Time: 8:23 a.m. |
| Receiving Nurse Intials VS. |

**(S)ubjective:**


**(O)bjective   (V/S): T:** _____  **P:** _____  **R:** _____  **BP:** _____  **WT:** _____

**(A)ssessment:** *waiver signed*


**(P)lan:**


Refer to:   MD/PA   Mental Health   Dental   Daily Treatment       Return to Clinic PRN
                                    CIRCLE ONE
Check One:   ROUTINE ( )     EMERGENCY ( )
        If Emergency was PHS supervisor notified:   Yes ( )     No ( )
                Was MD/PA on call notified:   Yes ( )     No ( )

_____
                                    SIGNATURE AND TITLE

WHITE:   INMATES MEDICAL FILE
YELLOW:   INMATE RETAINS COPY AFTER NURSE INITIALS RECEIPT

33

**PHS**

# Nursing Evaluation Tool

**Headache**

Facility: Alabama Department of Corrections

Patient Name: _____
_____
Last

Inmate Number: _____    Date of Birth: ___ / ___ / ___
                                                        MM   DD   YYYY

Date of Report: ___ / ___ / ___    Time Seen: _____ AM / PM  Circle One
                MM   DD   YYYY

## Subjective:  Chief Complaint(s): _____

Onset: _____  ❑ New Onset  ❑ Sudden  ❑ Gradual  ❑ Chronic

Activity prior to onset: _____

History: _____
(Continue on back if necessary) _____

_____                                     ❑ Check Here if additional notes on back

Pain Scale: (1-10) ___  Duration of Pain: _____  Does anything relieve the pain? _____

Description of Pain: ❑ Throbbing  ❑ Sharp  ❑ Pressure  ❑ Dull/Achy  ❑ Other: _____

Location of pain: _____  Radiation: ❑ No Radiation  ❑ Radiation to: _____

Associated Symptoms: Nausea ❑ NO  ❑ YES  Vomiting ❑ No  ❑ Yes (x_____)  ❑ Visual Changes  ❑ Photophobia
                     ❑ Dizziness  ❑ Sinus Problems  ❑ Other: _____

Worst Headache: ❑ NO  ❑ YES    Prior Headache history: ❑ NO  ❑ YES _____

History of Head Injury? ❑ NO  ❑ YES (if Yes): LOC? ❑ NO  ❑ YES  Confusion: ❑ NO  ❑ YES  ❑ Seizures: ❑ NO  ❑ YES

Meds taken: ❑ NO  ❑ YES _____    Trauma sustained in altercation with custody staff, or other
                                            inmate? ❑ NO  ❑ YES (Requires notification of correctional staff)

## Objective:   Vital Signs: (As Indicated) T: ___  P: ___  RR: ___  B/P: ___ / ___

General Appearance: ❑ No acute distress  ❑ Alert  ❑ Oriented x___  ❑ Confused  ❑ Lethargic
                    ❑ Irritable / Agitated  ❑ Normal facial symmetry ❑ YES  ❑ NO: _____

Skin: ❑ Warm  ❑ Cool  ❑ Dry  ❑ Moist/clammy  Skin Color: ❑ Normal  ❑ Pallor  ❑ Flushed  ❑ Jaundice

Pupil: ❑ PERRL  ❑ Pupils unequal/abnormal: _____

Neck: ❑ Supple with no meningeal signs  ❑ Stiff neck

Musculoskeletal: ❑ Symmetric with no weakness  ❑ Asymmetric/Weakness: _____

Gait: ❑ Able to walk/normal gait  ❑ Difficulty walking or abnormal gait

Signs of substance abuse: ❑ NO  ❑ YES: _____

❑ Additional Examination: _____
(Continue on back if necessary) _____

_____

## Assessment: (Referral Status)    Preliminary Determination(s): _____
 ❑ Referral NOT Required
 ❑ Referral Required due to the following: (Check all that apply)
   ❑ Abnormal Vitals        ❑ Visual disturbances    ❑ Dizziness          ❑ Recurrent Complaint (More than 2 visits)
   ❑ Altered mental status  ❑ Unequal pupils         ❑ Nausea/vomiting,
   ❑ Recent Head Injury     ❑ + Meningeal signs      ❑ B/P systolic > 160, diastolic > 95
       Comment: You should contact a physician and/or a nursing supervisor if you have any concerns about the status of the patient or are
       unsure of the appropriate care to be given.

## Plan:  Check All That Apply:
❑ Isolation for contagious conditions (communicable).
❑ Education: The patient demonstrates an understanding of the nature of their medical condition and instructions regarding what they should do as
   well as appropriate follow-up.  ❑ YES  ❑ NO (If NO then schedule patient for appropriate follow-up visits)
❑ Instructions to return if condition worsens.          ❑ Return if no improvement within 24 hours or condition worsens.
❑ Other: _____

OTC Medications given (Motrin 400mg or Tylenol 650 mg Bid po pm x 2 days)  ❑ NO  ❑ YES (If Yes List) _____

Referral: ❑ NO  ❑ YES (If Yes, Whom/Where): _____    Date for referral: ___ / ___ / ___
                                                                                   MM   DD   YYYY

Referral Type: ❑ Routine  ❑ Urgent  ❑ Emergent  (if emergent who was contacted?): _____  Time _____

X _____    Name: (Printed) _____

34



**PRISON HEALTH SERVICES, INC.**
**SICK CALL REQUEST**

Print Name: _Everette loveless_          Date of Request: _10/01/07_
ID # _238725_          Date of Birth: _10/8/62_ Location: _D-1-15 A_
Nature of problem or request: _Back pains, swelling of the ankles_
_had A Bottom Bunk Profile_

_[signature]_
Signature

**DO NOT WRITE BELOW THIS LINE**

Date: _10/1/07_
Time: _10:30_ (AM) PM
Allergies: _NKDA._

┌─────────────────────────────────┐
│           **RECEIVED**          │
│ Date: _10-1-07_                 │
│ Time: _8:05 a.m._               │
│ Receiving Nurse Intials _Ts._   │
└─────────────────────────────────┘

**(S)ubjective:**

**(O)bjective  (V/S): T:** _____  **P:** _____  **R:** _____  **BP:** _____  **WT:** _____

**(A)ssessment:** _fee not feel_

**(P)lan:** _To be seen by MD today._
_bring KS f med star m to moderate._

Refer to: (MD/PA)  Mental Health   Dental   Daily Treatment      Return to Clinic PRN
CIRCLE ONE
Check One:   ROUTINE (X)     EMERGENCY ( )
If Emergency was PHS supervisor notified:   Yes ( )   No ( )
Was MD/PA on call notified:   Yes ( )   No ( )

_[signature]_
SIGNATURE AND TITLE

WHITE:     INMATES MEDICAL FILE
YELLOW:  INMATE RETAINS COPY AFTER NURSE INITIALS RECEIPT

35

**INMATE REQUEST SLIP**

Name _Everette loveless_  Quarters _B1-160A_ Date _1/14/08_

AIS # _238775_

( ) Telephone Call          ( ) Custody Change        ( ) Personal Problem
( ) Special Visit           ( ) Time Sheet            (X) Other _Medical_

Briefly Outline Your Request - <u>Then Drop In Mail Box</u>

_I have Just Arived Here in This Camp_
_And wish To recive my medicane_
_KOP_

                              _Thank you_

                              _Everette loveless_

<u>Do Not Write Below This Line</u> - **For Reply Only**

_Meds. already KOP per Dr._
_Evans 1-11-08 - D. Surralle LP_

| Approved | Denied | Pay Phone | Collect Call |
|----------|--------|-----------|--------------|

Request Directed To: (<u>Check One</u>)
( ) Warden                  ( ) Deputy Warden        ( ) Captain
( ) Classification Supervisor   ( ) Legal Officer - Notary   ( ) Record Office
                                    Public

N176

36

**PHS**

**Nursing Evaluation Tool:**

<u>Back Pain</u>

Facility: Alabama Department of Corrections

Patient Name: _Coveless_        _Everett_
                                          First

Inmate Number: _238775_        Date of Birth: _10 18 62_
                                                        MM DD YYYY

Date of Report: _10.11.07_        Time Seen: _10:30_ (AM) PM Circle One
                 MM DD YYYY

**Subjective:** Chief Complaint(s): _back pain, swollen ankle_

Onset: _Ankle - Started swelling when thug stop HCT 2_

☐ New onset  ☒ Chronic condition exacerbation

Pain Scale: (1-10) _9_   Type: ☐ Sharp ☐ Dull ☒ Intermittent ☐ Constant   Numbness: ☒ No ☐ Yes

Location of Pain: _Center of back_   Radiation of pain: ☒ No ☐ Yes to: _____

History: _did not know I had BP/c, didn't know BP_
_was the cause of ankle swelling_        ☐ Check Here if additional notes on back

Associated symptoms: Pain on urination? ☒ No ☐ Yes   Nausea ☒ No ☐ Yes   Vomiting ☒ No ☐ Yes ☐ Yes (?)
Increased urination? ☒ No ☐ Yes   Pain with cough/breathing? ☒ No ☐ Yes

**Objective:** Vital Signs: (If Indicated) T: _97.8_  P: _72_  RR: _20_  B/P: _160.1_ _N/O_

Back Exam: ☐ Tender to touch ☐ Contusion ☐ Muscle spasms ☐ Impaired range of motion
Additional Findings: ☐ Numbness ☐ Tingling ☐ Abnormal gait ☐ Weakness of extremities ☐ Foot drop ☐ Other:

Elaborate positive findings: _R Ankle + lower leg edema tis_
_B.P. strong state his HCT 2 was stopped_        ☐ Check Here if additional notes on back

Lower extremities: ☒ Normal  ☐ Abnormal (Describe): _____
Pedal pulses: ☒ Present  ☐ Absent

Additional Examination: _Strong_ _Wt 25-7 O sat 98% State doing_
_gericis_        ☐ Check Here if continued on back

**Assessment:** (Referral Status)        Preliminary Determination(s): _Alt. in health_
☐ Referral NOT Required        _comfort_

☒ Referral Required due to the following: (Check all that apply)
☐ Loss of sensation   ☐ Presence of RBC's from dipstick   ☐ Recurrent Complaint (More than 2 visits for the same complaint)
☐ Prior malignancy   ☐ Presence of WBC's from dipstick
☒ Other: _swollen ankle, back pain, ↑ B.P._

**Plan:**
Check All That Apply: ☒ Work and recreation restrictions x 72 hours
☐ Education on avoiding back pain  ☐ Education about stretching and back exercises.  ☐ Instructions to return if condition worsens.
☐ Education: The patient demonstrates an understanding of the nature of their medical condition and instructions regarding what they should do as
well as appropriate follow-up. ☒ YES ☐ NO (If NO then schedule patient for appropriate follow-up visits)
☐ Other: _____
      (Describe)
☐ Cold Compress (Acute injury)   ☐ Warm Compress

☐ OTC Medications given ( Motrin 400 or Tylenol 650 Bid prn x 2 days) ☐ NO ☐ YES (If Yes List): _____

Referral: ☐ NO ☒ YES (If Yes, Whom/Where): _____        Date for referral: _10 11 07_
                                                                            MM DD YYYY
Referral Type: ☐ Routine ☒ Urgent ☐ Emergent (if emergent who was contacted)? _Pleasant_   Time _____

X _J. Odis RN_        Name: _J. Odis, RN_
   Nurses Signature              Printed

_10/11/07_
_see back_    37

10/1/04

S) 44 YO BCM C/O Back pain and found to have ↑ BP.
Pt recently seen f HTN + leg edema. He also has DM,
He C/O back pain + needs BBP.

O) Alert + NAD
lungs clear, HHS meg ✓  Abd o bree  legs c̄ П
   Eden'd.

A) - HTN - not con controlled
   - Bilat leg Eden / - 1⁺
   - N ⧣ DDM

P) Change HTN. meds → restart HCTZ - 25 ₹d
                       Lisinopril 10 mg BID
                       Tenormin 50 mg BID
                       Calan SR 240 qd

   - Cont Glipizide 5 ₹d + Metformin 500 mg qd
   - BFr + RSr → 240 urine test + tab ₹ protein

e) PO c      [signature]



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

# PRISON HEALTH SERVICES, INC.
## SICK CALL REQUEST

Print Name: *Everette loveless*     Date of Request: 8/20/07

ID # 238725     Date of Birth: 10/08/62  Location: D-1-15A

Nature of problem or request: *I have seen the Doctor about my ankle when I first got here, and ask to be continued on my fluid pills but was refused now this problem has gotten worse now I'm asking to be seen again*

*[signature]*
                                                    *Signature*

## DO NOT WRITE BELOW THIS LINE

Date: ___/___/___
Time: _____ AM  PM
Allergies: _____

| RECEIVED |
| --- |
| Date: 8/19/07 |
| Time: 1400 |
| Receiving Nurse Intials *CH* |

**(S)ubjective:**

**(O)bjective   (V/S):**   T: _____   P: _____   R: _____   BP: _____   WT: _____

**(A)ssessment:**

*Waiver -
Didn't feel
like Waiting*

**(P)lan:**

Refer to:    MD/PA   Mental Health   Dental   Daily Treatment        Return to Clinic PRN
                                              CIRCLE ONE
Check One:   ROUTINE ( )     EMERGENCY ( )
        If Emergency was PHS supervisor notified:   Yes ( )   No ( )
                Was MD/PA on call notified:   Yes ( )   No ( )

_____
                                              SIGNATURE AND TITLE
WHITE:    INMATES MEDICAL FILE
YELLOW:  INMATE RETAINS COPY AFTER NURSE INITIALS RECEIPT

39

**PHS**

**Nursing Evaluation Tool:**     <u>General Sick Call</u>

Facility: Alabama Department of Corrections

Patient Name: _Loveless   Everette_

Inmate Number: _238745_     Date of Birth: _10 , 8 , 62_
                                MM  DD  YYYY

Date of Report: _7 , 22 , 07_     Time Seen: _715_  AM/PM  Circle One:
                MM  DD  YYYY

<u>Subjective:</u> Chief Complaint(s): _"Sweeling in the ankle_

Onset: _move in (R) ankle)"_

Brief History: _Almost a month. Was on HCTZ_
(Continue on back if necessary) _was taken off  by. mistake."_

✱  _need Bottom Bunk profile._

<u>Objective:</u>  Vital Signs: (As Indicated) T: _98_  P: _86_  RR: _20_  B/P: _140 / 82_

Examination Findings: _Amb to HCU in Nad. a + o x3_
(Continue on back if necessary) _resp. reg + unlabored  mild edema_
_noted in (L) ankle  1+ pitting._

<u>Assessment:</u> (Referral Status) Preliminary Determination(s): _all in Heath mart_

☐ Referral <u>NOT REQUIRED</u>

☑ Referral <u>REQUIRED</u> due to the following: (Check all that apply)
   ☐ Recurrent Complaint (More than 2 visits for the same complaint)
   ☐ Other: _____

Comment: You should contact a physician and/or a nursing supervisor if you have any concerns about the status of the patient or are unsure of the appropriate care to be given.

<u>Plan:</u>  Check All That Apply:
   ☐ Instructions to return if condition worsens.
   ☐ Education: The patient demonstrates an understanding of the nature of their medical condition and instructions regarding what they should do as well as appropriate follow-up. ☐ YES ☐ NO (If NO then schedule patient for appropriate follow-up visits)
   ☐ Other: _____
              (Describe)
OTC Medications given ☐ NO ☐ YES (If Yes List): _____

Referral: ☐ NO ☐ YES (If Yes, Whom/Where): _Dr Pleasant_     Date for referral: _7 , 3 , 07_
                                                              MM  DD  YYYY

Referral Type: ☐ Routine ☐ Urgent ☐ Emergent (if emergent who was contacted?)_____  Time

X _____     Name: _____     _7/23/07_
   Nurses Signature              Printed

40



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

# PRISON HEALTH SERVICES, INC.
## SICK CALL REQUEST

Print Name: _Everette loveless_    Date of Request: _7/23/07_
ID # _238776_    Date of Birth: _10/08/12_ Location: _F-4-22A_
Nature of problem or request: _I am a Diabet An have swelling
in my right ankle I was taking ASTC for fulied, but same how
was taking off them Also I had a Empty Bottom proxile
Because of this and my BACK, So I am asking that I be given
Another one This time. Permanate love_ _____    _Signature_
_Thank you_

### DO NOT WRITE BELOW THIS LINE

Date: _7/22/07_
Time: _715_    AM **PM**
Allergies: _____

┌─────────────────────────────┐
│         RECEIVED            │
│ Date: _7-22-07_            │
│ Time: _9:00_              │
│ Receiving Nurse Intials _DS_ │
└─────────────────────────────┘

**(S)ubjective:**

**(O)bjective** **(V/S):** T: _____ P: _____ R: _____ BP: _____ WT _258_

**(A)ssessment:** _See next tool_

**(P)lan:** _Re__ MD on 7-31-07 @ ___

Refer to:    MD/PA    Mental Health    Dental    Daily Treatment    Return to Clinic PRN
CIRCLE ONE
Check One:    ROUTINE ( )    EMERGENCY ( )
If Emergency was PHS supervisor notified:    Yes ( )    No ( )
Was MD/PA on call notified:    Yes ( )    No ( )

_____
*SIGNATURE AND TITLE*

WHITE:    INMATES MEDICAL FILE
YELLOW:    INMATE RETAINS COPY AFTER NURSE INITIALS RECEIPT

41

**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

DEPARTMENT OF CORRECTIONS
**TRANSFER & RECEIVING SCREENING FORM**

| RECEIVED: Inmate/Health Record | RELEASED: Inmate/Health Record | ALLERGIES: |
|---|---|---|
| Institution: _____ | Institution: Bibb | |
| Date: _____ Time: _____ AM/PM | Date: 7-19-07 Time: 2:00 AM/PM | PHYSICAL EXAMINATION |
| RECEIVED FROM: Institution/Work Release Center/Free-World Hospital | RELEASE FROM: | Date of last exam: 4-24-06 |
| | ☐ Infirmary  ☐ Segregation | Chest X-Ray Date: 4-24-06 Result: Norm |
| RECEIVING MEDICAL STATUS | ☑ Population  ☐ Mental Health | PPD Reading 9mm +31-05 |
| ☐ Population | ☐ Other _____ | Classification: _____ |
| ☐ Infirmary | RELEASE TO: | Limitations: _____ |
| ☐ Isolation | ☑ DOC  ☐ Infirmary  ☐ Mental Health | |
| | Institution/Work Release Center/Free-World Hospital | |

| LAB RESULTS - - LAST REPORT | | | | | YES | NO | |
|---|---|---|---|---|---|---|---|
| | Date | Normal | Abnormal | Wears Glasses/Contacts | ☐ | ☑ | |
| CBC | 4-13-07 | ☑ | ☐ | Dental Prosthesis | ☐ | ☑ | |
| Urinalysis | | ☐ | ☐ | Hearing Aide | ☐ | ☑ | |
| | | ☐ | ☐ | Other Prosthesis | ☐ | ☑ | Receiving Nurse |

CURRENT OR CHRONIC MEDICAL/DENTAL/MENTAL HEALTH PROBLEMS OR COMPLAINTS

NIDDM  PTSD, MDDc̄PF  Chicken Pox dyring Hx ⊕ PPD resolved  10-29-05
HTN  Hx colon polyps (rectal bleeding 1994)  Hep C ⊕ elevated M=31(2-2)

| CURRENT MEDICATION - - DOSAGE AND FREQUENCY | | | |
|---|---|---|---|
| See MAR | MEDICATIONS | ☐ Sent w/ inmate | ☐ Not sent w/ inmate |
| | X-RAY FILM | ☑ Sent w/ inmate | ☐ Not sent w/ inmate |
| | HEALTH RECORD | ☑ Sent w/ inmate | ☐ Not sent w/ inmate |
| | Released to: _____ | | |
| | Date: _____ Time: _____ AM/PM | | |
| | MEDICATIONS | ☐ Received | ☐ Not Received |
| | X-RAY FILM | ☐ Received | ☐ Not Received |
| | HEALTH RECORD | ☑ Received | ☐ Not Received |
| SCHEDULE FOR CHRONIC CARE CLINIC | CHART REVIEWED | ☑ YES | ☐ NO |
| | Received by: A Maher | | |
| DATE: _____ LAST CLINIC: _____ | Signature of Receiving Nurse | | |
| | Date: 7-20-07 Time: 1500 AM/PM | | |

| FOLLOW-UP CARE NEEDED | Date | Time | With Whom - - Location (Sending Nurse) | Date/Appt. Made w/Whom (Rec. Nurse) |
|---|---|---|---|---|
| ☐ Medical  ☐ Dental | | | _____ | _____ |
| ☐ Mental Health | | | _____ | |

| NURSING ASSESSMENT (SENDING NURSE) (Noted from health record documentation) | | Yes | No | NURSING ASSESSMENT (RECEIVING NURSE) (Noted from inmate assessment) | | | Yes | No | INTAKE | |
|---|---|---|---|---|---|---|---|---|---|---|
| HISTORY | Drug Use | | | SKIN | Open Sores | | | ☑ | Sick Call Procedures Explained | yes 4-26 |
| | Mental Illness | | | | Lice | | | ☑ | Height | 6'0 |
| | Suicide Attempt | | | | Edema | Don Vol | | ☑ | Weight | 140 |
| | Chronic Care | | | | Warm & Dry | | | ☑ | Blood Pressure | 98/8 |
| STATUS | Special Diet | | | | Cool & Moist | | ☑ | | Temperature | 78 |
| | Appearance | | | CONDITION | Alert | ☑ | | | Pulse Resp. | 78 |
| OTHER PERTINENT NURSING ASSESSMENT | | | | | Oriented | ☑ | | | Other | |
| | | | | | Uncooperative | | | ☑ | | |
| | | | | | Depressed | | | ☑ | | |

| Yolanda Cole LPN | 7-19-07 | A Maher RN | |
|---|---|---|---|
| Signature of Nurse Completing Assessment (Sending Nurse) | Date | Signature of Intake Screening Nurse | Date |

| INMATE NAME (LAST, FIRST, MIDDLE) | DOC# | DOB | Race/Sex | FAC. |
|---|---|---|---|---|
| Loveless, Everette | 238775 | 11-08-62 | B/M | Bibb |



**PRISON HEALTH SERVICES INCORPORATED**

## INFIRMARY NURSING PROGRESS NOTES

| Date/Time | |
|---|---|
| 07/20/07 | Chart reviewed for Mental Health Stag - Will schedule to F/U c Dr Ferrell ———— W Harris Lp |
| 7-20-07 | P/E Annual Physical rec'd to UCF Cleared for Pitchen duty, Orientation Completed ——— JM |
| 10-2-07 8 20 | O- Wt 257, Ht 6'0" 198.8, P 88, O2 Sat 98%, BP 139/70, A&O X3 P/ inmate voided and waisted 1st urine and instructed to collect all other urine till 10-3-07 @ 8:30 am, inmate State he understood ——— JM |
| 10-2-07 | 8:55 - O- Ms Ross called for inmate Loveless to come up front ——— P/ inmate instructed not to void & urinate while out of infirm and to return to infirm asap possible — JM |
| 10-2-07 | 9:05 - Inmate return to infirmy ——— JM |
| 10-02-07 | 1130 cc - Consumed 100% lunch P/E ↑ po fluids, continue 24 hour urine collection ——— JM |
| 10-02-07 | 14:05 - S- I got on Jug full I need another one - O- 3200 cc in urine collection 2nd container given — |

| INMATE NAME (LAST, FIRST, MIDDLE) | DOC# | DOB | R/S | FAC. |
|---|---|---|---|---|
| | | | | |

PHS-MD-70049          Complete Both Sides Before Using Another Sheet

43

Alabama Department of Corrections
Patient Care Protocol

Inmate Name: _Loveless, Everett L_

Current Meds: _____

AIS #: _23877S_    D.O.B.: _10-8-6_

Medication Allergies: _____

## EAR ACHE

**Subjective:** Onset: _4 day_
Left? _____    Right? ✓

Pain scale (1-10): _3_
History of: DM _____ HIV _____

**Symptoms:** Associated symptoms:

|  | no | yes |
|---|---|---|
| Nausea/vomiting | ☐ | ☐ |
| Fever/Chills/Headache | ☐ | ☐ |
| Sore throat | ☐ | ☐ |
| Recent dental work | ☐ | ☐ |

Head (H): _____
Eyes (E): _____
Ears (E): _Pt has redness to inner ear. Possible ear drum involvement_
Nose (N): _____
Throat (T): _____
Lymphnodes: _____

**Objective:** Vital signs: Temp _98.5_ Pulse _62_ Resp _8_ B/P _138/86_
Appearance: ☐ no acute distress ☐ acute distress

**Assessment/Protocol:**

Notify provider* if:
☐ Abnormal V.S.-Temp. >100; Pulse >100; Systolic BP<90
☐ Recalcitrant cerumen impaction
☐ Complaints of severe pain [i.e. 7/10(see pain scale above)]
☐ Persistent N/V / Lymphadenopathy
☐ HIV positive (+)
☐ Diabetic

**Plan:**
☐ Refer to: _W Whitley_
☑ Instructions to return immediately if condition worsens or in 24 hours for follow-up Date: _____
☑ Meds given: Motrin 600mg or Tylenol 650 mg Bid po prn x 2 days
☐ Other: _____

Nurse's Signature: _E. Anderson_

* Provider means Nurse Practitioner, Physician's Assistant, and/or MD.    Date/Time: _7-3-07_

44



**PRISON HEALTH SERVICES, INC.**
**SICK CALL REQUEST**

Print Name: _Everette loveless_
ID # _238775_                                   Date of Request: _7/2/07_
Nature of problem or request: _Ear problems_    Date of Birth: _10/08/42_ Location: _E-4-6A_

_____

_____

_Signature_

### DO NOT WRITE BELOW THIS LINE

Date: _7/03/07_
Time: _9:50_  (AM) PM
Allergies: _NA_

┌─────────────────────────────┐
│          **RECEIVED**          │
│ Date:                       │
│ Time: **JUL 0 1 2007**       │
│ Receiving Nurse Intials ___ │
└─────────────────────────────┘

**(S)ubjective:** _PT Seen in Sick call By 7-3-07_

**(O)bjective   (V/S): T:** _____   **P:** _____   **R:** _____   **BP:** _____   **WT:** _____

**(A)ssessment:**

**(P)lan:** _PT Seen In Sick call_

Refer to:. MD/PA  Mental Health  Dental  Daily Treatment      Return to Clinic PRN
CIRCLE ONE
Check One:. ROUTINE ( )   EMERGENCY ( )
If Emergency was PHS supervisor notified:   Yes ( )   No ( ).
Was MD/PA on call notified:   Yes ( )   No ( )

_E. Anderson_                   _7/3/07_
_SIGNATURE AND TITLE_

WHITE:   INMATES MEDICAL FILE
YELLOW:  INMATE RETAINS COPY AFTER NURSE INITIALS RECEIPT
GLF-1002  (1/4)

45



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

# PRISON HEALTH SERVICES, INC.
## SICK CALL REQUEST

Print Name: _EVERETTE LOVELESS_    Date of Request: _3/28/07_
ID # _238775_    Date of Birth: _10/8/62_    Location: _E-4 16A_
Nature of problem or request: _I'm A Diabetic AND Suffering Swelling_
_IN MY Right Leg AND Foot Request to See Chronic CARE_
_Nurse As soon As possible._

_Signature_

### DO NOT WRITE BELOW THIS LINE

Date: ___/___/___
Time: _____ AM  PM
Allergies: _____

```
┌─────────────────────────┐
│        RECEIVED         │
│ Date:   MAR 2 9 2007    │
│ Time:                   │
│ Receiving Nurse Intials JA │
└─────────────────────────┘
```

**(S)ubjective:**

**(O)bjective    (V/S):  T: _____    P: _____    R: _____    BP: _____    WT: _____**

**(A)ssessment:**

**(P)lan:**

Refer to:   MD/PA   Mental Health   Dental   Daily Treatment    Return to Clinic PRN
CIRCLE ONE
Check One:  ROUTINE ( )    EMERGENCY ( )
If Emergency was PHS supervisor notified:    Yes ( )    No ( )
Was MD/PA on call notified:    Yes ( )    No ( )

_____
*SIGNATURE AND TITLE*

WHITE:    INMATES MEDICAL FILE
YELLOW:  INMATE RETAINS COPY AFTER NURSE INITIALS RECEIPT

46

**Nursing Evaluation Tool:**

<u>Upper Respiratory</u>
<u>Complaints</u>

**PHS**

Facility: Alabama Department of Corrections

Patient Name: Loveless, Everette
                    Last         First

Inmate Number: 238775          Date of Birth: 10 / 08 / 196 2
                                                MM    DD    YYYY

Date of Report: 02 / 01 / 2007    Time Seen: 12:35  AM / PM  Circle One
                MM   DD   YYYY

NKDA

**Subjective:** Chief Complaint(s): ☑ Runny/Stuffy Nose ☐ Sneezing ☐ Sore Throat ☐ Swollen Glands ☑ Headache ☑ Fever
(Check All That Apply)

☐ Malaise ☐ Earache  Cough: ☐ No ☑ Yes: ☑ Non-productive ☐ Productive: (sputum description): _____

☐ Other: _____

Onset: about 3 days

History: _____
(Continue on back if necessary)

☐ Check Here if additional notes on back

History of Asthma: ☐ No ☐ Yes    Cardiac/CHF history: ☐ No ☐ Yes    History of HIV Disease: ☐ No ☐ Yes

**Objective:** Vital Signs: (If Indicated) T: 98.3  P: 86  RR: 20  B/P: 156 / 88  *has not take
                                                                                    meds yet

Eyes: ☐ Clear ☑ Watery ☐ Injected (red)  Drainage: ☐ No ☑ Yes: _____    Lung sounds:  Right   Left

Nose: Congestion: ☐ No ☑ Yes  Drainage: ☐ No ☑ Yes: Yellowish    ☑   Clear   ☑
                                                                    ☐   Diminished  ☐
Throat examination: ☑ Normal ☐ Red ☐ Enlarged tonsils ☐ Edematous   ☐   Crackles   ☐
                                                                    ☐   Rhonchi   ☐
Neck: ☑ Normal ☐ Enlarged Lymph Nodes                               ☐   Wheezing  ☐

☑ Additional Examination: essentially clear bilat all fields
(Continue on back if necessary)  reports cont. c̄ home systole - H/o colonoscopy - scheduled for proc

☐ Check Here if continued on back

**Assessment:** (Referral Status)         Preliminary Determination(s): Diabete
☑ Referral NOT Required                   see md orders
                                          cold s/s

☑ Referral Required referral due to the following: (Check all that apply)
☐ Abnormal Vital Signs    ☐ Inability to swallow    ☐ Significant shortness of breath    ☑ Recurrent Complaint (More than 2 visits)
☐ Abnormal Lung exam    ☐ Significant Wheezing which does not improve with inhaler    ☑ Other: meds nec

Comment: You should contact a physician and/or a nursing supervisor if you have any concerns about the status of the patient or are unsure of the appropriate care to be given.

**Plan:** Check All That Apply:
☑ Advise rest and oral fluid intake    ☐ Warm saline gargles PRN
☑ If no referral is made, advise to return in 3 - 5 days if symptoms not resolved
☑ Education: The patient demonstrates an understanding of the nature of their medical condition and instructions regarding what they should d
as well as appropriate follow-up. ☑ YES ☐ NO (If NO then schedule patient for appropriate follow-up visits)
☑ Other: Ford Hardwick / Strisol
(describe)

☑ OTC Medications given (CTM 4 mg, Tylenol 650 mg Bid po prn x 2 days)  ☒ NO ☑ YES (If Yes List): _____

Referral: ☑ NO ☐ YES (If Yes, Whom/Where): _____    Date for referral: __ / __ / ____
                                                                        MM  DD   YYYY

Referral Type: ☐ Routine ☐ Urgent ☐ Emergent (if emergent who was contacted?): _____    Time _____

Nurses Signature _____    Name: Loveless, Everette
                                Printed

41

**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

## PRISON HEALTH SERVICES, INC.
## SICK CALL REQUEST

Print Name: _Everette loveless_    Date of Request: _1-31-07_

ID # _238775_    Date of Birth: _10-08-62_ Location: _E-4-16A_

Nature of problem or request:

_Head Cold And Blood in Stool_

_____

_____

_Everette loveless_
Signature

### DO NOT WRITE BELOW THIS LINE

Date: _02, 01, 07_
Time: _12:45_ AM (PM)
Allergies: _____

_See in sick call_
_2-1-07_
_Minish_

| | |
| --- | --- |
| Date: JAN 31 2007 | |
| Time: | |
| Receiving Nurse Intials _N_ | |

**(S)ubjective:**

**(O)bjective**  **(V/S):** T: _____  P: _____  R: _____  BP: _____  WT: _____

**(A)ssessment:**

**(P)lan:** _See NET Tool_
_E R Sorles_

Refer to:    MD/PA   Mental Health   Dental   Daily Treatment       Return to Clinic PRN
CIRCLE ONE
Check One:   ROUTINE ( )     EMERGENCY ( )
If Emergency was PHS supervisor notified:   Yes ( )   No ( )
Was MD/PA on call notified:   Yes ( )   No ( )

_____
SIGNATURE AND TITLE

WHITE:    INMATES MEDICAL FILE
YELLOW:  INMATE RETAINS COPY AFTER NURSE INITIALS RECEIPT

48

**Facility:** BBB

**Patient Name:** Loveless, Everette

**Inmate Number:** 238 775

**Date of Birth:** 10/08/1962

**Date of Report:** 11/13/2006

**Time Seen:** 12:55 AM / PM Circle One

NKDA

**Subjective:** **Chief Complaint(s):** (R) knee pain, lower back pain, H/A

**Onset:** approx 2 wks on knee, x2 days back, H/A x 1 wk

**Brief History:** reports s/d front & back to T bunk and has had low back pain climbing to top bunk, wants to reassess knee pain p hurt ligament 85, reports H/A but c review has not taken Lopressor as usual

**Objective:** **Vital Signs: (As Indicated)** T: 99.3  P: 74  RR: 20  B/P: 136/84  97 % RA

**Examination Findings:** indicated lower back pain, (R) knee pain & edema and H/A off & on x 1 wk, B/P - WNL but meds not understood & reviewed c pt

**Assessment: (Referral Status) Preliminary Determination(s):** (R) knee pain / abnto LBP

☐ Referral **NOT REQUIRED**

☑ Referral **REQUIRED due to the following: (Check all that apply)**

☐ Recurrent Complaint (More than 2 visits for the same complaint)

☑ Other: MD eval knee / back pain

**Comment:** You should contact a physician and/or a nursing supervisor if you have any concerns about the status of the patient or are unsure of the appropriate care to be given.

**Plan:** Check All That Apply:

☑ Instructions to return if condition worsens.

☑ Education: The patient demonstrates an understanding of the nature of their medical condition and instructions regarding what they should do as well as appropriate follow-up. ☑ YES ☐ NO (If NO then schedule patient for appropriate follow-up visits)

☐ Other: _____ (Describe)

**OTC Medications given** ☐ NO ☑ YES (If Yes List): Tylenol 325mg tab ii po x 2 days (KP)

**Referral:** ☐ NO ☑ YES (If Yes, Whom/Where): Dr Whitley  **Date of referral:** 11/13/2006

**Referral Type:** ☑ Routine ☐ Urgent ☐ Emergent (if emergent who was contacted?): _____ Time _____

X _____ (Nurses Signature)   **Name:** Loveless, Everette (Printed)

# dis assess med compliance and qd/bid meds, stated would resume bid Lopressor - he thought it was s/d to qd

49

No. 238775    Date 1-13-06
For Everette Loveless
Directions Tylenol 325mg tablet
Take two tablets by
mouth twice daily for pain.
Total Tabs = 8
Dr. Whitley/anaha



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

## PRISON HEALTH SERVICES, INC.
## SICK CALL REQUEST

Print Name: Everette loveless          Date of Request: 11-09-06

ID # 238775          Date of Birth: 10-08-72 Location: E-3-327

Nature of problem or request: Right knee pain X 2 weeks - lower BACK
X 2 days Blood preasor X 2 days

Everette loveless
*Signature*

### DO NOT WRITE BELOW THIS LINE

Date: 11/13/06

Time: _____ AM  PM

Allergies: _____

| RECEIVED |
|---|
| Date: |
| Time NOV 9 - 2006 |
| Receiving Nurse Intials _____ |

**(S)ubjective:**

**(O)bjective**    **(V/S)**    T: _____    P: _____    R: _____    BP: 136/84    WT: _____

**(A)ssessment:**

**(P)lan:**

Refer to:  (MD/PA)  Mental Health   Dental   Daily Treatment      Return to Clinic PRN
CIRCLE ONE

Check One:  ROUTINE ( )      EMERGENCY ( )

If Emergency was PHS supervisor notified:   Yes ( )     No ( )

Was MD/PA on call notified:   Yes ( )     No ( )

_____

*SIGNATURE AND TITLE*

WHITE:    INMATES MEDICAL FILE

YELLOW:  INMATE RETAINS COPY AFTER NURSE INITIALS RECEIPT

GLF-1002  (1/4)

51



**PRISON
HEALTH
SERVICES
INCORPORATED**

## INFIRMARY NURSING PROGRESS NOTES

| Date/Time | |
|---|---|
| 10-2-07 Content 1405 | Instructed inmate to keep both containers on ice ——— Ann |
| 10-2-07 | 800/pm 24 hr. urine in progress. urine in container @ bedside covered c ice. ——— Teale RN |
| 10/3/07 | 0340 S: "No Comment" O. Inmate amb in infirmary. 24 hr urine in progress. Inmate given 3rd urine container et ice. Instructions given to keep all urine et keep on ice. Inmate voiced understanding. Ø complaints at this time. BP 138/70 Pulse 88 Resp 18 Temp 98.7 Sat 98% on RA FSBS 110. C Matthews RN |
| | A. 24 hr urine in progress |
| | P. Cont monitor |

52

LCS — JOE EVANS CORRECTIONS
LOVELESS    EVERETTE
REPORT DATE    01/08

# MEDICATION ADMINISTRATION RECORD



| MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |

UIN 5IMG EC TAB EC
TAKE 1 TABLET BY MOUTH
ONCE DAILY

LISINOPRIL 10 MG TABLET
TAKE 1 TABLET BY MOUTH
ONCE DAILY @ hs

METOPROLOL 100 MG TABLET
GENERIC FOR LOPRESSOR 100
TAKE 1 TABLET BY MOUTH
TWICE DAILY.

SPIRONOLACT/HCTZ 25/25 TA
ERIC FOR ALDACTAZIDE 2
TAKE 1 TABLET BY MOUTH
ONCE DAILY

| STARTING FOR | 01/01/08 | THROUGH | 01/31/08 | PAGE 1 OF 2 | Medical Record No |
| Doctor | NEUMAN, THOMAS | | | Telephone No. 318-574-8584 | |
| Physician | NEUMAN, THOMAS | | | Alt. Telephone 318-574-8584 | 238775 |
| | | | | Rehabilitative Potential | |

RESIDENT    LOVELESS, EVERETTE

| D.O.B. 00/00/0000 | Sex | Room | Patient Code | Admitted Date |
| | | JL | LOVEEV | 53  11/07/0 |

# MEDICATION ADMINISTRATION RECORD

| MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 3 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

2g2

HgB - AIc due
3/12/08

Blp monthly +
PRN

NEUMAN, THOMAS
NEUMAN, THOMAS

| | |
|---|---|
| Telephone No. | 318-574-8584 |
| Alt. Telephone | 318-574-8584 |
| Rehabilitative Potential | |

Medical Record No
238775

LOVELESS, EVERETTE

| DOB | Sex | Room # | Patient Code | Admission Date |
|---|---|---|---|---|
| 00/00/0000 | | JL | LOVEEV | 54  11/02/ |

# MEDICATION ADMINISTRATION RECORD

Facility: Slaton

Month: Feb. 08

| INIT. | DRUG – DOSE – MODE – INTERVAL | HR | 2 | 4 | 6 | 8 | 10 | 12 | 14 | 16 | 18 | 20 | 22 | 24 | 26 | 28 | 30 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

01  Lopressor 50mg ÷ PO BID
X 120 days
PRESCRIBER  Brooms
ORDER DATE  11/8/08   START DATE   STOP DATE  3/9/08

St  Tylenol 650mg PO BID x 60d PRN
PRESCRIBER  Adams
ORDER DATE  2-21-08   START DATE  2-21-08   STOP DATE  4-21-08

START DATE   STOP DATE

PRESCRIBER
ORDER DATE   START DATE   STOP DATE

PRESCRIBER
ORDER DATE   START DATE   STOP DATE

PRESCRIBER
ORDER DATE   START DATE   STOP DATE

DIAGNOSIS:

ALLERGIES:  NKA

DOB/INMATE #:  10/8/60  #23875

LOCATION:  SCC

NAME:  Loveless, Everette

55

199 REV 4-97

PN:207

# MEDICATION ADMINISTRATION RECORD

**Facility:** C    6274-    STATON CORRECTIONAL FAC    AL

**Month:** February 2008

| INIT. | DRUG – DOSE – MODE – INTERVAL | HR | 2 | 4 | 6 | 8 | 10 | 12 | 14 | 16 | 18 | 20 | 22 | 24 | 26 | 28 | 30 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

**FERROUS SULFATE 325MG TBEC ~FESO4 (65MG FE)~**
TAKE 1 TAB DAILY FOR 180 DAYS >> DO NOT CRUSH <<
PRESCRIBER  EVANS,EUGENE,MD  Rx#15514631
ORDER DATE 01/15/08    START DATE    STOP DATE 07/13/08

**DOCUSATE SOD 100MG CAPS ~COLACE~**
TAKE 1 CAP TWICE DAILY AS NEEDED FOR 180 DAYS
PRESCRIBER  EVANS,EUGENE,MD  Rx#15514636
ORDER DATE 01/15/08    START DATE    STOP DATE 07/13/08    **PRN**PRN**PRN**

Rx#15514634  **PRN**PRN**PRN**  STOP DATE
Rx#15514634  **PRN**PRN**PRN**  STOP DATE 07/13/08

**DOB/INMATE #:** 238775

**LOCATION:** 6274-  MAIN

**NAME:** LOVELESS, EVERETTE

**DIAGNOSIS:** 56

**ALLERGIES:** Allergy History Not Known

#3150 REV 6/07

# MEDICATION ADMINISTRATION RECORD

**Facility:** Slaton

Month: Jan '08

| INT. | DRUG – DOSE – MODE – INTERVAL | HR | 2 | 4 | 6 | 8 | 10 | 12 | 14 | 16 | 18 | 20 | 22 | 24 | 26 | 28 | 30 |
|------|-------------------------------|----|---|---|---|---|----|----|----|----|----|----|----|----|----|----|----|
| PC | Methymol 500mg | 64 | | | | | | | | | | | | | | | |
| | + pidam x 12 days | | | | | | | | | | | | | | | | |
| | Nulix-cv | | | | | | | | | | | | | | | | |
| | ORDER DATE 1-2-08 | | | | | | | | | | | | | | | | |
| | START DATE | STOP DATE 1-2 03 | | | | | | | | | | | | | | | |
| | PRESCRIBER | | | | | | | | | | | | | | | | |

**DIAGNOSIS:**

**ALLERGIES:** 

**DOB/INMATE #:** # 232775

**LOCATION:** 6224

**NAME:** Loveless, Forrest

51

# MEDICATION ADMINISTRATION RECORD

**Facility:** Stinson

**Month:** 1/08

| INIT. | DRUG – DOSE – MODE – INTERVAL | HR | 2 | 4 | 6 | 8 | 10 | 12 | 14 | 16 | 18 | 20 | 22 | 24 | 26 | 28 | 30 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Ferrous Sulfate ī PO 80 x 180 days | 8P | | | | | | | | | | | | | | | |
| | PRESCRIBER Evans MD | | | | | | | | | | | | | | | | |
| | ORDER DATE 1-11-08  START DATE 1-12-08  STOP DATE 10-12-08 | | | | | | | | | | | | | | | | |
| | Colace ī PO 810-prn x 180 days | 8P | | | | | | | | | | | | | | | |
| | PRESCRIBER Evans MD | | | | | | | | | | | | | | | | |
| | ORDER DATE 1-11-08  START DATE 1-12-08  STOP DATE 10-12-08 | | | | | | | | | | | | | | | | |
| | Calan SR 240mg po QD x 120days | 6A | | | | | | | | | | | | | | | |
| | PRESCRIBER Adams | | | | | | | | | | | | | | | | |
| | ORDER DATE 1-18-08  START DATE 1-19-08  STOP DATE 5-19-08 | | | | | | | | | | | | | | | | |
| | Metoprolol 50mg po BID x 120days | 6A | | | | | | | | | | | | | | | |
| | PRESCRIBER Adams | | | | | | | | | | | | | | | | |
| | ORDER DATE 1-18-08  START DATE 1-19-08 | | | | | | | | | | | | | | | | |
| | Lisinopril 10mg po BID x 120days | 6A | | | | | | | | | | | | | | | |
| | PRESCRIBER Adams | | | | | | | | | | | | | | | | |
| | ORDER DATE 1-18-08  START DATE 1-19-08  STOP DATE 5-19-08 | | | | | | | | | | | | | | | | |

**DIAGNOSIS:** 58

**ALLERGIES:** Nkda

**DOB/INMATE #:** 228775
10-8-62

**LOCATION:** Seg

**NAME:** Doorless Everette

Facility Name: Ventress Correctional Facility

Month/Year of Charting: 11/07

| Aspirin EC 81MG EC Tab    30.00 | | |
|---|---|---|
| Take 1 tablet(s) by mouth daily | | |
| Start Date: 08-01-2007 | Prescriber: Peasant, John | |
| Stop Date: 01-27-2008 | RX #: 252777591 | |

| GlipiZIDE ( for Glucotrol ) 5MG Tab  30.00 | | |
|---|---|---|
| Take 1 tablet(s) by mouth daily | | |
| Start Date: 08-01-2007 | Prescriber: Peasant, John | |
| Stop Date: 01-27-2008 | RX #: 252777587 | |

| Hydrochlorothiazide ( for HCTZ ) 25MG Tab    30.00 | | |
|---|---|---|
| Take 1 tablet(s) by mouth daily | | |
| Start Date: 10-03-2007 | Prescriber: Peasant, John | |
| Stop Date: 12-31-2007 | RX #: 252941369 | |

| Lisinopril 10MG Tab    60.00 | | |
|---|---|---|
| Take 1 tablet(s) by mouth twice daily | | |
| Start Date: 10-03-2007 | Prescriber: Peasant, John | |
| Stop Date: 12-31-2007 | RX #: 252941382 | |

| Metformin HCl ( for Glucophage ) 500MG Tab    30.00 | | |
|---|---|---|
| Take 1 tablet(s) by mouth daily | | |
| Start Date: 08-01-2007 | Prescriber: Peasant, John | |
| Stop Date: 01-27-2008 | RX #: 252777592 | |

| Metoprolol Tartrate 50MG Tab  60.00 | | |
|---|---|---|
| Take 1 tablet(s) by mouth twice daily | | |
| Start Date: 10-03-2007 | Prescriber: Peasant, John | |
| Stop Date: 12-31-2007 | RX #: 252941377 | |

Diagnosis

Allergies
NKA

Housing Unit: Population
Patient ID Number: 238775
Patient Name:

**Loveless, Everette**

| Nurse's Signature | Initial | Nurse's Signature | Initial |
|---|---|---|---|
| K. Bretton | | B. Liebe RN | BL |
| B. Brannon (LPN) | | J. Burton | |

Documentation Codes
1. Discontinued Order
2. Refused
3. Patient out of facility
4. Charted in Error
5. Lock Down
6. Self Administered
7. Medication out of Stock
8. Medication Held
9. No Show
10. Other

Date of Birth:

59

| Facility Name: | Ventress Correctional Facility | | | | | | | | | | | | | Month/Year of Charting: | | | | | 11/07 | | | | | | | |

**Verapamil HCl CR ( for Calan SR )**
**240MG Tab CR     30.00**

Take 1 tablet(s) by mouth daily

| Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |
|------|---|---|---|---|---|---|---|---|---|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|

Start Date: 10-03-2007       Prescriber: Peasant, John

Stop Date: 12-31-2007                RX #: 252941366

| Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |
|------|---|---|---|---|---|---|---|---|---|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|

Start Date:            Prescriber:

Stop Date:                 RX #:

| Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |
|------|---|---|---|---|---|---|---|---|---|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|

Start Date:            Prescriber:

Stop Date:                 RX #:

| Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |
|------|---|---|---|---|---|---|---|---|---|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|

Start Date:            Prescriber:

Stop Date:                 RX #:

| Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |
|------|---|---|---|---|---|---|---|---|---|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|

Start Date:            Prescriber:

Stop Date:                 RX #:

| Diagnosis | Nurse's Signature | Initial | Nurse's Signature | Initial | Documentation Code |
|-----------|-------------------|---------|-------------------|---------|--------------------|
| | KoLeeWN | | ICW B. Lide RN BL | | 1. Discontinued Order |
| Allergies NKA | | | | | 2. Refused |
| | | | | | 3. Patient out of facility |
| | | | | | 4. Charted in Error |
| Housing Unit: Population | | | | | 5. Lock Down |
| Patient ID Number: 238775 | | | | | 6. Self Administered |
| Patient Name: | | | | | 7. Medication out of Stock |
| **Loveless, Everette** | | | | | 8. Medication Held |
| | Date of Birth: | | | | 9. No Show |
| | | | | | 10. Other |

Facility Name: Ventress Correctional Facility

Month/Year of Charting: 09/07

| Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |

**GlipiZIDE ( for Glucotrol ) 5MG Tab**
**30.00**

Take 1 tablet(s) by mouth daily

Start Date: 08-01-2007    Prescriber: Peasant, John
Stop Date: 01-27-2008    RX #: 252777587

**Aspirin EC 81MG EC Tab    30.00**

Take 1 tablet(s) by mouth daily

Start Date: 08-01-2007    Prescriber: Peasant, John
Stop Date: 01-27-2008    RX #: 252777591

**Metformin HCl ( for Glucophage )**
**500MG Tab    30.00**

Take 1 tablet(s) by mouth daily

Start Date: 08-01-2007    Prescriber: Peasant, John
Stop Date: 01-27-2008    RX #: 252777592

**Lisinopril 10MG Tab    30.00**

Take 1 tablet(s) by mouth daily

Start Date: 08-01-2007    Prescriber: Peasant, John
Stop Date: 01-27-2008    RX #: 252777603

**Metoprolol Tartrate ( for Lopressor )**
**100MG Tab    60.00**

Take 1 tablet(s) by mouth twice daily

Start Date: 08-01-2007    Prescriber: Peasant, John
Stop Date: 01-27-2008    RX #: 252777607

Start Date:    Prescriber:
Stop Date:    RX #:

Diagnosis

Allergies
NKA

Housing Unit: Population
Patient ID Number: 238775
Patient Name:
**Loveless, Everette**

| Nurse's Signature | Initial | Nurse's Signature | Initial | Documentation Codes |
|---|---|---|---|---|
| | | B. Hill RN | BC | 1. Discontinued Order |
| | | | | 2. Refused |
| | | | | 3. Patient out of facility |
| | | | | 4. Charted in Error |
| | | | | 5. Lock Down |
| | | | | 6. Self Administered |
| | | | | 7. Medication out of Stock |
| | | | | 8. Medication Held |
| | | | | 9. No Show |
| | | | | 10. Other |

Date of Birth:

Facility Name: VHHVess

| | Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

Month/Year of Charting:

EC ASA 81 mg po daily

K  30 given 7-17-07

P  #30 tabs given 8/3/07 X
Start Date: 5-16-07 8010 Prescriber: Whitley
Stop Date: 8-23-07 02-01-08      RX #:

Glipizide 5 mg ī po daily

K  30 given 7-10-07

P  #30 tabs given 8/3/07 X
Start Date: 5-16-07 8010 Prescriber: Whitley
Stop Date: 8-23-07 02-01-08      RX #:

Metformin 500 mg ī po daily

K

P  #30 tabs given 8/3/07 X
Start Date: 5-16-07 8010 Prescriber: Whitley
Stop Date: 8-23-07 02-01-08      RX #:

Lopressor 100 mg ī po Bid

K

P  #60 tabs given 8/3/07 X
Start Date: 5-16-07 8010 Prescriber: Whitley
Stop Date: 8-23-07 02-01-08      RX #:

Lisinopril 10 mg po daily

K  30 given 7-10-07

P  #30 tabs given 8/3/07 X
Start Date: 5-16-07 8010 Prescriber: Whitley
Stop Date: 8-23-07 02-01-08      RX #:

Start Date:     Prescriber:
Stop Date:      RX #:

Diagnosis

Allergies  NKA

Housing Unit:
Patient ID Number: 238775
Patient Name:

Loveless, Eurotto    IOF I

| Nurse's Signature | Initial | Nurse's Signature | Initial |
|---|---|---|---|
| OB Banks, LPN | B | B. Luke RN | BL |
| | | | AV |
| | | M Benefield LPN | MB |

Date of Birth: 10-08-12

Documentation Codes
1. Discontinued Order
2. Refused
3. Patient out of facility
4. Charted in Error
5. Lock Down
6. Self Administered
7. Medication out of Stoc
8. Medication Held
9. No Show
10. Other

62

| Facility Name: | Ventress Corr. Facility | | | | | | | | | | | | | Month/Year of Charting: | 8/07 | | | | | | | | | | |

| | Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| CTM 8mg po Bid x5d | 3P | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | 3P | | | | | | | | | | | | | | | | | | | | | | | | | | | | am | am | | |

Start Date: 8/27/07  Prescriber: Peasant M.D.
Stop Date: 9/1/07  RX #:

| | Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| mucinex 1 tab po Bid x5d | 3P | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | 3P | | | | | | | | | | | | | | | | | | | | | | | | | | | | am | am | | |

Start Date: 8/27/07  Prescriber: Peasant N.D.
Stop Date: 9/1/07  RX #:

| | Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Tylenol 500mg ii po Bid x5d | 3P | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | 3P | | | | | | | | | | | | | | | | | | | | | | | | | | | | am | am | | |

Start Date: 8/27/07  Prescriber: Peasant M.D.
Stop Date: 9/1/07  RX #:

| | Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

Start Date:  Prescriber:
Stop Date:  RX #:

| | Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

Start Date:  Prescriber:
Stop Date:  RX #:

| | Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

Start Date:  Prescriber:
Stop Date:  RX #:

| Diagnosis | Nurse's Signature | Initial | Nurse's Signature | Initial | Documentation Code |
|---|---|---|---|---|---|
| | A Matthews LPN | am | | gw | 1. Discontinued Order |
| Allergies | | | | | 2. Refused |
| | | | | | 3. Patient out of facility |
| | | | | | 4. Charted in Error |
| Housing Unit: population | | | | | 5. Lock Down |
| Patient ID Number: 238775 | | | | | 6. Self Administered |
| Patient Name: | | | M Canfield LPN | | 7. Medication out of St |
| | | | | | 8. Medication Held |
| | | | | | 9. No Show |
| | Date of Birth | | | | 10. Other |



**PRISON HEALTH SERVICES, INC.**
**SICK CALL REQUEST**

Print Name: _Everette loveless_    Date of Request: _8/23/07_    27

ID # _238775_    Date of Birth: _10/18/62_    Location: _D-1-15A_

Nature of problem or request: _right ankel swollen, both ached right offaside and Blood pressure up cold._

_____
Signature

**DO NOT WRITE BELOW THIS LINE**

Date: _8/27/07_
Time: _200_ AM (PM)
Allergies: _NKD_

┌─────────────────────────────┐
│         **RECEIVED**        │
│ Date: _8-27-07_             │
│ Time: _8:10 am_             │
│ Receiving Nurse Intials _T.S._ │
└─────────────────────────────┘

**(S)ubjective:** _I've got congestion in my head, cough, h/a_
_"BP is high a lot I've been eating these soups."_

**(O)bjective   (V/S):** T: _98.8_   P: _78_   R: _20_   BP: _178/82_   WT: _258_

**(A)ssessment:** _Cold non productive, stuffy nose c̄ h/a, afebrile_
_C/o ↑ BP instruct to cut back on soup, drink more H2O and_
_↓ caffeine intake._

**(P)lan:** _CTM 8mg po Bid X5d_
_Mucinex ÷ tab po Bid X5d_
_Tylenol 500mg ÷ po Bid X5d_

Refer to:   MD/PA   Mental Health   Dental   Daily Treatment   (Return to Clinic PRN)
CIRCLE ONE

Check One:   ROUTINE (X)    EMERGENCY ( )
If Emergency was PHS supervisor notified:   Yes ( )    No ( )
Was MD/PA on call notified:   Yes ( )    No ( )

_____
SIGNATURE AND TITLE

WHITE:   INMATES MEDICAL FILE
LOW:   INMATE RETAINS COPY AFTER NURSE INITIALS RECEIPT

64

Facility Name: **Bibb Correctional Facility**

Month/Year of Charting: 07/07

| | Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |

**Aspirin EC 81MG EC Tab     30.00**

Take 1 tablet(s) by mouth daily

Start Date: 05-16-2007  7-3107    Prescriber: Whitley, James
Stop Date: 08-23-2007  1-31-08    RX #: 252587030

**Glipizide ( for Glucotrol ) 5MG Tab 30.00**

Take 1 tablet(s) by mouth daily

30   7/0/0/0/01

Start Date: 05-16-2007  7-31-07    Prescriber: Whitley, James
Stop Date: 08-23-2007  1-31-08    RX #: 252587036

**Metformin HCl ( for Glucophage ) 500MG Tab     30.00**

Take 1 tablet(s) by mouth daily

Start Date: 05-16-2007  7-3107    Prescriber: Whitley, James
Stop Date: 08-23-2007  1-31-08    RX #: 252587039

**Metoprolol Tartrate ( for Lopressor ) 100MG Tab     60.00**

Take 1 tablet(s) by mouth twice daily

Start Date: 05-16-2007  7-31-07    Prescriber: Whitley, James
Stop Date: 08-23-2007  1-31-08    RX #: 252587046

**Lisinopril 10MG Tab     30.00**

Take 1 tablet(s) by mouth daily

30   7/0/0/0/01

Start Date: 05-16-2007  7-31-07    Prescriber: Whitley, James
Stop Date: 08-23-2007  1-31-08    RX #: 252587058

Start Date:                Prescriber:
Stop Date:                 RX #:

| Diagnosis | Nurse's Signature | Initial | Nurse's Signature | Initial | Documentation Co |
|---|---|---|---|---|---|
| | Helton  I | | A. Winds fn  aw | | 1. Discontinued Order |
| Allergies **NKA** | | | | | 2. Refused |
| | | | | | 3. Patient out of facilit |
| | | | a. Mark  Av | | 4. Charted in Error |
| Housing Unit: **Population (PHS)** | D. Ford. LPN | DT | Muyuyu | 18 | 5. Lock Down |
| Patient ID Number: **238775** | | | | | 6. Self Administered |
| Patient Name: | | | | | 7. Medication out of S |
| | | | | | 8. Medication Held |
| **Loveless, Everette** | | | Date of Birth: 10/8/07 | 65 | 9. No Show / 10. Other |

Facility Name: BiBC

Month/Year of Charting: 7-07

| | Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |

MAXITOL 2gtts
RT. EAR QED X 8DAY

238775

Start Date: 7-3-07    Prescriber: WHitley
Stop Date: 7-5-07    RX #:

BACTRIM DS
ī BID x 8DAY

Start Date: 7-3-07    Prescriber: WHitley
Stop Date: 7-11-07    RX #:

TYlenol 650mg
BID x 5day

Start Date: 7-3-07    Prescriber: W Hitley
Stop Date: 7-11-07    RX #:

Start Date:    Prescriber:
Stop Date:    RX #:

Start Date:    Prescriber:
Stop Date:    RX #:

Start Date:    Prescriber:
Stop Date:    RX #:

| Diagnosis | Nurse's Signature | Initial | Nurse's Signature | Initial | Documentation Code |
|---|---|---|---|---|---|
| | E. Ardur | an | D Ford. LPN | DT | 1. Discontinued Order |
| Allergies: NKA | | | | | 2. Refused |
| | | | | au | 3. Patient out of facility |
| | | | | | 4. Charted in Error |
| Housing Unit: | | | | z | 5. Lock Down |
| Patient ID Number: 238775 | | | | | 6. Self Administered |
| Patient Name: | | | | | 7. Medication out of Sto |
| | | | | | 8. Medication Held |
| | | | | | 9. No Show |
| LOVELESS LAVERETTE | | Date of Birth: | | 66 | 10. Other |

| Facility Name: **Bibb** | | | | | | | | | | | | | | Month/Year of Charting **5/07** | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

**5/15/07**
Glucotrol 5mg ÷ P.O daily x100 days                    *SH*

| Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

Start Date: ___    Prescriber: **Whitley**
Stop Date: ___    RX #:

**5/15/07**
Glucophage 500mg ÷ P.O daily x100 Days                    *SH*

| Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

Start Date: ___    Prescriber: **Whitley**
Stop Date: ___    RX #:

**5/15/07**
Lopressor 100mg ÷ P.O BID x100 days.                    *SH*

| Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

Start Date: ___    Prescriber: **Whitley**
Stop Date: ___    RX #:

**5/15/07**
Lisinopril 10mg ÷ P.O daily x100 days                    *SH*

| Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

Start Date: ___    Prescriber: **Whitley**
Stop Date: ___    RX #:

| Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

Start Date: ___    Prescriber: ___
Stop Date: ___    RX #:

| Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

Start Date: ___    Prescriber: ___
Stop Date: ___    RX #:

| Diagnosis | Nurse's Signature | Initial | Nurse's Signature | Initial | Documentation Code |
|---|---|---|---|---|---|
| | *SHobin* | SH | G woodson | Am | 1. Discontinued Order |
| **Allergies** | | | | | 2. Refused |
| NKDA | | | | | 3. Patient out of facility |
| **Housing Unit:** | | | | | 4. Charted in Error |
| Patient ID Number: **238795** | | | | | 5. Lock Down |
| **Patient Name:** | | | | | 6. Self Administered |
| Loveless Everette | | | | | 7. Medication out of Stock |
| | | | | | 8. Medication Held |
| | | Date of Birth: | | | 9. No Show |
| | | | | | 10. Other |

| Facility Name: Bibb Correctional Facility | Month/Year of Charting: 05/07 |

| | Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |

**Aspirin EC 81MG EC Tab    30.00**

Take 1 tablet(s) by mouth daily

Start Date: 02-03-2007    Prescriber: Whitley, James
Stop Date: 05-13-2007    RX #: 252335802

**Glipizide ( for Glucotrol ) 5MG Tab 30.00**

Take 1 tablet(s) by mouth daily

Start Date: 02-03-2007    Prescriber: Whitley, James
Stop Date: 05-13-2007    RX #: 252335804

**Metformin HCl ( for Glucophage ) 500MG Tab    30.00**

Take 1 tablet(s) by mouth daily

Start Date: 02-03-2007    Prescriber: Whitley, James
Stop Date: 05-13-2007    RX #: 252335807

**Metoprolol Tartrate ( for Lopressor ) 100MG Tab    60.00**

Take 1 tablet(s) by mouth twice daily

Start Date: 02-03-2007    Prescriber: Whitley, James
Stop Date: 05-13-2007    RX #: 252335809

**Lisinopril 10MG Tab    30.00**

Take 1 tablet(s) by mouth daily

Start Date: 03-01-2007    Prescriber: Whitley, James
Stop Date: 05-29-2007    RX #: 252398561

5/15/07
ASA EC 81mg ÷ P.O
daily x 100 days.

Start Date:    Prescriber: Whitley
Stop Date:    RX #:

| Diagnosis | | Nurse's Signature | Initial | Nurse's Signature | Initial | Documentation Code |
| --- | --- | --- | --- | --- | --- | --- |
| | | A. Upadoyan | aw | D. Ford. LPN | DF | 1. Discontinued Order |
| Allergies | | SHindey LPN | SH | | | 2. Refused |
| NKA | | | | | | 3. Patient out of facility |
| | | | | | | 4. Charted in Error |
| Housing Unit: MHU (MRM) | | | | | | 5. Lock Down |
| Patient ID Number: 238775 | | | | | | 6. Self Administered |
| Patient Name: | | | | | | 7. Medication out of Stock |
| **Loveless, Everette** | | Date of Birth: | | | | 8. Medication Held |
| | | | | | | 9. No Show |
| | | | | | | 10. Other |

Facility Name: Bibb Correctional Facility

Month/Year of Charting: 04/07

| | Hour | 1 2 3 4 5 6 7 8 9 10 | 11 12 13 14 15 16 17 18 19 20 21 22 23 24 25 26 27 28 29 30 |
|---|---|---|---|

**Aspirin EC 81MG EC Tab    30.00**

Take 1 tablet(s) by mouth daily

Start Date: 02-03-2007    Prescriber: Whitley, James
Stop Date: 05-13-2007    RX #: 252335802

**Glipizide ( for Glucotrol ) 5MG Tab 30.00**

Take 1 tablet(s) by mouth daily

30 pills

Start Date: 02-03-2007    Prescriber: Whitley, James
Stop Date: 05-13-2007    RX #: 252335804

**Metformin HCl ( for Glucophage ) 500MG Tab    30.00**

Take 1 tablet(s) by mouth daily

Start Date: 02-03-2007    Prescriber: Whitley, James
Stop Date: 05-13-2007    RX #: 252335807

#- 19
3-8-07

**Metoprolol Tartrate ( for Lopressor ) 100MG Tab    60.00**

Take 1 tablet(s) by mouth twice daily

60 pills

Start Date: 02-03-2007    Prescriber: Whitley, James
Stop Date: 05-13-2007    RX #: 252335809

**Lisinopril 10MG Tab    30.00**

Take 1 tablet(s) by mouth daily

Start Date: 03-01-2007    Prescriber: Whitley, James
Stop Date: 05-29-2007    RX #: 252398561

Start Date:    Prescriber:
Stop Date:    RX #:

Diagnosis

Allergies
NKA

Housing Unit: MRM
Patient ID Number: 238775
Patient Name:

**Loveless, Everette**

| Nurse's Signature | Initial | Nurse's Signature | Initial | Documentation Codes |
|---|---|---|---|---|
| M Campbell R | | Q. Woods LPN | aw | 1. Discontinued Order |
| P. Ford LPN | df | Woods LPN | | 2. Refused |
| | | | | 3. Patient out of facility |
| | | | | 4. Charted in Error |
| | | | | 5. Lock Down |
| | | | | 6. Self Administered |
| | | | | 7. Medication out of Stock |
| | | | | 8. Medication Held |
| | | | | 9. No Show |
| | | | | 10. Other |

Date of Birth:

69

Facility Name: Bibb Correctional Facility

Month/Year of Charting: 03/07

| Medication | Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

**Aspirin EC 81MG EC Tab   30.00**

Take 1 tablet(s) by mouth daily

Hour: 3A

Start Date: 02-03-2007
Stop Date: 05-13-2007
Prescriber: Whitley, James
RX #: 252335802

---

**Glipizide ( for Glucotrol ) 5MG Tab 30.00**

Take 1 tablet(s) by mouth daily

Hour: 3A

Start Date: 02-03-2007
Stop Date: 05-13-2007
Prescriber: Whitley, James
RX #: 252335804

---

**Metformin HCl ( for Glucophage ) 500MG Tab   30.00**

Take 1 tablet(s) by mouth daily

Hour: 3A

Start Date: 02-03-2007
Stop Date: 05-13-2007
Prescriber: Whitley, James
RX #: 252335807

---

**Metoprolol Tartrate ( for Lopressor ) 100MG Tab   60.00**

Take 1 tablet(s) by mouth twice daily

Hour: 3A  9 9 9 9 9 9 9 9 9 9 9 9 9 9 9 9 9 9 9
Hour: 3P  9 9 9 9 9 9 9 9 9 9 9 9 9 9 9 9 9 9 9

Start Date: 02-03-2007
Stop Date: 05-13-2007
Prescriber: Whitley, James
RX #: 252335809

---

2/27/07 4PM
Lisinopril 20mg ME
÷ BID x 90 days Rp
3/8/07

ERROR ypm

KOp

Start Date:
Stop Date:
Prescriber: Whitley
RX #:

---

2/26/07
Lisinopril 10mg ÷
QD X 90 days

Hour: 3A
KOp

Start Date:
Stop Date:
Prescriber: Whitley
RX #:

---

Diagnosis

Allergies: NKA

Housing Unit: MHM
Patient ID Number: 238775
Patient Name:

**Loveless, Everette**

| Nurse's Signature | Initial | Nurse's Signature | Initial |
|---|---|---|---|
| Y. Patterson LPN  YP | YP | A. Woods LPN  Ace | Ace |
| D. Ford. LPN | DF | | |

**Documentation Code**
1. Discontinued Order
2. Refused
3. Patient out of facility
4. Charted in Error
5. Lock Down
6. Self Administered
7. Medication out of Stc
8. Medication Held
9. No Show
10. Other

Date of Birth:

Facility Name: Bibb

Month/Year of Charting:

| Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

Motrin 600 mg po now

Motrin 600 mg
tab i po tid
x 7 days

9A →
3 →

Start Date: 2-1-07   Prescriber: Whitley
Stop Date: 2-8-07   RX #:

CTM 8 mg po now

CTM 4 mg
tab i po bid x 7 days

3A →
30 →

Start Date: 2-1-07   Prescriber: Whitley
Stop Date: 2-8-07   RX #:

2/26/07
Anusol HC Supp.
BID x 5 days, then
daily x 30 days.

K O P

Start Date:   Prescriber: Whitley
Stop Date:   RX #:

2/26/07
Lisinopril 10mg P.O
daily x 90 days.

K O P

Start Date:   Prescriber: Whitley
Stop Date:   RX #:

KOP ALL Meds.
2/26/07

Start Date:   Prescriber:
Stop Date:   RX #:

Start Date:   Prescriber:
Stop Date:   RX #:

| Diagnosis | Nurse's Signature | Initial | Nurse's Signature | Initial | Documentation Codes |
|---|---|---|---|---|---|
| | | | | | 1. Discontinued Order |
| Allergies NKDA | B Ford, LPN | DJ | J Word, LPN | | 2. Refused |
| | | | | | 3. Patient out of facility |
| | | | | | 4. Charted in Error |
| | | | | | 5. Lock Down |
| Housing Unit: | | | Kessler, LPN | | 6. Self Administered |
| Patient ID Number: 238775 | | | | | 7. Medication out of Stock |
| Patient Name: | | | | | 8. Medication Held |
| | | | | | 9. No Show |
| Loveless, Everette | | | Date of Birth: 10-8-62 | | 10. Other |

Facility Name: BIBB

Month/Year Charting: Feb 2007

| | Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |

ASA 81mg EC ÷ tab
p.o daily x 100 days

(STOP ASA !!
2/1/07 (until further )
DJ

Start Date:
Stop Date:
Prescriber: Whitley, MD
RX #:

Gluctrol 5mg ÷ tab
p.o daily x 100 days

2/1/07                DJ

Start Date: 2/1/07
Stop Date:
Prescriber: Whitley, MD
RX #:

Glucophage 500mg ÷ tab
p.o daily x 100 days

2/1/07                DJ

Start Date: 2/1/07
Stop Date:
Prescriber: Whitley MD
RX #:

Lopressor 100mg ÷ tab
po BID x 100 days

2/1/07                DJ

Start Date:
Stop Date:
Prescriber: Whitley, MD
RX #:

Diagnosis

Allergies: NKA

Housing Unit:
Patient ID Number: 258775
Patient Name:
Loveless, Everette

| Nurse's Signature | Initial | Nurse's Signature | Initial |
|---|---|---|---|
| D Jord, LPN | DJ | J Woods, LPN | JW |
| G Nagel LPN | GN | | |
| K Chan | KC | C Nick | |

Documentation Codes
1. Discontinued Order
2. Refused
3. Patient out of facility
4. Charted in Error
5. Lock Down
6. Self Administered
7. Medication out of Stock
8. Medication Held
9. No Show
10. Other

Date of Birth:

72

Facility Name: Bibb Correctional Facility

Month/Year of Charting: 02/07

| | Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|



Risperdal 1MG Tab      30.00

Take 1 tablet(s) by mouth in the morning

Start Date: 12-06-2006    Prescriber: Hunter MHM, R.
Stop Date: 03-05-2007    RX #: 252187420

D/C 2/2/07

---

Imipramine HCl 50MG Tab      60.00

Take 2 tablet(s) by mouth in the morning

Start Date: 12-06-2006    Prescriber: Hunter MHM, R.
Stop Date: 03-05-2007    RX #: 252187425

D/C 2/2/07

---

Aspirin EC 81MG EC Tab      30.00

Take 1 tablet(s) by mouth daily

See new order

Start Date: 11-04-2006    Prescriber: Whitley, James
Stop Date: 02-11-2007    RX #: 252097758

---

Glipizide ( for Glucotrol ) 5MG Tab 30.00

Take 1 tablet(s) by mouth daily

See New Order

Start Date: 11-04-2006    Prescriber: Whitley, James
Stop Date: 02-11-2007    RX #: 252097746

---

Metformin HCl ( for Glucophage ) 500MG Tab      30.00

Take 1 tablet(s) by mouth daily

See new order

Start Date: 11-04-2006    Prescriber: Whitley, James
Stop Date: 02-11-2007    RX #: 252097749

---

Metoprolol Tartrate ( for Lopressor ) 100MG Tab      60.00

Take 1 tablet(s) by mouth twice daily

See new order

Start Date: 11-04-2006    Prescriber: Whitley, James
Stop Date: 02-11-2007    RX #: 252097753

---

Diagnosis

Allergies
NKA

Housing Unit:    MHM
Patient ID Number: 238775
Patient Name:

Loveless, Everette

| Nurse's Signature | Initial | Nurse's Signature | Initial |
|---|---|---|---|
| D. Ford, LPN | DF | KCShaw RN | KS |

Documentation Codes
1. Discontinued Order
2. Refused
3. Patient out of facility
4. Charted in Error
5. Lock Down
6. Self Administered
7. Medication out of Stock
8. Medication Held
9. No Show
10. Other

Date of Birth:

73

| Facility Name: Bibb Correctional Facility | Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 3 |

Month/Year of Charting: 12/06

**Hydrochlorothiazide ( for HCTZ ) 25MG Tab    30.00**

Take 1 tablet(s) by mouth daily

Start Date: 09-29-2006     Prescriber: Whitley, James
Stop Date: 01-06-2007     RX #: 251982101

**Enalapril Maleate ( for Vasotec ) 10MG Tab    30.00**

Take 1 tablet(s) by mouth at 3am

Start Date: 10-07-2006     Prescriber: Whitley, James
Stop Date: 01-14-2007     RX #: 252008265

**Aspirin EC 81MG EC Tab    30.00**

Take 1 tablet(s) by mouth daily

Start Date: 11-04-2006     Prescriber: Whitley, James
Stop Date: 02-11-2007     RX #: 252097758

**Glipizide ( for Glucotrol ) 5MG Tab 30.00**

Take 1 tablet(s) by mouth daily

Start Date: 11-04-2006     Prescriber: Whitley, James
Stop Date: 02-11-2007     RX #: 252097746

**Metformin HCl ( for Glucophage ) 500MG Tab    30.00**

Take 1 tablet(s) by mouth daily

Start Date: 11-04-2006     Prescriber: Whitley, James
Stop Date: 02-11-2007     RX #: 252097749

**Metoprolol Tartrate ( for Lopressor ) 100MG Tab    60.00**

Take 1 tablet(s) by mouth twice daily

Start Date: 11-04-2006     Prescriber: Whitley, James
Stop Date: 02-11-2007     RX #: 252097753

| Diagnosis | Nurse's Signature | Initial | Nurse's Signature | Initial | Documentation Codes |
|---|---|---|---|---|---|

Allergies
NKA

Housing Unit:    MHM
Patient ID Number: 238775
Patient Name:

**Loveless, Everette**

Documentation Codes
1. Discontinued Order
2. Refused
3. Patient out of facility
4. Charted in Error
5. Lock Down
6. Self Administered
7. Medication out of Stoc
8. Medication Held
9. No Show
10. Other

Date of Birth: 10 8 62

74

Facility Name: Bibb Correctional Facility

Month/Year of Charting: 11/06

**Risperdal 1MG Tab    30.00**

Take 1 tablet(s) by mouth at bedtime

QD

Start Date: 08-16-2006    Prescriber: Crittendon MHM, R.
Stop Date: 11-13-2006    RX #: 251837539

STOP

**Imipramine HCl 50MG Tab    60.00**

Take 2 tablet(s) by mouth at bedtime

QD

Start Date: 08-16-2006    Prescriber: Crittendon MHM, R.
Stop Date: 11-13-2006    RX #: 251837546

STOP

11-2-06    QD
**Glucotrol 5mg tab ī tab po qd x100days**

See below

Start Date:    Prescriber: Whitley
Stop Date:    RX #:

11-2-06    QD
**Glucophage 500mg tab ī po qd x 100 days**

Start Date:    Prescriber: Whitley
Stop Date:    RX #:

11-2-06    QD
**Metoprolol Tartrate 100mg tab ī po bid x 100 days**

Start Date:    Prescriber: Whitley
Stop Date:    RX #:

11-2-06    QD
**Aspirin EC 81mg tab ī tab po qd**

Start Date:    Prescriber: Whitley
Stop Date:    RX #:

Diagnosis

Allergies: NKA

Housing Unit: MHM
Patient ID Number: 238775
Patient Name:
**Loveless, Everette**

| Nurse's Signature | Initial | Nurse's Signature | Initial |
|---|---|---|---|
| Q. Dragg, LPN | QD | Wm LPN | N |

Documentation Codes
1. Discontinued Order
2. Refused
3. Patient out of facility
4. Charted in Error
5. Lock Down
6. Self Administered
7. Medication out of Stock
8. Medication Held
9. No Show
10. Other

Date of Birth: 10-8-62

75

Facility Name: **Bibb**

Month/Year of Charting: **11/06**

Metoprolol Tartrate
100mg Tab
Take ↑ tablbymouth
twice daily

Start Date: 8-18-2006    Prescriber: Whitley
Stop Date: 11-25-2006    RX #:

Start Date: 8-16-2006    Prescriber: Whitley
Stop Date: 11-13-2006    RX #:

Risperdal 1mg PO
qHS x 90 days

Start Date: 11-01-06    Prescriber: Crittendon
Stop Date: 02-01-06    RX #:

Imipramine HCL
100mg  PO qHS
x 90 days

Start Date: 11-01-06    Prescriber: Crittendon
Stop Date: 02-01-06    RX #:

Glucotrol 10mg
PO BID x100 days

Start Date:    Prescriber: Wh.7/ley
Stop Date:    RX #:

Start Date:    Prescriber:
Stop Date:    RX #:

Diagnosis

Allergies

Housing Unit:
Patient ID Number: **238775**
Patient Name:
**Loreless, Everette**

| Nurse's Signature | Initial | Nurse's Signature | Initial |
|---|---|---|---|
| Patteu | | Smith | |
| Beard LPN | | | |
| Randall | | | |

Documentation Codes
1. Discontinued Order
2. Refused
3. Patient out of facility
4. Charted in Error
5. Lock Down
6. Self Administered
7. Medication out of Stock
8. Medication Held
9. No Show
10. Other

Date of Birth:

76



Facility Name: Bibb Correctional Facility

Month/Year of Charting: 10/06

| Medication | | |
|---|---|---|
| Enalapril Maleate ( for Vasotec ) 10MG Tab 30.00  Take 1 tablet(s) by mouth daily | D/C See New Order | |
| Start Date: 08-18-2006  Stop Date: 11-25-2006 | Prescriber: Whitley, James  RX #: 251845506 | |
| Glipizide ( for Glucotrol ) 5MG Tab 30.00  Take 1 tablet(s) by mouth daily | See New Order | |
| Start Date: 08-18-2006  Stop Date: 11-25-2006 | Prescriber: Whitley, James  RX #: 251845511 | |
| Metformin HCl ( for Glucophage ) 500MG Tab 30.00  Take 1 tablet(s) by mouth daily | | |
| Start Date: 08-18-2006  Stop Date: 11-25-2006 | Prescriber: Whitley, James  RX #: 251845515 | |
| Metoprolol Tartrate 100MG Tab 60.00  Take 1 tablet(s) by mouth twice daily | | |
| Start Date: 08-18-2006  Stop Date: 11-25-2006 | Prescriber: Whitley, James  RX #: 251845519 | |
| Aspirin EC 81MG EC Tab 30.00  Take 1 tablet(s) by mouth daily | See New Order | |
| Start Date: 08-18-2006  Stop Date: 11-25-2006 | Prescriber: Whitley, James  RX #: 251845530 | |
| Risperdal 1MG Tab 30.00  Take 1 tablet(s) by mouth at bedtime | | |
| Start Date: 08-16-2006  Stop Date: 11-13-2006 | Prescriber: Crittendon MHM, R.  RX #: 251837539 | |

Diagnosis

Allergies
NKA

Housing Unit: MHM
Patient ID Number: 238775
Patient Name:
**Loveless, Everette**

| Nurse's Signature | Initial | Nurse's Signature | Initial | Documentation Codes |
|---|---|---|---|---|
| Woods, LPN | | A. Rutledge LPN  Chris W | aR  Ar | 1. Discontinued Order  2. Refused  3. Patient out of facility  4. Charted in Error  5. Lock Down  6. Self Administered  7. Medication out of Stock  8. Medication Held  9. No Show  10. Other |

Date of Birth:

77

Facility Name: __Bibb Correctional Facility__

Month/Year of Charting: __10/06__

| | Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |

Imipramine HCl 50MG Tab    60.00

Take 2 tablet(s) by mouth at bedtime

3p 9 9 9 9 9 9 9 9 9 9 9 9 9 9 9 9 9 9 9 9 9 9 9 9 9 9 9 9 9

Start Date: 08-16-2006    Prescriber: Crittendon MHM, R.
Stop Date: 11-13-2006    RX #: 251837546

HCTZ 25mg ꞊ PO
qd x 100 days

qu

Start Date: 9-28-06    Prescriber: Whitley
Stop Date: 12-28-06    RX #:

Vasotec 10mg
꞊ Q Day X 100
Days

3A

Start Date: 10-5-06    Prescriber: Whitley
Stop Date: 1-15-07    RX #:

ASA 81 mg
Q Day X 100
Days

3A

Start Date: 10-5-06    Prescriber: Whitley
Stop Date: 1-15-07    RX #:

Glucotrol 10mg
B.i.D. X 100 Days

3A

3P 9 9 9 9 9 9 9 9 9 9 9 9 9 9 9 9 9 9 9 9 9 9 9 9 9 9 9 9 9 9

Start Date: 10-5-06    Prescriber: Whitley
Stop Date: 1-15-07    RX #:

Give Flu-Shot

Start Date:    Prescriber:
Stop Date:    RX #:

Diagnosis

Allergies
NKA

Housing Unit: __MHM__
Patient ID Number: __238775__
Patient Name:
**Loveless, Everette**

| Nurse's Signature | Initial | Nurse's Signature | Initial |
|---|---|---|---|
| J Word, LPN  gu | gu | A. Ruttedy LPN | aR |
| | | a. Ria U | N |

Documentation Codes
1. Discontinued Order
2. Refused
3. Patient out of facility
4. Charted in Error
5. Lock Down
6. Self Administered
7. Medication out of Stock
8. Medication Held
9. No Show
10. Other

Date of Birth:    78



Facility Name: **Bibb Correctional Facility**

Month/Year of Charting: **09/06**

**Risperdal 1MG Tab    30.00**

Take 1 tablet(s) by mouth at bedtime

3p

Start Date: **08-16-2006**    Prescriber: **Crittendon MHM, R.**

Stop Date: **11-13-2006**    RX #: **251837539**

**Imipramine HCl 50MG Tab    60.00**

Take 2 tablet(s) by mouth at bedtime

3p

Start Date: **08-16-2006**    Prescriber: **Crittendon MHM, R.**

Stop Date: **11-13-2006**    RX #: **251837546**

Start Date:    Prescriber:

Stop Date:    RX #:

Start Date:    Prescriber:

Stop Date:    RX #:

Start Date:    Prescriber:

Stop Date:    RX #:

Start Date:    Prescriber:

Stop Date:    RX #:

Diagnosis

Allergies

Housing Unit: **MHM**

Patient ID Number: **238775**

Patient Name:

**Loveless, Everette**

| Nurse's Signature | Initial | Nurse's Signature | Initial | Documentation Codes |
|---|---|---|---|---|
| | | | | 1. Discontinued Order |
| | | | | 2. Refused |
| | | | | 3. Patient out of facility |
| | | | | 4. Charted in Error |
| | | | | 5. Lock Down |
| | | | | 6. Self Administered |
| | | | | 7. Medication out of Stock |
| | | | | 8. Medication Held |
| | | | | 9. No Show |
| | | | | 10. Other |

Date of Birth:

79



Facility Name: **Bbb**

Month/Year of Charting: **8/6**

Vasotec 10mg ÷ PO
qd x 100 days
~~Hop~~

Start Date: 8-10-6    Prescriber: Whitley
Stop Date: 11-20-6    RX #:

Glucotrol 5mg PO
qd x 100 days
~~Hop~~

Start Date: 8-10-6    Prescriber: Whitley
Stop Date: 11-20-6    RX #:

Glucophage 500mg
÷ PO qd x 100 days
~~Hop~~

Start Date: 8-20-6    Prescriber: Whitley
Stop Date: 11-20-6    RX #:

ASA 81mg ÷ PO
qd x 100 days
~~Hop~~

Start Date: 8-20-6    Prescriber: Whitley
Stop Date: 11-20-6    RX #:

HCTZ 25mg ÷ PO
QD x 100 days
~~Hop~~

Start Date: 8-20-6    Prescriber: Whitley
Stop Date: 11-20-6    RX #:

Risperdal 1mg PO
qhs    ~~Hop~~ Error

Start Date: 8-20-6    Prescriber: Whitley
Stop Date: 11-20-6    RX #:

Diagnosis

Allergies  NKDA

Housing Unit:
Patient ID Number: 238775
Patient Name: Loveless, Everette

Nurse's Signature: A. Cali LPN    Initial: AC

Date of Birth: 10/8/62

Documentation Code
1. Discontinued Order
2. Refused
3. Patient out of facility
4. Charted in Error
5. Lock Down
6. Self Administered
7. Medication out of Stc
8. Medication Held
9. No Show
10. Other    80

8/6



| Facility Name: | *Bob* |
| --- | --- |

Imipramine 50mg
ii PO qhs x 100 dy

Start Date: *W 8-20-6*   Prescriber: *Whitley*
Stop Date: *11-20-6*    RX #:

? Lopressor 100mg
ii PO BID

Start Date:   Prescriber:
Stop Date:    RX #:

Risperdal 1mg hs
x 90d

BL

Start Date: 8/15/06   Prescriber: *Crittenden*
Stop Date: 11-15-06   RX #:

imipramine 100mg
ii hs x 90d

bL

Start Date: 8/15/06   Prescriber: *Crittenden*
Stop Date: 11-15-06   RX #:

Start Date:   Prescriber:
Stop Date:    RX #:

Start Date:   Prescriber:
Stop Date:    RX #:

| Diagnosis | Nurse's Signature | Initial | Nurse's Signature | Initial | Documentation Cod |
| --- | --- | --- | --- | --- | --- |
| | *A. Cab LPN* | *A* | *a Cock* | *N* | 1. Discontinued Order |
| Allergies  NKDA | | | | | 2. Refused |
| | | | | | 3. Patient out of facility |
| | | | | | 4. Charted in Error |
| Housing Unit: | *Kelraw LPN* | *Kc8* | | | 5. Lock Down |
| Patient ID Number: 238775 | | | | | 6. Self Administered |
| Patient Name: | | | | | 7. Medication out of St |
| *Avalos Everette* | | | | | 8. Medication Held |
| | | Date of Birth: | 10/8/6? | *BL* | 9. No Show |
| | | | | | 10. Other |



| Facility Name: Kilby Correctional Facility | | Month/Year of Charting 08/06 |

**Risperdal 2MG Tab     15.00**

Take one-half (1/2) tablet(s) =1mg by mouth at bedtime

Start Date: 06-06-2006   Prescriber: Beecham MHM, P.
Stop Date: 09-03-2006    RX #: 251591446

*New order*

**Imipramine HCl 50MG Tab     60.00**

Take 2 tablet(s) by mouth (100mg) at bedtime

Start Date: 06-06-2006   Prescriber: Beecham MHM, P.
Stop Date: 09-03-2006    RX #: 251591447

*See New Order*

**Vasotec 10mg.** 0900
ī po qd

*Duplicate*

Start Date: 3-31-06   Prescriber: Robbins
Stop Date: 9-26-06    RX #:

**Glucophage 500mg** 0900
ī po qd

*Duplicate*

Start Date: 3-31-06   Prescriber: Robbins
Stop Date: 9-26-06    RX #:

**Lopressor 100mg** 0900
ī po bid     2000

*Duplicate*

Start Date: 3-31-06   Prescriber: Robbins
Stop Date: 9-26-06    RX #:

**ASA EC 81mg** 0900
ī po qd

*Duplicate*

Start Date: 3-31-06   Prescriber: Robbins
Stop Date: 9-26-06    RX #:

| Diagnosis | Nurse's Signature | Initial | Nurse's Signature | Initial | Documentation Code |
| --- | --- | --- | --- | --- | --- |
| | | | A. Hugley | | 1. Discontinued Order |
| Allergies | | | | | 2. Refused |
| | | | | | 3. Patient out of facility |
| | | | | | 4. Charted in Error |
| Housing Unit: Population | | | | | 5. Lock Down |
| Patient ID Number: 238775 | | | | | 6. Self Administered |
| Patient Name: | | | | | 7. Medication out of Stock |
| **Loveless, Everette** | | Date of Birth | | | 8. Medication Held |
| | | | | | 9. No Show |
| | | | | | 10. Other |

82

Facility Name: **Kilby Correctional Facility**

Month Year of Charting: **07/06**

| Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |

**Risperdal 2MG Tab    15.00**

Take one-half (1/2) tablet(s) =1mg by mouth at bedtime

Start Date: 06-06-2006    Prescriber: Beecham MHM, P.
Stop Date: 09-03-2006    RX #: 251591446

**Imipramine HCl 50MG Tab    60.00**

Take 2 tablet(s) by mouth (100mg) at bedtime

Start Date: 06-06-2006    Prescriber: Beecham MHM, P.
Stop Date: 09-03-2006    RX #: 251591447

**Vasotec 10mg**
ī po qd

Start Date: 3-31-06    Prescriber: Robbins
Stop Date: 9-26-06    RX #:

**Glucophage 500mg**
ī po qd

Start Date: 3-31-06    Prescriber: Robbins
Stop Date: 9-26-06    RX #:

**Lopressor 100mg**
ī po bid

Start Date: 3-31-06    Prescriber: Robbins
Stop Date: 9-26-06    RX #:

**ASA EC 81mg**
ī po qd

Start Date: 3-31-06    Prescriber: Robbins
Stop Date: 9-26-06    RX #:

Diagnosis

Allergies

Housing Unit: Population
Patient ID Number: 238775
Patient Name:
**Loveless, Everette**

Date of Birth:

| Nurse's Signature | Initial | Nurse's Signature | Initial |
| --- | --- | --- | --- |

Documentation Code
1. Discontinued Order
2. Refused
3. Patient out of facility
4. Charted in Error
5. Lock Down
6. Self Administered
7. Medication out of Sto
8. Medication Held
9. No Show
10. Other





Facility Name: KCF

HCTZ 25mg
÷ po qd

Start Date: 3-31-06    Prescriber: Robbins L
Stop Date: 9-26-06    RX #:

Glucotrol 5mg
÷ po qd

Start Date: 4-20-06    Prescriber: Robbins
Stop Date: 10-16-06    RX #:

Diagnosis

Allergies

Housing Unit:
Patient ID Number: 238775
Patient Name: Loveless, Everette

Documentation Code
1. Discontinued Order
2. Refused
3. Patient out of facility
4. Charted in Error
5. Lock Down
6. Self Administered
7. Medication out of Sto
8. Medication Held
9. No Show
10. Other



| Facility Name: | Kilby Correctional Facility | | | | | | | | | | | | | | Month/Year of Charting | | | | 06/06 | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

**Risperdal 4MG Tab    15.00**

Take one-half (1/2) tablet(s) by mouth at bedtime

| Start Date: | 04-12-2006 | Prescriber: | Nevels MHM, Charles |
|---|---|---|---|
| Stop Date: | 07-10-2006 | | RX #: 251397829 |

**Imipramine HCl 50MG Tab    60.00**

Take 2 tablet(s) by mouth at bedtime

| Start Date: | 04-12-2006 | Prescriber: | Nevels MHM, Charles |
|---|---|---|---|
| Stop Date: | 07-10-2006 | | RX #: 251397831 |

*Risperdal 1mg*
*P.O Q H.S.*
*X90d*

| Start Date: | 6/5/06 | Prescriber: | Beecham |
|---|---|---|---|
| Stop Date: | 9/5/06 | | RX #: |

*Imipramine 50mg*
*TAKE (2) tabs H.S.*
*X90d*

| Start Date: | 6/5/06 | Prescriber: | Beecham |
|---|---|---|---|
| Stop Date: | 9/5/06 | | RX #: |

| Diagnosis | Nurse's Signature | Initial | Nurse's Signature | Initial | Documentation Codes |
|---|---|---|---|---|---|
| Allergies | | | | | 1. Discontinued Order |
| | | | | | 2. Refused |
| | | | | | 3. Patient out of facility |
| | | | | | 4. Charted in Error |
| Housing Unit: Population | | | | | 5. Lock Down |
| Patient ID Number: 238775 | | | | | 6. Self Administered |
| Patient Name: | | | | | 7. Medication out of Stock |
| | | | | | 8. Medication Held |
| **Loveless, Everette** | Date of Birth: | | | | 9. No Show |
| | | | | | 10. Other |

| Facility Name: **Kilby Correctional Facility** | | Month/Year of Charting |
| --- | --- | --- |

**Vasotec 10MG Tab    30.00**

Take 1 tablet(s) by mouth daily

Start Date: 03-31-2006   Prescriber: Robbins, M.
Stop Date: 09-26-2006    RX # 251356635

**Glucophage 500MG Tab    30.00**

Take 1 tablet(s) by mouth daily

Start Date: 03-31-2006   Prescriber: Robbins, M.
Stop Date: 09-26-2006    RX # 251356719

**Metoprolol Tartrate 100MG Tab 60.00**

Take 1 tablet(s) by mouth twice daily

Start Date: 03-31-2006   Prescriber: Robbins, M.
Stop Date: 09-26-2006    RX # 251356721

**Aspirin EC 81MG EC Tab    30.00**

Take 1 tablet(s) by mouth daily

Start Date: 03-31-2006   Prescriber: Robbins, M.
Stop Date: 09-26-2006    RX # 251356723

**HCTZ 25MG Tab    30.00**

Take 1 tablet(s) by mouth daily

Start Date: 03-31-2006   Prescriber: Robbins, M.
Stop Date: 09-26-2006    RX # 251356724

**Glucotrol 5MG Tab    30.00**

Take 1 tablet(s) by mouth daily

Start Date: 04-20-2006   Prescriber: Robbins, M.
Stop Date: 10-16-2006    RX # 251425822

| Diagnosis | Nurse's Signature | Initial | Nurse's Signature | Initial | Documentation Code |
| --- | --- | --- | --- | --- | --- |
| | | | | | 1. Discontinued Order |
| Allergies | | | | | 2. Refused |
| | | | | | 3. Patient out of facility |
| | | | | | 4. Charted in Error |
| Housing Unit:  **Population** | D. Burns LPN | DB | | | 5. Lock Down |
| Patient ID Number: **238775** | | | | | 6. Self Administered |
| | | | | | 7. Medication out of Sto |
| Patient Name: | | | | | 8. Medication Held |
| **Loveless, Everette** | | | | | 9. No Show |
| | Date of Birth: | | | | 10. Other |



Facility Name: **Kilby Correctional Facility**

Month/Year of Charting: 05/06

**Vasotec 10MG Tab    30.00**

Take 1 tablet(s) by mouth daily

Start Date: 03-31-2006
Stop Date: 09-26-2006
Prescriber: Robbins, M.
RX #: 251356635

**Glucophage 500MG Tab    30.00**

Take 1 tablet(s) by mouth daily

Start Date: 03-31-2006
Stop Date: 09-26-2006
Prescriber: Robbins, M.
RX #: 251356719

**Metoprolol Tartrate 100MG Tab 60.00**

Take 1 tablet(s) by mouth twice daily

Start Date: 03-31-2006
Stop Date: 09-26-2006
Prescriber: Robbins, M.
RX #: 251356721

**Aspirin EC 81MG EC Tab    30.00**

Take 1 tablet(s) by mouth daily

Start Date: 03-31-2006
Stop Date: 09-26-2006
Prescriber: Robbins, M.
RX #: 251356723

**HCTZ 25MG Tab    30.00**

Take 1 tablet(s) by mouth daily

Start Date: 03-31-2006
Stop Date: 09-26-2006
Prescriber: Robbins, M.
RX #: 251356724

**Risperdal 4MG Tab    15.00**

Take one-half (1/2) tablet(s) by mouth at bedtime

Start Date: 04-12-2006
Stop Date: 07-10-2006
Prescriber: Nevels MHM, Charles
RX #: 251397829

Diagnosis

Allergies

Housing Unit: **Population**
Patient ID Number: **238775**
Patient Name:

**Loveless, Everette**

Date of Birth:

| Nurse's Signature | Initial | Nurse's Signature | Initial | Documentation Code |
|---|---|---|---|---|
| | | | | 1. Discontinued Order |
| | | | | 2. Refused |
| | | | | 3. Patient out of facility |
| | | | | 4. Charted in Error |
| | | | | 5. Lock Down |
| | | | | 6. Self Administered |
| | | | | 7. Medication out of Stock |
| | | | | 8. Medication Held |
| | | | | 9. No Show |
| | | | | 10. Other |

81

| Facility Name: **Kilby Correctional Facility** | | Month/Year of Charting: 05/06 |

**Imipramine HCl 50MG Tab    60.00**

**Take 2 tablet(s) by mouth at bedtime**

| Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |
|------|---|---|---|---|---|---|---|---|---|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|

Start Date: 04-12-2006    Prescriber: Nevels MHM, Charles
Stop Date: 07-10-2006    RX #: 251397831

| Diagnosis | Nurse's Signature | Initial | Nurse's Signature | Initial | Documentation Code |
|-----------|-------------------|---------|-------------------|---------|--------------------|
| | D.Burns LPN | DB | N.Hugley | NH | 1. Discontinued Order |
| Allergies | | | | | 2. Refused |
| | | | | | 3. Patient out of facility |
| | | | | | 4. Charted in Error |
| | | | A.Willis | aw | 5. Lock Down |
| Housing Unit: **Population** | | | | | 6. Self Administered |
| Patient ID Number: **238775** | | | | | 7. Medication out of Stock |
| Patient Name: | | | | | 8. Medication Held |
| | | | | | 9. No Show |
| **Loveless, Everette** | | Date of Birth: | | | 10. Other |

88

Facility Name: Kilby Correctional Facility

Month/Year of Charting: 04/06

**Glucophage 500MG Tab    30.00**

Take 1 tablet(s) by mouth daily

Start Date: 10-15-2005    Prescriber: Robbins, M.
Stop Date: 04-12-2006    RX # 250774579

**Metoprolol Tartrate 100MG Tab 60.00**

Take 1 tablet(s) by mouth twice daily

Start Date: 10-15-2005    Prescriber: Robbins, M.
Stop Date: 04-12-2006    RX # 250774580

**Metoprolol Tartrate 100MG Tab 60.00**

Take 1 tablet(s) by mouth twice daily

Duplicate

Start Date: 10-15-2005    Prescriber: Robbins, M.
Stop Date: 04-12-2006    RX # 250774580

**Aspirin EC 81MG EC Tab    30.00**

Take 1 tablet(s) by mouth daily

Start Date: 10-15-2005    Prescriber: Robbins, M.
Stop Date: 04-12-2006    RX # 250774582

**Vasotec 10MG Tab    30.00**

Take 1 tablet(s) by mouth daily

Duplicate

Start Date: 10-15-2005    Prescriber: Robbins, M.
Stop Date: 04-12-2006    RX # 250774584

**Vasotec 10MG Tab    30.00**

Take 1 tablet(s) by mouth daily

Duplicate

Start Date: 10-15-2005    Prescriber: Robbins, M.
Stop Date: 04-12-2006    RX #: 250774584

| Diagnosis | Nurse's Signature | Initial | Nurse's Signature | Initial | Documentation Coc |
|---|---|---|---|---|---|
| | | | | NH | 1. Discontinued Order |
| Allergies | | | | | 2. Refused |
| | | | | | 3. Patient out of facility |
| | | | | | 4. Charted in Error |
| | | | | | 5. Lock Down |
| Housing Unit:  Population | | | | | 6. Self Administered |
| Patient ID Number: 238775 | | | | | 7. Medication out of S |
| Patient Name: | | | | | 8. Medication Held |
| | | | | | 9. No Show |
| **Loveless, Everette** | | Date of Birth: | | | 10. Other |

89

| Facility Name: KCF | | Month/Year or Charting: |
|---|---|---|

**Metoprolol 100mg tab i P.O. BID X180 days**

Hour: 0800 / 2100

Start Date: 3/30/06  Prescriber: Dr. Robbins
Stop Date: 9/30/06  RX #:

**ASA 81mg EC tab i P.O. OD X180 days**

Hour: 0800

Start Date: 3/30/06  Prescriber: Dr. Robbins
Stop Date: 9/30/06  RX #:

**HCTZ 25mg tab i P.O. OD X180 days**

Hour: 0800

Start Date: 3/30/06  Prescriber: Dr. Robbins
Stop Date: 9/30/06  RX #:

**Risperdal 2mg q hs x 90 days**

Hour: 2000

Start Date: 4/11/06  Prescriber: Beecham
Stop Date: 7/11/06  RX #:

**Imipramine 100mg i hs x 90 days**

Hour: 2000

Start Date: 4/11/06  Prescriber: Beecham
Stop Date: 7/11/06  RX #:

**Glucotrol 5mg P.O. OD X180 days**

Hour: 0800

Start Date: 4/19/06  Prescriber: Dr. Robbins
Stop Date: 10/19/06  RX #:

| Diagnosis | Nurse's Signature | Initial | Nurse's Signature | Initial | Documentation Code |
|---|---|---|---|---|---|
| | N. Hughey | NH | L. Smith | LSmith | 1. Discontinued Order |
| Allergies | | | | | 2. Refused |
| NKDA | B.Washington | BW | | | 3. Patient out of facility |
| Housing Unit: S88 | | | | | 4. Charted in Error |
| Patient ID Number: 238775 | | | | | 5. Lock Down |
| Patient Name: | | | | | 6. Self Administered |
| | | | | | 7. Medication out of Sto |
| Loveless, Everette | | | | | 8. Medication Held |
| | | | Date of Birth: | 10/08/62 | 9. No Show |
| | | | | | 10. Other |



| Facility Name: Kilby Correctional Facility | | | | | | | | | | | | | Month/Year of Charting: 04/06 | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| HCTZ 25MG Tab    30.00 | Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |

**HCTZ 25MG Tab    30.00**

Take 1 tablet(s) by mouth daily

Start Date: 10-15-2005   Prescriber: Robbins, M.
Stop Date: 04-12-2006   RX #: 250774586

**Risperdal 4MG Tab    15.00**

Take one-half (1/2) tablet(s) by mouth at bedtime

Start Date: 01-11-2006   Prescriber: Beecham MHM, P.
Stop Date: 04-10-2006   RX #: 251060595

**Risperdal 4MG Tab    15.00**

Take one-half (1/2) tablet(s) by mouth at bedtime

*Duplicate*

Start Date: 01-11-2006   Prescriber: Beecham MHM, P.
Stop Date: 04-10-2006   RX #: 251060595

**Imipramine HCl 50MG Tab    60.00**

Take 2 tablet(s) by mouth at bedtime

Start Date: 01-11-2006   Prescriber: Beecham MHM, P.
Stop Date: 04-10-2006   RX #: 251060598

Glucophage 500 mg tab
TP·O·BP X180 days

Start Date: 3/30/06   Prescriber: Dr. Robbins
Stop Date: 9/30/06   RX #:

Vasotec 10 mg tab
P·O·QD X180 days

Start Date: 3/30/06   Prescriber: Dr. Robbins
Stop Date: 9/30/06   RX #:

Diagnosis

Allergies

Housing Unit: Population
Patient ID Number: 238775
Patient Name:

**Loveless, Everette**

| Nurse's Signature | Initial | Nurse's Signature | Initial | Documentation Code |
|---|---|---|---|---|
| | | | | 1. Discontinued Order |
| | | | | 2. Refused |
| | | | | 3. Patient out of facility |
| | | | | 4. Charted in Error |
| | | | | 5. Lock Down |
| | | | | 6. Self Administered |
| | | | | 7. Medication out of Stock |
| | | | | 8. Medication Held |
| | | | | 9. No Show |
| | | | | 10. Other |

Date of Birth:

| Facility Name: | Kilby Correctional Facility | | | | | | | | | | | | | Month/Year Charting: | | | | 03/06 | | | | | | | | | | | |

Imipramine HCl 50MG Tab    60.00

Take 2 tablet(s) by mouth at bedtime

| Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

Start Date: 01-11-2006    Prescriber: Beecham MHM, P.
Stop Date: 04-10-2006    RX #: 251060598

| Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

Start Date:    Prescriber:
Stop Date:    RX #:

| Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

Start Date:    Prescriber:
Stop Date:    RX #:

| Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

Start Date:    Prescriber:
Stop Date:    RX #:

| Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

Start Date:    Prescriber:
Stop Date:    RX #:

| Diagnosis | Nurse's Signature | Initial | Nurse's Signature | Initial | Documentation Code: |
|---|---|---|---|---|---|
| | | | | | 1. Discontinued Order |
| Allergies | | | E Brunson | | 2. Refused |
| | | | | | 3. Patient out of facility |
| | | | | | 4. Charted in Error |
| Housing Unit: Population | B Wedington | | | | 5. Lock Down |
| Patient ID Number: 238775 | | | | | 6. Self Administered |
| Patient Name: | | | | | 7. Medication out of Stoc |
| | | | | | 8. Medication Held |
| Loveless, Everette | | | Date of Birth: | | 9. No Show |
| | | | | | 10. Other |

92

Facility Name: Kilby Correctional Facility

Month/Year of Charting: 03/06

**Glucophage 500MG Tab    30.00**

Take 1 tablet(s) by mouth daily

| Start Date: | 10-15-2005 | Prescriber: | Robbins, M. |
| Stop Date: | 04-12-2006 | RX #: | 250774579 |

**Metoprolol Tartrate 100MG Tab    60.00**

Take 1 tablet(s) by mouth twice daily

| Start Date: | 10-15-2005 | Prescriber: | Robbins, M. |
| Stop Date: | 04-12-2006 | RX #: | 250774580 |

**Aspirin EC 81MG EC Tab    30.00**

Take 1 tablet(s) by mouth daily

| Start Date: | 10-15-2005 | Prescriber: | Robbins, M. |
| Stop Date: | 04-12-2006 | RX #: | 250774582 |

**Vasotec 10MG Tab    30.00**

Take 1 tablet(s) by mouth daily

| Start Date: | 10-15-2005 | Prescriber: | Robbins, M. |
| Stop Date: | 04-12-2006 | RX #: | 250774584 |

**HCTZ 25MG Tab    30.00**

Take 1 tablet(s) by mouth daily

| Start Date: | 10-15-2005 | Prescriber: | Robbins, M. |
| Stop Date: | 04-12-2006 | RX #: | 250774586 |

**Risperdal 4MG Tab    15.00**

Take one-half (1/2) tablet(s) by mouth at bedtime

| Start Date: | 01-11-2006 | Prescriber: | Beecham MHM, P. |
| Stop Date: | 04-10-2006 | RX #: | 251060595 |

Diagnosis

Allergies

Housing Unit: Population
Patient ID Number: 238775
Patient Name:

**Loveless, Everette**

Date of Birth:

| Nurse's Signature | Initial | Nurse's Signature | Initial | Documentation Code |
| --- | --- | --- | --- | --- |
| | | | | 1. Discontinued Order |
| | | | | 2. Refused |
| | | | | 3. Patient out of facility |
| | | | | 4. Charted in Error |
| | | | | 5. Lock Down |
| | | | | 6. Self Administered |
| | | | | 7. Medication out of Stock |
| | | | | 8. Medication Held |
| | | | | 9. No Show |
| | | | | 10. Other |

93

| Facility Name: | Kilby Correctional Facility | | | | | | | | | | | Month/Year of Charting: | 02/06 | | | | | | | | | | | | | | | | |

**Imipramine HCl 50MG Tab    60.00**

**Take 2 tablet(s) by mouth at bedtime**

| Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

| Start Date: | 01-11-2006 | Prescriber: | Beecham MHM, Paul |
| Stop Date: | 04-10-2006 | RX #: | 251060598 |

| Diagnosis | | Nurse's Signature | Initial | Nurse's Signature | Initial | Documentation Code |
|---|---|---|---|---|---|---|
| | | | | | | 1. Discontinued Order |
| Allergies | | | | | | 2. Refused |
| | | | | | | 3. Patient out of facility |
| | | | | | | 4. Charted in Error |
| Housing Unit: Population | | | | | | 5. Lock Down |
| Patient ID Number: 238775 | | | | | | 6. Self Administered |
| Patient Name: | | | | | | 7. Medication out of Stock |
| | | | | | | 8. Medication Held |
| | | | | | | 9. No Show |
| **Loveless, Everette** | | | | Date of Birth: | | 10. Other |

94

Facility Name: **Kilby Correctional Facility**

Month/Year of Charting  **02/06**

| Medication | Details |
|---|---|
| Glucophage 500MG Tab  30.00 | Take 1 tablet(s) by mouth daily |

Start Date: 10-15-2005    Prescriber: **Robbins, Michael**
Stop Date: 04-12-2006    RX #: 250774579

| Medication | Details |
|---|---|
| Metoprolol Tartrate 100MG Tab 60.00 | Take 1 tablet(s) by mouth twice daily |

Start Date: 10-15-2005    Prescriber: **Robbins, Michael**
Stop Date: 04-12-2006    RX #: 250774580

| Medication | Details |
|---|---|
| Aspirin EC 81MG EC Tab  30.00 | Take 1 tablet(s) by mouth daily |

Start Date: 10-15-2005    Prescriber: **Robbins, Michael**
Stop Date: 04-12-2006    RX #: 250774582

| Medication | Details |
|---|---|
| Vasotec 10MG Tab  30.00 | Take 1 tablet(s) by mouth daily |

Start Date: 10-15-2005    Prescriber: **Robbins, Michael**
Stop Date: 04-12-2006    RX #: 250774584

| Medication | Details |
|---|---|
| HCTZ 25MG Tab  30.00 | Take 1 tablet(s) by mouth daily |

Start Date: 10-15-2005    Prescriber: **Robbins, Michael**
Stop Date: 04-12-2006    RX #: 250774586

| Medication | Details |
|---|---|
| Risperdal 4MG Tab  15.00 | Take one-half (1/2) tablet(s) by mouth at bedtime |

Start Date: 01-11-2006    Prescriber: **Beecham MHM, Paul**
Stop Date: 04-10-2006    RX #: 251060595

Diagnosis

Allergies

Housing Unit: **Population**
Patient ID Number: **238775**
Patient Name:

**Loveless, Everette**

| Nurse's Signature | Initial | Nurse's Signature | Initial |
|---|---|---|---|
| A Willis | a | N. Hugley | NH |
| B. Washington | BW | S Brunler | |

Documentation Code
1. Discontinued Order
2. Refused
3. Patient out of facility
4. Charted in Error
5. Lock Down
6. Self Administered
7. Medication out of Stock
8. Medication Held
9. No Show
10. Other

Date of Birth:

Facility Name: **Kilby Correctional Facility**

Month/Year of Charting: **01/06**

| | Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

**Glucophage 500MG Tab    30.00**

Take 1 tablet(s) by mouth daily

Start Date: **10-15-2005**    Prescriber: **Robbins, Michael**
Stop Date: **04-12-2006**    RX #: **250774579**

**Metoprolol Tartrate 100MG Tab 60.00**

Take 1 tablet(s) by mouth twice daily

Start Date: **10-15-2005**    Prescriber: **Robbins, Michael**
Stop Date: **04-12-2006**    RX #: **250774580**

**Aspirin EC 81MG EC Tab    30.00**

Take 1 tablet(s) by mouth daily

Start Date: **10-15-2005**    Prescriber: **Robbins, Michael**
Stop Date: **04-12-2006**    RX #: **250774582**

**Vasotec  10MG Tab    30.00**

Take 1 tablet(s) by mouth daily

Start Date: **10-15-2005**    Prescriber: **Robbins, Michael**
Stop Date: **04-12-2006**    RX #: **250774584**

**HCTZ 25MG Tab    30.00**

Take 1 tablet(s) by mouth daily

Start Date: **10-15-2005**    Prescriber: **Robbins, Michael**
Stop Date: **04-12-2006**    RX #: **250774586**

**Risperdal 4MG Tab    15.00**

Take one-half (1/2) tablet(s) by mouth at bedtime

Start Date: **1/9/06**    Prescriber: **Beecham MHM, Paul**
Stop Date: **07/9/06**    RX #: **250841504**

| Diagnosis | Nurse's Signature | Initial | Nurse's Signature | Initial | Documentation Code |
|---|---|---|---|---|---|
| | | | | | 1. Discontinued Order |
| Allergies | | | | | 2. Refused |
| | | | | | 3. Patient out of facility |
| | | | | | 4. Charted in Error |
| Housing Unit: **Population** | | | | | 5. Lock Down |
| Patient ID Number: **238775** | | | | | 6. Self Administered |
| Patient Name: | | | | | 7. Medication out of Stoc |
| **Loveless, Everette** | | | | | 8. Medication Held |
| | Date of Birth: | | | | 9. No Show  10. Other |

96

A-5

| Facility Name: | Kilby Correctional Facility | | | | | | | | | | | | | | Month/Year of Charting: | | | | 01/06 | | | | | | | | | | | |

| | Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

**Imipramine HCl 50MG Tab    60.00**

Take 2 tablet(s) by mouth at bedtime

Start Date: 1/1/06

Stop Date:

Prescriber: Beecham MHM, Paul

RX #: 250841505

| | Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

Start Date:

Stop Date:

Prescriber:

RX #:

| | Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

Start Date:

Stop Date:

Prescriber:

RX #:

| | Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

Start Date:

Stop Date:

Prescriber:

RX #:

| | Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

Start Date:

Stop Date:

Prescriber:

RX #:

| | Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 3 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

Start Date:

Stop Date:

Prescriber:

RX #:

| Diagnosis | Nurse's Signature | Initial | Nurse's Signature | Initial | Documentation Code |
|---|---|---|---|---|---|
| | | | | | 1. Discontinued Order |
| Allergies | | | | | 2. Refused |
| | | | | | 3. Patient out of facility |
| | | | | | 4. Charted in Error |
| Housing Unit: Population | | | | | 5. Lock Down |
| Patient ID Number: 238775 | | | | | 6. Self Administered |
| Patient Name: | | | a | | 7. Medication out of Stock |
| | | | | | 8. Medication Held |
| **Loveless, Everette** | | | Date of Birth: | | 9. No Show |
| | | | | | 10. Other |

## PRISON HEALTH SERVICES: AUTHORIZATION LETTER

| | | | |
|---|---|---|---|
| **Patient Name:** | Loveless, Everette | **Inmate Number:** | 238775LO |
| **Service Authorized:** | Outpatient Surgery: Colonoscopy - High Cost | **Effective Dates:** | 11/21/2006 |
| **Effective:** | Visits authorized for 60 days from effective date. | **Visits Authorized:** | 1 |
| **Responsible Facility:** | Bibb Correctional facility | **Contact Name:** | Michelle Pope |
| **Authorization Number:** | 16706517 | **Telephone Number:** | (334)395-5973 Ext 14 |

**Note to Provider of Services:**

- Medicare/Medicaid do not cover any health services provided to an inmate in custody, except in certain circumstances not applicable to this inmate.
- Authorization is diagnosis and procedure specific. Any additional tests, procedures, and inpatient or outpatient services must receive prior authorization to ensure benefit eligibility and payment. (Use above contact name and telephone number)
- Authorization for payment of service is guaranteed only if service is provided during the actual time of confinement to the referring correctional facility.
- HIPAA: Please be advised Prison Health Services, Inc. ("PHS") is not a covered entity under HIPAA's Rule on the Privacy of Individually Identifiable Health Information Standard ("Privacy Rule"). Because PHS does not engage in electronic transactions under HIPAA's Electronic Transactions and Code Set Standards ("Transaction Standards"), HIPAA's Privacy Rule does not apply to PHS.
- Payment will not be processed until we receive a clinical summary.

**For Payment Please Submit Claims To:**

Prison Health Services
Attn: Claims Department
105 West Park Drive, #200
Brentwood, TN 37024-0967

---

**The consulting physician should complete this section.**
**The completed form will be sealed in the attached envelope and**
**returned with an officer to the correctional facility.**

---

- See colonoscopy report attached
Needs colonoscopy follow up @ 3 years
w/ multiple polyps) & needs
local RC for anascope & internal
hemorrhoids as noted

**\*\*\* For security and safety, please do not inform patient of possible follow-up appointments. \*\*\***

| Signature of Consulting Physician: | _(signature)_ | 2/23/07 | |
|---|---|---|---|
| | | Date | Time |
| Reviewed and Signed By Medical Director: | | | |
| | | Date | Time |

PH S



# ★ CARRAWAY
## METHODIST MEDICAL CENTER

### Prison Health Services
### Patient Registration

**All Admissions and Appointments Contact:**

**K. Valentine:** Phone: 205-502-6620, Beeper: 205-676-0688, Fax: 205-502-5424 (M-F)
**P. Loudermilk, RN:** 205-502-6167, Beeper: 205-817-4270 (M-F)
**Nursing Supervisor:** Beeper: 205-954-1897 (After 5 pm weekdays, weekends, & holidays)
**Security:** Phone: 205-502-6570, Fax: 205-502-5829

**For Billing Inquiries Contact:** Enid Mitchell: Phone: 205-502-5931, Fax: 205-502-5360 or
Kristi Wilbert: Phone: 205-502-6944, Fax: 205-502-5360

## REQUIRED INFORMATION

Patient's Name _Loveless_                    _Everette_
                Last Name                    First Name

Birth Date 10/8/62 AIS# 238 775 Race ___ Sex M Allergies _____

Procedure / Arrival Date 11/16/06 Time 1:15 Outpt ___ ER ___ Inpt ___

Dates convenient to transport inmate 10/25 10/26 11/15 11/16 11/17

Attending/Consulting Physician Dasher Verly

Diagnosis Colon Polyps / Heme ⊕ Stools

Procedure/Reason for Visit Evaluation

Correctional Facility: Bibb                    Phone: 926-5252, Ext 229

Contact Person: Ms. Cash      B. Cash          Fax: 225-0338

Person completing this form: _____

___ Copy to SDS            Authorization No. 16564764
___ Fax to Admitting
___ Fax to MD              Date Last Seen: _____
___ Fax to _____
___ Fax to _____         To Be Scheduled ✓  Information Only ____

COMMENTS: _____

PLEASE NOTE: This patient will not be scheduled unless the entire registration form in completed. Thank You.

99

10/06/2006 FRI 14:04 FAX ? .250338 BIBB

# PRISON HEALTH SERVICES: AUTHORIZATION LETTER

| | | | |
|---|---|---|---|
| **Patient Name:** | Loveless, Everette | **Inmate Number:** | 238775LO |
| **Service Authorized:** | Office Visits: Outpatient G.I. Consult | **Effective Dates:** | 10/05/2006 |
| **Effective:** | Visits authorized for 60 days from effective date. | **Visits Authorized:** | 1 |
| **Responsible Facility:** | Bibb Correctional facility | **Contact Name:** | Michelle Pope |
| **Authorization Number:** | 16564764 | **Telephone Number:** | (334)395-5973 Ext 14 |

**Note to Provider of Services:**

- Medicare/Medicaid do not cover any health services provided to an inmate in custody, except in certain circumstances not applicable to this inmate.
- Authorization is diagnosis and procedure specific. Any additional tests, procedures, and inpatient or outpatient services must receive prior authorization to ensure benefit eligibility and payment. (Use above contact name and telephone number)
- Authorization for payment of service is guaranteed only if service is provided during the actual time of confinement to the referring correctional facility.
- HIPAA: Please be advised Prison Health Services, Inc. ("PHS") is not a covered entity under HIPAA's Rule on the Privacy of Individually Identifiable Health Information Standard ("Privacy Rule"). Because PHS does not engage in electronic transactions under HIPAA's Electronic Transactions and Code Set Standards ("Transaction Standards"), HIPAA's Privacy Rule does not apply to PHS.
- Payment will not be processed until we receive a clinical summary.

**For Payment Please Submit Claims To:**

Prison Health Services
P.O. Box 967
Brentwood, TN 37024-0967

*11/17/06 Unk date + SMART Sheet for colonoscopy JPS*

---

**The consulting physician should complete this section.
The completed form will be sealed in the attached envelope and
returned with an officer to the correctional facility.**

**Clinical Summary of Authorization:**

*44 Y0 B/M c dark red rectal bleed and history of colon polyps c last colonoscopy 2 years. No bowel abd pain, occasional pyrosis but infrequent. Had mildly ebesy soft, NT.*

*He will need early following colonoscopy DSAP to look for recurrent polyp or angrodysplasia.*

**\*\*\* For security and safety, please do not inform patient of possible follow-up appointments. \*\*\***

| Signature of Consulting Physician: | _(signature)_ | 11-16-06 | 4:30 pm |
|---|---|---|---|
| | | **Date** | **Time** |
| **Reviewed and Signed By Medical Director:** | | | |
| | | **Date** | **Time** |

10/05/...

100

★ **CARRAWAY**
METHODIST MEDICAL CENTER

**Physician's Order Sheet**

Loveless, Evan H.

DATA PLATE

STAT ☐

| HT | WT | ALLERGIES: | | | | | NURSE'S NOTATI |
|---|---|---|---|---|---|---|---|
| | | Unapproved Abbreviations: | U<br>IU<br>TIW or tiw | MSO4<br>MgSO4<br>MS | Q.D.<br>Q.O.D.<br>qn | Leading Zero (X)<br>Trailing Zero (X.0)<br>per os | |

| DATE | HOUR | |
|---|---|---|
| 11/16/06 | 4:30 | ① Schedule colonoscopy at CMMC GI Lab ASAP (205-500-6192) (for Dr. Ralph Lively) |
| | | ② Clear liquid diet on day before colonoscopy |
| | | ③ NPO after MN on night before colonoscopy |
| | | ④ Start Golytely (sic) colon prep at 5pm on day before colonoscopy — give 8 oz po q15 minutes until entire 3 liters are administered |
| | | ⑤ Dulcolax 2 tabs po one hour after last dose of Golytely |
| | | ⑥ Permit for colonoscopy by Dr. Ralph Lively |

ORDERS FOR TREATMENT

DO NOT WRITE BELOW THIS LINE

CMMC – 21038

161

## EYE EXAMINATION SHEET

**Facility:** Kilby Correctional Facility    Date of Request: 6/19/06

**Subjective:** Ø u c6

**Past History:** NIDDM, HTN, Hep C(+) — Needs Annual Dilated Eye Exam

4x MAC scab OO

" Never got 3/06 Gutts:

60% 9/0

**CONSULTATION REPORT**

**Snellen:**    W/Glasses    W/O Glasses

OD    Blind

OS    20/40

OU — 20/40

**OPHTH & EXT:**
Dilated Eye Exam
(YES)    NO
(circle one)

OD macular scar

NO BDR

Mydriatic solution 1 to 2 gts per eye.

_____
Optometrist Signature

**New RX:**

OD BALANCE / PD 64

OS PLANO / Full Time Wear

POLYCARB

_____
Nurse Signature

**Glaucoma:** YES    (NO)
(circle one)

IOP: _____
Details:

**Cataracts:** YES    NO
(circle one)
Details:

**Frame Size:** 56/20/155
**Color:**
**Seg Ht:**

MD 7/5/6
Optometrist Signature/Date

**Last Name**    **First**    **Middle**
Loveless, Everette

HB    **DOB** 10/8/62    **R/S** b/M    **AIS Number** 238775

E EXAMINATION SHEET

| | |
|---|---|
| Facility: *Ventress CF* | Date of Request: *7-31-07* |

Subjective: *DM per protcol*

Past History: *DM*

**CONSULTATION REPORT**

|  | | W/Glasses | W/O Glasses |
|---|---|---|---|
| Snelling: | OD | | *20/800  -2ft -1FC* |
| | OS | | *20/25   20/20* |

OPHTH & EXT:
Dilated Eye Exam
(YES)    NO
(circle one)

Mydriatic solution 1 to 2 gts per eye.

Optometrist Signature
*8/14/7*
Nurse Signature

Glaucoma:    YES    NO
(circle one)

IOP: *14/14 @ 10/5*
Details: *?2*

| | |
|---|---|
| New RX: | OD |
| | OS |

*OD - 89' eye scar
from military*

*MACULAR SCAR OD*    Cataracts:    YES    (NO)
(circle one)
Details:

Frame: *7 3/70*
Size: *5 1*
Color:
Seg Ht:    *Polycarbonats
lens
Required*

Optometrist Signature/Date    *8/14/7*

| Last Name | First | Middle | DOB | R/S | AIS Number |
|---|---|---|---|---|---|
| *Loveless* | *Everette* | | *10/8/62* | *B/m* | *238775* |

163

# UTILIZATION MANAGEMENT REFERRAL REVIEW FORM

Form must be Complete and Legible. You must Type or Print.
*Please send this form with the Authorization Letter to the service provider at the time of the Appointment*

**PHS**

## DEMOGRAPHICS

| Site Name & Number: | Patient Name: (Last, First) | Date: (mm/dd/yy) |
|---|---|---|
| **BIBB # 831** | Loveless, Everette | 11,17,06 |
| **Site Phone #** | Alias: (Last, First) | Date of Birth: (mm/dd/yy) |
| **205-225-0121** | | 10,08,62 |
| **Site Fax #** | Inmate # | PHS Custody Date: (mm/dd/yy) |
| **205-225-0338** | 238775 | 08,03,06 |
| Will there be a charge? ☑Yes ☐No | SS Number | Potential Release Date: (mm/dd/yy) |
| Sex ☑Male ☐Female | 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 | 05,18,24 |

**Responsible party:** ☑PHS ☐Auto Ins. ☐Health Ins.(Excludes Medicare/Medicaid Managed Care alternative plans ) ☐Other, be specific: (Excludes Medicare and Medicaid):

## CLINICAL DATA

**Requesting Provider:** ☑Physician ☐NP, PA ☐Dental
James P Whitley

**Facility Medical Director Signature and Date:**

☐ Service meets criteria for "approval via protocol"

**Place a check mark (✓) in the Service Type requested (one only) and complete additional applicable fields.**

☐Office Visit (OV)  ☐X-ray (XR)  ☐Scheduled Admission (SA)
☑Outpatient Surgery (OS)  ☐Dialysis (DA)
☑Routine  ☐Urgent

1:30 P.M.
**Estimated Date of Service (mm/dd/yy)** 02,23,07
**(This starts the approval window for the "open authorization period")**

**Multiple Visits/Treatments:**
☐Radiation therapy
☐Chemotherapy
**Number of Visits/Treatments:** 1  ☐Other:

**Specialist referred to:** GI (Dacher, Jerry)

**Type of Consultation, Treatment, Procedure or Surgery:**
Colonoscopy

rectal bleed / Heme @ stool
**Diagnosis:** HX colon polyps
**ICD-9code:**

You must include copies of pertinent reports such as lab results, x-ray interpretations and specialty consult reports with this form.
☐ Pertinent Documents have been attached and faxed.

**History of illness/injury/sypmtoms with Date of Onset:**
He saw GI yesterday (11/16/06) for dark, red rectal bleeding & hx colon polyps c̄ last colonoscopy 2 yrs. Occassion pyrrio c̄ mild abd pain
Needs colonoscopy

**Results of a complaint directed physical examination:**
mild obese ♂ in NAD
Abd: soft / non tender
Ext: ø swlly

**Previous treatment and response (Including medications):**
NSAIDs
H2 blockers

***For security and safety, please do not inform patient of possible follow-up appointments***

## UM DETERMINATION:

☐Offsite Service Recommended and Authorized

☐Alternative Treatment Plan (explain here):

☐More Information Requested: (See Attached)

☐Resubmitted with requested information.
Date resubmitted: ___/___/___

**Regional Medical Director Signature, printed name and date required:**
_____ / ___ (mm/dd/yy)

**Do not write below this line. For Case Manager and Corporate Data Entry ONLY.**

| Cert Type: | Med Class: | UR Auth #: 16706577 |
|---|---|---|

UM Referral review form 2-05-2004.xls

104

## PRISON HEALTH SERVICES: AUTHORIZATION LETTER

| | | | |
|---|---|---|---|
| **Patient Name:** | Loveless, Everette | **Inmate Number:** | 238775LO |
| **Service Authorized:** | Outpatient Surgery: Colonoscopy - High Cost | **Effective Dates:** | 11/21/2006 |
| **Effective:** | Visits authorized for 60 days from effective date. | **Visits Authorized:** | 1 |
| **Responsible Facility:** | Bibb Correctional facility | **Contact Name:** | Michelle Pope |
| **Authorization Number:** | 16706517 | **Telephone Number:** | (334)395-5973 Ext 14 |

**Note to Provider of Services:**
- Medicare/Medicaid do not cover any health services provided to an inmate in custody, except in certain circumstances not applicable to this inmate.
- Authorization is diagnosis and procedure specific. Any additional tests, procedures, and inpatient or outpatient services must receive prior authorization to ensure benefit eligibility and payment. (Use above contact name and telephone number)
- Authorization for payment of service is guaranteed only if service is provided during the actual time of confinement to the referring correctional facility.
- HIPAA: Please be advised Prison Health Services, Inc. ("PHS") is not a covered entity under HIPAA's Rule on the Privacy of Individually Identifiable Health Information Standard ("Privacy Rule"). Because PHS does not engage in electronic transactions under HIPAA's Electronic Transactions and Code Set Standards ("Transaction Standards"), HIPAA's Privacy Rule does not apply to PHS.
- Payment will not be processed until we receive a clinical summary.

**For Payment Please Submit Claims To:**

Prison Health Services
Attn: Claims Department
105 West Park Drive, #200
Brentwood, TN 37024-0967

---

**The consulting physician should complete this section.**
**The completed form will be sealed in the attached envelope and**
**returned with an officer to the correctional facility.**

---

Clinical Summary or Attached Report

- Saw colonoscopy visit already
Needs colonoscopy followup q 3years
re multiple polyps, & needs
local RO for anasitis & internal
hemorrhoids as noted

**\*\*\* For security and safety, please do not inform patient of possible follow-up appointments. \*\*\***

| | | |
|---|---|---|
| Signature of Consulting Physician | _Date_ 2/23/07 | _Time_ |
| Reviewed and Signed By Medical Director: | _Date_ | _Time_ |



pHs



# CARRAWAY
## METHODIST MEDICAL CENTER

Prison Health Services
Patient Registration

**All Admissions and Appointments Contact:**

K. Valentine:  Phone:  205-502-6620, Beeper:  205-676-0688, Fax: 205-502-5424 (M-F)
P. Loudermilk, RN:  205-502-6167, Beeper:  205-817-4270 (M-F)
Nursing Supervisor:  Beeper: 205-954-1897 (After 5 pm weekdays, weekends, & holidays)
Security:  Phone:  205-502-6570, Fax:  205-502-5829

For Billing Inquiries Contact:  Enid Mitchell:  Phone: 205-502-5931, Fax: 205-502-5360 or
                                Kristi Wilbert:  Phone: 205-502-6944, Fax: 205-502-5360

## REQUIRED INFORMATION

Patient's Name _Loveless_                          _Everette_
                  Last Name                        First Name

Birth Date _10 8 62_ AIS# _238775_ Race ____ Sex _M_ Allergies _____

Procedure / Arrival Date _11/16/06_ Time _1:15_ Outpt ____ ER ____ Inpt ____

Dates convenient to transport inmate _10/25  10/26  11/15  11/16  11/17_

Attending/Consulting Physician _Dasher  Yerly_

Diagnosis _Colon Polyps / Heme (+) Stools_

Procedure/Reason for Visit _Evaluation_

Correctional Facility:  _Bibb_                        Phone:  _926-5252, Ext 229_

Contact Person:  _Ms. Cash_                           Fax:  _225-0338_

Person completing this form:  _D. Cash_

____ Copy to SDS
____ Fax to Admitting          Authorization No. _165647164_
____ Fax to MD
____ Fax to _____              Date Last Seen: _____
____ Fax to _____
                               To Be Scheduled _✓_ Information Only ____

COMMENTS: _____

PLEASE NOTE:  This patient will not be scheduled unless the entire registration form in completed.  Thank You.

10/06/2006 FRI 14:04 FAX 2250338 BIBB

# PRISON HEALTH SERVICES: AUTHORIZATION LETTER

| | | | |
|---|---|---|---|
| **Patient Name:** | Loveless, Everette | **Inmate Number:** | 238775LO |
| **Service Authorized:** | Office Visits: Outpatient G.I. Consult | **Effective Dates:** | 10/05/2006 |
| **Effective:** | Visits authorized for 60 days from effective date. | **Visits Authorized:** | 1 |
| **Responsible Facility:** | Bibb Correctional facility | **Contact Name:** | Michelle Pope |
| **Authorization Number:** | 16564764 | **Telephone Number:** | (334)395-5973 Ext 14 |

**Note to Provider of Services:**
- Medicare/Medicaid do not cover any health services provided to an inmate in custody, except in certain circumstances not applicable to this inmate.
- Authorization is diagnosis and procedure specific. Any additional tests, procedures, and inpatient or outpatient services must receive prior authorization to ensure benefit eligibility and payment. (Use above contact name and telephone number)
- Authorization for payment of service is guaranteed only if service is provided during the actual time of confinement to the referring correctional facility.
- HIPAA: Please be advised Prison Health Services, Inc. ("PHS") is not a covered entity under HIPAA's Rule on the Privacy of Individually Identifiable Health Information Standard ("Privacy Rule"). Because PHS does not engage in electronic transactions under HIPAA's Electronic Transactions and Code Set Standards ("Transaction Standards"), HIPAA's Privacy Rule does not apply to PHS.
- Payment will not be processed until we receive a clinical summary.

**For Payment Please Submit Claims To:**

Prison Health Services
P.O. Box 967
Brentwood, TN 37024-0967

*[handwritten: 11/17/06 UMR don't smart advisory sheet to pcp]*

---

**The consulting physician should complete this section.**
**The completed form will be sealed in the attached envelope and returned with an officer to the correctional facility.**

Clinical Summary or Attached Report

*[handwritten clinical notes]*
44 yo WM c dark red rectal bleeding and
history of colon polyps c last colonoscopy 2 years
No bowel abd pain occasional gross bld infreq
Bld mildly obese, soft, NT
He will need early following colonoscopy
DSAB to look for recent polyp or anastomotic polyp

**\*\*\* For security and safety, please do not inform patient of possible follow-up appointments. \*\*\***

| | | |
|---|---|---|
| **Signature of Consulting Physician:** *[signature]* | **Date** 11-16-06 | **Time** 4:30 |
| **Reviewed and Signed By Medical Director:** | **Date** | **Time** |

10/05,

★ **CARRAWAY**
METHODIST MEDICAL CENTER

**Physician's Order Sheet**

STAT

Loveless, Even #C
DATA PLATE

| HT | WT | ALLERGIES: | | | | | |
|----|----|----|----|----|----|----|----|
| | | Unapproved Abbreviations: | U | MSO4 | Q.D. | Leading Zero (X) | |
| | | | IU | MgSO4 | Q.O.D. | Trailing Zero (X.0) | |
| | | | TIW or tiw | MS | qn | per os | |

| DATE | HOUR | | NURSE'S NOTATIO |
|------|------|--|--|
| 11/16/06 | 4³⁰ᵖ | ① Schedule colonoscopy at CMMC GI Lab ASAP (205-502-619_ (for Dr Ralph Lyerly) | |
| | | ② Clear liquid diet on day before colonoscopy | |
| | | ③ NPO after MN on night before colonoscopy | |
| | | ④ Start Golytely (etc) soln prep at 3ᵖᵐ on day before colonoscopy — give 8 oz po q15 minutes until entire 12 liters are administered | |
| | | ⑤ Dulcolax 2 tabs po one hour after last dose of Golytely | |
| | | ⑥ Permit for colonoscopy by Dr Ralph Lyerly | |
| | | Ralph Lyerly M | |

ORDERS FOR TREATMENT

CMMC – 21038

DO NOT WRITE BELOW THIS LINE

108

# EYE EXAMINATION SHEET

| Facility: Kilby Correctional Facility | Date of Request: 6/19/06 |
|---|---|

**Subjective:** Ø u.c/6                    4x MAC SCAR OO

**Past History:** NIDOM, HTN, Hep. C⊕ — Needs Annual Dilated Eye Exam

## CONSULTATION REPORT

"Never Got? 3/06 Gasses"

| | | W/Glasses | W/O Glasses | |
|---|---|---|---|---|

**Snellen:**   OD                Blind

OPHTH & EXT:
Dilated Eye Exam   (YES)   NO   (circle one)

60% O/0

OS                    20/40

OD macular scar          NO BDR

OU — 20/40

Mydriatic solution 1 to 2 gts per eye.

_____
Optometrist Signature

**New RX:**   OD  BALANCE / PD 64

OS  PLANO / Full Time wear

POLYCARB

Glaucoma:   YES   (NO)   (circle one)

_____
Nurse Signature

IOP: _____
Details:

**Frame:** 56/20/155
**Size:**
**Color:**
**Seg Ht:**

Cataracts:   YES   NO   (circle one)

Details:

MD 7/5/6
_____
Optometrist Signature/Date

| Last Name | First | Middle | DOB | R/S | AIS Number |
|---|---|---|---|---|---|
| Loveless, Everette | | | HB 10/8/62 | b/M | 238775 |

109

**BioReference** LABORATORIES

| D O C T O R | CMS STATON<br>2690 MARION SPILLWAY RD.<br>ELMORE, AL  36025 | |
|---|---|---|
| | (A0316-3)   Bio-Net Print | -FINAL-  Original Report 02/27/2008 |

| NAME | PATIENT I.D. / ROOM NO. | DOCTOR / GROUP NAME |
|---|---|---|
| LOVELESS, EVERETTE | 238775 | CORBIER, PAUL |

| LAB I.D. NO. | DATE COLLECTED | DATE RECEIVED | DATE OF REPORT | AGE | SEX |
|---|---|---|---|---|---|
| 107282478 | 02/26/2008 11:13 | 02/27/2008 10:09 | 2/27/2008 11:18 | 45 Y | M |

| Test Description | Result | Abnormal | Reference Range |
|---|---|---|---|

Tests Ordered - HEMOGLOBIN A1C (GLYCOHGB)
- - - - - - - - - - - - - - - * MISCELLANEOUS * - - - - - - - - - - - - - - -

HGB. A1c(glycohgb)          5.7                    4-6%
*********************************************************************************
HEMOGLOBIN A1c RANGES(%)                    GLUCOSE CONTROL INDEX
    < 4-6%                              Non-Diabetic Level
    < 6-7%                                  Diabetic Control
    > 8%                        Additional action suggested

                              Final Report                    Page: 1

James Weisberger, M.D.
LABORATORY DIRECTOR

481 EDWARD
ELMWOOD PA
1-8

## ADOC

### FINGER STICK BLOOD RECORD FORM

INSTITUTION/FACILITY: Staton

NAME: Loveless Everette          I.D.# 228 775     D.O.B.: 10-8-62

CELL SITE: start 1-23-08     Stop 3-23-08

PHYSICIAN ORDER/INSTRUCTIONS: BS ✓ BID ✓ 60 days If BS between 200-350 repeat in 2 hrs and notify provider during day shift If BS ≥ 351 the MD on call must be notified.

| DATE | TIME | INITIALS | BLOOD SUGAR RESULTS | URINARY KETONE LEVEL (if required) | INITIALS | * | ACTIONS TAKEN/COMMENTS |
|------|------|----------|---------------------|-------------------------------------|----------|---|------------------------|
| 1/29/08 | 3A | RB | 115 | | RB | | |
| 1/29/08 | 3P | SW | 139 | | SW | | Ø coverage |
| 1/30/08 | 3P | V | 80 | | V | | |
| 1/30/08 | 3P | SC | 114 | | | | |
| 1/31/08 | CH | | | | | | |
| 1/31/08 | 3P | CH | | | | | |
| 2/11/08 | 3A | RB | 156 | | RB | | |
| 2/1/08 | 3P | SW | 80 | | | | Ø coverage |
| 2/1/08 | 3P | V | 134 | | V | | |
| 2/3/08 | 3P | NS | 94 | | NS | | Ø |
| 2/1/08 | 3P | | 100 | | V | | |
| 2/14/08 | 3P | US | 58 | | US | | Ø |
| 2/5/08 | 3A | CH | 120 | | | | |
| 2/5/08 | 3P | SW | 98 | | SW | | Ø coverage |
| 2/6/08 | 3A | RM | 116 | | | | |
| 2/6/08 | 3P | RM | 100 | | M | | |
| 2/7/08 | 3A | RM | 79 | | | | |
| 2/8/08 | 3A | CH | 191 | | | | |
| 2/8/08 | 3A | RM | 108 | | | | |
| 2/9/08 | 3P | SC | 185 | | | | |
| 2/10/08 | | | 120 | | M | | |
| 2/10/08 | 3A | RB | 120 | | RB | | |

*Check if results called to physician.

| Date | Initials | Signatures | | Date | Initials | Signatures |
|------|----------|------------|---|------|----------|------------|
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

2/20/08
M

# ADOC

## FINGER STICK BLOOD RECORD FORM

NAME: Loveless, Everette

INSTITUTION/FACILITY: Staton

I.D. # 238 775     D.O.B: 10/8/62

CELL SITE: _____

PHYSICIAN ORDER/INSTRUCTIONS: _____

| DATE | TIME | INITIALS | BLOOD SUGAR RESULTS | URINARY KETONE LEVEL (if required) | # INITIALS | * | ACTIONS TAKEN/COMMENTS |
|------|------|----------|---------------------|------------------------------------|------------|---|------------------------|
| 2/11 | 3p | SV | 62 | | | | Ø |
| 2/12 | 3A | RM | 153 | | | | |
| 2/20/ | 3p | M | 185 | | M | | |
| 2/13 | 3A | V | 141 | | V | | X |
| 2/13/08 | 3P | SW | 109 | | SW | | Ø coverage |
| 2/14 | 3A | DH | 193 | | | | |
| 2/14 | 3p | SW | 83 | | SW | | Ø coverage |
| 2/15/08 | 3A | RB | 208 | | RB | | |
| 2/15/08 | 3p | SW | 120 | | SW | | Ø coverage |
| 2/16/08 | 3A | RM | 223 | | | | |
| 2/16/08 | 3p | M | 164 | | M | | |
| 2/17 | 3p | TR | 191 | | V | | |
| 2/19 | 3A | VN | 142 | | VN | | Ø |
| 2/19/08 | 3A | RB | 127 | | | | Ø |
| 2/20/08 | 3A | RM | 243 | | | | |
| 2-20 | 3P | St | 124 | | St | | |
| 2/21 | 3p | VN | 121 | | | | |
| 2/24/08 | 3A | RB | 125 | | | | |
| 2/28/08 | 3A | RM | 124 | | | | |
| 2/28/08 | 3p | SW | 79 | | | | Ø coverage |
| 2/24 | VN | DH | 142 | | M | | |

*Check if results called to physician.

| Date | Initials | Signatures | | Date | Initials | Signatures |
|------|----------|------------|---|------|----------|------------|
| 2-30-08 | St | S. Taylor LPN | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

1/2



**BioReference**
LABORATORIES

| DOCTOR | CMS STATON<br>2690 MARION SPILLWAY RD.<br>ELMORE, AL  36025 | |
|---|---|---|
| | (A0316-3)   Bio-Net Print | -FINAL-  Original Report 02/16/2008 |

| NAME | PATIENT I.D. / ROOM NO. | DOCTOR / GROUP NAME |
|---|---|---|
| LOVELESS, EVERETTE | 238775 | CORBIER |

| LAB I.D. NO. | DATE COLLECTED | DATE RECEIVED | DATE OF REPORT | AGE | SEX |
|---|---|---|---|---|---|
| 107175627 | 02/15/2008 12:54 | 02/16/2008 11:49 | 2/16/2008 12:55 | 45 Y | M |

| Test Description | Result | Abnormal | Reference Range |
|---|---|---|---|

Tests Ordered : CBC W/DIFF., PLATELET CT.,

Comment :
     STATON

------------------------------ * HEMATOLOGY * ------------------------------

| | | | |
|---|---|---|---|
| WBC | 3.9 | | 3.40-11.80   x10(3) |
| RBC | 5.1 | | 4.20-5.90   x10(6) |
| HGB | 14.6 | | 12.3-17.0   gm/dl |
| HCT | 46.1 | | 39.3-52.5   % |
| MCV | 91.3 | | 80.0-100.0   FL |
| MCH | 28.6 | | 25.0-34.1   pg |
| MCHC | 31.7 | | 29.0-34.0   gm/dl |
| RDW | 11.9 | | 10.9-16.9   % |
| POLYS | 42 | | 36-78   % |
| LYMPHS | 44 | | 12-48   % |
| EOS | 4 | | 0-8   % |
| BASOS | 1 | | 0-2   % |
| MONOS | 9 | | 0-13   % |
| Platelet Count | 225 | | 144-400   x10(3) |

Final Report                                    Page: 1

113

*(signature)*
James Weisberger, M.D.

461 EDWARD H. ROSS D
ELMWOOD PARK, NJ 074

# BR BioReference
LABORATORIES

| D O C T O R | CMS STATON<br>2690 MARION SPILLWAY RD.<br>ELMORE, AL  36025 | | |
|---|---|---|---|
| | (A0316-3)   Bio-Net Print | -FINAL-  Original Report 02/04/2008 | |

| NAME | PATIENT I.D. / ROOM NO. | | DOCTOR / GROUP NAME |
|---|---|---|---|
| LOVELESS, EVERETTE | 238775 | | DR. CORBIER |

| LAB I.D. NO. | DATE COLLECTED | DATE RECEIVED | DATE OF REPORT | AGE | SEX |
|---|---|---|---|---|---|
| 106969475 | 01/31/2008 12:29 | 02/01/2008 09:16 | 2/7/2008 10:47 | 45 Y | M |

| Test Description | Result | Abnormal | Reference Range |
|---|---|---|---|

Tests Ordered : CBC W/DIFF, PLATELET CT., FERRITIN, PROTIME, INITIAL, IRON & TIBC, ARTHRITIS PROFILE

------------------------------- * CHEMISTRY *-------------------------------

| | | | |
|---|---|---|---|
| Uric Acid | 6.2 | | 2.4-7.0 | mg/dl |
| Iron | 76 | | 30-160 | mcg/dl |

------------------------------- * HEMATOLOGY *-------------------------------

| WBC | 3.5 | | 3.40-11.80 | x10(3) |
|---|---|---|---|---|
| RBC | 4.6 | | 4.20-5.90 | x10(6) |
| HGB | 13.2 | | 12.3-17.0 | gm/dl |
| HCT | 40.8 | | 39.3-52.5 | % |
| MCV | 88.7 | | 80.0-100.0 | FL |
| MCH | 28.7 | | 25.0-34.1 | pg |
| MCHC | 32.4 | | 29.0-34.0 | gm/dl |
| RDW | 12.1 | | 10.9-16.9 | % |
| POLYS | 50 | | 36-78 | % |
| LYMPHS | 36 | | 12-48 | % |
| EOS | 3 | | 0-8 | % |
| BASOS | 1 | | 0-2 | % |
| MONOS | 10 | | 0-13 | % |
| Platelet Count | 202 | | 144-400 | x10(3) |
| PROTIME | 11.4 | | 10.1-13.6sec |
| INTR.NORM.RATIO(INR) | 1.00 LO | | 2.00-3.00 |

***************************************************************

CLINICAL INDICATIONS FOR INR USE
Prophylaxis or treatment of venous thrombosis,
systemic embolization, or
treatment of pulmonary embolus.
High-risk patients with mechanical heart valves.

REFERENCE RANGE
2.0 - 3.0
(therapeutic range)

2.5 - 3.5

* * * * * * * * * * * * * * * * * * * * * * * * * * * *

NOTE: INR values below 2.0 in patients on warfarin therapy would
be considered sub-therapeutic for the above conditions. Normal
subjects NOT treated with warfarin will have INR values in the
range of:     0.87    1.15

------------------------------- * MISCELLANEOUS *-------------------------------

| FERRITIN | 238 | | SEE BELOW |
|---|---|---|---|
| ANA SCREEN | Negative | | NEGATIVE |
| ASO | 29 | | <200 IU/mL |

Continued on Next Page

James Weisberger, M.D.

481 EDWARD H. ROSS
ELMWOOD PARK, NJ 07
1-800-229-LA



**BioReference**
LABORATORIES

| | |
|---|---|
| **D O C T O R** | CMS STATON<br>2690 MARION SPILLWAY RD.<br>ELMORE, AL  36025 |

(A0316-3)  Bio-Net Print                    -FINAL-  Original Report 02/04/2008

| NAME | PATIENT I.D. / ROOM NO. | DOCTOR / GROUP NAME |
|---|---|---|
| LOVELESS, EVERETTE | 238775 | DR. CORBIER |

| LAB I.D. NO. | DATE COLLECTED | DATE RECEIVED | DATE OF REPORT | AGE | SEX |
|---|---|---|---|---|---|
| 106969475 | 01/31/2008 12:29 | 02/01/2008 09:16 | 2/7/2008 10:47 | 45 Y | M |

| Test Description | Result | Abnormal | Reference Range |
|---|---|---|---|
| CRP | <0.3 | | <0.5 mg/dL |
| RF, QUANT. | 10.0 | | <14 IU/mL |
| IRON % SAT. | | 19 LO | 20-55% |
| TIBC | 393 | | 228-428   mcg/dl |

**********************************************************

                    RANGES FOR FERRITIN

ADULT MALES                          30-400 ng/mL
ADULT FEMALES                        13-150 ng/mL

**********************************************************

NOTE: Positive screening results for the Antinuclear Antibodies
(ANA) test (0038) automatically reflex to the Immunofluorescent
assay (IFA) (at additional cost) for titer. Low levels of antibody
detected by the screening method may not agree with results obtained
by IFA and may be clinically insignificant. Please evaluate both
results, together with other autoimmune tests as well as the patient's
clinical indicators.  Autoreflex testing effective 1/14/08.

**********************************************************
Specimen submitted is NONFASTING. This may cause inaccurate results.
Please resubmit a fasting specimen at your earliest convenience.

                    Final Report                          Page: 2



James Weisberger, M.D.
LABORATORY DIRECTOR

481 EDWARD H. ROSS DR
ELMWOOD PARK, NJ 0744
1-800-229-LAB

115

**BR** BioReference
L A B O R A T O R I E S

| D O C T O R | CMS STATON<br>2690 MARION SPILLWAY RD.<br>ELMORE, AL  36025 | | |
|---|---|---|---|
| | (A0316-3)  Bio-Net Print | -FINAL-  Original Report 01/29/2008 | |

| NAME | PATIENT I.D. / ROOM NO. | DOCTOR / GROUP NAME |
|---|---|---|
| LOVELESS, EVERETTE | 238775 | CORBIER, PAUL |

| LAB I.D. NO. | DATE COLLECTED | DATE RECEIVED | DATE OF REPORT | AGE | SEX |
|---|---|---|---|---|---|
| 107042088 | 01/28/2008 10:23 | 01/29/2008 10:34 | 1/31/2008 09:51 | 45 Y | M |

| Test Description | Result | Abnormal | Reference Range | |
|---|---|---|---|---|

Tests Ordered : CHEM 24 (SMAC), LIPID SCREEN(CORONARY RISK I),
---------------------------- * CHEMISTRY *----------------------------

| | | | | |
|---|---|---|---|---|
| Total Protein | 7.4 | | 5.9-8.4 | gm/dl |
| Albumin | 4.1 | | 3.2-5.2 | gm/dl |
| Globulin | 3.3 | | 1.7-3.7 | gm/dl |
| A/G Ratio | 1.2 | | 1.1-2.9 | |
| Glucose | | 119 HI | 70-99 | mg/dl |
| Sodium | 140 | | 133-145 | mmol/L |
| Potassium | 4.0 | | 3.3-5.3 | mmol/L |
| Chloride | 103 | | 96-108 | mmol/L |
| CO2 | 25 | | 21-29 | mmol/L |
| BUN | 12 | | 7-25 | mg/dl |
| * Creatinine | 1.0 | | 0.6-1.3 | mg/dl |
| BUN/Creat Ratio | 12 | | 10-28 | |
| Calcium | | 10.5 HI | 8.4-10.4 | mg/dl |
| Uric Acid | | 7.5 HI | 2.4-7.0 | mg/dl |
| Iron | 135 | | 30-160 | mg/dl |
| Bilirubin, Total | 0.6 | | 0.1-1.0 | mg/dl |
| LDH | 187 | | 94-250 | u/l |
| Alk Phos | 106 | | 39-120 | u/l |
| AST (SGOT) | | 59 HI | < 37 | u/l |
| Phosphorous | 3.6 | | 2.6-4.5 | mg/dl |
| ALT (SGPT) | | 77 HI | < 40 | u/l |
| G-GTP | | 180 HI | 7-51 | u/l |

**********************************************************************
* GFR, Estimated = 85.75 mL/min/1.73m2

**********************************************************************
GFR (Glomerular Filtration Rate) calculation utilizes the MDRD formula
(Modification of Diet in Renal Disease Study Group) and assumes a normal
adult body surface area of 1.73.  If the patient is African American
multiply result reported by 1.21. (Ref. National Kidney Disease Educa.
Program.)
      ***** Male/Female reference range: >60 mL/min/1.73 m2 *****
Note: A calculated GFR of 60 mL suggests chronic kidney disease, but
only if found consistently over at least 3 months.  A calculated
result of <15 mL is consistent with renal failure.

------------------------ * CARDIOVASCULAR/LIPIDS *-----------------------

| Cholesterol | 113 | | < 200 | mg/dl |
|---|---|---|---|---|

Continued on Next Page

James Weisberger, M.D.

481 EDWARD H. ROSS D
ELMWOOD PARK, NJ 07



**BioReference**
LABORATORIES

| DOCTOR | CMS STATON<br>2690 MARION SPILLWAY RD.<br>ELMORE, AL   36025 | |
|---|---|---|
| (A0316-3)   Bio-Net Print | -FINAL-  Original Report 01/29/2008 | |

| NAME | PATIENT I.D. / ROOM NO. | DOCTOR / GROUP NAME |
|---|---|---|
| LOVELESS, EVERETTE | 238775 | CORBIER, PAUL |

| LAB I.D. NO. | DATE COLLECTED | DATE RECEIVED | DATE OF REPORT | AGE | SEX |
|---|---|---|---|---|---|
| 107042088 | 01/28/2008 10:23 | 01/29/2008 10:34 | 1/31/2008 09:51 | 45 Y | M |

| Test Description | Result | Abnormal | Reference Range | |
|---|---|---|---|---|
| Triglyceriden | 135 | | < 151 | mg/dl |
| HDL CHOL. DIRECT | 37 | | >35 | mg/dl |
| HDL as % of Cholesterol | | 28 | | % |
| Chol/HDL Ratio | | 3.59 | | |
| LDL/HDL Ratio | 1.86 | | 0-3.55 | |
| LDL Cholesterol | 69 | | < 100 | mg/dL |

Final Report                                        Page: 2



James Weisberger, M.D.

481 EDWARD H. ROSS DR
ELMWOOD PARK, NJ 074

**BioReference**
LABORATORIES



| DOCTOR | CMS STATON<br>2690 MARION SPILLWAY RD.<br>ELMORE, AL  36025 | | |
|---|---|---|---|

(A0316-3)    Bio-Net Print                    -FINAL-  Original Report 01/24/2008

| NAME | PATIENT I.D. / ROOM NO. | | DOCTOR / GROUP NAME |
|---|---|---|---|
| LOVELESS, | 238775 | | CORBIER |

| LAB I.D. NO. | DATE COLLECTED | DATE RECEIVED | DATE OF REPORT | AGE | SEX |
|---|---|---|---|---|---|
| 106936092 | 01/23/2008 09:29 | 01/24/2008 10:59 | 1/25/2008 11:23 | | M |

| Test Description | Result | Abnormal | Reference Range |
|---|---|---|---|

Tests Ordered : HEMOGLOBIN A1C (GLYCOHGB)
-------------------------- * MISCELLANEOUS * ---------------------------

HGB. A1c(glycohgb)                          6.2 HI       4-6%
*****************************************************************

HEMOGLOBIN A1C RANGES(%)              GLYCOHGB CONTROL INDEX
    < 4-6%                            Non-Diabetic Level
    < 6-7%                              Diabetic Control
    > 8%                      Additional action suggested

                          Final Report                    Page: 1

**BioReference**
LABORATORIES

| | |
|---|---|
| D O C T O R | CMS STATON<br>2690 MARION SPILLWAY RD.<br>ELMORE, AL 36025 |

(A0316-3)   Bio-Net Print                    -FINAL-  Original Report 01/15/2008

| NAME | PATIENT I.D. / ROOM NO. | DOCTOR / GROUP NAME | | |
|---|---|---|---|---|
| LOVELESS, TOMMY | 248595 | CORBIER, PAUL | | |

| LAB I.D. NO. | DATE COLLECTED | DATE RECEIVED | DATE OF REPORT | AGE | SEX |
|---|---|---|---|---|---|
| 106836051 | 01/14/2008 11:28 | 01/15/2008 10:36 | 1/25/2008 11:23 | 45 Y | M |

| Test Description | Result | Abnormal | Reference Range | |
|---|---|---|---|---|
| Tests Ordered : HEPATIC FUNCTION PANEL, | | | | |
| | * CHEMISTRY * | | | |
| Total Protein | 7.9 | | 5.9-8.4 | gm/dl |
| Albumin | 4.8 | | 3.2-5.2 | gm/dl |
| Globulin | 3.1 | | 1.6-4.1 | gm/dL |
| A/G Ratio | 1.5 | | 1.1-2.2 | |
| Bilirubin, Total | 0.8 | | 0.1-1.0 | mg/dl |
| BILIRUBIN, DIRECT | 0.1 | | 0.0-0.3 | MG/DL |
| Alk Phos | | 143 HI | 39-120 | u/l |
| AST (SGOT) | | 44 HI | <37 | u/l |
| ALT (SGPT) | | 43 HI | <40 | u/L |

*****************************************************

NOTE: Serum specimen HEMOLYZED. This may affect results.

Final Report                                    Page: 1

119

481 EDWARD H. ROS<br>ELMWOOD PARK, NJ<br>1-800-229-

James Weisberger, M.D.

BLOOD SUGAR

INMATE _Loveless, Everett_ AIS# _238775_        SITE _Ventress_

| DATE | 3:00 AM | 5:00 AM | 9:00 AM | 11:00 AM | 3:00 PM | 5:00 PM |
|------|---------|---------|---------|----------|---------|---------|
| 10-02-07 | 122/ 101/ 108/82 | | | | 100 | |
| 10-03-07 | 135 110/ 138/ 138/70 | | | | 104 | |
| 10-04-07 | 117/ 140/60 | | | | 97 | |
| 10-05-07 | 115/ | | | | 119 | |
| 10/06/07 | 131/ 148/80 | | | | | |
| 10-07-07 | 143/ 140/80 | | | | 100 | |
| 10-08-07 | 168/ BS | | | | | |
| 10-08-07 | 137 BS/ 168/ 100 | | | | 89 | |
|  | 137 | | | | | |
| 10-9-07 | 113/ 148/80 | | | | 123 | |
| 10/10/07 | 110 | | | | 101 | |
| 10/11/07 | 136/ 140/90 | | | | 168 | |
| 10-12-07 | 118/ 160/98 | | | | 170 | |
| 10-18-07 | 295 | | | | | |
| 10-14-07 | 98 | | | | | |
| 10-15-07 | 98/ 140/90 | | | | 114 | |
| 10-16-07 | 108/ | | | | | |
| 10-17-07 | 1 | | | | 89 | |
| 10-18-07 | 103 | | | | | |
| 10-19-07 | 95 | | | | | |
| 10-21-07 | 97 | | | | | |
| 10/23/07 | 108 | | | | | |
| 10/24/17 | 170 | | | | | |
| 10/25/07 | 101 | | | | | |
| 10/26/07 | 104 | | | | | |
| 10-27-07 | 100 | | | | | |
| 10/28/07 | 107 | | | | | |
| 10/29/07 | 113 | | | | | |
| 10/30/07 | | | | | | |
| 10/31/07 | 123 | | | | | |

105

120



LYERLY, RALPH       BMS
06304545  4    AP      10081962
01:30 PM  02/23/07      JRG

## GASTROINTESTINAL LABORATORY
## POST-PROCEDURE INSTRUCTIONS

M.D. _Dr. Lyerly_       DATE _2/23/7_

1. Limit your activities until the next day, then you can return to normal activities, unless otherwise ordered by physician.

2. Even though you may not feel tired, prolonged effects from medication may alter your judgment and reflexes may not be normal. Due to the effects of the sedation, do not drive a car or operate hazardous machinery for the balance of the day. Let it be a day of rest.

3. With stomach examinations (Duodenoscopy), do not take anything by mouth after the procedure until numbness leaves from mouth and throat.

4. Report the following signs to your physician immediately:

   ◆ Bright red rectal blood in excessive amount after colonoscopy ( in some situations, it is normal to pass small amounts).
   ◆ Chills and/or temperature of 100 degrees or above.
   ◆ Excessive or prolonged pain.

5. It is normal to have some gas or abdominal pain for an hour or two following your procedure.

6. Do not eat or drink if abdominal pain or excessive bleeding occurs.

7. Special instructions and medications: _May resume meals @ 7²⁰ pm_

Physician telephone numbers:  Dasher:  205-250-6968    Lyerly:  205-250-6970

If you are unable to reach the physician, call Carraway G.I. Lab 205-502-6197.
If problems persist, come to the Emergency Room.

I have read and received the above instructions.

_____
Person responsible for Patient

CMMC - 21041

[2]

**BioReference**
LABORATORIES

| | |
|---|---|
| **D O C T O R** VENTRESS CORRECTIONAL FAC.<br>379 HWY 239<br>CLYTON AL, AL   36016<br><br>(A0115-9)   Bio-Net Print | **BOOK/CASE:**<br><br><br>-FINAL-   Original Report 09/01/2007 |

| NAME<br>LOVELESS, EVERETTE | PATIENT I.D. / ROOM NO.<br>238775.2019 | DOCTOR / GROUP NAME<br>PEASANT, JOHN |
|---|---|---|

| LAB I.D. NO.<br>105565738 | DATE COLLECTED<br>08/31/2007 12:58 AM | DATE RECEIVED<br>09/01/2007 11:42 | DATE OF REPORT<br>9/1/2007 02:15 | AGE<br>44 Y | SEX<br>M |
|---|---|---|---|---|---|

| Test Description | Result | Abnormal | Reference Range |
|---|---|---|---|
| Total Protein | 6.6 | | 5.9-8.4 | gm/dl |
| Albumin | 3.7 | | 3.2-5.2 | gm/dl |
| | | | 1.7-3.7 | gm/dl |
| | | | 1.1-2.5 | |
| Bilirubin, Total | 0.3 | | 0.1-1.0 | mg/dl |
| BILIRUBIN, DIRECT | 0.1 | | 0.0-0.3 | MG/DL |
| Alk Phos | 90 | | 39-120 | u/l |
| AST (SGOT) | 28 | | < 37 | u/l |
| | 20 | | < 40 | u/l |

Final Report          Page: 1

*James Weisberger, M.D.*
**James Weisberger, M.D.**
LABORATORY DIRECTOR

481 EDWARD H. ROSS<br>ELMWOOD PARK, NJ 07<br>1-800-229-L<br>4255 Rev

122

**BioReference**
LABORATORIES

| | |
|---|---|
| D O C T O R | VENTRESS CORRECTIONAL FAC.<br>379 HWY 239<br>CLYTON AL, AL  36016 |
| | (A0115-9)  Bio-Net Print |

BOOK/CASE:

-FINAL-  Original Report 08/01/2007

| NAME | PATIENT I.D. / ROOM NO. | DOCTOR / GROUP NAME |
|---|---|---|
| LOVELESS, EVERETTE | 238775.1800 | PEASANT, JOHN |

| LAB I.D. NO. | DATE COLLECTED | DATE RECEIVED | DATE OF REPORT | AGE | SEX |
|---|---|---|---|---|---|
| 105226613 | 07/31/2007 11:04 AM | 08/01/2007 09:56 | 8/1/2007 02:09 | 44 Y | M |

| Test Description | Result | Abnormal | Reference Range |
|---|---|---|---|



TESTS ORDERED = HEMOGLOBIN A1C;
********* MISCELLANEOUS *

HGB. A1c(glycohgb)            5.1 /                    < 6.0%
******************************************************************
HEMOGLOBIN A1C RANGES:                GLUCOSE CONTROL INDEX
                                         Non-Diabetic Level
                                         Diabetic Control
     > 8.0%                      Additional action suggested

                        Final Report                    Page: 1

James Weisberger, M.D.
LABORATORY DIRECTOR

481 EDWARD H. ROSS
ELMWOOD PARK, NJ 07
1-800-229-L/
4255 Rev

123



**BioReference** LABORATORIES

[2053]    105004317-4  LOVELESS, EVERETTE

DOCTOR

BIBB CORR. FACILITY
565 BIBB LANE
BRENT AL 35034
(205) 926-5252   (A0117-5)

LOVELESS, EVERETTE    LOVELESS, EVERETTE

LOVELESS, EVERETTE    LOVELESS, EVERETTE

-FINAL- Original Report 07/07/2007

NAME: LOVELESS, EVERETTE

PATIENT I.D. / ROOM NO. 238775

DOCTOR / GROUP NAME: DR. WHILEY

LAB I.D. NO. 105004317

DATE COLLECTED 07/03/2007

DATE RECEIVED 07/04/2007 19:42

DATE OF REPORT 7/7/2007 18:57

AGE 44 Y

SEX M

| Test Description | Result | Abnormal | Reference Range |
|---|---|---|---|
| * MISCELLANEOUS * | | | |
| CULTURE, WOUND-RT EA | SEE BELOW | | NO GROWTH |

NOTE :

0053 CULTURE, WOUND-RT EAR

* MICROBIOLOGY *
* CULTURES *

SOURCE:    WOUND

REPORT #1: MODERATE GROWTH OF ACINETOBACTER BAUMANNII COMPLEX

SENSITIVITY:   S = SENSITIVE  R = RESISTANT  I = INTERMEDIATE

| | #1 |
|---|---|
| AMIKACIN | S |
| CEFEPIME | S |
| CEFTRIAXONE | I |
| CIPROFLOXACIN | S |
| GENTAMICIN | S |
| IMIPENEM | S |
| LEVOFLOXACIN | S |
| PIPERACILLIN-TAZOBACTAM | S |
| TOBRAMYCIN | S |
| TRIMETHPRIM/SULFA | S |

Final Report

mes Weisberger, M.D.
LABORATORY DIRECTOR

481 EDWARD H. ROSS
ELMWOOD PARK, NJ
1-800-2

# BioReference
LABORATORIES

[2053]      104702487-0  LOVELESS, EVERETTE

| D O C T O R | BIBB CORR. FACILITY<br>565 BIBB LANE<br>BRENT AL 35034<br>(205) 926-5252  (A0117-5) | LOVELESS, EVERETTE       LOVELESS, EVERETTE<br><br>LOVELESS, EVERETTE       LOVELESS, EVERETTE<br><br>-FINAL- Original Report 06/04/2007 |
|---|---|---|

| NAME | PATIENT I.D. / ROOM NO. | DOCTOR / GROUP NAME |
|---|---|---|
| LOVELESS, EVERETTE | 238775 | DR. WHITELY |

| LAB I.D. NO.<br>104702487 | DATE COLLECTED<br>06/01/2007 | DATE RECEIVED<br>06/02/2007 13:04 | DATE OF REPORT<br>6/4/2007 16:36 | AGE<br>44 Y | SEX<br>M |
|---|---|---|---|---|---|

| Test Description | Result | Abnormal | Reference Range | |
|---|---|---|---|---|
| Comment : FASTING | | | | |
| **------ * CHEMISTRY *------** | | | | |
| Total Protein | 6.9 | | 5.9-8.4 | gm/dl |
| Albumin | 3.8 | | 3.2-5.2 | gm/dl |
| Globulin | 3.1 | | 1.7-3.7 | gm/dl |
| A/G Ratio | 1.2 | | 1.1-2.9 | |
| Glucose | 86 | | 70-109 | mg/dL |
| Sodium | 141 | | 133-145 | mmol/L |
| Potassium | 3.6 | | 3.3-5.3 | mmol/L |
| Chloride | 105 | | 96-108 | mmol/L |
| CO2 | 22 | | 21-29 | mmol/L |
| BUN | 8 | | 7-25 | mg/dl |
| * Creatinine | 0.8 | | 0.6-1.3 | mg/dl |
| BUN/Creat Ratio | 10 | | 10-28 | |
| Calcium | 10.4 | | 8.4-10.4 | mg/dl |
| Uric Acid | 5.7 | | 2.4-7.0 | mg/dl |
| Iron | | 169 HI | 30-160 | mg/dl |
| Bilirubin, Total | 0.4 | | 0.1-1.0 | mg/dl |
| LDH | 133 | | 94-250 | u/l |
| Alk Phos | 98 | | 39-120 | u/l |
| AST (SGOT) | 28 | | < 37 | u/l |
| Phosphorous | 3.8 | | 2.6-4.5 | mg/dl |
| ALT (SGPT) | 35 | | < 40 | u/l |
| G-GTP | | 60 | 7-65 | u/L |

*************************************************************
* GFR Estimated = 111.27 mL/min/1.73m2

*************************************************************
GFR (Glomerular Filtration Rate) calculation utilizes the MDRD formula
(Modification of Diet in Renal Disease Study Group) and assumes a normal
adult body surface area of 1.73.  If the patient is African American
multiply result reported by 1.21.  (Ref: National Kidney Disease Educa.
Program.)
**** Male/Female reference range:  >60 mL/min/1.73 m2 ****
Note: A calculated GFR of <60 mL suggests chronic kidney disease, but
only if found consistently over at least 3 months.  A calculated
result of <15 mL is consistent with renal failure.

Continued on Next Page

James Weisberger, M.D.
LABORATORY DIRECTOR

481 EDWARD H. ROSS DI<br>ELMWOOD PARK, NJ 074(<br>1-800-229-LAE

125

**B·R BioReference LABORATORIES**

[2053]     104702487-0  LOVELESS, EVERETTE

| DOCTOR | |
|---|---|
| BIBB CORR. FACILITY<br>565 BIBB LANE<br>BRENT AL 35034<br>(205) 926-5252   (A0117-5) | LOVELESS, EVERETTE     LOVELESS, EVERETTE<br><br>LOVELESS, EVERETTE     LOVELESS, EVERETTE<br><br>-FINAL- Original Report 06/04/2007 |

| NAME | PATIENT I.D. / ROOM NO. | DOCTOR / GROUP NAME |
|---|---|---|
| LOVELESS, EVERETTE | 238775 | DR. WHITELY |

| LAB I.D. NO. | DATE COLLECTED | DATE RECEIVED | DATE OF REPORT | AGE | SEX |
|---|---|---|---|---|---|
| 104702487 | 06/01/2007 | 06/02/2007 13:04 | 6/4/2007 16:36 | 44 Y | M |

| Test Description | Result | Abnormal | Reference Range |
|---|---|---|---|

**CLINICAL INDICATIONS FOR INR USE**            REFERENCE RANGE
Prophylaxis or treatment of venous thrombosis,        2.0 - 3.0
systemic embolization, or                   (therapeutic range)
treatment of pulmonary embolus.
High-risk patients with mechanical heart valves.     2.5 - 3.5

NOTE: INR values below 2.0 in patients on warfarin therapy would
be considered sub-therapeutic for the above conditions. Normal
subjects NOT treated with warfarin will have INR values in the
range of:     0.87 - 1.19

**MISCELLANEOUS**

| Test | Result | Abnormal | Reference Range | |
|---|---|---|---|---|
| TSH | 1.140 | | 0.27-4.2 uIU/mL | |
| THYROXINE(T4) | | 14.2 HI | 4.5-12.0 ug/dL | |
| T3 UPTAKE | | 21.3 LO | 24.3-39 % | |
| FREE T4 INDEX | 3 | | 1.1-4.5 | |
| FERRITIN | 239 | | SEE BELOW | |
| ANTINUCLEAR AB | Negative | | NEG=<1:40 | |
| IRON % SAT. | 46 | | 20-55% | |
| TIBC | 365 | | 228-428 | mcg/dl |

*Handwritten: Okcp*

**RANGES FOR FERRITIN:**
ADULT MALES                    10-400 ng/mL
ADULT FEMALES                  13-150 ng/mL

                    Final Report

*James Weisberger, M.D. (signature)*
**James Weisberger, M.D.**
LABORATORY DIRECTOR

126

481 EDWARD H. ROSS D<br>ELMWOOD PARK, NJ 074<br>1-800-229-LAB<br>4255 Rev 1A

**BR**
**BioReference**
LABORATORIES

[2053]    104245803-2  LOVELESS, EVERETTE

| D O C T O R | BIBB CORR. FACILITY<br>565 BIBB LANE<br>BRENT_ AL  35034<br>(205) 926-5252    (A0117-5) | LOVELESS, EVERETTE          LOVELESS, EVERETTE<br>LOVELESS, EVERETTE          LOVELESS, EVERETTE<br><br>-FINAL- Original Report 04/13/2007 |
|---|---|---|

| NAME<br>LOVELESS, EVERETTE | PATIENT I.D. / ROOM NO.<br>238775 | DOCTOR / GROUP NAME<br>DR. WHITLEY | |
|---|---|---|---|
| LAB I.D. NO.<br>104245803 | DATE COLLECTED<br>04/12/2007 | DATE RECEIVED<br>04/13/2007 10:00 | DATE OF REPORT<br>4/13/2007 14:44 | AGE<br>44 Y | SEX<br>M |

| Test Description | Result | Abnormal | Reference Range |
|---|---|---|---|

\*\*\*\*\*\*\*\* \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
GFR (estimated Glomerular Filtration Rate) calculation utilizes the MDRD formula
(Modification of Diet in Renal Disease Study Group) and assumes a normal
adult body surface area of 1.73.  If the patient is African American
multiply result reported by 1.21. (Ref. National Kidney Disease Educa.
Program )

\*\*\*\*\* Male/Female Reference range:  >60 mL/min/1.73 m2 \*\*\*\*\*
Note:  A calculated level of <60 mL suggests chronic kidney disease, but
only if found consistently over at least 3 months.  A calculated
result of <15 mL is consistent with renal failure.

------------------------ * HEMATOLOGY *--------------------

| WBC | 4.4 | | 4.40-11.80 | x10(3) |
| RBC | 5.3 | | 4.20-5.90 | x10(6) |
| HGB | 14.7 | | 12.3-17.0 | gm/dl |
| HCT | 46.5 | | 39.3-52.5 | % |
| MCV | 88.1 | | 80.0-100.0 | FL |
| MCH | 27.8 | | 26.0-34.1 | pg |
| MCHC | 31.6 | | 30.0-35.0 | gm/dl |
| RDW | 11.7 | | 10.9-16.9 | % |
| POLYS | 43 | | 36-78 | % |
| LYMPHS | 44 | | 12-48 | % |
| EOS | 3 | | 0-8 | % |
| BASOS | 1 | | 0-2 | % |
| MONOS | 9 | | 0-13 | % |
| Platelet Count | 197 | | 144-400 | X10(3) |

--------------------------- * MISCELLANEOUS *-----------------------

| TSH | (1.170) | | 0.37-4.2 uIU/mL |
| THYROXINE(T4) | 14.9 | H1 | 4.5-13.0 ug/dl |
| T3 UPTAKE | 23.1 | LO | 24.3-39 % |
| FREE T4 INDEX | 3.4 | | 1.1-4.5 |

Final Report

James Weisberger, M.D.
LABORATORY DIRECTOR

481 EDWARD H. ROSS
ELMWOOD PARK, NJ 07
1-800-229-L
4255 Rev

127

**BRL BioReference** LABORATORIES

[2053]    103862110-4  LOVELESS, EVERETTE

| DOCTOR | BIBB CORR. FACILITY<br>565 BIBB LANE<br>BRENT  AL  35034<br>(205) 926-5252    (A0117-5) | LOVELESS, EVERETTE    LOVELESS, EVERETTE<br><br>LOVELESS, EVERETTE    LOVELESS, EVERETTE<br><br>-FINAL- Original Report 03/04/2007 |
|---|---|---|

| NAME<br>LOVELESS, EVERETTE | PATIENT I.D. / ROOM NO.<br>238775 | DOCTOR / GROUP NAME<br>DR. WHITLEY | | |
|---|---|---|---|---|
| LAB I.D. NO.<br>103862110 | DATE COLLECTED<br>03/02/2007 | DATE RECEIVED<br>03/03/2007 13:26 | DATE OF REPORT<br>3/4/2007 15:20 | AGE<br>44 Y | SEX<br>M |

| Test Description | Result | Abnormal | Reference Range | |
|---|---|---|---|---|
| Comment- | | | | |
| NON FASTING | | | | |
| | | | | |
| | | * CHEMISTRY * | | |
| Total Protein | 7.4 | | 5.9-8.4 | gm/dl |
| Albumin | 4.2 | | 3.2-5.2 | gm/dl |
| Globulin | 3.2 | | 2.7-3.7 | gm/dl |
| A/G Ratio | 1.3 | | 1.1-2.9 | |
| Glucose | 101 | | 70-109 | mg/dL |
| Sodium | 145 | | 133-145 | mmol/L |
| Potassium | 4.3 | | 3.3-5.3 | mmol/L |
| Chloride | 105 | | 99-108 | mmol/L |
| CO2 | 22 | | 21-29 | mmol/L |
| BUN | 10 | | 7-25 | mg/dl |
| * Creatinine | 0.8 | | 0.6-1.3 | mg/dl |
| BUN/Creat Ratio | 12.5 | | 10-28 | |
| Calcium | | 10.7 HI | 8.4-10.4 | mg/dl |
| Uric Acid | 5.2 | | 2.4-7.8 | mg/dl |
| Iron | 110 | | 30-160 | mcg/dl |
| Bilirubin, Total | 0.4 | | 0.1-1.0 | mg/dl |
| LDH | 136 | | 94-250 | u/l |
| Alk Phos | 120 | | 39-120 | u/l |
| AST (SGOT) | 23 | | < 37 | u/l |
| Phosphorous | 3.6 | | 2.6-4.8 | mg/dl |
| ALT (SGPT) | 29 | | < 40 | u/L |
| G-GTP | | 65 HI | 7-51 | u/L |
| Cholesterol | 123 | | < 200 | mg/dl |
| Triglycerides | | 179 HI | < 151 | mg/dl |
| HDL CHOL. DIRECT | 36 | | >35 | mg/dl |
| HDL AS % OF Cholesterol | 29 | (> 29) | BELOW AVERAGE RISK | % |
| Chol/HDL Ratio | 3.42 | (<4.2) | BELOW AVERAGE RISK | |
| LDL/HDL Ratio | 1.44 | | 0-3.55 | |
| LDL Cholesterol | 52 | | < 100 | mg/dL |

*********************************************************************
* Cre. Estimated = 111.40 ml/min/1.73m2

Continued on Next Page                                      Page: 1

James Weisberger, M.D.
LABORATORY DIRECTOR

481 EDWARD H. ROSS
ELMWOOD PARK, NJ
1-800-22

128

**BioReference LABORATORIES**

[2053]        103862110-4  LOVELESS, EVERETTE

| DOCTOR | BIBB CORR. FACILITY<br>565 BIBB LANE<br>BRENT  AL  35034<br>(205) 926-5252    (A0117-5) | LOVELESS, EVERETTE    LOVELESS, EVERETTE<br><br>LOVELESS, EVERETTE    LOVELESS, EVERETTE<br><br>-FINAL- Original Report 03/04/2007 |
|---|---|---|

| NAME<br>LOVELESS, EVERETTE | PATIENT I.D. / ROOM NO.<br>238775 | DOCTOR / GROUP NAME<br>DR. WHITLEY |
|---|---|---|

| LAB I.D. NO.<br>103862110 | DATE COLLECTED<br>03/02/2007 | DATE RECEIVED<br>03/03/2007 13:26 | DATE OF REPORT<br>3/4/2007 15:20 | AGE<br>44 Y | SEX<br>M |
|---|---|---|---|---|---|

| Test Description | Result | Abnormal | Reference Range |
|---|---|---|---|

(Glomerular Filtration Rate) calculation utilizes the MDRD formula
(Modification of Diet in Renal Disease Study Group) and assumes a normal
adult body surface area of 1.73.  If the patient is African American
multiply result reported by 1.21. (Ref. National Kidney Disease Educa.
Program.)

**** Male/Female reference range: >60 mL/min/1.73 m2 ****
Note: A calculated GFR of <60 suggests chronic kidney disease, but
only if found consistently over at least 3 months.  A calculated
result of <15 mL is consistent with renal failure.

**\* HEMATOLOGY \***

| PROTIME | 10.7 | | 10.1-13.6sec |
|---|---|---|---|
| INTR.NORM.RATIO(INR) | 0.93 LO | | 2.00-3.00 |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

CLINICAL INDICATIONS FOR INR USE              REFERENCE RANGE
Prophylaxis or treatment of venous thrombosis,    2.0 - 3.0
systemic embolization, or                       (therapeutic range)
treatment of pulmonary embolus:
High-risk patients with mechanical heart valves.  2.5 - 3.5
\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*
NOTE: INR values below 2.0 in patients on warfarin therapy would
       be considered sub-therapeutic for the above conditions.
       Normal subjects NOT treated with warfarin will have INR values
       in the range of:                          0.87 - 1.19

--------------------------\* MISCELLANEOUS \*----------------------------

| TSH | 130 | * | 0.27-4.2 uIU/mL |
|---|---|---|---|
| THYROXINE(T4) | | 14.3 HI | 4.8-12.0 ug/dL |
| T3 UPTAKE | | 20.1 LO | 24.3-39 % |
| FREE T4 INDEX | 2.9 | | 1.1-4.5 |
| FERRITIN | 151 | | SEE BELOW |
| IRON % SAT | 27 | | 20-55% |
| IRON | 408 | | 225-428  mcg/dl |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

RANGES FOR FERRITIN

ADULT MALES                              30-400 ng/mL
ADULT FEMALES                            13-150 ng/mL

Continued on next page                                    Page 1

*James Weisberger, M.D.*
LABORATORY DIRECTOR

481 EDWARD H. ROSS D
ELMWOOD PARK, NJ 074
1-800-229-LAI
4255 Rev 1)

129

**BR** BioReference
LABORATORIES

| DOCTOR | VENTRESS CORRECTIONAL FAC.<br>379 HWY 239<br>CLYTON AL, AL  36016 | BOOK/CASE: |
|---|---|---|
| | (A0115-9)   Bio-Net Print | -FINAL-  Original Report 10/05/2007 |

| NAME<br>LOVELESS, EVERETTE | PATIENT I.D. / ROOM NO.<br>238775.2286 | DOCTOR / GROUP NAME<br>PEASANT, JOHN | | |
|---|---|---|---|---|
| LAB I.D. NO.<br>105880289 | DATE COLLECTED<br>10/03/2007 10:46 AM | DATE RECEIVED<br>10/04/2007 09:47 | DATE OF REPORT<br>10/6/2007 06:21 | AGE<br>44 Y | SEX<br>M |

| Test Description | Result | Abnormal | Reference Range |
|---|---|---|---|

Tests Ordered : CREATININE 24HR URINE, PROTEIN, URINE, 24 HR.,

Comment :
             T.V.=5900MLS
----------------------------* CHEMISTRY *----------------------------

| * Creatinine | 0.9 | | 0.6-1.3 | mg/dl |
|---|---|---|---|---|

*****************************************************************
* GFR, Estimated = 96.98 mL/min/1.73m2

*****************************************************************

----------------------------* MISCELLANEOUS *----------------------------

| CREATININE,URN.,24HR | 1.3 | | 0.4-1.8 GM/24 H |
|---|---|---|---|
| URINE VOLUME, TIMED | | 5900 HI | 1200-2000 ML/24 |
| CREAT.URN.24HR(mg/dL | 22.5 | | mg/dL |
| PROTEIN,URINE,24HR | | 236 HI | 28-141 mg/24hr |
| CREAT.CLEARANCE,CALC | 102 | | 71-151 ML/MIN |

                        Final Report                    Page: 1

130

James Weisberger, M.D.

481 EDWARD H. ROSS DR.<br>ELMWOOD PARK, NJ 07407<br>1-800-229-LABS

**BioReference** LABORATORIES        [2053]        103862110-4  LOVELESS, EVERETTE

| D O C T O R | BIBB CORR. FACILITY<br>565 BIBB LANE<br>BRENT_ AL 35034<br>(205) 926-5252    (A0117-5) | LOVELESS, EVERETTE        LOVELESS, EVERETTE<br><br>LOVELESS, EVERETTE        LOVELESS, EVERETTE<br><br>-FINAL- Original Report 03/04/2007 |
|---|---|---|

| NAME<br>LOVELESS, EVERETTE | PATIENT I.D. / ROOM NO.<br>238775 | | DOCTOR / GROUP NAME<br>DR. WHITLEY | |
|---|---|---|---|---|
| LAB I.D. NO.<br>103862110 | DATE COLLECTED<br>03/02/2007 | DATE RECEIVED<br>03/03/2007 13:26 | DATE OF REPORT<br>3/4/2007 15:20 | AGE<br>44 Y | SEX<br>M |

| Test Description | Result | Abnormal | Reference Range |
|---|---|---|---|

LAVENDER TOP tube received for CBC or DIFF
(or other hematology testing) was CLOTTED.
Please resubmit an additional specimen.

Final Report

*James Weisberger, M.D.*
LABORATORY DIRECTOR

481 EDWARD H. ROSS DR<br>ELMWOOD PARK, NJ 0740<br>1-800-229-LAB

# BIOREFERENCE LABORATORIES

**481 EDWARD H. ROSS DR. ELMWOOD PARK, NJ 07407**
**1-800-229-LABS**

| D O C T O R | BIBB CORR. FACILITY<br>565 BIBB LANE<br>BRENT, AL  35034<br>(205) 926-5252    (A0117-5) | DOB: 10/08/1962 |
|---|---|---|

-FINAL- Original Report 02/26/2007

| NAME | PATIENT I.D. / ROOM NO. | DOCTOR / GROUP | | |
|---|---|---|---|---|
| LOVELESS, EVERETTE | 238775 | DR. WHITLEY | | |
| LAB I.D. NO. | DATE COLLECTED | DATE RECEIVED | DATE OF REPORT | AGE | SEX |
| 103792643 | 02/23/2007 | 02/24/2007 14:34 | 2/26/2007 13:02 | 44 Y | M |

| Test Description | Result | Abnormal | Reference Range | |
|---|---|---|---|---|

Comment :
        FASTING

------------------------------* CHEMISTRY *------------------------------

| | | | | |
|---|---|---|---|---|
| Total Protein | 7.2 | | 5.9-8.4 | gm/dl |
| Albumin | 4.0 | | 3.2-5.2 | gm/dl |
| Globulin | 3.2 | | 1.7-3.7 | gm/dL |
| A/G Ratio | 1.3 | | 1.1-2.9 | |
| Glucose | | 131 HI | 70-109 | mg/dL |
| Sodium | 144 | | 133-145 | mmol/L |
| Potassium | 4.0 | | 3.3-5.3 | mmol/L |
| Chloride | 105 | | 96-108 | mmol/L |
| CO2 | 21 | | 21-29 | mmol/L |
| BUN | | 5 LO | 7-25 | mg/dl |
| * Creatinine | 0.9 | | 0.6-1.3 | mg/dl |
| BUN/Creat Ratio | | 5.6 LO | 10-28 | |
| Calcium | 10.3 | | 8.4-10.4 | mg/dl |
| Uric Acid | 5.5 | | 2.4-7.0 | mg/dl |
| Iron | 119 | | 30-160 | mcg/dl |
| Bilirubin, Total | 0.4 | | 0.1-1.0 | mg/dl |
| LDH | 133 | | 94-250 | u/l |
| Alk Phos | | 126 HI | 39-120 | u/l |
| AST (SGOT) | 27 | | < 37 | u/l |
| Phosphorous | 2.8 | | 2.6-4.5 | mg/dl |
| ALT (SGPT) | 31 | | < 40 | u/L |
| G-GTP | | 67 HI | 7-51 | u/L |
| Cholesterol | 125 | | < 200 | mg/dl |
| Triglycerides | 122 | | < 151 | mg/dl |
| HDL CHOL.,DIRECT | 42 | | >35 | mg/dl |
| HDL as % of Cholesterol | 34 | (> 25) | BELOW AVERAGE RISK | % |
| Chol/HDL Ratio | 2.98 | (<4.2) | BELOW AVERAGE RISK | |
| LDL/HDL Ratio | 1.4 | | 0-3.55 | |
| LDL Cholesterol | 59 | | < 100 | mg/dL |

*********************************************************************

* GFR, Estimated = 97.25 mL/min/1.73m2

Continued on Next Page                                    Page: 1

James Weisberger, M.D.
Laboratory Director

132

BioReference Laboratories, Inc.

Page 4

# BIOREFERENCE LABORATORIES

| D O C T O R | BIBB CORR. FACILITY<br>565 BIBB LANE<br>BRENT, AL  35034<br>(205) 926-5252    (A0117-5) | 481 EDWARD H. ROSS DR. ELMWOOD PARK, NJ 07407<br>1-800-229-LABS |
|---|---|---|
| | | DOB: 10/08/1962 |

-FINAL- Original Report 02/26/2007

| NAME | | PATIENT I.D. / ROOM NO. | | DOCTOR / GROUP | | |
|---|---|---|---|---|---|---|
| LOVELESS, EVERETTE | | 238775 | | | | |
| LAB I.D. NO. | DATE COLLECTED | DATE RECEIVED | | DR. WHITLEY | | |
| 103792643 | 02/23/2007 | 02/24/2007 14:34 | DATE OF REPORT<br>2/26/2007 13:02 | AGE<br>44 Y | SEX<br>M | |

| Test Description | Result | Abnormal | Reference Range |
|---|---|---|---|

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

HEMOGLOBIN A1c RANGES(%)
```
        < 6.0%                    GLUCOSE CONTROL INDEX
        < 7.0%                     Non-Diabetic Level
        > 8.0%                      Diabetic Control
                             Additional action suggested
```

Final Report

Page: 3

James Weisberger, M.D.
Laboratory Director

133

**BioReference** LABORATORIES   [2053]   103792643-9  LOVELESS, EVERETTE

| DOCTOR | BIBB CORR. FACILITY<br>565 BIBB LANE<br>BRENT_ AL 35034<br>(205) 926-5252   (A0117-5) | LOVELESS, EVERETTE   LOVELESS, EVERETTE<br>LOVELESS, EVERETTE   LOVELESS, EVERETTE<br>-FINAL- Original Report 02/26/2007 |
|---|---|---|

| NAME | | | | | |
|---|---|---|---|---|---|
| LOVELESS, EVERETTE | PATIENT I.D. / ROOM NO.<br>238775 | | DOCTOR / GROUP NAME<br>DR. WHITLEY | | |
| LAB I.D. NO.<br>103792643 | DATE COLLECTED<br>02/23/2007 | DATE RECEIVED<br>02/24/2007 14:34 | DATE OF REPORT<br>2/26/2007 15:24 | AGE<br>44 Y | SEX<br>M |

| Test Description | Result | Abnormal | Reference Range | |
|---|---|---|---|---|
| Comment: FACILITY | | | | |
| ------------------------ * CHEMISTRY *------------------------ | | | | |
| Total Protein | 7.2 | | 5.9-8.4 | gm/dl |
| Albumin | 4.0 | | 3.2-5.2 | gm/dl |
| Globulin | | | 1.7-3.7 | gm/dL |
| A/G Ratio | 1.3 | | 1.1-2.9 | |
| Glucose | | 131 HI | 70-109 | mg/dL |
| Sodium | 144 | | 133-145 | mmol/L |
| Potassium | 4.0 | | 3.5-5.3 | mmol/L |
| Chloride | 105 | | 96-108 | mmol/L |
| | 31 | | 21-29 | mmol/L |
| BUN | | 5 LO | 7-25 | mg/dl |
| * Creatinine | 0.9 | | 0.6-1.3 | mg/dl |
| BUN/Creat Ratio | | 5.6 LO | 10-28 | |
| Calcium | 10.3 | | 8.4-10.4 | mg/dl |
| Uric Acid | | | 2.4-7.0 | mg/dl |
| | | | 30-160 | mcg/dl |
| Bilirubin, Total | 0.4 | | 0.1-1.0 | mg/dl |
| LDH | 133 | | 94-250 | u/l |
| Alk Phos | | 126 HI | 39-120 | u/l |
| SGOT (AST) | | | < 40 | u/l |
| Phosphorus | | | 2.6-4.5 | mg/dl |
| SGPT (ALT) | | | < 55 | u/l |
| G-GTP | | 67 HI | 7-65 | u/L |
| Cholesterol | 125 | | < 200 | mg/dl |
| Triglycerides | 122 | | < 151 | mg/dl |
| CHOL, DIRECT | 42 | | >35 | mg/dl |
| HDL as % of Cholesterol | 33 (>25) | | BELOW AVERAGE RISK | % |
| CHOL/HDL Ratio | 2.98 (<4.2) | | BELOW AVERAGE RISK | |
| LDL/HDL Ratio | 1.4 | | 0-3.55 | |
| LDL Cholesterol | 59 | | < 100 | mg/dL |

*******************************************************

Continued on Next Page                                    Page: 1

James Weissberger, M.D.
LABORATORY DIRECTOR

481 EDWARD H. ROSS D<br>ELMWOOD PARK, NJ 074<br>1-800-229-LAI

**BioReference** LABORATORIES    [2053]    103792643-9  LOVELESS, EVERETTE

| D O C T O R | BIBB CORR. FACILITY<br>565 BIBB LANE<br>BRENT_ AL  35034<br>(205) 926-5252    (A0117-5) | LOVELESS, EVERETTE | LOVELESS, EVERETTE |
|---|---|---|---|
| | | LOVELESS, EVERETTE | LOVELESS, EVERETTE |
| | | -FINAL- Original Report 02/26/2007 | |

| NAME<br>LOVELESS, EVERETTE | PATIENT I.D. / ROOM NO.<br>238775 | DOCTOR / GROUP NAME<br>DR. WHITLEY | | |
|---|---|---|---|---|
| LAB I.D. NO.<br>103792643 | DATE COLLECTED<br>02/23/2007 | DATE RECEIVED<br>02/24/2007 14:34 | DATE OF REPORT<br>2/26/2007 15:24 | AGE<br>44 Y | SEX<br>M |

| Test Description | Result | Abnormal | Reference Range |
|---|---|---|---|

GFR (Glomerular Filtration Rate) calculation utilized the MDRD formula
(Modification of Diet in Renal Disease Study Group) and assumes a normal
adult body surface area of 1.73.  If the patient is African American
multiply result reported by 1.21. (Ref. National Kidney Disease Educa.
Program.)

**** Male normal reference range: >60 mL/min/1.73 m2 ****
Note: A calculated GFR of <60 mL suggests chronic kidney disease, but
only if found consistently over at least 3 months.  A calculated
result of <15 mL is consistent with renal failure.

### * HEMATOLOGY *

| Test | Result | Reference Range | Units |
|---|---|---|---|
| WBC | 3.9 | 3.40-11.80 | x10(3) |
| RBC | 5.1 | 4.20-5.90 | x10(6) |
| HGB | 13.8 | 12.3-17.0 | gm/dl |
| HCT | 44.5 | 39.3-52.5 | % |
| MCV | 86.7 | 80.0-100.0 | FL |
| MCH | 26.9 | 25.0-34.1 | pg |
| MCHC | 31.0 | 30.0-35.0 | gm/dl |
| RDW | 12.5 | 10.9-16.9 | % |
| POLYS | 44 | 36-78 | % |
| LYMPHS | 42 | 12-48 | % |
| EOS | 4 | 0-8 | % |
| BASO | 1 | 0-2 | % |
| MONO | 9 | 0-13 | % |
| Platelet Count | 225 | 144-400 | x10(3) |

### * MISCELLANEOUS *

| Test | Result | Abnormal | Reference Range | Units |
|---|---|---|---|---|
| Total T3 | 1,110 | | 0.27-4.2 GIU/mL | |
| THYROXINE(T4) | 15.0 H | 4.5-12.0 ug/dL | |
| T3 UPTAKE | 20.2 LO | 24.3-39 % | |
| FREE T4 INDEX | 3 | 1.1-4.5 | |
| HGB. A1c (glycohgb) | 5.7 | < 6.0% | |
| CREAT. UPN TIMED/RAND | .04 | gms/dL | |
| MIC/TOTAL/CREAT RATIO | 10 | 30mg/gm creat | |
| MICROALBUMIN, RANDOM | 0.4 | 2.5 mg/dL | |

Continued on Next Page                                    Page: 2

James Weisberger, M.D.
LABORATORY DIRECTOR

481 EDWARD H. ROSS D
ELMWOOD PARK, NJ 074
1-800-229-L A

# LabCorp

**LabCorp Birmingham**
1801 First Avenue South
Birmingham, AL 35233

Phone: 205-581-3500

| Specimen Number | Patient ID | Control Number | Account Number | Account Phone Number | Account Delivery Route |
|---|---|---|---|---|---|
| 326-005-0600-0 | 238775 | ED701705900 | 01705900 | 205-926-5252 | 05 |

**Patient Last Name**
LOVELESS

**Account Address**
Bibb Correctional Facility
Prison Health Services
565 Bibb Lane
Brent AL 35034

**Patient First Name** **Patient Middle Name**
EVERETTE

**Patient SS#**   **Patient Phone**   **Total Volume**

| Age (Y/M/D) | Date of Birth | Sex | Fasting |
|---|---|---|---|
| 44/01/14 | 10/08/62 | M | Yes |

**Patient Address**

**Additional Information**

| Date and Time Collected | Date Entered | Date and Time Reported | Physician Name | NPI | Physician ID |
|---|---|---|---|---|---|
| 11/22/06 02:30 | 11/23/06 | 11/23/06 11:17ET | | | WHITLEY JA |

**Tests Ordered**
CMP12+LP+TP+TSH+6AC+CBC/D/Plt; Hemoglobin A1c; Prostate-Specific Ag, Serum

| TESTS | RESULT | FLAG | UNITS | REFERENCE INTERVAL | LAB |
|---|---|---|---|---|---|
| **CMP12+LP+TP+TSH+6AC+CBC/D/Plt** | | | | | |
| Chemistries | | | | | MB |
| **Glucose, Serum** | 128 | High | mg/dL | 65 - 99 | MB |
| Uric Acid, Serum | 5.2 | | mg/dL | 2.4 - 8.2 | MB |
| BUN | 11 | | mg/dL | 5 - 26 | MB |
| Creatinine, Serum | 0.7 | | mg/dL | 0.5 - 1.5 | MB |
| BUN/Creatinine Ratio | 16 | | | 8 - 27 | |
| Sodium, Serum | 142 | | mmol/L | 135 - 148 | MB |
| Potassium, Serum | 3.9 | | mmol/L | 3.5 - 5.5 | |
| Chloride, Serum | 103 | | mmol/L | 96 - 109 | |
| **Calcium, Serum** | 11.0 | High | mg/dL | 8.5 - 10.6 | MB |
| Phosphorus, Serum | 4.3 | | mg/dL | 2.5 - 4.5 | |
| Protein, Total, Serum | 7.6 | | g/dL | 6.0 - 8.5 | MB |
| Albumin, Serum | 4.1 | | g/dL | 3.5 - 5.5 | MB |
| Globulin, Total | 3.5 | | g/dL | 1.5 - 4.5 | |
| A/G Ratio | 1.2 | | | 1.1 - 2.5 | |
| Bilirubin, Total | 0.4 | | mg/dL | 0.1 - 1.2 | MB |
| Alkaline Phosphatase, S | 117 | | IU/L | 25 - 150 | MB |
| LDH | 116 | | IU/L | 100 - 250 | MB |
| AST (SGOT) | 21 | | IU/L | 0 - 40 | MB |
| ALT (SGPT) | 26 | | IU/L | 0 - 55 | |
| GGT | 60 | | IU/L | 0 - 65 | |
| Iron, Serum | 77 | | ug/dL | 40 - 155 | MB |
| | | | | | MB |
| Lipids | | | | | MB |
| Cholesterol, Total | 109 | | mg/dL | 100 - 199 | MB |
| **Triglycerides** | 188 | High | mg/dL | 0 - 149 | MB |
| **HDL Cholesterol** | 34 | Low | mg/dL | 40 - 59 | MB |
| VLDL Cholesterol Cal | 38 | | mg/dL | 5 - 40 | |
| LDL Cholesterol Calc | 37 | | mg/dL | 0 - 99 | |
| T. Chol/HDL Ratio | 3.2 | | ratio units | 0.0 - 5.0 | |
| Estimated CHD Risk | < 0.5 | | times avg. | 0.0 - 1.0 | |

T. Chol/HDL Ratio
Men   Women

| LOVELESS, EVERETTE | 238775 | 326-005-0600-0 | Seq # 6426 |
|---|---|---|---|

**FINAL REPORT**

Page 1 of 3

This document contains private and confidential health information protected by state and federal law.
If you have received this document in error, please call 205-581-3600

©2004-06 Laboratory Corporation of America ® Holdings
All Rights Reserved
DOC1 Ver: 1.30

136

# LabCorp
Laboratory Corporation of America

LabCorp Birmingham
1801 First Avenue South
Birmingham, AL 35233

Phone: 205-581-3500

| Patient Name | | | | | | | Specimen Number |
|---|---|---|---|---|---|---|---|
| LOVELESS, EVERETTE | | | | | | | 326-005-0600-0 |

| Account Number | Patient ID | Control Number | Date and Time Collected | Date Reported | Sex | Age(Y/M/D) | Date of Birth |
|---|---|---|---|---|---|---|---|
| 01705900 | 238775 | ED701705900 | 11/22/06  02:30 | 11/23/06 | M | 44/01/14 | 10/08/62 |

MB: LabCorp Birmingham                    Dir:  John Elgin, MD
    1801 First Avenue South, Birmingham, AL 35233
For inquiries, the physician may contact: **Branch: 205-581-3600  Lab: 205-581-3500**

| LOVELESS,  EVERETTE | 238775 | 326-005-0600-0 | Seq # 6426 |
|---|---|---|---|

**FINAL REPORT**                                        Page 3 of 3

This document contains private and confidential health information protected by state and federal law.    ©2004-06 Laboratory Corporation of America ® Holdings
If you have received this document in error, please call 205-581-3500                                      All Rights Reserved
                                                                                                          DOC1 Ver: 1.30

137

# LabCorp

LabCorp Birmingham
1801 First Avenue South
Birmingham, AL 35233

Phone: 205-581-3500

| Patient Name | | | | | | Specimen Number |
|---|---|---|---|---|---|---|
| LOVELESS, EVERETTE | | | | | | 326-005-0600-0 |

| Account Number | Patient ID | Control Number | Date and Time Collected | Date Reported | Sex | Age(Y/M/D) | Date of Birth |
|---|---|---|---|---|---|---|---|
| 01705900 | 238775 | ED701705900 | 11/22/06 02:30 | 11/23/06 | M | 44/01/14 | 10/08/62 |

| TESTS | RESULT | FLAG | UNITS | REFERENCE INTERVAL | LAB |
|---|---|---|---|---|---|
| | | | 1/2 Avg.Risk | 3.4 | 3.3 |
| | | | Avg.Risk | 5.0 | 4.4 |
| | | | 2X Avg.Risk | 9.6 | 7.1 |
| | | | 3X Avg.Risk | 23.4 | 11.0 |

The CHD Risk is based on the T. Chol/HDL ratio.  Other
factors affect CHD Risk such as hypertension, smoking,
diabetes, severe obesity, and family history of pre-
mature CHD.

| TESTS | RESULT | FLAG | UNITS | REFERENCE INTERVAL | LAB |
|---|---|---|---|---|---|
| | | | | | MB |
| Thyroid | | | | | MB |
| TSH | 1.551 | | uIU/mL | 0.350 - 5.500 | MB |
| **Thyroxine (T4)** | **13.9** | **High** | ug/dL | 4.5 - 12.0 | MB |
| T3 Uptake | 21 | Low | % | 24 - 39 | MB |
| Free Thyroxine Index | 2.9 | | | 1.2 - 4.9 | MB |
| | | | | | MB |
| CBC, Platelet Ct, and Diff | | | | | MB |
| WBC | 5.0 | | x10E3/uL | 4.0 - 10.5 | MB |
| RBC | 5.17 | | x10E6/uL | 4.10 - 5.60 | MB |
| Hemoglobin | 14.2 | | g/dL | 12.5 - 17.0 | MB |
| Hematocrit | 43.9 | | % | 36.0 - 50.0 | MB |
| MCV | 85 | | fL | 80 - 98 | MB |
| MCH | 27.5 | | pg | 27.0 - 34.0 | MB |
| MCHC | 32.3 | | g/dL | 32.0 - 36.0 | MB |
| RDW | 11.7 | | % | 11.7 - 15.0 | MB |
| Platelets | 239 | | x10E3/uL | 140 - 415 | MB |
| Neutrophils | 48 | | % | 40 - 74 | MB |
| Lymphs | 42 | | % | 14 - 46 | MB |
| Monocytes | 8 | | % | 4 - 13 | MB |
| Eos | 2 | | % | 0 - 7 | MB |
| Basos | 0 | | % | 0 - 3 | MB |
| Neutrophils (Absolute) | 2.4 | | x10E3/uL | 1.8 - 7.8 | MB |
| Lymphs (Absolute) | 2.1 | | x10E3/uL | 0.7 - 4.5 | MB |
| Monocytes(Absolute) | 0.4 | | x10E3/uL | 0.1 - 1.0 | MB |
| Eos (Absolute) | 0.1 | | x10E3/uL | 0.0 - 0.4 | MB |
| Baso (Absolute) | 0.0 | | x10E3/uL | 0.0 - 0.2 | MB |
| **Hemoglobin A1c** | 6.1 | **High** | % | 4.5 - 5.7 | MB |

Current guidelines recommend a treatment goal of <7% for diabetic
patients.

****Effective November 27, 2006, the reference intervals
will be changing to: 4.8 - 5.9% ****

**Prostate-Specific Ag, Serum**  1.3  ng/mL  0.0 - 4.0  MB
  Beckman (formerly Hybritech) ICMA methodology

| LOVELESS, EVERETTE | 238775 | 326-005-0600-0 | Seq # 6426 |
|---|---|---|---|

**FINAL REPORT**    Page 2 of 3

This document contains private and confidential health information protected by state and federal law.
If you have received this document in error, please call 205-581-3600

©2004-06 Laboratory Corporation of America ® Holdings
All Rights Reserved
DOC1 Ver: 1.30

138

FROM: LABCORP LCLS BLK   TO: 12052250338 LABCORP

Page 16 of

# LabCorp

**LabCorp Birmingham**
1801 First Avenue South
Birmingham, AL 35233

Phone: 205-581-3500

| Specimen Number | Patient ID | Control Number | Account Number | Account Phone Number | Account Delivery Route |
|---|---|---|---|---|---|
| 326-005-0600-0 | 238775 | ED701705900 | 01705900 | 205-926-5252 | 05 |

Patient Last Name
**LOVELESS**

Account Address

Patient First Name
**EVERETTE**

Patient Middle Name

Bibb Correctional Facility
Prison Health Services
565 Bibb Lane
Brent AL  35034

| Patient SS# | Patient Phone | Total Volume |
|---|---|---|

| Age (Y/M/D) | Date of Birth | Sex | Fasting |
|---|---|---|---|
| 44/01/14 | 10/08/62 | M | Yes |

Patient Address

Additional Information

| Date and Time Collected | Date Entered | Date and Time Reported | Physician Name | NPI | Physician ID |
|---|---|---|---|---|---|
| 11/22/06 02:30 | 11/23/06 | 11/23/06 09:22ET | | | WHITLEY JA |

Tests Ordered
CMP12+LP+TP+TSH+6AC+CBC/D/Plt; Hemoglobin A1c; Prostate-Specific Ag, Serum

| TESTS | RESULT | FLAG | UNITS | REFERENCE INTERVAL | LAB |
|---|---|---|---|---|---|
| **CMP12+TP+TSH+6AC+CBC/D/Plt** | | | | | |
| Glucose, Serum | 128 | High | mg/dL | 65 - 99 | |
| Uric Acid, Serum | 5.2 | | mg/dL | 2.4 - 8.2 | MB |
| BUN | 11 | | mg/dL | 5 - 26 | MB |
| Creatinine, Serum | 0.7 | | mg/dL | 0.5 - 1.5 | MB |
| BUN/Creatinine Ratio | 16 | | | 8 - 27 | MB |
| Sodium, Serum | 142 | | mmol/L | 135 - 148 | MB |
| Potassium, Serum | 3.9 | | mmol/L | 3.5 - 5.5 | MB |
| Chloride, Serum | 103 | | mmol/L | 96 - 109 | MB |
| Calcium, Serum | 11.0 | High | mg/dL | 8.5 - 10.6 | MB |
| Phosphorus, Serum | 4.3 | | mg/dL | 2.5 - 4.5 | MB |
| Protein, Total, Serum | 7.6 | | g/dL | 6.0 - 8.5 | MB |
| Albumin, Serum | 4.1 | | g/dL | 3.5 - 5.5 | MB |
| Globulin, Total | 3.5 | | g/dL | 1.5 - 4.5 | |
| A/G Ratio | 1.2 | | | 1.1 - 2.5 | |
| Bilirubin, Total | 0.4 | | mg/dL | 0.1 - 1.2 | MB |
| Alkaline Phosphatase, S | 117 | | IU/L | 25 - 150 | MB |
| LDH | 116 | | IU/L | 100 - 250 | MB |
| AST (SGOT) | 21 | | IU/L | 0 - 40 | MB |
| ALT (SGPT) | 26 | | IU/L | 0 - 55 | MB |
| Iron, Serum | 77 | | ug/dL | 40 - 155 | MB |
| Cholesterol, Total | 109 | | mg/dL | 100 - 199 | MB |
| Triglycerides | 188 | High | mg/dL | 0 - 149 | MB |
| VLDL Cholesterol Cal | 38 | | mg/dL | 5 - 40 | |
| Thyroxine (T4) | 13.9 | High | ug/dL | 4.5 - 12.0 | MB |
| T3 Uptake | 21 | Low | % | 24 - 39 | MB |
| Free Thyroxine Index | 2.9 | | | 1.2 - 4.9 | |

**Prostate-Specific Ag, Serum**

Beckman (formerly Hybritech) ICMA methodology       1.3     ng/mL     0.0 - 4.0     MB

MB: LabCorp Birmingham
   1801 First Avenue South, Birmingham, AL 35233        Dir:  John Elgin, MD
For inquiries, the physician may contact: Branch: 205-581-3600  Lab: 205-581-3500

| LOVELESS, EVERETTE | 238775 | 326-005-0600-0 | Seq # 6412 |
|---|---|---|---|

139

**PRELIMINARY REPORT**

2006/10/12 06:09:33  FROM: LABCORP LCLS BLK  TO: 2052250338  LAB CRP  PAGE 10 OF 37

# LabCorp
Laboratory Corporation of America

LabCorp Birmingham
1801 First Avenue South
Birmingham, AL 35233

Phone: 205-581-3500

| Specimen Number | Patient ID | Control Number | Account Number | Account Phone Number | Account Delivery Route |
|---|---|---|---|---|---|
| 284-005-0282-0 | 238775 | | 01705900 | 205-926-5252 | 05 |

| Patient Last Name | | | Account Address |
|---|---|---|---|
| LOVELESS | | | Bibb Correctional Facility |

Patient First Name: **EVERETTE**  Patient Middle Name

Prison Health Services
565 Bibb Lane
Brent AL  35034

| Age (Y/M/D) | Date of Birth | Sex | Fasting |
|---|---|---|---|
| 44/00/03 | 10/08/62 | M | Yes |

Additional Information

PROV:

| Date and Time Collected | Date Entered | Date and Time Reported | Physician Name | NPI | Physician ID |
|---|---|---|---|---|---|
| 10/11/06 14:26 | 10/11/06 | 10/12/06 06:12ET | | | WHITLEY |

Tests Ordered
CMP12+LP+TP+TSH+6AC+CBC/D/Plt; Prostate-Specific Ag, Serum; Hemoglobin A1c

| TESTS | RESULT | FLAG | UNITS | REFERENCE INTERVAL | LAB |
|---|---|---|---|---|---|
| **CMP12+LP+TP+TSH+6AC+CBC/D/Plt** | | | | | MB |
| Chemistries | | | | | |
| **Glucose, Serum** | **132** | **High** | mg/dL | 65 - 99 | MB |
| Uric Acid, Serum | 5.1 | | mg/dL | 2.4 - 8.2 | MB |
| BUN | 8 | | mg/dL | 5 - 26 | |
| Creatinine, Serum | 0.8 | | mg/dL | 0.5 - 1.5 | MB |
| BUN/Creatinine Ratio | 10 | | | 8 - 27 | |
| Sodium, Serum | 140 | | mmol/L | 135 - 148 | MB |
| Potassium, Serum | 4.0 | | mmol/L | 3.5 - 5.5 | MB |
| Chloride, Serum | 103 | | mmol/L | 96 - 109 | MB |
| Calcium, Serum | 10.3 | | mg/dL | 8.5 - 10.6 | MB |
| Phosphorus, Serum | 3.4 | | mg/dL | 2.5 - 4.5 | MB |
| Protein, Total, Serum | 7.0 | | g/dL | 6.0 - 8.5 | MB |
| Albumin, Serum | 3.7 | | g/dL | 3.5 - 5.5 | MB |
| Globulin, Total | 3.3 | | g/dL | 1.5 - 4.5 | |
| A/G Ratio | 1.1 | | | 1.1 - 2.5 | |
| Bilirubin, Total | 0.5 | | mg/dL | 0.1 - 1.2 | MB |
| Alkaline Phosphatase, S | 85 | | IU/L | 25 - 150 | MB |
| LDH | 113 | | IU/L | 100 - 250 | MB |
| AST (SGOT) | 20 | | IU/L | 0 - 40 | MB |
| ALT (SGPT) | 24 | | IU/L | 0 - 55 | |
| GGT | 43 | | IU/L | 0 - 65 | |
| Iron, Serum | 81 | | ug/dL | 40 - 155 | MB |
| | | | | | MB |
| | | | | | MB |
| Lipids | | | | | |
| **Cholesterol, Total** | **97** | **Low** | mg/dL | 100 - 199 | MB |
| **Triglycerides** | **187** | **High** | mg/dL | 0 - 149 | MB |
| **HDL Cholesterol** | **32** | **Low** | mg/dL | 40 - 59 | MB |
| VLDL Cholesterol Cal | 37 | | mg/dL | 5 - 40 | |
| LDL Cholesterol Calc | 28 | | mg/dL | 0 - 99 | |
| T. Chol/HDL Ratio | 3.0 | | ratio units | 0.0 - 5.0 | |
| Estimated CHD Risk | 0.5 | | times avg. | 0.0 - 1.0 | |

T. Chol/HDL Ratio
Men  Women

| LOVELESS, EVERETTE | 238775 | 284-005-0282-0 | Seq # 5601 |
|---|---|---|---|

**FINAL REPORT**

Page 1 of 3

This document contains private and confidential health information protected by state and federal law.
If you have received this document in error, please call 205-581-3600

©2004-06 Laboratory Corporation of America ® Holdings
All Rights Reserved
DOC1 Ver: 1.29

140

# LabCorp
Laboratory Corporation of America

LabCorp Birmingham
1801 First Avenue South
Birmingham, AL 35233

Phone: 205-581-3500

| Patient Name | | | | | | Specimen Number |
|---|---|---|---|---|---|---|
| LOVELESS, EVERETTE | | | | | | 284-005-0282-0 |

| Account Number | Patient ID | Control Number | Date and Time Collected | Date Reported | Sex | Age(Y/M/D) | Date of Birth |
|---|---|---|---|---|---|---|---|
| 01705900 | 238775 | | 10/11/06 14:26 | 10/12/06 | M | 44/00/03 | 10/08/62 |

| TESTS | RESULT | FLAG | UNITS | REFERENCE INTERVAL | LAB |
|---|---|---|---|---|---|
| | | | 1/2 Avg.Risk | 3.4    3.3 | |
| | | | Avg.Risk | 5.0    4.4 | |
| | | | 2X Avg.Risk | 9.6    7.1 | |
| | | | 3X Avg.Risk | 23.4   11.0 | |

The CHD Risk is based on the T. Chol/HDL ratio.  Other
factors affect CHD Risk such as hypertension, smoking,
diabetes, severe obesity, and family history of pre-
mature CHD.

| | | | | | MB |
|---|---|---|---|---|---|
| Thyroid | | | | | MB |
| TSH | 1.487 | | uIU/mL | 0.350 - 5.500 | MB |
| **Thyroxine (T4)** | **14.4** | **High** | ug/dL | 4.5 - 12.0 | MB |
| **T3 Uptake** | **21** | **Low** | % | 24 - 39 | MB |
| Free Thyroxine Index | 3.0 | | | 1.2 - 4.9 | MB |
| | | | | | MB |
| CBC, Platelet Ct, and Diff | | | | | MB |
| WBC | 5.5 | | x10E3/uL | 4.0 - 10.5 | MB |
| RBC | 4.69 | | x10E6/uL | 4.10 - 5.60 | MB |
| Hemoglobin | 13.2 | | g/dL | 12.5 - 17.0 | MB |
| Hematocrit | 39.4 | | % | 36.0 - 50.0 | MB |
| MCV | 84 | | fL | 80 - 98 | MB |
| MCH | 28.1 | | pg | 27.0 - 34.0 | MB |
| MCHC | 33.4 | | g/dL | 32.0 - 36.0 | MB |
| **RDW** | **11.3** | **Low** | % | 11.7 - 15.0 | MB |
| Platelets | 243 | | x10E3/uL | 140 - 415 | MB |
| Neutrophils | 41 | | % | 40 - 74 | MB |
| **Lymphs** | **50** | **High** | % | 14 - 46 | MB |
| Monocytes | 6 | | % | 4 - 13 | MB |
| Eos | 3 | | % | 0 - 7 | MB |
| Basos | 0 | | % | 0 - 3 | MB |
| Neutrophils (Absolute) | 2.3 | | x10E3/uL | 1.8 - 7.8 | MB |
| Lymphs (Absolute) | 2.8 | | x10E3/uL | 0.7 - 4.5 | MB |
| Monocytes(Absolute) | 0.3 | | x10E3/uL | 0.1 - 1.0 | MB |
| Eos (Absolute) | 0.2 | | x10E3/uL | 0.0 - 0.4 | MB |
| Baso (Absolute) | 0.0 | | x10E3/uL | 0.0 - 0.2 | MB |
| | | | | | |
| **Prostate-Specific Ag, Serum** | 1.2 | | ng/mL | 0.0 - 4.0 | MB |

Beckman (formerly Hybritech) ICMA methodology

| **Hemoglobin A1c** | **6.1** | **High** | % | 4.5 - 5.7 | MB |

Current guidelines recommend a treatment goal of <7% for diabetic
patients.

| LOVELESS, EVERETTE | 238775 | 284-005-0282-0 | Seq # 5601 |
|---|---|---|---|

**FINAL REPORT**

Page 2 of 3

This document contains private and confidential health information protected by state and federal law.
If you have received this document in error, please call 205-581-3600

©2004-06 Laboratory Corporation of America ® Holdings
All Rights Reserved
DOC1 Ver: 1.29

# LabCorp
Laboratory Corporation of America

LabCorp Birmingham
1801 First Avenue South
Birmingham, AL 35233

Phone: **205-581-3500**

| Patient Name | | | | | | Specimen Number |
|---|---|---|---|---|---|---|
| **LOVELESS, EVERETTE** | | | | | | **284-005-0282-0** |

| Account Number | Patient ID | Control Number | Date and Time Collected | Date Reported | Sex | Age(Y/M/D) | Date of Birth |
|---|---|---|---|---|---|---|---|
| 01705900 | 238775 | | 10/11/06 14:26 | 10/12/06 | M | 44/00/03 | 10/08/62 |

MB: LabCorp Birmingham                    Dir: John Elgin, MD
      1801 First Avenue South, Birmingham, AL 35233
For inquiries, the physician may contact: Branch: 205-581-3600  Lab: 205-581-3500

| LOVELESS, EVERETTE | 238775 | 284-005-0282-0 | Seq # 5601 |
|---|---|---|---|

**FINAL REPORT**

Page 3 of 3

This document contains private and confidential health information protected by state and federal law.
If you have received this document in error, please call 205-581-3600

©2004-06 Laboratory Corporation of America ® Holdings
All Rights Reserved
DOC1 Ver: 1.29

142



**LabCorp**
Laboratory Corporation of America

LabCorp Birmingham
1801 First Avenue South, Birmingham, AL 35233-0000

Phone: 205-581-3500

| SPECIMEN | TYPE | PRIMARY LAB | REPORT STATUS | |
|---|---|---|---|---|
| 180-205-5972-0 | S | MB | COMPLETE | Page #: 1 |

### ADDITIONAL INFORMATION

CCC                FASTING: N
                   DOB: 10/08/1962

| PATIENT NAME | SEX | AGE(YR./MOS.) |
|---|---|---|
| LOVELESS,EVERETTE | M | 43 / 8 |

PT. ADD.:

### CLINICAL INFORMATION
CD- 41139333472

| PHYSICIAN ID. | PATIENT ID. |
|---|---|
| ROBBINS M | 238775 |

**ACCOUNT:** Kilby Correctional Facility
Prison Health Services
12201 Wares Ferry Road
Mt. Meigs          AL   36507-0000
**ACCOUNT NUMBER:** 01306900

| DATE OF COLLECTION | TIME | DATE RECEIVED | DATE REPORTED | TIME | |
|---|---|---|---|---|---|
| 6/29/2006 | 9:15 | 6/29/2006 | 6/30/2006 | 7:20 | 3088 |

| TEST | RESULT | LIMITS | LAB |
|---|---|---|---|

> Hemoglobin A1c
>     A1c                          7.7H    %              4.5 - 5.7     MB
>     Current guidelines recommend a treatment goal of <7% for diabetic
>     patients.  A1c may be overestimated in diabetic patients exhibiting
>     poor control and who are also heterozygous or homozygous for HgbS or
>     HgbC.  Total glycohemoglobin is a better indicator of diabetic control
>     in patients with these hemoglobin variants.



LAB: MB LabCorp Birmingham                    DIRECTOR: John Elgin N MD
1801 First Avenue South, Birmingham, AL 35233-0000



HCX

HEALTHCARE CORRECTIONS
RADIOLOGY SERVICES REQUEST AND REPORT

INSTITUTION: _Killby_

Na _Loveless, Lizette_
State ID No: _238775_
DOB _10-8-62_
Race: _B_ Sex: _m_

NOTE: PERTINENT CLINICAL INFORMATION AND TENTATIVE DIAGNOSIS MUST BE PROVIDED FOR X-RAY EXAMINATION TO BE PERFORMED

| Requesting Physician/PA/NP | Date of request | Time of request | Routine | Priority | Transportation or special needs |
|---|---|---|---|---|---|
| B. Adams CRNP | 4/24/06 | | ✓ | | |

HISTORY/DIAGNOSIS:

CXR - past ⊕ PPD

| X-RAY REQUEST | | | | | |
|---|---|---|---|---|---|
| ABDOMEN/KUB | FINGERS | | NAVICULAR VIEW | | SOFT TISSUE STUDIES |
| ACROMIO-CLAVICULAR JOINTS (W/WO WEIGHT) | FOOT | | ORBITS | | STERNUM |
| ANKLE | HAND | | OS CALCIS ( HEEL ) | | TEMPORO-MANDIBULAR JOINTS |
| CERVICAL SPINE | HIP | | PELVIS | | THORACIC SPINE |
| CHEST PA / LATERAL | HUMERUS | | RADIUS/ULNA | | TIBIA/FIBULA |
| COCCYX | KNEE | | RIBS | | TOES |
| CONE DOWN SELLA TURCICA | LUMBAR SPINE | | SACRO-ILIAC JOINTS | | WRIST |
| ELBOW | MANDIBLE | | SCAPULA | | ZYGOMA |
| FACIAL BONES | MAXILLA | | SHOULDER | | ZYGOMATIC ARCH |
| FEMUR | NASAL BONES | | SKULL | | |

REPORT

Loveless

Chest: The heart is not enlarged.  The lungs are clear..
IMPRESSION: THERE IS NO EVIDENCE OF ACTIVE CARDIOPULMONARY DISEASE.

D & T: 05-02-06  Maurice H. Rowell/r  Board Certified Radiologist (Signature on file)

_MHR 5-3-06_

_KM RT_
X-RAY TECHNOLOGIST'S NAME (PRINT)        X-RAY TECHNOLOGIST'S SIGNATURE        DATE, TIME  EXAM PERFORMED

RADIOLOGIST'S NAME (PRINT)        RADIOLOGIST'S SIGNATURE        DATE SIGNED  144

04/27/2006 7:44:00

ID:    #STAT#060427074400

D.O.B.:
Meds:
Class:
Dr:
Tech: *Everett Szyslak 238125*

| Vent. Rate: | 79 bpm |
|---|---|
| RR Interval: | 753 ms |
| PR Interval: | 144 ms |
| QRS Duration: | 102 ms |
| QT Interval: | 386 ms |
| QTc Interval: | 419 ms |
| QT Dispersion: | 108 ms |
| P-R-T AXIS: | 10° -35° -57° |

SINUS RHYTHM
** INTERPRETATION MADE WITHOUT KNOWING PATIENT'S GENDER/AGE **
LEFT AXIS DEVIATION
Q equivalent in inferior leads
INFERIOR INFARCTION - AGE UNDETERMINED
T wave changes in lateral leads
APPEARANCES PROVIDE ADDITIONAL EVIDENCE OF MYOCARDIAL ISCHEMIA

Summary: ABNORMAL ECG          * Unconfirmed Analysis *

*Everett Szyslak 238125*

10 mm/mV
10 mm/mV    25 mm/s    STABLE 140 Hz

Serial #: A3000-007743

Atria 3000 Inc. ref 20060220a60604    QTc=Hodges



04/27/2006 7:43:36

| | |
|---|---|
| Vent. Rate: | 79 bpm |
| RR Interval: | 755 ms |
| PR Interval: | 162 ms |
| QRS Duration: | 104 ms |
| QT Interval: | 350 ms |
| QTc Interval: | 383 ms |
| QT Dispersion: | 92 ms |
| P-R-T AXIS: | 11°  -31°  11° |

SINUS RHYTHM
** INTERPRETATION MADE WITHOUT KNOWING PATIENT'S GENDER/AGE
LEFT AXIS DEVIATION
Q equivalent in inferior leads
POSSIBLE INFERIOR INFARCTION - AGE UNDETERMINED
T wave changes in lateral leads
APPEARANCES PROVIDE ADDITIONAL EVIDENCE OF MYOCARDIAL ISCHEMIA

Summary: ABNORMAL ECG

                    * Unconfirmed Analysis *

146

A-5

# DEPARTMENT OF CORRECTIONS

## TREATMENT REQUEST AND RECORD

| Date of Request | Requested By | | |
|---|---|---|---|
| 4/24/06 | Annual | | |
| Clinical Diagnosis | | Patient Status ☐ II  ☐ OF | Rx Ordered |

Date CK Given

Date of Surgery

# EKG

### AREA OF TREATMENT (CIRCLE)



**PROGRESS NOTES:**

## RECORD OF TREATMENT

| MONTH | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

Patient's Last Name                    First                         Middle        Age

Loveless, Everett

147

**LabCorp** Laboratory Corporation of America

LabCorp Birmingham
1801 First Avenue South, Birmingham, AL 35233-0000

**LabCorp** Laboratory Corporation of America

Phone: 205-581-3500

| SPECIMEN | TYPE | PRIMARY LAB | REPORT STATUS | |
|---|---|---|---|---|
| 097-205-5498-0 | S | MB | COMPLETE | Page #: 1 |

ADDITIONAL INFORMATION

CCC

FASTING: N
DOB: 10/08/1962

| PATIENT NAME | | SEX | AGE(YR./MOS.) |
|---|---|---|---|
| LOVELESS, EVERETTE | | M | 43 / 5 |
| PT. ADD.: | | | |

| DATE OF COLLECTION | TIME | DATE RECEIVED | DATE REPORTED | TIME | |
|---|---|---|---|---|---|
| 4/07/2006 | 10:13 | 4/07/2006 | 4/08/2006 | 9:20 | 9088 |

CLINICAL INFORMATION
CD- 41139329548

| PHYSICIAN ID. | PATIENT ID. |
|---|---|
| ROBBINS M | 238775 |

ACCOUNT: Kilby Correctional Facility
Prison Health Services
12201 Wares Ferry Road
Mt. Meigs                          AL   36507-0000
ACCOUNT NUMBER:   01306900

| TEST | RESULT | LIMITS | LAB |
|---|---|---|---|

> Hemoglobin A1c
A1c                                     10.5H
  Current guidelines recommend a treatment goal of <7% for diabetic         4.5 - 5.7      MB
patients.  A1c may be overestimated in diabetic patients exhibiting
poor control and who are also heterozygous or homozygous for HgbS or
HgbC.  Total glycohemoglobin is a better indicator of diabetic control
in patients with these hemoglobin variants.

LAB: MB LabCorp Birmingham
1801 First Avenue South, Birmingham, AL 35233-0000                  DIRECTOR: John Elgin N MD

Pat Name: LOVELESS, EVERETTE

Pat ID: 238775

Spec #: 097-205-5498-0

Seq #: 9088

Results are Flagged in Accordance with Age Dependent Reference Ranges
Last Page of Report

148

**LabCorp**
Laboratory Corporation of America

LabCorp Birmingham
1801 First Avenue South, Birmingham, AL 35233-0000

**LabCorp**
Laboratory Corporation of America

Phone: 205-581-3500

| SPECIMEN 024-205-5231-0 | TYPE S | PRIMARY LAB MB | REPORT STATUS COMPLETE | Page #:  2 |
|---|---|---|---|---|

ADDITIONAL INFORMATION

CCC

FASTING: N Y ✓
DOB: 10/08/1962

| PATIENT NAME LOVELESS,EVERETTE | SEX M | AGE(YR./MOS.) 43 / 3 |
|---|---|---|

PT. ADD.:

CLINICAL INFORMATION
CD- 41139326389

| PHYSICIAN ID. ROBBINS M | PATIENT ID. 238775 |
|---|---|

ACCOUNT: Kilby Correctional Facility
Prison Health Services
12201 Wares Ferry Road
Mt. Meigs                    AL  36507-0000
ACCOUNT NUMBER:   01306900

| DATE OF COLLECTION 1/24/2006 | TIME 13:09 | DATE RECEIVED 1/24/2006 | DATE REPORTED 1/25/2006 | TIME 7:25 | 5920 |
|---|---|---|---|---|---|

| TEST | RESULT | LIMITS | LAB |
|---|---|---|---|

The CHD Risk is based on the T. Chol/HDL ratio.  Other
factors affect CHD Risk such as hypertension, smoking,
diabetes, severe obesity, and family history of pre-
mature CHD.

> Hemoglobin A1c

| A1c | 10.2H   % | 4.5 - 5.7 | MB |
|---|---|---|---|

Current guidelines recommend a treatment goal of <7% for diabetic
patients.  A1c may be overestimated in diabetic patients exhibiting
poor control and who are also heterozygous or homozygous for HgbS or
HgbC.  Total glycohemoglobin is a better indicator of diabetic control
in patients with these hemoglobin variants.

LAB: MB LabCorp Birmingham
1801 First Avenue South, Birmingham, AL 35233-0000        DIRECTOR: John Elgin N MD



**PRISON
HEALTH
SERVICES
INCORPORATED**

## PATIENT CONSENT AND AUTHORIZATION
## FOR ORAL SURGERY OR EXTRACTION

Patient Name _Loveless,    Everette_ AIS# _238775_

1. I understand that there are risks, and possible complications of oral surgery including swelling, bleeding, pain, loss of tooth parts or fillings, bone fragments, sinus involvement, infection, jaw fracture, temporary or permanent numbness or tingling of the lips, tongue, skin, gums, cheek or teeth. Some complications may require further treatment and or surgery.

2. I consent to the use of local anesthetics or other medications and that there are possible side effects, including allergic reactions and these have been explained to me.

3. I have had the opportunity to ask questions which have been answered to my satisfaction.

4. I understand there is no guarantee of success or permanence of the treatment.

5. I authorize the disposal of any tissues, which, in the course of treatment, may be removed.

### SPECIFIC TREATMENT

| Tooth Number | Procedure | Date |
|---|---|---|
| 2 | extraction | 10-9-07 |
| | | |
| | | |

Patient's Signature                Date  10-9-07

Dentist's Signature  W. E. Shirley, D.D.S.        Date  10-9-07

530-AL

150



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

## PATIENT CONSENT AND AUTHORIZATION FOR DENTAL TREATMENT

Patient Name: _Loneless, Eurette_        BCDC#: _238775_

1.    I agree to having dental X-Rays taken of my teeth and jaws in order to determine my dental problems.

2.    I have had a treatment plan explained to me, including alternatives or the recommendation of no treatment.

3.    I consent to the use of local anesthetics or other medications and that there may be side effects, including allergic reactions and this has been explained to me.

4.    I have had the opportunity to ask questions which have been answered to my satisfaction.

5.    I understand there is no guarantee of success or permanence of the treatment.

_____          _____
Patient's Signature                          Date

_____          _____
Dentist's Signature                          Date



**PRISON
HEALTH
SERVICES
INCORPORATED**

## DEPARTMENT OF CORRECTIONS

## DENTAL RECORD TREATMENT

**Services Rendered**

| Date | Tooth # | Diagnosis | Treatment | Initials | Class |
|------|---------|-----------|-----------|----------|-------|
| 10.9.07 | 7 | caries | extraction | wsb | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

| PATIENT LAST NAME | FIRST | MIDDLE | DOB | R/S | ID NO. |
|-------------------|-------|--------|-----|-----|--------|
| | | | | | |

PHS-MD-70022

152



**PHS**

PRISON
HEALTH
SERVICES
INCORPORATED

## PATIENT CONSENT AND AUTHORIZATION FOR DENTAL TREATMENT

Patient Name: *Everette Loveless*                    AIS #: *238775*

1.     I agree to having dental x-rays taken of my teeth and jaws in order to determine my
        dental  problems.

2.     I have had a treatment plan explained to me, including alternatives or the recommendation
        of no treatment.

3.     I consent to the use of local anesthetics or other medications and that there may be side
        effects, including allergic reactions and this has been explained to me.

4.     I have had the opportunity to ask questions which have been answered to my satisfaction.

5.     I understand there is no guarantee of success or permanence of the treatment.

_____                    __12/04/07_____
**Patient's Signature**                                          **Date**

_____                    __4|_____
**Dentist's Signature**                                          **Date**

60528-AL                                                              153

Possible Outcomes of Dental Fillings

A tooth is made up of a central nerve surrounded by a yellow porous material called *dentin* on the outside, and surrounding the dentin is the white surface that you see called the *enamel*. *F*illings are done in order to *remove decayed enamel/dentin* that resulted from bacterial/acid attack. The larger or deeper the **cavity** (or hole in the tooth), the larger and deeper the filling, and the closer it is to the **nerve.**.The closer the filling is to the nerve the greater the chance is for one or all of the following to happen *after* the filling is done

1. Sensitivity (mild or sharp pain) to hot and cold food and or drinks or

2. Sensitivity to cold air or

3. Sensitivity when biting or chewing hard foods or

4. Tooth is sensitive immediately after filling is done but becomes less so with time (2-6 weeks )

5. No sensitivity immediately after filling is done, followed by

4. Some hot and or cold sensitivity some days or weeks or even months after the filling has been placed or

5. Spontaneous pain (that is tooth throbs and hurts by itself for no reason) either immediately after filling is done or some time later (months weeks or even years)

Understand that *ALL teeth will be sensitive to some degree after fillings* have been placed in them (with few exceptions) If the sensitivity is too great to bear that is you can no longer eat or drink) or if the tooth begins to *hurt all by itself* at any time, it means that *the tooth will not tolerate the filling* and *the treatment then offered here will be to remove or extract the tooth/teeth with no exceptions*. Understand that any or all of the above *can happen* and represent *possible responses* of a tooth to a filling especially a deep one. Sometimes a tooth simply *will not tolerate* a moderately deep filling or any filling at all for that matter.

By consenting to have your tooth or teeth filled you also agree that this has been explained to you and that you fully understand.


_____
Patient Signature/AIS #

_____
Dentists signature

154



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

### PRISON HEALTH SERVICES, INC.
### SICK CALL REQUEST

Print Name: *Everette Loveless*          Date of Request: 9/11/07

ID # 238775          Date of Birth: 10/08/62 Location: D-1-15A

Nature of problem or request: Tooth ach X 14 days my tooth has
been giveing me problems for about two weeks I have put
in sick call request this is my second one I hope I
can be seen today Because of the pain.

                                                    *Ed Jerdo*
                                                    Signature

### DO NOT WRITE BELOW THIS LINE

Date: ___/___/___
Time: _____ AM  PM
Allergies: _____

┌─────────────────────────────┐
│         RECEIVED            │
│ Date: 9-11-^               │
│ Time: 8:04 a.m   T.S.      │
│ Receiving Nurse Intials T.S. │
└─────────────────────────────┘

**(S)ubjective:**

**(O)bjective    (V/S):  T:_____    P:_____    R:_____    BP:_____    WT:_____**

**(A)ssessment:**

**(P)lan:**

Refer to:    MD/PA    Mental Health    Dental    Daily Treatment    Return to Clinic PRN
                                    CIRCLE ONE
Check One:    ROUTINE ( )    EMERGENCY ( )
        If Emergency was PHS supervisor notified:    Yes ( )    No ( )
                Was MD/PA on call notified:    Yes ( )    No ( )

                                    _____
                                    SIGNATURE AND TITLE

WHITE:    INMATES MEDICAL FILE
YELLOW:    INMATE RETAINS COPY AFTER NURSE INITIALS RECEIPT

155



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

# PRISON HEALTH SERVICES, INC.
## SICK CALL REQUEST

Print Name: _Everette loveless_     Date of Request: _8/23/07_

ID # _238775_     Date of Birth: _10/8/62_  Location: _D-1-15A_

Nature of problem or request: _night Ankel swolen, tooth hchon Right_
_topside and Blood pressure up_

_[signature]_
Signature

### DO NOT WRITE BELOW THIS LINE

Date: ___/___/___
Time: _____ AM  PM
Allergies: _____

```
RECEIVED
Date: 8-27-07
Time: 8:10 a.m.
Receiving Nurse Intials T.S.
```

**(S)ubjective:**

**(O)bjective    (V/S):  T:_____  P:_____  R:_____  BP:_____  WT:_____**

**(A)ssessment:**

**(P)lan:**

Refer to:    MD/PA   Mental Health   Dental   Daily Treatment       Return to Clinic PRN
CIRCLE ONE
One:  ROUTINE ( )     EMERGENCY ( )
mergency was PHS supervisor notified:   Yes ( )   No ( )
Was MD/PA on call notified:   Yes ( )   No ( )

156



*Dental*

## PRISON HEALTH SERVICES, INC.
### SICK CALL REQUEST

Print Name: *Everette loveless* _____ Date of Request: *3/19/07*

ID # *238775* _____ Date of Birth: *10/08/62* Location: *E-4-16A*

Nature of problem or request: *I have A filling that fell out And*
*That is lose And would them looked At or re___*

_____

_____    *Signature*

### DO NOT WRITE BELOW THIS LINE

Date: ____/____/____

Time: _____ AM  PM

Allergies: _____

```
┌─────────────────────────────┐
│          RECEIVED           │
│ Date  MAR 1 9 2007          │
│ Time:                       │
│ Receiving Nurse Intials     │
└─────────────────────────────┘
```

**(S)ubjective:**

**(O)bjective**   (V/S): **T:** _____   **P:** _____   **R:** _____   **BP:** _____   **WT:** _____

**(A)ssessment:**

*appt scheduled*

**(P)lan:**

Refer to:   MD/PA   Mental Health   Dental   Daily Treatment   Return to Clinic PRN
CIRCLE ONE

Check One:   ROUTINE ( )   EMERGENCY ( )

If Emergency was PHS supervisor notified:   Yes ( )   No ( )

Was MD/PA on call notified:   Yes ( )   No ( )

*ADavis, RDH*

SIGNATURE AND TITLE

WHITE:   INMATES MEDICAL FILE
YELLOW:   INMATE RETAINS COPY AFTER NURSE INITIALS RECEIPT

157

# IN THE DISTRICT COURT OF THE UNITED STATES FOR THE MIDDLE DISTRICT OF ALABAMA NORTHERN DIVISION

| | |
|---|---|
| EVERETTE LOVELESS, (238775 ) | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| **vs.** | ) |
| | )    **2:08-cv-36-MEF** |
| RICHARD F. ALLEN, et al, | ) |
| | ) |
| **Defendants.** | ) |

## AFFIDAVIT OF DARRYL ELLIS

Before me, the undersigned Notary Public, personally appeared **DARRYL ELLIS,** who after being first duly sworn, deposes and states as follows:

My name is Darryl Ellis and I am currently employed as the director of nursing at Staton Correctional Facility. I have been employed at Staton Correctional Facility since 1985.

In a document filed with this Court, Inmate Loveless has requested an injunction ordering the "Defendants to perform [a] GI consult by a specialist in that field of practice." Inmate Loveless' request stems from his allegation that he has not received treatment for his rectal bleeding. I have reviewed Inmate Loveless' medical records and the records indicate that Inmate Loveless has received extensive treatment for his rectal bleeding.

First, Inmate Loveless states in his memorandum of law that the defendants lied about ordering him a gastrointestinal consult upon his transfer to Louisiana. According to Inmate Loveless, his rectal bleeding did not start until after he was transferred to the Louisiana correctional facility; therefore, there would have been no need for Alabama Prison officials to order a gastrointestinal consultation. Inmate Loveless' medical records, however, indicate that he has had rectal bleeding off and on for 14 years. In fact, Inmate Loveless had a colonoscopy for rectal bleeding in February of 2007. At that time, Inmate Loveless was diagnosed with polyps, which were removed, and instructed to have another colonoscopy in three (3) years.

Second, Inmate Loveless contends that his rectal bleeding is not being treated or the defendants are deliberately indifferent to his need for medical treatment. Inmate Loveless is frequently seen in the medical care facility to have blood work drawn, his blood pressure checked, and his medical concerns evaluated. The medical facility has done everything it can to make sure that Inmate Loveless receives proper medical care. The named defendants, however, have no say so in what medical care a prison inmate



EXHIBIT

J

receives. The medical care of inmates is governed by the medical facility director, not the Warden of any facility, not the Prison Commissioner, or the Associate Commissioner of health services for the Alabama Department of Corrections.

Third, Inmate Loveless' gastrointestinal examination was scheduled shortly after the medical facility requested approval for the procedure. The medical care facility cannot inform the inmate of the date of a medical procedure, outside of the facility, because such knowledge can assist the inmate in planning an escape or some other security risk. At the date of this affidavit, Inmate Loveless is scheduled for a gastrointestinal consultation on June 11, 2008 with Dr. Bianchi, who practices at Elmore County Hospital.

I have attached Inmate Loveless' medical records (Exhibits H and I) which show that the medical staff has not been deliberately indifferent to Inmate Loveless' medical concerns. The medical records will also show that the named defendants have not had any involvement whatsoever in Inmate Loveless' medical treatment.

_____
DARRYL ELLIS

**ATTESTATION**

STATE OF ALABAMA
COUNTY of _Elmore_

I, _Annie Latimore_ a notary for the State of _Alabama_ hereby
(printed name of Notary)

attest to and acknowledge that **DARRYL ELLIS** signed the above affidavit in my

presence on this the __11__ day of _June_, 2008.

_Annie Latimore_
Notary Signature
My commission expires: _12/06/2008_

2

04/04/2008  09:19    33455 167



## CONSULTATION REQUEST

[ ]Off-site  [ ]On-Site Clinic  [ ]Telemedicine
[ ]Urgent  [ ]Routine  [ ]Retro Request
Inmate: Loveless Elzreste            Inmate ID#: 238 775
Site: SMW                Cost Center: G224
3rd Party Insurance: (VA, Workmen's Comp, Federal, Interstate Compact, etc.):

Reference #: _____
Date of Request: 4/3/08
DOB: 10/8/62
DOL: _____  EDR: _____

For security reasons, inmates must NOT be informed of date, time or location of proposed treatment or possible hospitalization. I am, intention and payment is provided ONLY for requested procedures or treatment of life-threatening conditions. Prior review/discussion with his sic'ti Director is required for additional treatment, procedures and hospitalization.

Procedure/Test/Specialty Service Requested: Colonoscopy        (office visit & colonoscopy)
Provider: Bitowski            Initial Visit or F/U? Initial    F/U? 2

Presumed Diagnosis: Colon polyps c Hematochezia / melena

Describe Signs & Symptoms: Pt c/o hematochezia & melena off & on x 14 yrs    Date of Onset: _____
which has worsened in frequency and intensity since 200.

Exam Date/Objective Findings: Hemoccult positive stook x 3 per Dr. Cirion

Lab & Xray Data: Hemoccult positive x 3
Colon polyps per previous colonoscopy

Current Medications: ECASA GLIPIZIDE, Lisinopril, Glucophage, Metoprolol,
Alendronate, Tylenol, CALAN SR, Ferrous Sulfate, Benicar,
Colace, Anusol HC

Failed Outpatient Therapies: - Multiple hemorrhoid / constipation treatment ____
- colon polyp removal 2007

Enrolled in Chronic Care Clinic (s)? [X]Yes [ ]No    Which Clinic(s)? NIDDM, HTN, Hep C
Other Diagnosis: N/A

Comments:

Site Medical Provider: R. Adams, CRNP    Signature: R.Adams CRNP    Date: 4/3/08
Nurse: E. Eller, MD    Date: 4/4/08    Site Medical Director: R UCL    Date: 4/4/08

Criteria Source: [ ]CM&R    [ ]InterQual    Notes:
[ ]Other(specify):
Criteria Met: [X]  Criteria Not Met: [ ]  More Info Needed: [ ]
UM Review #:
I-date: TN    Date: 4/4/08

Note: Notify physician or midlevel practitioner immediately if unable to obtain appointment within 4 weeks. If service is not completed within 4 weeks, have patient re-evaluated by physician or midlevel practitioner to determine if service is still necessary and appropriate.

AL-401A_Alabama Consultation Request-11/2007
Copyright 2007 by Correctional Medical Services, Inc. All Rights Reserved

6-11-08
@ 3:00 pm
Consult
...
...

**EXHIBIT**
K

PENGAD 800-631-6989

## CONSULTATION REQUEST

☐Off-site ☐On-Site Clinic  ☐Telemedicine                                        Reference #:_____

☐Urgent ☐Routine ☐Retro Request                    Date of Request: 6-23-08

Inmate: Lovelss, Emette    Inmate ID#: 238725    DOB: 10-8-62

Site: Staton    Cost Center: 6274    DOI: _____  ED: ____

3rd Party Insurance: (VA, Workmen's Comp, Federal, Interstate Contract, etc.):

*For security reasons, inmates must NOT be informed of date, time or location of proposed treatment or possible hospitalization. Authorization and payment is provided ONLY for requested procedures or treatments of life-threatening conditions. Prior review/discussion with Medical Director is required for additional treatment, procedures and hospitalizations.*

Procedure/Test/Specialty Service Requested: Colonoscopy

Provider: Bianchi    Initial Visit or F/U?    F/U#:

| | |
|---|---|
| **Presumed Diagnosis:** Rectal Bleeding | |
| **Describe Signs & Symptoms:** Pt. has had Hematochezia intermittantly, worse in last 6-8 months. He has H/O colonic polyp per previous colonoscopy    **Date of Onset:** | |
| **Exam Data/Objective Findings:** Hemoccult positive x3    Rectal mass | |
| **Lab & X-ray Data:** WBC CBC 3.3 ⟩13.1⟨172 ⟨42.4 | **RMD/Site Provider Discussion of Alternative Treatment Modalities** discussed with:_____ |
| **Current Medications:** Glipizide, Lisinopril, Glucophage, Metoprolol, Calan, Ferrous sulfate, Dulcolax | |
| **Failed Outpatient Therapies:** N/A | |
| **Enrolled in Chronic Care Clinic (s)?** ☐Yes ☐ No    Which Clinic(s)? Type II DM, HTN, Hep C | **RMD Signature:**_____  **Date:**_____ |
| **Other Diagnosis:** Hepatitis C | ☐ Proceeding with original specialty referral request, not alternative |
| **Comments:** Seen by G.I. who recommended colonoscopy | **Site Provider signature:**_____  **Date:**_____ |
| **Site Medical Provider:**_____    Signature:_____    Date:_____ | |
| **Site Medical Director:** R.O. Corbin, MD    Date: 6 23 08 | |
| **Criteria Source:** ☐ Milliman  ☐ InterQual    ☐ Other(specify):    **Criteria Met:** ☐  **Criteria Not Met:** ☐  **Alternative Treatment:** ☐  **Alternative Treatment Not Accepted** ☐  **UM Reference #:**    **Initials:**    **Date:** | **UM Notes for Scheduler:** Appt Scheduled 7-2-08 8:30 Colonoscopy Elmore Com Hosp telethump Ka il. |
| *Note: Notify physician or midlevel practitioner immediately if unable to obtain appointment within 4 weeks. If service is not completed within 4 weeks, have patient re-evaluated by physician or midlevel practitioner to determine service is still necessary and appropriate.* | |

Form 401-A        4/2008

2

ELMORE COMMUNITY HOSPITAL
PO BOX 130
WETUMPKA, AL 36092

## REPORT OF CONSULTATION

PATIENT NAME: LOVELESS EVERETTE
PATIENT NUMBER: 402313    PATIENT ROOM:
PHYSICIAN NAME: CORBIER PAUL A
CONSULTING PHYSICIAN:
DATE OF CONSULTATION:
ADMIT DATE: 06/11/08    MED. REC.: 065772

### PHYSICAL EXAMINATION
VITALS: Blood pressure 186/112. Pulse 81. Respirations 16.
NECK: Supple.
CHEST: Clear.
CARDIAC: Regular rhythm.
ABDOMEN: Soft.
EXTREMITIES: No clubbing or no edema.

ASSESMENT:
1. Hematochezia.
2. Polyp history.
3. Diabetes.
4. Hypertension.

RECOMMENDATIONS: I recommend that he be scheduled for a colonoscopy examination. I explained to this gentleman the risks, benefit and alternatives to colonoscopy. I explained in great detail including complications such as hemorrhage, post polypectomy, perforation requiring surgical repair, allergic reaction to medications. The patient seems a bit testy in terms of why things have taken so long to schedule, questioning when his referral was made, questioning when his appointment was scheduled, etc. I informed him I was not privy to that type of information and he would have to request that information at the prison.

NOTE: The patient apparently attends the hepatitis C clinic.

ADDITIONAL RECOMMENDATIONS: Because of his hepatitis C history, I would request that we would have the following laboratory work drawn prior to his colonoscopy:
1. Hemogram 3 with a platelet count and a prothrombin time.
2. His aspirin should be suspended five days prior to the procedure.

Thomas Bianchi, M.D.

TB/cm
D:    06/11/08
T:    06/11/08

Page 2 of 2



**ELMORE COMMUNITY HOSPITAL**
PO BOX 130
WETUMPKA. AL 36092

### REPORT OF CONSULTATION

PATIENT NAME: LOVELESS EVERETTE
PATIENT NUMBER: 402313        PATIENT ROOM:
PHYSICIAN NAME: CORBIER PAUL A
CONSULTING PHYSICIAN: BIANCHI THOMAS
DATE OF CONSULTATION: 06/11/08
ADMIT DATE: 06/11/08        MED. REC.: 065772

**PRIMARY PHYSICIAN:** Dr. Corbier at Stanton Prison.

**HISTORY:** This 45-year-old female is referred for history of hematochezia. He reports that he has had hematochezia with clots for several months, possibly dating back to December 2007. Dr. Corbier has apparently documented Hemoccult positive stools. He has had a prior colonoscopy at Carraway, he reports, in which polyps were removed. The patient was apparently put on iron in addition.

**PAST MEDICAL HISTORIES:** Significant for
1. Diabetes.
2. Hypertension.

**CURRENT MEDICATIONS:**
1. Aspirin.
2. Glipizide.
3. Lisinopril.
4. Glucophage.
5. Metoprolol.
6. Tylenol.
7. Calan.
8. Ferrous Sulfate.
9. Dulcolax.
10. Colace.
11. Amisol.

**OTHER PAST MEDICAL HISTORY:** Remarkable for
1. Gunshot wound to the abdomen.
2. Repair arm surgery and hip surgery.

**FAMILY HISTORY:** An aunt had colon cancer.

**SOCIAL HISTORY:** He smokes and he is incarcerated.

**PRIOR ENDOSCOPY:** Colonoscopy in either February of 2006 or 2007.

**ALLERGIES:** He reports "the TB test".

**REVIEW OF SYSTEMS:** Not pertinent.

. Page 1 of 2