IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| EVERETTE LOVELESS, #238775, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )  CIVIL ACTION NO. 2:08-CV-36-MEF |
| | ) |
| RICHARD F. ALLEN, et al., | ) |
| | ) |
| Defendants. | ) |

**ORDER ON MOTION**

Upon review of the document filed by the defendants on June 26, 2008 (Court Doc. No. 41), which the respondents style as a motion to deny plaintiff's request for injunctive relief yet enter on the docket as an objection to such request, and in light of the Recommendation entered on June 26, 2008 (Court Doc. No. 42), it is

ORDERED that this motion be and is hereby DENIED as moot.[1]

Done this 27th day of June, 2008.

        /s/ Wallace Capel, Jr.
WALLACE CAPEL, JR.
UNITED STATES MAGISTRATE JUDGE

---

[1] The court notes that this document should have been styled and entered on the docket by the defendants as a response to the show cause order issued on June 2, 2008 (Court Doc. No. 37).