IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA OF
NORTHERN DIVISION

| | |
|---|---|
| EVERETTE LOVELESS, | ) |
| | ) |
| Plaintiff, | ) |
| v. | ) CASE NO. 2:08-cv-0036-MEF |
| | ) |
| RICHARD F. ALLEN, *et al.* | ) |
| | ) |
| Defendants. | ) |

# **O R D E R**

On June 26, 2008, the Magistrate Judge filed a Recommendation (Doc. #42) in this case to which no timely objections have been filed. Upon an independent review of the file in this case and upon consideration of the Recommendation of the Magistrate Judge, it is the

ORDER, JUDGMENT and DECREE of the court that:

1. The Recommendation of the Magistrate Judge is ADOPTED.

2. The motion for preliminary injunction filed by the plaintiff on June 2, 2008 (Doc. #35) is DENIED.

3. This case is referred back to the Magistrate Judge for additional proceedings.

DONE this the 18th day of July, 2008.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE