IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

EVERETTE LOVELESS, #238775  )
)
    PLAINTIFF,  )
)
Vs.  ) Civil Action No. 2:08-CV-36-MEF
)
RICHARD F. ALLEN, et. al...  )
    Defendant(s)  )

## MOTION TO DISCLOSE

Comes now the Plaintiff Everette Loveless # 238775, pro-se and compel this Honorable Court to issue an order to the Defendant(s) in the above styled cause to disclose all medical records, test conducted, reports and results therefrom that are in reference to the above issue and states in support the following;

1. The Plaintiff filed with this court June 2, 2008 for preliminary injunction seeking an recital examination to make an informed diagnosis as to the cause of his recital bleeding.

2. This court denied said motion on July 18th, 2008.

3. On or about July 2, 2008, the Defendant(s) health care provider sent the Plaintiff to the Elmore County Community Hospital to have performed the needed colonoscopy.

4. The Medical Doctor at Elmore County Community Hospital completed the procedure the same day and his written reports were complete on July 13, 2008.

5. The Plaintiff sought to have medical personnel disclose the cause of the bleeding to him and explain a course of treatment for the diagnosed condition.

6. After no response to this request the Plaintiff filed numerous Institutional Medical Grievances to no avail.

1

7. The Plaintiff again filed a institutional medical grievance with medical staff after requesting to see medical personnel after the filing of an Inmate Grievance. On August 14th, 2008 some 30 days after medical testing and report were written the Plaintiff was seen by the Institutional Doctor, who stated that the report had been sent sometime in the month of July, 2008 but could not produce the test results nor give an informed consultation.

8. Later on August 14 2008, the Plaintiff was requested to return to the Health Care Unit to again speak with the Institutional Doctor, who via Fax received the medical report concerning the colonoscopy and treatment recommendations. *(Unduly delayed)*

9. The results contain the diagnosis of early stage of an infection that could lead to cancer and the treatment that was requested by the attending physician was not disclosed to the Plaintiff until August 14th, 2008, treatment and medications order Elmore County Community Hospital off cite physician.  Wherefore the petitioner sends a prayer to this Honorable Court to order that the Defendant(s) produce the report of Elmore County Community Hospital who performed the colonoscopy and the treatment that was ordered these records are essential to the Plaintiff showing an ongoing deliberate indifference to serious medical needs and the efforts that the Plaintiff has made in order to receive prompt and proper care for this serious medical condition he has suffered now for the past (9) nine months.

Respectfully Submitted

Everette Loveless # 238775

## CERTIFICATE OF SERVICE

I hereby certify that I have this _20th_ day of August 2008 serviced a correct copy of the forgoing answer to the persons listed below. Done so by placing the same in the United States Mail, postage prepaid and addressed as follows:

Office of the Clerk
United States District Court
P. O. Box # 711
Montgomery, Alabama 36101-0711


Forwarding Service Requested
Office of the Attorney General


Submitted

Everette Loveless # 238775/B1-160A
Staton Correctional Facility
P.O. Box 56
Elmore, Alabama 36025-0056

Everette R. Loveless # 238775/B1-160A
P. O. Box # 56
Elmore, AL 36025



Office of the Clerk
United States District Court
P. O. Box # 711
Montgomery, Alabama 36101-0711