IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| EVERETTE LOVELESS, #238775, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 2:08-CV-36-MEF |
| | ) |
| RICHARD F. ALLEN, et al., | ) |
| | ) |
| Defendants. | ) |

**ORDER ON MOTION**

Upon review of the document filed by the plaintiff on August 22, 2008 (Court Doc. No. 45), which the court construes as a motion to compel production of medical records, and for good cause, it is

ORDERED that this motion be and is hereby GRANTED. It is further

ORDERED that on or before September 15, 2008 the defendants shall file with the court and provide to the plaintiff copies of *all* documents/records relevant to the procedure performed on the plaintiff at the Elmore Community Hospital on July 2, 2008.

Done this 25th day of August, 2008.

　　　　　　　　　　　　　　　　　　　　　　　/s/ Wallace Capel, Jr.
　　　　　　　　　　　　　　　　　　　　WALLACE CAPEL, JR.
　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE