## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA
## NORTHERN DIVISION

| | | |
|---|---|---|
| EVERETTE LOVELESS, #238775 | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **2:08-cv-36-MEF** |
| | ) | |
| RICHARD F. ALLEN, et al. | ) | |
| | ) | |
| Defendants. | ) | |

## RESPONSE TO THE COURT'S ORDER
## DATED August 25, 2008

**COME NOW** the defendants, **Richard Allen**, **Ruth Naglich**, **Leon Forniss**, and **J. C. Giles**, and hereby file their response to the court's order as follows:

1. Exhibit A – Loveless' relevant medical records to his July 2, 2008 colonoscopy.

2. Exhibit B – Mayo Clinic information on Proctitis

3. Exhibit C – National Digestive Diseases Information on Proctitis

TROY KING (KIN-047)
ATTORNEY GENERAL
By:

/s/*Bettie J. Carmack*
Bettie J. Carmack (CAR-132)
*Assistant Attorney General*
*Civil Litigation Division*
11 South Union Street
Montgomery, AL 36130
Telephone: (334) 353-5305
Facsimile: (334) 242-2433

## CERTIFICATE OF SERVICE

This is to certify that I have on this **3rd** day of **September, 2008**, served a copy of the foregoing pleading upon the plaintiff by depositing same in the United States Mail, properly addressed and postage pre-paid as follows:

**Inmate Everette Loveless, #238775**
**Staton Correctional Facility**
**P. O. Box 56**
**Elmore, AL 36025**

/s/ *Bettie J. Carmack*
Bettie J. Carmack (CAR-132)
*Assistant Attorney General*

# EXHIBIT A

# (Medical records relevant to July 2, 2008 colonoscopy)

# A F F I D A V I T

**STATE OF ALABAMA** )
)
**ELMORECOUNTY** )

I, **Tommie Ellerbee** hereby certify and affirm that I am a **Medical Records Clerk** at **Staton Correctional Facility Health Care Unit.** I am one of the custodians of medical records at this institution. The attached documents are true, exact, and correct photocopies of certain medical records maintained here in the institution medical file of one **EVERETT LOVELESS, AIS #238775**; and that I am over the age of twenty-one years and am competent to testify to the aforesaid documents and matters stated herein.

I further certify and affirm that said documents are maintained in the usual and ordinary course of business at Staton Correctional Facility: and that said documents (and the entries therein) were made at, or reasonably near, the time that by, or from information transmitted by, a person with knowledge of such acts, events, and transactions referred to therein are said to have occurred.

This, I do hereby certify and affirm to on this the _27_ day of _August_ in the year _08_ .

_Tommie Ellerbee_

SWORN TO and SUBSCRIBED before me this _27_ day of _August, 2008_.

_Annie Latimore_
Notary Public

_12/06/2008_
My Commission Expires:

**Correctional Medical Services**
**Physician's Orders**

| | |
|---|---|
| Name Loveless, Everette<br>DOB 10-8-62<br>Location Staton<br>Allergies NKDA<br># 238775 | Start Date & Time 8/14/08  1416<br>① Metoprolol 50mg 1 PO BID → KOP Rx<br>② Lisinopril → give KOP<br>③ Glipizide 5mg 1 PO QD → KOP x 30<br>④ HCTZ KOP<br>⑤ Verapamil → KOP<br>Dispense As Written _____ M.D.<br>Substitute Permitted _____ M.D. |
| Name Loveless Everette<br>DOB 10-8-62<br>Location Draper<br>Allergies NKDA<br># 238775 | Start Date & Time 7/28/08  0916<br>NP → UCU in 1 wk → Rx results<br>Hannisol HC Cream BID<br>(KOP) order given on 7/2/08.<br>CBC in 30 days before next<br>Dispense As Written _____ M.D.<br>Substitute Permitted _____ M.D. |
| Name LOVELESS, EVERETTE<br>DOB 10-8-62<br>Location DRAPER<br>Allergies NKDA<br>AIS # 238775 | Start Date & Time 7/21/08  PTSD<br>Im may not have KOP Prozac.<br>Dispense As Written Banerjee, MD M.D.<br>Substitute Permitted _____ M.D. |
| Name LOVELESS, EVERETTE<br>DOB 10-8-62<br>Location STATON<br>Allergies NKA<br>CHRONIC CARE<br># 238775 | Start Date & Time 7/14/08  0810<br>Please get report on Colonoscopy biopsy<br>report seeker<br>worked d/wicoplast<br>7/18/08<br>630m<br>Dispense As Written _____ M.D.<br>Substitute Permitted _____ M.D. |
| Name Loveless Everette<br>DOB 10-8-62<br>Location Staton<br>Allergies NCDA<br>AIS# 238775 | Start Date & Time 7-9-08<br>Will see in camp on 7-22-08<br>Nettie N. Shadney, FNP<br>Dispense As Written _____ M.D.<br>Substitute Permitted _____ M.D.<br>RNP |

**Correctional Medical Services**
**Physician's Orders**

| | |
|---|---|
| Name **Loveless, Everette**<br>DOB **10-8-62**<br>Location **Staton**<br>Allergies **NKDA**<br><br>**238775** | 1. **Date & Time** **7-2-08**<br>2. Anusol HC cream bid X 30d Kop<br>3. rtc for f/u in 3 weeks - Dr Corbier<br>4. Discharge to camp<br>5. <br>6. <br>7. Dispense As Written _____ M.D.<br>8. Substitute Permitted **7-2-08    1410** M.D. |
| Name **LOVELESS, EVERETTE**<br>DOB **10-8-62**<br>Location **STATON**<br>Allergies **NKDA**<br><br>**AIS # 238775** | 9. **Start Date & Time** **7/2/08    PTSD**<br>10. ① D/c Vistaril (Im refusing)<br>11. ② Prozac 20 mg. po. ∅ PM 8/28/08<br>12. ③ May have "Kop"<br>13. <br>14. <br>15. Dispense As Written _____ MD M.D.<br>16. Substitute Permitted _____ M.D. |
| Name **Loveless, Everette**<br>DOB **10-18-62**<br>Location **Draper**<br>Allergies **NKDA**<br><br>**AIS# 238775** | 17. **Start Date & Time** **6/23/08        1450**<br>18. <br>19. DTC ASA start.<br>20. <br>21. <br>22. <br>23. Dispense As Written _____ M.D.<br>24. Substitute Permitted _____ M.D. |
| Name **Loveless, Everette**<br>DOB **10-18-60**<br>Location **Staton 238775**<br>Allergies **NKDA**<br><br>**AIS# 238775** | 25. **Start Date & Time** **6/23/08        1430**<br>26. Admit to MOU on 7/1/08 AM<br>27. Clear liquid diet starting 7/1/08 (Monday)<br>28. (No solid food, dairy or red beverages)<br>29. - At 3 PM (7/1/08) Drink 8 oz Q10 min untill<br>30. all prep is done.<br>31. Dispense As Written _____ M.D.<br>32. Substitute Permitted _____ M.D. |
| Name **Loveless, Everette**<br>DOB **10-18-62**<br>Location **Staton 238775**<br>Allergies **NKDA**<br><br>**AIS# 238775** | 33. **Start Date & Time** **6/20/08        1410**<br>34. • Golytely Bowel Prep on day<br>35. prior to colonoscopy<br>36. • CBC<br>37. • PT/INR } next week (Pre-op)<br>38. • Hepatic  (send Result to Dr. Bianchi<br>39. Dispense As Written _____ M.D.<br>40. Substitute Permitted _____ M.D. |

CMS 7116-Physicians Orders – revised 1/2003
Copyright © by Correctional Medical Services, Inc., All Rights Reserved

# ADOC
## BODY CHART DOCUMENTATION

| DATE: 7/9/08 | TIME IN: 9:20 AM TIME OUT: 9:40 AM | REASON FOR EVALUATION: Requesting to get back on KOP meds | ALLERGIES: NKA | DISPOSITION OF INMATE: D.O.C. |
|---|---|---|---|---|

VITAL SIGNS: TEMP 97.6  ORAL/RECTAL  RESP 24  PULSE 76  B/P 170, 92  RECHECK IF SYSTOLIC <100> 50 ___/___

| S) DESCRIPTION OF OCCURRENCE: | ABRASION /// | CONTUSION # | BURN XX XX | FRACTURE Z Z | LACERATION/ _____ SUTURES |
|---|---|---|---|---|---|

S - "I need to get back on my KOP meds, I haven't taken them in 2-3 wks. They told me that if I get the Vistaril stopped I can get the medicines back. I don't go to the pill call window because I don't trust the nurses, I think they are trying to kill me."

O - Reported to sick call with the above

**O) PHYSICAL EXAMINATION**
request, B/P - 170/92. Wants KOP meds back, no acute distress @ this time, will not go to pill call to get his meds. Currently on Prozac 80mg, Metoprolol 50mg, Lisinopril 10mg, Glipizide 5mg, Metformin 500mg, Calan 240mg & HCTZ 25mg

**A) ASSESSMENT**
HTN - Knowledge deficit R/T B/p

**P) PLAN**
1) Is to pick up meds @ pillcall to keep B/p WNL
2) Discuss with provider

7-9-08 Chart review
Will F/U 7-22-08
Need to P/U & mental health Reg

**INSTRUCTIONS TO PATIENT**
RTC PRN - Pick up meds @ routine pill call.

SIGNATURE AND TITLE OF PERSON COMPLETING THIS FORM
E. Ellis, RN

| INMATE NAME (LAST, FIRST, MIDDLE) Everette, Loveless | DOC# 238775 | DOB 10-18-62 | R/S B/M | FACILITY Staton |
|---|---|---|---|---|

AL-70007-CMS Body Chart Documentation

White - Medical File, Yellow - ADOC

STATE OF ALABAMA
DEPARTMENT OF CORRECTIONS
MENTAL HEALTH SERVICES

**PROGRESS NOTES**

Continue

| DATE | | SIGNATURE |
|------|---|-----------|
| 7/28/08 | no show for i/i counseling | ACaldwell MS MHP |
| 8/14/08 | S "I'm doing OK" | |
| | O I'm mood & affect appropriate, I'm calm, cooperative. Thought process logical; Denied A/H | |
| | A I'm stable @ this time; I/m appears to be doing well clinically. med compliant | |
| | P Continue care  ACaldwell MS MHP | |

| INMATE NAME | AIS # | INSTITUTION |
|-------------|-------|-------------|
| Everett Loveless | 238775 | SCF |

Disposition: Inmate Medical Record
Printed Front and Back on Blue Paper

Reference: ADOC AR: 604, 613, 614, 616, 622, 623, 627, 634, 628, 632, 633, 635, 638
ADOC Form MH-040 ~ November 14, 2005

# Chronic Disease Clinic Follow-Up

Inmate Name: hoveless, Everette
Number: 238775
Institution: Staton

**List chronic diseases:**

| | | |
|---|---|---|
| 1) DM | 3) HepC | 5) |
| 2) HTN | 4) | 6) |

**Attach pharmacy profile or list current medications:** Lisinopril, Prozac, Vistaril, Bentyl

## Subjective:

Asthma: # attacks in last month? N/A
# short acting beta agonist canisters in last month? NA
# times awakening with asthma symptoms per week? NA

Seizure disorder: # seizures since last visit? N/A
Diabetes mellitus: # of hypoglycemic reactions since last visit? N0
Weight loss/gain ↓ ↑        #lbs

CV/hypertension (Y/N): Chest pain? N0    SOB? N0    Palpitations? N0    Ankle edema? YES (both)
HIV/HCV (Y/N): Nausea/vomiting? N0    Abdominal pain/swelling? YES    Diarrhea? N0    Rashes/lesions? N0

For all diseases, since last visit, describe new symptoms: C/o edema to ankles x 3wks, Abdominal pain
x 6 months. smokes 1½ pk q d x 33 yo.
c/o abdominal pain x 5½ months, upper sharp, 3 units
all day, lower half. Passing blood in stool. Pt was seen by GI doctor &
colonoscopy done "conclusion" mild proctitis no polyps "area of poor prep"
Recommend repeat bx per Dr. Branchi in 2009. Pt felt that "they didn't do a good
job" "checking
him.

Patient adherence (Y/N): with medications? N    with diet? Y    with exercise? Y

Vital signs: Temp 96.9    BP 156/92    Pulse 66    Resp 20    Wt    O2SAT 96%    PEFR    INR N/A
Labs: Hgb A1C 5.6    HIV VL NA    CD4 NA    Total Chol 130    LDL 68    HDL 37    Trig 128
Range of fingerstick glucose/BP monitoring: BG 135    Last meal 7/13/08 approx 11%

## PE:

| | |
|---|---|
| HEENT/neck: Ø carotid bruits | Extremities: WD |
| Heart: rrr | Neurological: NAD no pedal edema |
| Lungs: CTAB | GU/rectal: — |
| Abdomen: BS FD | Other: |

## Assessment:

| | | Degree of Control | | | | Clinical Status | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | G | F | P | NA | I | S | W | NA |
| 1 | DM HTN | ☑ | ☐ | ☐ | ☐ | ☐ | ☑ | ☐ | ☐ |
| 2 | Hep C0 | ☑ | ☐ | ☐ | ☐ | ☐ | ☑ | ☐ | ☐ |
| 3 | | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
| 4 | | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

## Plan:

See below pages

Medication changes: Reinforced compliance Pt not good candidate for tx currently

Diagnostics: None    Pt aware of complications is not compliant w/ meds

Labs: None

Monitoring: BP: ___ X day/week/month    Glucose: ___ X day/week/month    Peak flow: ___    Other: ___

Education provided: ☐ Nutrition ☐ Exercise ☐ Smoking ☑ Test results ☑ Medication management ☐ Other: ___

Referral (list type): Specialist: N/A    Chronic care program: DM1 CCP0

# days to next visit? ☑ 90 ☐ 60 ☐ 30 ☐ Other: ___    Discharged from CCC: [name] ___

Advance Level Provider Signature: [signature]    Date: 7/14/08    0758

NCCHC (11/06) This form is provided for the public domain and may be freely copied and used.
CMS# 7302– NCCHC-Chronic Disease Clinic Follow Up

ELMORE COMMUNITY HOSPITAL
PO BOX 130
WETUMPKA, AL 36092

**COPY**

## MEMORANDUM

| | |
|---|---|
| **DATE:** | 07/09/08 |
| **TO:** | CORBIER PAUL |
| **FROM:** | BIANCHI THOMAS |
| **RE:** | LOVELESS EVERETTE |
| MR: 065772 | PATIENT NUMBER: 404084 |
| PATIENT ROOM: OP | |

July 9, 2008

Dr. Paul Corbier
Staton Correctional Center
P. O. Box 56
Elmore, AL 36025

RE:        Everett Loveless
DOB:       10/08/1962
Inmate #:  238775

Dear Dr. Corbier:

In reviewing Mr. Everett Loveless' rectal biopsy, he was noted to have proctitis on biopsy. I would suggest the following: A rectal culture should be performed. We could add the following medications to his regimen Mesalamine suppositories 1 gram at night. The brand name would be Canasa 1 gram suppository q HS.

Sincerely,

Thomas Bianchi, M.D.

TB/ccg
D: 07/13/08
T: 07/14/08

**Correctional Medical Services**
**Inter Disciplinary Progress Notes**

Patient
Name: _Everette, Loveless_     ID#: _238775_     Institution: _Staton_

| Date | Time | Notes | Signature |
|------|------|-------|-----------|
| 7/9/08 | 9:20AM | ⓓ Reported to sick call this A.M. requesting to get his KOP meds back. Admitted to not going to pill call to get meds because he thinks the nurses are trying to kill him. Body Chart was completed and issue was discussed with provider. See Body Chart dated 7/9/08 P- ⅙ to get meds @ pill call to keep B/P WNL — | E Elliott RN |

7113 Rev 03/04

# ELMORE COMMUNITY HOSPITAL
## POST ENDOSCOPIC INSTRUCTIONS
### COLONOSCO

404084    RM-         065772      P/T-0
LOVELESS EVERETTE            M    45
CORBIER PA     BIANCHI TH
CORBIER PA     07/02/08  B/D 10/08/6

**Date:** 7|2|08

NAME: _____

SPECIAL INSTRUCTIONS _____

_____

---

### Colonoscopy

**Restrictions on Activity:**

Do not drive a car or operate machinery until the day after the
Procedure.

**Following day:**
Return to full activity including work

**For 3 days:**
No heavy lifting, straining or running

**Diet:**
Eat and drink normally unless instructed otherwise.

**Treatment for common after effects:**
Mild abdominal pain, bloating or excessive gas:
Rest, eat lightly and use a heating pad.

**Symptoms to watch for and report to your physician:**
1. SEVERE abdominal pain or bloating.
2. Fever within 24 hours after the procedure.
3. A large amount of rectal bleeding (A small amount of
   blood from the rectum is not serious, especially if
   hemorrhoids are present.)
4. Elmore Community Hospital does not provide full time
   emergency surgery. Should you develop complications
   requiring surgery, Dr. Bianchi or Elmore Community
   Hospital Emergency Department Physician will direct you
   to another facility.

**If a polyp has been removed:**
For next 7 days:
Do not take aspirin.
Do not take long car trips.

**If bright red bleeding occurs, call  Dr. Bianchi at
(334) 283-3862.**

**If you have any questions or problems, please call Dr.
Bianchi at (334) 283-3862.**

---

**Patient or Representative Signature**         **Nurse Signature**

**ECH-OR 42**



## ELMORE COMMUNITY HOS
## ENDOSCOPY
## POST OPERATIVE ORDE.

404084   RM-      065772    P/T-O/P
LOVELESS EVERETTE      M   45
CORBIER PA      BIANCHI TH
CORBIER PA      07/02/08   B/D 10/08/62

1.  Clear liquids first, then advance diet as tolerated

2.  Vital signs q 5 minutes x4  , then q 15 minutes until patient is D.C

3.  I.V. at KVO rate and D/C when tolerating liquids

4.  Discharge patient following an exam by me to evaluate if patient is alert and stable

**OPERATIVE NOTES:**

**POST-OPERATIVE INSTRUCTIONS:**
1. _Procedure ~ Biopsy done_
2. _no polyps_
3. _Rx - Anucort HC  twice a day_
4. _Repeat Colon i one yr - 2009_
5.
6.

Follow-up appointment:

Date:_____ Time:_____ Call:_____ for an appointment.

_____
Physician's Signature

Date: 7/2/08   Time: 1050

_____
Nurse's Signature

I have read and understood the physician's instructions as given to me.

_____
Patient's Signature

If you have any problems or questions, contact Dr. Bianchi immediately at (334) 283-3862.  If you are unable to reach your physician but you feel your symptoms warrant attention, call Elmore Community Hospital at (334) 567-4311.

ECH-OR32

*Everett Loveless*

## ELMORE COMMUNITY HOSPITAL
### 334 567-4311 EXT 324
## INSTRUCTIONS FOR COLONOSCOPY

PLEASE ARRIVE AT __0900__ ON __7-2-08__

**TYPE OF TEST:**

Your doctor has recommended a colonoscopy. This is a procedure where the doctor uses a small lighted tube with a camera on the end to examine your rectum and large intestine.

1. **DO NOT EAT OR DRINK ANYTHING AFTER MIDNIGHT TUESDAY BEFORE YOUR PROCEDURE.** If you do, your procedure will be cancelled for your safety.
2. Please do not wear jewelry and leave all valuables at home.
3. You must arrange for someone to drive you home after the procedure. We also recommend a responsible person stay with you for the first 24 hours following your procedure.
4. Please bring a written list of all the medications you are currently taking.
5. Please arrive at the scheduled time. We strive to follow a schedule as close as possible however some procedures may take longer than anticipated. Please be patient with us.
6. Wear comfortable clothing.

**WHEN YOU ARRIVE:**

Come to Outpatient Registration and inform the registrar you are here for a colonoscopy. After registration you will be escorted to a holding area. There you will change into a hospital gown, an IV will be started to provide fluids and medication during your procedure. Family member/SO will wait in the Outpatient/Lobby area of the hospital.

**DURING YOUR PROCEDURE:**

You will be given medications through your IV to help you relax and assist in making you comfortable. You will be connected to a monitor and the nurse will assess your vital signs throughout the procedure.

**AFTER THE PROCEDURE:**

You will be taken to the recovery area, where your family member/SO may join you. You will be in recovery approximately one hour. After recovery, the doctor will discuss his findings with you. You will receive written instructions prior to discharge.

### BE SURE TO HAVE THE PRESCRIPTION FOR THE BOWEL PREP FILLED.

**TUESDAY:** Start a clear liquid diet (tea, coffee-NO CREAM, soft drinks, broth, clear fruit juice, jello(EXCEPT RED)...NO SOLID FOOD OR DAIRY PRODUCTS! Mix the prep as directed and refrigerate. At 3:00 PM begin drinking one 8 oz. glass every 10 minutes until ALL the prep is gone. If you experience nausea, space the time to every 15-20 minutes. This is a bowel prep, so stay close to the bathroom!

Patient signature_____Date_____

**\* Dr. Corbier needs to write order for colon prep.**

RECEIVED
6-23-08

404084  RM-       065772      P/T-01
LOVELESS EVERETTE        M   45
CORBIER PA        BIANCHI TH
CORBIER PA        07/02/08  B/D 10/08/6

ELMORE COMMUNITY HOSPITAL

# FIBEROPTIC COLONOSCOPY

DATE: 7-2-08

REFERRING PHYSICIAN: _Dr Cmbn_

ENDOSCOPIST: _Bianchi_

ASSISTANT (S):

PRE-OP DIAGNOSIS: _hematochezia , polyps_

POST-OP DIAGNOSIS: _no polyp / mild proctitis (some area) w/pus_

ANESTHESIA:

INSTRUMENT (S): _Rechm_

PROCEDURES:  ☑ Biopsy   ☐ Cytology   ☐ Polypectomy   ☐ Eclectrocoagulation
             ☐ Photo    ☐ Laser Photocoagulation      ☐ Other

FINDINGS:



RECOMMENDATIONS: _await bx_
_Annual Dr BID_
_Repeat colonoscopy (polyps & w/pus area) 2009._

## ELMORE COMMUNITY HOSPITAL
PO BOX 130
WETUMPKA, AL 36092

### REPORT OF OPERATION

PATIENT NAME: LOVELESS EVERETTE
MR: 065772          PATIENT NUMBER: 404084
DATE: 07/02/2008            PATIENT ROOM:
FAMILY PHYSICIAN: CORBIER PAUL A MD
ATTENDING PHYSICIAN: BIANCHI THOMAS MD

PRIMARY PHYSICIAN: Dr. Corbier

INDICATION:      Hematochezia.

PROCEDURE:      Total colonoscopy.

DESCRIPTION OF PROCEDURE: The patient is brought to the endoscopy area and placed in the left lateral decubitus position. Digital rectal exam is performed and is not remarkable. The endoscope is passed to the cecum. The cecum is unremarkable. The ascending and transverse colons are unremarkable. There are areas of poor prep. Descending and sigmoid are otherwise unremarkable. Again, there are a few areas of poor prep. The rectum shows erythema and friability present consistent with a mild proctitis. Biopsies were obtained. The procedure is terminated. He tolerated the procedure well and was observed in recovery before being released back to the prison.

IMPRESSIONS:
1.     Mild proctitis.
2.     No polyps identified.
3.     Areas of poor prep.

RECOMMENDATIONS:
1.     I recommend we await the biopsies.
2.     He will be placed on Anusol HC twice a day.
3.     I would recommend we repeat his colonoscopy in one year, 2009, in view of the polyp history and areas of poor prep.
4.     Should he not respond to the Anusol, we may need to consider other therapies, but that would depend on the biopsy results.

                            _____
                            Thomas Bianchi, M.D.

TB/ccg
D: 07/02/08
T: 07/03/08
cc: Dr. Corbier



ospital     (334) 293-8395

# ALABAMA PATHOLOGY ASSOCIATES, P.C.

2019 Clubview Avenue, Montgomery, AL 36106
(334) 293-8794   (334) 293-8395 (Fax)

Timothy C. Barrowman, M.D.       Richard W. Miller, M.D.       Glen R. Pinkston, M.D.

## PATHOLOGY REPORT

Patient Name: Loveless, Everette
Medical Record #:
DOB/Age: 10/8/1962 (Age: 45)
Gender: M   Race:
Physician(s): Elmore Community Hospital

Account #:
Location:
Rm#:
Copy To: Thomas D Bianchi
           Paul Corbier, M.D.

Specimen #: O08-2456
Collected: 7/2/2008
Received: 7/3/2008
Reported: 7/7/2008

Specimen(s) Received: Biopsy, rectum

---

## FINAL DIAGNOSIS:

Rectum (endoscopic biopsies):
     Chronic active proctitis (see comment).

Electronic Signature
Timothy C. Barrowman, M.D

---

### Comment

The biopsies display diffuse mucosal inflammation with scattered foci of cryptitis and mild crypt distortion. The inflammatory changes are consistent with inflammatory bowel disease, favoring chronic active ulcerative proctitis.

### Gross Description

Received are two (2) fragments of gray-tan tissue measuring 0.4 cm. in aggregate. Totally embedded.

LDG





**Correctional Medical Services**
**Inter Disciplinary Progress Notes**

Patient Name: Everette, Loveless          ID#: 288775     Institution: Staton

| Date | Time | Notes | Signature |
|------|------|-------|-----------|
| 2/7/06 | | Man FWA Colonoscopy VS. 130/88 P-74 R-20 T-98 O2Sat 95% | VDNA |
| | | S: returned post colonoscopy. States "wasn't able to do test because I didn't get prep right. Ate all day and didn't start prep till 6 PM last night." Dr. said there were no polyps and no hemorroids so I want to know what we need to do next. Do we look in the stomach? | |
| | | O: post procedure note: no polyps. repeat colonoscopy recommended in 1 year. biopsy done. | |
| | | A: ① lymochezia ② s/p colonoscopy | |
| | | P: anusol HC cream bid    rtc 2 week for f/u | |
| | | | 1410 Johnson NP 7-2-08 |

7113 Rev 03/04

# CORRECTIONAL MEDICAL SERVICES
## Elimination

**Nursing Protocol Documentation**
**Alteration Elimination**

| Inmate Name *Loveless, Everett* | ID# *238775* |

**Subjective:**
This *45* year old  ☒Male  ☐Female
Presents with the chief complaint of *Rectal bleeding, stomach pains and*
Date of onset? *4 1/2 mos.*

Previous history? ☒Yes ☐No    If yes explain *started 4 1/2 mos.*

Previous treatment? ☐Yes ☒No    If yes explain _____

Recent diet change? ☐Yes ☒No    If yes explain _____

Nausea/vomiting? ☒Yes ☐No    If yes explain *c/o N+V every day p̄ meals.*

Fever? ☐Yes ☒No    If yes explain _____

Abd. Pain/discomfort? ☒Yes ☐No    If yes explain *Lower abdominal pain.*

Last BM *today* days ago    Describe color/consistency/different from norm *red blood*

Patient is taking psychotropic medications/or other medications that can cause constipation? ☐Yes ☐No

Medications that can cause constipation are:

| | | |
|---|---|---|
| ☐ Tricyclic | ☐ Anti-seizure | ☐ Calcium channel blocker |
| ☐ Diuretic | ☐ Clonidine | ☐ Iron |
| ☐ Narcotic | ☐ Antacid (aluminum or calcium) | ☐ Chronic stimulant laxative |

**Objective:**

Vital Signs BP *180/100*  T *96³*  P *72* R *18*  Wt *264* Stable Wt? ☐Yes ☐No ☐N/A

Mucous membranes moist ☒Yes ☐No   If no describe _____

Skin turgor good without tenting ☒Yes ☐No   If no describe _____

Bowel sounds present ☒Yes ☐No   If no describe _____

Abdomen non tender ☐Yes ☒No   If no describe *tender ↓ abdomen*

Abdomen soft ☒Yes ☐No   If no describe _____

Urination normal not painful ☒Yes ☐No   If no describe _____

Anal Exam   ☐ N/A to complaint
| | | | |
|---|---|---|---|
| Lesions | ☐Yes ☐No | Bleeding | ☐Yes ☐No |
| Hemorrhoid | ☐Yes ☐No | Skin tear | ☐Yes ☐No |
| Inflammation | ☐Yes ☐No | | |

Hemocult test  ☐ Not indicated  ☐ Done and results are   ☐ Negative  ☐ Positive

Urine dipstick  ☐ Not indicated
☐ Done and results are  ☐ Nitrates present ☐Yes ☐no   ☐ Blood ☐Yes ☐No

Source epidemic  ☐Yes ☐No    If yes explain _____

CMS 7832 NP-Elimination Documentation Form 05/2005
Copyright © 2005 by Correctional Medical Services, Inc., All Rights Reserved



**CORRECTIONAL MEDICAL SERVICES**
HEALTH SERVICES REQUEST FORM

| FOR MEDICAL USE ONLY | |
| --- | --- |
| Date Received: | 7-8-08 |
| Time Received: | 12N |

Print Name: _Everette Loveless_ _____  Date of Request: _8/9/08_

ID #: _238775_ ___ Date of Birth: _10/8/62_  Housing Location: _B1-46OA_

Nature of problem or request: _I would like to see the Doctor Nurse or Anybody that can help me get my NOP reinstate and given to me._  Thank you

I consent to be treated by health staff for the condition described.    _[signature]_

SIGNATURE

### PLACE THIS SLIP IN MEDICAL REQUEST BOX OR DESIGNATED AREA

| DO NOT WRITE BELOW THIS AREA |
| --- |

Triaged by: _EE_   Referred to: (Circle ONE)  **(NSC)**  Mid-level SC   Physician SC   MH   Dental
       Initials          Other: _____

### HEALTH CARE DOCUMENTATION

Subjective:   7/9/08 - See Body Chart / Nsg Notes
       dated 7/9/08 - E. Ellis, RN

Objective:  BP _____  T _____  P _____  R _____  Wt _____

Assessment:

Plan:

☐    Inmate education handout reviewed with and given to the patient.

Refer to: (Circle any applicable)  Mid-level   Physician   MH   Dental   Other: _____

Signature & Title: _____  Date: _____  Time: _____

## CORRECTIONAL MEDICAL SERVICES
### INFORMED CONSENT

_Everette loveles_
Name of Inmate

_7/8/08_
Date

_238775_
Inmate ID Number / Date of Birth

I hereby authorize Dr(s). _Dysart_____ and Correctional Medical Services employees and agents to perform the following procedure(s):

_Dental Cleaning_

I understand the above procedure(s) is/are necessary to treat my condition and has/have been fully explained. I also understand the nature of any risks associated with this procedure(s), which has/have been explained to me.

I am aware the practice of medicine is not an exact science, and I acknowledge no guarantees have been made as to the outcome of this procedure(s).

I sign this consent willingly and voluntarily in full understanding of the above.

_____
Inmate Signature

_7/8/08_
Date / Time

_____
Witness

_H.C.Chrishon RDH_
Witness

CMS 7172  REV. 8/01/02

**B R** BioReference
LABORATORIES

| DOCTOR | CMS STATON<br>2690 MARION SPILLWAY RD.<br>ELMORE, AL  36025 | | |
|---|---|---|---|
| | (A0316-3)  Bio-Net Print | -FINAL-  Original Report 07/01/2008 | |

| NAME | PATIENT I.D. / ROOM NO. | DOCTOR / GROUP NAME |
|---|---|---|
| LOVELESS, EVERETTE | 238775.3206 | CORBIER, PAUL; |

| LAB I.D. NO. | DATE COLLECTED | DATE RECEIVED | DATE OF REPORT | AGE | SEX |
|---|---|---|---|---|---|
| 108596807 | 06/30/2008 09:33 AM | 07/01/2008 09:17 | 7/1/2008 12:00 | 45 Y | M |

| Test Description | Result | Abnormal | Reference Range |
|---|---|---|---|

Tests Ordered : CBC W/DIFF & PLTS, PROTHROMBIN TIME (PT), HEPATIC PROFILE,

Comment :
          FASTING SCC

-----------------------------* CHEMISTRY *-----------------------------

| | | | |
|---|---|---|---|
| Total Protein | 7.3 | | 5.9-8.4    gm/dl |
| Albumin | 4.1 | | 3.2-5.2    gm/dl |
| Globulin | 3.2 | | 1.7-3.7    gm/dL |
| A/G Ratio | 1.3 | | 1.1-2.9 |
| Bilirubin, Total | 0.6 | | 0.1-1.0    mg/dl |
| BILIRUBIN, DIRECT | 0.2 | | 0.0-0.3    MG/DL |
| Alk Phos | 108 | | 39-120    u/l |
| AST (SGOT) | | 44 HI | < 37    u/l |
| ALT (SGPT) | | 41 HI | < 40    u/L |

-----------------------------* HEMATOLOGY *-----------------------------

| | | | |
|---|---|---|---|
| WBC | | 3.3 LO | 3.40-11.80  x10(3) |
| RBC | 5.0 | | 4.20-5.90  x10(6) |
| HGB | 14.0 | | 12.3-17.0  gm/dl |
| HCT | 43.7 | | 39.3-52.5  % |
| MCV | 87.2 | | 80.0-100.0  FL |
| MCH | 27.9 | | 26.0-34.4  pg |
| MCHC | 32.0 | | 29.0-34.0  gm/dl |
| RDW | 11.8 | | 10.9-16.9  % |
| POLYS | 41 | | 36-78  % |
| LYMPHS | 47 | | 12-48  % |
| EOS | 3 | | 0-8  % |
| BASOS | 0 | | 0-2  % |
| MONOS | 9 | | 0-13  % |
| Platelet Count | 169 | | 144-400  x10(3) |
| PROTIME | 12.0 | | 10.1-13.6sec |
| INTR.NORM.RATIO(INR) | | 1.05 LO | 2.00-3.00 |

Continued on Next Page                                    Page: 1



James Weisberger, M.D.
LABORATORY DIRECTOR

481 EDWARD H. ROSS DR
ELMWOOD PARK, NJ 0740
1-800-229-LAB
4255 Rev 10

**BioReference**
LABORATORIES

| D O C T O R | CMS STATON<br>2690 MARION SPILLWAY RD.<br>ELMORE, AL  36025 | | |
|---|---|---|---|
| | (A0316-3)   Bio-Net Print | -FINAL-  Original Report 07/01/2008 | |

| NAME | PATIENT I.D. / ROOM NO. | DOCTOR / GROUP NAME |
|---|---|---|
| LOVELESS, EVERETTE | 238775.3206 | CORBIER, PAUL; |

| LAB I.D. NO. | DATE COLLECTED | DATE RECEIVED | DATE OF REPORT | AGE | SEX |
|---|---|---|---|---|---|
| 108596807 | 06/30/2008 09:33 AM | 07/01/2008 09:17 | 7/1/2008 12:00 | 45 Y | M |

| Test Description | Result | Abnormal | Reference Range |
|---|---|---|---|

CLINICAL INDICATIONS FOR INR USE                REFERENCE RANGE
Prophylaxis or treatment of venous thrombosis,      2.0 - 3.0
systemic embolization, or                        (therapeutic range)
treatment of pulmonary embolus.
High-risk patients with mechanical heart valves.   2.5 - 3.5

NOTE: INR values below 2.0 in patients on warfarin therapy would
be considered sub-therapeutic for the above conditions. Normal
subjects NOT treated with warfarin will have INR values in the
range of:    0.87 - 1.19

Final Report                                    Page: 2

James Weisberger, M.D.
LABORATORY DIRECTOR

2 oF 2

# MEDICATION ADMINISTRATION RECORD

**Month:** July 2008

STATON CORRECTIONAL FAC   AL

| Facility: | C | 6274- | DRUG – DOSE – MODE – INTERVAL | HR | 2 | 4 | 6 | 8 | 10 | 12 | 14 | 16 | 18 | 20 | 22 | 24 | 26 | 28 | 29 | 30 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| INIT. | | | | | | | | | | | | | | | | | | | | |

METOPROLOL TART 50MG TABS ~LOPRESSOR~
TAKE 1 TAB TWICE DAILY FOR 120 DAYS >> TAKE WITH FOOD; MAY CAUSE DROWSINESS <<
PRESCRIBER:BURGUICE,D.   Rx#16403366
ORDER DATE: 05/29/08   START DATE:   STOP DATE: 09/26/08

ERAPAMIL HCL SR 240MG 1BCR ~CALAN SR~
TAKE 1 TAB EACH FOR 120 DAYS >> DO NOT CRUSH; MAY CAUSE DIZZINESS <<
Rx#16409449
START DATE   STOP DATE: 09/26/08

DICYCLOMINE HCL 20MG TABS ~BENTYL~
TAKE 1 TAB BY MOUTH THREE TIMES DAILY AS NEEDED FOR 30 DAYS >> MAY CAUSE DROWSINESS <<
PRESCRIBER:CORBIER,PAUL MD   Rx#16462722   **PRN**PRN**PRN*
ORDER DATE: 06/06/08   START DATE:   STOP DATE: 07/06/08

**PRN**PRN**PRN*
STOP DATE: 07/18/08

④ **DONSO1 HC Cream 1STOXeeday**
**KLO Dr Collier**
PRESCRIBER: Dr Collier
ORDER DATE: 7/4/08   START DATE: 7/8/08   STOP DATE: 8/2/08

PRESCRIBER:   START DATE:   STOP DATE:
ORDER DATE:

PRESCRIBER:   START DATE:   STOP DATE:
ORDER DATE:

DOB/INMATE #: 238775

DIAGNOSIS:
Allergy History Not Known

LOCATION: MAIN

NAME: LOVELESS, EVERETTE

PharmaCorr

#5150 REV 6/07

# MEDICATION ADMINISTRATION RECORD
## STATON CORRECTIONAL FAC

**Facility:** C    **6274-**    AL    **Month:** July 2008

PN225

1 OF 2

| INIT. | DRUG – DOSE – MODE – INTERVAL | HR | 2 | 4 | 6 | 8 | 10 | 12 | 14 | 16 | 18 | 20 | 22 | 24 | 26 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

**DOCUSATE SOD 100MG CAPS –COLACE–**
TAKE 1 CAP TWICE DAILY AS NEEDED FOR 180 DAYS
PRN
PRESCRIBER: EVANS, EUGENE,MD    Rx#15514636
ORDER DATE 01/15/08    START DATE    STOP DATE 07/13/08

**FERROUS SULFATE 325MG TABS –FEOSOL 65MG FE–**
TAKE 1 TAB DAILY FOR 1 MONTH << DO NOT CRUSH >>
PRESCRIBER: ROSENBERGER,MD
PHILLIP S.
ORDER DATE    START DATE    STOP DATE

**FLUOXETINE 20MG CAPS –PROZAC–**
TAKE 1 CAP BY MOUTH EACH EVENING FOR 90 DAYS << MAY CAUSE DROWSINESS >>
PRESCRIBER: BANERJEE MHM.S.    Rx#16399547
ORDER DATE 05/28/08    START DATE    STOP DATE 08/26/08

**GLIPIZIDE 5MG TABS –GLUCOTROL–**
TAKE 1 TAB DAILY FOR 120 DAYS
PRESCRIBER: GUICE,D.    Rx#16403441
ORDER DATE 05/29/08    START DATE    STOP DATE 09/26/08

**HYDROCHLOROTHIAZIDE 25MG TABS –HYDRODIURIL–**
TAKE 1 TAB BY MOUTH EVERY DAY FOR 120 DAYS >> MAY CAUSE DIZZINESS <<
PRESCRIBER: MEANS, DEBRA,NP/HOBBS    Rx#16344145
ORDER DATE 05/19/08    START DATE    STOP DATE 09/16/08

**HYDROXYZINE PAMOATE 50MG CAPS –VISTARIL–**
TAKE 1 CAP BY MOUTH EACH EVENING FOR 90 DAYS >> MAY CAUSE DROWSINESS <<
PRESCRIBER: BANERJEE MHM.S.    Rx#16399567
ORDER DATE    START DATE 06/26/08    STOP DATE

**LISINOPRIL 10MG TABS –PRINIVIL/ZESTRIL/PRINVIL–**
TAKE 1 TAB TWICE DAILY FOR 120 DAYS
PRESCRIBER: GUICE,D.    Rx#16403372
ORDER DATE 05/29/08    START DATE    STOP DATE 09/26/08

**METFORMIN HCL 500MG TABS –GLUCOPHAGE–**
TAKE 1 TAB DAILY FOR 120 DAYS >> TAKE WITH FOOD <<
PRESCRIBER: GUICE,D.    Rx#16400445
ORDER DATE 05/29/08    START DATE    STOP DATE 09/26/08

**DIAGNOSIS:**
Allergies/History Not Known

**DOB:** 08/08/    **MATE #: 238775**
**LOCATION:** MAIN

NAME: WELESS, EVERETTE

PharmaCorr

#3150 REV 607

**CONSULTATION REQUEST**

☐Off-site ☐On-Site Clinic ☐Telemedicine        Reference #: _____
☐Urgent ☐Routine ☐Retro Request               Date of Request: 6-23-08
Inmate: Lopeless, Everette    Inmate ID#: 238775    DOB: 10-8-62
Site: Staton    Cost Center: 6224    DOI: _____ EDR: _____
3rd Party Insurance: (VA, Workmen's Comp, Federal, Interstate Compact, etc.):

*For security reasons, Inmates must NOT be informed of date, time or location of proposed treatment or possible hospitalization. Authorization and payment is provided ONLY for requested procedures or treatments of life-threatening conditions. Prior review/discussion with Medical Director is required for additional treatment, procedures and hospitalizations.*

Procedure/Test/Specialty Service Requested: Colonoscopy
Provider: Bianchi    Initial Visit or F/U?    F/U#: _____

| | |
|---|---|
| **Presumed Diagnosis:** Rectal Bleeding | |
| **Describe Signs & Symptoms:**    **Date of Onset:**<br>Pt. has had Hematochezia intermittently, worse in last 6-8 months. He has H/O Colonic Polyp per previous Colonoscopy | |
| **Exam Data/Objective Findings:**<br>Hemoccult positive X 3<br>⊕ Rectal mass | |
| **Lab & X-ray Data:**<br>last CBC 3.3 ) 13.1 ( 172 / 42.4 | **RMD/Site Provider Discussion of Alternative Treatment Modalities** discussed with: _____ |
| **Current Medications:**<br>Glipizide, Lisinopril, Glucophage, Metoprolol, Calan, Ferrous Sulfate, Dulcolax | |
| **Failed Outpatient Therapies:**<br>N/A | |
| **Enrolled in Chronic Care Clinic (s)?** ☐Yes ☐ No    Which Clinic(s)? Type II DM, HTN, Hep. C | **RMD Signature:** _____<br>**Date:** _____ |
| **Other Diagnosis:** Hepatitis C. | ☐ Proceeding with original specialty referral request, not alternative |
| **Comments:** Seen by GI, who recommended Colonoscopy. | **Site Provider signature:** _____<br>**Date:** _____ |
| **Site Medical Provider:** R O Corliss, MD    **Signature:** _____    **Date:** _____ |
| **Site Medical Director:** R O Corliss, MD    **Date:** 6 23 08 | |
| **Criteria Source:** ☐ Milliman ☐ InterQual<br>☐ Other(specify):<br>**Criteria Met:** ☐ **Criteria Not Met:** ☐ **Alternative Treatment:** ☐<br>**Alternative Treatment Not Accepted** ☐ | **UM Notes for Scheduler:**<br>Appt Scheduled<br>7-2-08  8:30<br>Colonoscopy<br>Elmore Com Hosp<br>tietump Ka al. |
| **UM Reference #:**<br>Initials: _____    Date: _____ | |

*Note: Notify physician or midlevel practitioner immediately if unable to obtain appointment within 4 weeks. If service is not completed within 4 weeks, have patient re-evaluated by physician or midlevel practitioner to determine service is still necessary and appropriate.*

Form 401-A                                    FAXED 6 23 08    4/2008

**Provider Consultation Report**
(Complete and return in SEALED envelope with Correctional Officer)

Reference #: _____

Inmate: _Phelps, Everette_    Inmate ID: _238775_

Institution: _Staton_    Institution ID: _6274_

Provider: _Bianchi_    Provider Type: _____

Date of Service: _6-11-08_

DOB: _10-8-62_

Phone: _567-1516_

Location: _____

***See Attached Consultation Request for Health Services Authorized***

*For security reasons, inmates must NOT be informed of recommended treatment or possible hospitalization. Due to security consideration, all recommended tests and treatments are to be scheduled by CMS.*

Review of Case: (Chief complaint, exam findings etc.)

_see colon report —_    _no polyp proctitis (bx done) Areas of non-prep_

Diagnosis and Prescription Suggestions (To be reviewed by CMS Medical Director)

_Anusol HC supp — twice a day await bx repeat colonscopy in one yr 2009 (polyp follow_

Can equivalent medication substitution be used?  ☐Yes  ☐No    Follow-up needed? ☐Yes  ☐No

If follow-up needed, explain:

Provider Name (print): _T Bianchi_    Provider Signature: _____    Date: _7/2/0?_

**To be completed by CMS provider**

Recommendation after review of consultant's report:    ☐No further action    ☐Implement the following

Implement:

CMS Provider Name (print): _____    CMS Provider Signature: _____    Date: _____

Correctional Medical Services
File: 401B 9.9.04 MRS shared drive DMRS folder

401B 9/9/04

# CONSULTATION REQUEST

Reference #: _____

☐ Off-site ☐ On-Site Clinic ☐ Telemedicine     Date of Request: 6-23-08    DOB: 10-8-62
☐ Urgent ☐ Routine ☐ Retro Request
Inmate: Capable, Eustace                          Inmate ID#: 238775    DOL: ____  EDI: ____
Site: Staton                                      Cost Center: _____

3rd Party Insurance: (VA, Workmen's Comp, Federal, Interstate Compact, etc.):

*For security reasons, inmates must NOT be informed of date, time or location of proposed treatment or possible hospitalization. Authorization and payment is provided ONLY for requested procedures or treatments of life-threatening conditions. Prior reclassification with Medical Director is required for additional treatment, procedures and hospitalization.*

Procedure/Test/Specialty Service Requested: Colonoscopy     Initial Visit or F/U?    F/U#: ____
Provider: Bianchi

| | |
|---|---|
| Presumed Diagnosis: Rectal Bleeding | Date of Onset: |
| Describe Signs & Symptoms: Pt. has had Hematochezia intermittantly, worse in last 6-8 months. He has H/O Colonic Polyp per previous Colonoscopy | |
| Exam Data/Objective Findings: Hemocult positive X 3. Rectal mass | |
| Lab & X-ray Data: Last CBC 3.3 \| 13.1 \| 172 / 42.4 | RMD/Site Provider Discussion of Alternative Treatment Modalities discussed with: |
| Current Medications: Glipizide, Lisinopril, Glucophage, Metoprolol, Calan, Ferrous Sulfate, Duloxetine | |
| Failed Outpatient Therapies: N/A | |
| Enrolled in Chronic Care Clinic (s)? ☐ Yes ☐ No  Which Clinic(s)? Type II DM, HTN, Hep-C | RMD Signature: _____  Date: _____  ☐ Proceeding with original specialty referral request, not alternative |
| Other Diagnosis: Hepatitis C | Site Provider signature: _____  Date: _____ |
| Comments: Seen by G.I. who recommended Colonoscopy | Signature: _____  Date: _____ |
| Site Medical Provider: P.O. Perkins, MD    Date: 6/23/08 | UM Notes for Schedule: duplicate criteria met 4/4/08 |

Criteria Source: ☐ Millman  ☒ InterQual
☐ Other(specify): _____
Criteria Met: ☒  Criteria Not Met: ☐  Alternative Treatment: ☐
Alternative Treatment Not Accepted ☐
UM Reference #: _____
Initials: TH    Date: 4/4/08

*Note: Notify physician or midlevel practitioner immediately if unable to obtain appointment within 4 weeks. If service is not completed within 4 weeks, have patient re-evaluated by physician or midlevel practitioner to determine service is still necessary and appropriate.*

Form 401-A                                                                    4/2008

THOMAS D. BIANCHI, M.D., P.A.
COMMUNITY MEDICAL PLAZA
80 HERREN HILL ROAD SUITE E
TALLASSEE, ALABAMA 36078
334-283-3862
FAX 334-283-3871

DATE: 6/23/08

TO: Dr Corbier with Mrs Morris

FAX: 567-7167

SUBJECT: pt report

SENDER: Cindy

YOU SHOULD RECEIVE __3__ PAGES, INCLUDING THIS COVER SHEET. IF YOU DO NOT RECEIVE ALL THE PAGES PLEASE CALL.

THE INFORMATION CONTAINED IN THIS FACSIMILE MESSAGE IS LEGALLY PRIVILEGED AND CONFIDENTIAL INFORMATION INTENDED ONLY FOR THE USE OF AN INDIVIDUAL OR ENTITY NAMED ABOVE. IF THE READER OF THIS MESSAGE IS NOT THE INTENDED RECIPIENT, YOU ARE NOTIFIED THAT ANY DISSEMINATION, DISTRIBUTION OR COPY OF THIS TELECOPY IS STRICTLY PROHIBITED. IF YOU HAVE RECEIVED THIS TELECOPY IN ERROR, PLEASE NOTIFY US IMMEDIATELY BY TELEPHONE AND RETURN THE ORIGINAL MESSAGE TO THE ABOVE ADDRESS ABOVE. THANK YOU.

## Provider Consultation Report
### (Complete and return in SEALED envelope with Correctional Officer)

Reference #:

Inmate: *Loveless, Everette*

Institution: *Stator*

Provider: *Bianchi*

Inmate ID: **238775**

Institution ID: **6274**

Provider Type:

Date of Service: *6-11-08*

DOB: *10-8-62*

Phone: *567-1516*

Location:

**\*\*\*See Attached Consultation Request for Health Services Authorized\*\*\***

*For security reasons, inmates must NOT be informed of recommended treatment or possible hospitalization. Due to security consideration, all recommended tests and treatments are to be scheduled by CMS.*

**Review of Case:** (Chief complaint, exam findings etc.)

heme ⊕ by report
report Premature
polyp hx

```
402313   RM-          065772       P/T-O/
LOVELESS EVERETTE              M   45
CORBIER PA           BIANCHI TB
CORBIER PA           06/11/08   B/D 10/08/6
```

**Diagnosis and Prescription Suggestions** (To be reviewed by CMS Medical Director)

Can equivalent medication substitution be used? ☐Yes ☐No    Follow-up needed? ☐Yes ☐No

If follow-up needed, explain: Please schedule colon — call 567-4311 *surgery dept*
use polyte bowl prep, STOP Iron 5 days prior colon
retain & send results to him: H-III, P.T., LFT's

Provider Name (print): *T. Bianchi*    Provider Signature: ___    Date: *6/11/08*

**To be completed by CMS provider**

Recommendation after review of consultant's report: ☐No further action    ☐Implement the following

Implement: As above — ✓ on VM
for Colonoscopy

Date:

CMS

**CONSULTATION REQUEST**

☐Off-site ☐On-Site Clinic ☐Telemedicine

☐Urgent ☐Routine ☐Retro Request

Reference #: _____

Date of Request: __4/3/08__

Inmate: _Loveless EUGENE_      Inmate ID#: _238775_      DOB: _10/8/42_      EDR: _____

Site: _STATON_      Cost Center: _6214_      DOI: _____

3rd Party Insurance: (VA, Workmen's Comp, Federal, Interstate Compact, etc.): _____

For security reasons, inmates must NOT be informed of date, time or location of proposed treatment or possible hospitalization. Authorization and payment is provided ONLY for requested procedures or treatments of life-threatening conditions. Prior review/discussion with Medical Director is required for additional treatment, procedures and hospitalizations.

Procedure/Test/Specialty Service Requested: _Colonoscopy_      (Office visit & Colonoscopy)

Provider: _Bianchi_      Initial Visit or F/U? _Initial_      F/U#: _2_

| | |
|---|---|
| Presumed Diagnosis: | Colon polyps c̄ Hematochezia / melena |
| Describe Signs & Symptoms: | Date of Onset: Pt. c/o hematochezia & melena off & on x 14 yrs. which has worsened in frequency and intensity since 2007 |
| Exam Data/Objective Findings: | Hemoccult positive stools x 3 per Dr. Corbier |
| Lab & Xray Data: | Hemoccult positive x 3 Colon polyps per previous colonoscopy |
| Current Medications: | ECASA  GLIPIZIDE, LISINOPRIL, GLUCOPHAGE, Metoprolol, Aldactazide, Tylenol, CALAN SR, Ferrous sulfate, DulcoLax, Colace, Annusol HC |
| Failed Outpatient Therapies: | - Multiple hemorrhoid / Constipation treatment Regimens - colon polyp Removal 2007 |
| Enrolled in Chronic Care Clinic (s)? ☒Yes ☐No    Which Clinic(s)? _NIDDM, HTN, Hep C_ | |
| Other Diagnosis: | N/A |
| Comments: | |
| Site Medical Provider: _B. Adams, CRNP_    Signature: _Barbara CRNP_    Date: _4/3/08_ | |
| Nurse: _E. Ellis, RN_    Date: _4/4/08_    Site Medical Director: _R. Corbier_    Date: _4/3/08_ | Notes: 07-02-08 8:30 |
| Criteria Source: ☐M&R    ☐InterQdel    ☐Other(specify): Criteria Met: ☐    Criteria Not Met: ☐    More Info Needed ☐ | |
| UM Review #: | |
| Initials:    Date: | |

Note: Notify physician or midlevel practitioner immediately if unable to obtain appointment within 4 weeks. If service is not completed within 4 weeks, have patient re-evaluated by physician or midlevel practitioner to determine if service is still necessary and appropriate.




CMS
DEDICATED PEOPLE
MAKING A DIFFERENCE
Correctional Medical Services

**CONSULTATION REQUEST**

☐Off-site ☐On-Site Clinic ☐Telemedicine          Reference #: _____
☐Urgent ☐Routine ☐Retro Request          Date of Request: 4/3/08
Inmate: Loveless EVERETTE    Inmate ID#: 238 775          DOB: 10/8/42
Site: Staton    Cost Center: 6224          DOI: _____ EDR: _____
3rd Party Insurance: (VA, Workmen's Comp, Federal, Interstate Compact, etc.): _____

*For security reasons, inmates must NOT be informed of date, time or location of proposed treatment or possible hospitalization. Authorization and payment is provided ONLY for requested procedures or treatments of life-threatening conditions. Prior review/discussion with Medical Director is required for additional treatment, procedures and hospitalizations.*

Procedure/Test/Specialty Service Requested: Colonoscopy          (office visit & Colonoscopy)
Provider: Bianchi          Initial Visit or F/U? Initial    F/U#: 2

| | |
|---|---|
| Presumed Diagnosis: Colon polyps c̄ Hematochezia / melena | |
| Describe Signs & Symptoms: Pt. c/o hematochezia & melena off & on x 14 yrs which has worsened in frequency and intensity since 2007 | Date of Onset: |

Exam Data/Objective Findings: Hemoccult positive stools x 3 per Dr. Corbien

Lab & Xray Data: Hemoccult positive x 3
Colon polyps per previous colonoscopy

Current Medications: ECASA, GLIPIZIDE, LISINOPRIL, GLUCOPHAGE, Metoprolol, Aldactazide, Tylenol, CALAN SR, Ferrous sulfate, Dulcolax, Colace, Annusol HC

Failed Outpatient Therapies: - Multiple hemorrhoid/constipation treatment Regimens
- colon polyp Removal 2007

Enrolled in Chronic Care Clinic (s)? ☒Yes ☐No    Which Clinic(s)? NIDDM, HTN, Hep C

Other Diagnosis: N/A

Comments:

Site Medical Provider: B. Adams, CRNP,    Signature: B. Adams CRNP    Date: 4/3/08
Nurse: E. Elkr, RN    Date: 4/4/08    Site Medical Director: _____ Date: 4/3/08

| Criteria Source: ☐M&R    ☐InterQual | Notes: |
|---|---|
| ☐ Other(specify): | |
| Criteria Met: ☐    Criteria Not Met: ☐ More Info Needed ☐ | |
| UM Review #: | |
| Initials: _____ Date: | |

*Note: Notify physician or midlevel practitioner immediately if unable to obtain appointment within 4 weeks. If service is not completed within 4 weeks, have patient re-evaluated by physician or midlevel practitioner to determine if service is still necessary and appropriate.*

AL-401A _AlabamaConsultationRequest-11/2007
Copyright©2007 by Correctional Medical Services, Inc., All Rights Reserved

**CONSULTATION REQUEST**

CMS

☐Off-site  ☐On-Site Clinic  ☐Telemedicine
☐Urgent  ☐Routine, ☐Retro Request
Inmate: __Loveless Elizabeth__                    Reference #: _____
Site: __Station__                Inmate ID#: __238775__    Date of Request: __4/3/08__
3rd Party Insurance: (VA, Workmen's Comp, Federal, Interstate Compact, etc.):    Cost Center: __6224__    DOB: __10/8/62__
                                                              DOI: _____    EDR: _____

For security reasons, inmates must NOT be informed of date, time or location of proposed treatment or possible hospitalization. Authorization and payment is provided ONLY for requested procedures or treatments of life-threatening conditions. Prior review/discussion with Medical Director is required for additional treatment, procedures and hospitalizations.

Procedure/Test/Specialty Service Requested: __Colonoscopy__          (office visit & colonoscopy)
Provider: __Bianchi__

Presumed Diagnosis:    Initial Visit or F/U? __Initial__  F/U#: __2__
Colon polyps c̄ Hematochezia / melena

Describe Signs & Symptoms:                                          Date of Onset:
Pt. c/o hematochezia & melena off & on x 14 yrs
which has worsened in frequency and intensity since 2001.
Exam Data/Objective Findings:
Hemoccult positive stools x 3 per Dr. Cirbien

Lab & Xray Data:  Hemoccult positive x 3
Colon polyps per previous colonoscopy

Current Medications: ECASA, GLIPIZIDE, LISINOPRIL, GLUCOPHAGE, Metoprolol,
Atarvastatide, Tylenol, CALAN SR, Ferrous sulfate, Dulcolax,
Colace, Anusol HC
Failed Outpatient Therapies: - Multiple hemorrhoid/Constipation treatment regimens
- colon polyp removal 2007

Enrolled in Chronic Care Clinic(s)? ☒Yes ☐No    Which Clinic(s)? NIDDM, HTN, Hep C
Other Diagnosis:
N/A

Comments:

Site Medical Provider: __B. Adams, CRNP__    Signature: __B Adams CRNP__    Date: __4/3/08__
Nurse: __E. Ebbs, RN__    Date: __4/4/08__    Site Medical Director: __R. Ortiz__    Date: __4/3/08__

Criteria Source:  ☐M&R    ☐InterQual          Notes:
☐Other(specify):
Criteria Met: ☒  Criteria Not Met: ☐  More Info Needed: ☐
UM Review #:
Initials: __TN__    Date: __4/4/08__

Note: Notify physician or midlevel practitioner immediately if unable to obtain appointment within 4 weeks. If service is not completed within 4 weeks, have patient re-evaluated by physician or midlevel practitioner to determine if service is still necessary and appropriate.

AL-401A  AlabamaConsultationRequest-11/2007
Copyright©2007 by Correctional Medical Services, Inc. All Rights Reserved

6-11-08
2:30 pm
Consult
Dr.
Bianchi



# ALABAMA DEPARTMENT OF CORRECTIONS

# PROBLEM LIST

INMATE NAME _Loveless, Everette_    AIS# 238775

Medication Allergies: nkda

Medical: Chronic (Long-Term) Problems
      Roman Numerals for Medical/Surgical    DOB  10/8/62

Mental Health Code: SMI HARM HIST NONE    HOPPD
      Capital Letter for Psychiatric Behavior

| Date Identified | Chronic Medical Problem | Mental Health Code | Date Resolved | Provider Initials |
|---|---|---|---|---|
| 1/28/05 | NIDDM | | | BB |
| 1/28/05 | HTN | | | BB |
| 1-31-05 | PPD - 19mm | | 10/29/05 | |
| 1/31/05 | PTSD | SMI | | Dr.B. (Tucino) |
| 1/31/05 | Hep C (+) texcluded | RH=31 2/23/07 | | JW |
| Nov. 2004 | hx colon polyps (rectal bleeding) 1994 PTSD | MH2 | | MWino |
| 10/31/06 | MODEPF | Δ→ I | | REC |
| 09/24/07 | Code Δ | MH0 | Dr. Burrell er | |
| 1/28/08 | Proteinuria w 24° urine collection | 10/03/07 | | DA |
| 1/28/08 | BMI 35.3 | | | MW |

**If Asthmatic label: Mild – Moderate – or Severe.

**EXHIBIT B**

**(Information on Proctitis from the Mayo Clinic)**

Proctitis: All - MayoClinic.com

 **MayoClinic.com**
**Tools for healthier lives**

**MayoClinic.com reprints**
This single copy is for your personal, noncommercial use only. For permission to reprint multiple copies or to order presentation-ready copies for distribution, use the reprints link below.

· Order reprints of this article now.

**Original Article:** http://www.mayoclinic.com/health/proctitis/DS00705

# Proctitis

## Definition

Proctitis is an inflammation of the lining of your rectum. Sexually transmitted diseases (STDs) are the most common cause, but other causes include inflammatory bowel diseases and non-sexually transmitted infections.

Proctitis may also be a side effect of some medical treatments, including radiation therapy, or antibiotic use.

Sexually transmitted proctitis is most common in people who engage in anal or oral-anal intercourse, particularly if they have multiple partners. Proctitis in general mainly affects adult males.

You may find proctitis to be short-lived, or it may become chronic. In most cases, though, you'll be able to clear up proctitis with treatment. Treatment for proctitis depends on the cause.

## Symptoms

## CLICK TO ENLARGE

Colon and rectum

Proctitis symptoms may include:

- Frequent or continuous urge to have a bowel movement
- Rectal bleeding
- Passing mucus through your rectum
- Anal and rectal pain
- Pain in your lower left abdomen
- A feeling of rectal fullness
- Diarrhea, usually frequent, in small amounts
- Pain with bowel movements

## Causes

The causes of proctitis fall into several categories:

- **Sexually transmitted infections.** The most common type, sexually transmitted proctitis, is contracted through anal or oral-anal intercourse. STDs that can cause proctitis include gonorrhea, syphilis, genital herpes, anal warts and chlamydia.

- **Non-sexually transmitted bacterial infections.** Proctitis is rare in children, but it can occur as a result of the same organism that causes strep throat (streptococcus). Salmonella, shigella and campylobacter, which are usually associated with food-borne illnesses, are other bacteria that can cause proctitis.

- **Inflammatory bowel disease (IBD).** If you have ulcerative colitis or Crohn's disease, you may be more vulnerable to proctitis. Ulcerative colitis involves inflammation of the inner lining of your large intestine, including your rectum, the lowest portion of your colon. Crohn's disease involves chronic inflammation of any part of your gastrointestinal tract.

### Other causes
Proctitis can result from a number of agents that can damage the lining of the rectum (rectal mucosa). These may include:

- **Chemicals,** such as hydrogen peroxide enemas, medications or objects placed inside your rectum

- **Trauma** to your anal-rectal area

- **Radiation therapy** directed at or near your rectum, such as for treatment of rectal cancer, prostate cancer, cervical cancer or uterine cancer

- **Antibiotic use** for another ailment, which can destroy protective bacteria in your gastrointestinal tract

## Risk factors

High-risk sexual behaviors put you at risk of sexually transmitted proctitis.

They include:

- Being the recipient of anal and oral-anal sex
- Having multiple sex partners
- Having anal sex with a partner who has an STD
- Having anal sex without a condom

Risk factors for non-sexually transmitted proctitis include:

- Having an inflammatory bowel disease, such as ulcerative colitis or Crohn's disease
- Using antibiotics for another ailment
- Having radiation therapy directed at or near your rectum

## When to seek medical advice

If you have any of the signs or symptoms of proctitis, especially if you engage in high-risk sexual behavior, contact your doctor. Severe bleeding, anemia from blood loss and dehydration from diarrhea require immediate treatment. If you have any of these signs and symptoms, or if you experience severe pain, seek immediate care.

## Tests and diagnosis

Your doctor will take a history of your condition, including your sexual history, and conduct a physical exam. The exam may include the following:

- **Blood tests.** Your doctor may suggest blood tests to check for signs of infection or anemia, if you've lost blood.

- **Colonoscopy.** This test allows your doctor to view your entire colon using a thin, flexible, lighted tube with an attached camera. During the procedure, your doctor can also take small samples of tissue (biopsy) for laboratory analysis. Sometimes a tissue sample can help confirm a diagnosis. Risks of this procedure include perforation or rupture of the colon wall and bleeding, especially when a biopsy is taken.

- **Flexible sigmoidoscopy.** In this procedure, your doctor uses a slender, flexible, lighted tube to examine the sigmoid — the last two feet of your colon — including the rectum. Your doctor also can take a biopsy during this test. The test usually takes just a few minutes. It's somewhat uncomfortable, and there's a slight risk of perforating the wall of your colon.

- **STD screening.** This involves obtaining a sample of discharge from the tube (urethra) that drains urine from your bladder. If the cause of your proctitis is likely to be an STD, your doctor may insert a narrow

swab into the end of your penis or anus to obtain the sample, which is then tested for the presence of bacteria or other infectious organisms. The results can be used to select the most effective antibiotic for treatment.

## Complications

Proctitis that isn't treated or that doesn't respond to treatment may lead to complications, including:

- **Anemia.** If you have severe bleeding, you could develop anemia. With anemia, you don't have enough healthy red blood cells to carry adequate oxygen to your tissues. Anemia causes you to feel tired, and you may also experience dizziness, shortness of breath, headache, pale skin and irritability.

- **Ulcers.** Chronic inflammation can lead to open sores (ulcers) in the rectum.

- **Fistulas.** Sometimes ulcers extend completely through the intestinal wall creating a fistula, an abnormal connection that can occur between different parts of your intestine, between your intestine and skin, or between your intestine and other organs, such as the bladder and vagina. For women, a fistula can connect the rectum to the vagina (recto-vaginal), causing bowel contents to drain from the vagina.

  Anal fistulas, which occur in men and women, connect the rectum to the skin. In those cases, bowel contents may drain to the skin. Fistulas can lead to life-threatening infections if left untreated.

## Treatments and drugs

Proctitis treatment depends on the cause.

### Infectious proctitis
Your doctor is likely to prescribe medications to alleviate the cause of your infection. The specific medication depends on the cause of your infection.

- **Antibiotics.** For bacterial STDs, the antibiotic depends on the STD. For non-sexually transmitted infections, your doctor will likely prescribe an oral antibiotic. For proctitis caused by antibiotic use, your doctor may prescribe metronidazole (Flagyl) or vancomycin (Vancocin) to destroy harmful bacteria that have developed in place of normal intestinal bacteria.

- **Antivirals.** For viral STDs, such as herpes-related proctitis, your doctor may prescribe an antiviral medication, such as acyclovir

(Zovirax). If taken within 48 hours, antiviral medication may lessen pain and shorten the duration of signs and symptoms.

**Radiation proctitis**

The most common cause of noninfectious proctitis is a side effect from radiation treatment to the pelvis. Mild signs and symptoms may require no treatment. However, more severe cases, particularly those involving bleeding, may need treatment:

- **Iron supplements.** Chronic bleeding from proctitis can cause iron deficiency anemia. Taking iron supplements may help restore your iron levels to normal and reduce this type of anemia once your bleeding has stopped or diminished. If anemia persists despite iron therapy, you may need ablation therapy.

- **Ablation therapy.** These techniques improve proctitis symptoms by destroying abnormal, bleeding tissue. Ablation procedures used to treat proctitis include laser therapy and argon plasma coagulation (APC). Laser therapy uses a hot beam of light (laser) inserted to burn away lesions, while APC uses a jet of argon gas along with an electric current.

**Proctitis caused by inflammatory bowel disease**

Proctitis related to Crohn's disease or ulcerative colitis may require ongoing treatment of the underlying condition. The goal of treatment is to reduce the inflammation that causes the signs and symptoms.

- **Anti-inflammatory medications.** Your doctor may prescribe corticosteroids or other anti-inflammatory agents, such as sulfasalazine (Azulfidine) or mesalamine (Asacol, Rowasa, others), in pill, suppository or enema form. Steroid suppositories or enemas may ease inflammation in your rectum.

- **Anti-diarrheals.** If you have diarrhea, your doctor may prescribe a fiber supplement, such as psyllium powder (Metamucil) or methylcellulose (Citrucel), to add bulk to your stool. Your doctor may suggest loperamide (Imodium) or a combination of diphenoxylate and atropine (Lomotil). However, these drugs may cause serious side effects, such as colon dilation and rupture, especially if taken over time or in high doses. Talk to your doctor before using these treatments.

- **Surgery.** If drug therapy doesn't relieve your signs and symptoms, your doctor may recommend surgery to remove a damaged portion of your digestive tract.

## Prevention

Safer sexual practices, such as monogamous sex and condom use, help

protect against STDs that can cause proctitis.

## Lifestyle and home remedies

For temporary relief of mild pain and inflammation, try the following self-care measures:

- **Soak regularly in a warm bath.** Do this several times daily.

- **Use a sitz bath with warm water.** A sitz bath fits over the toilet. You can get one at a medical supply store or some pharmacies.

- **Take over-the-counter pain relievers.** Acetaminophen (Tylenol, others), aspirin or ibuprofen (Advil, Motrin, others) may relieve your discomfort. However, if you have colitis, pain relievers such as aspirin or ibuprofen could make your condition worse. Talk to your doctor before taking them.

---

By Mayo Clinic Staff
April 5, 2008

© 1998-2008 Mayo Foundation for Medical Education and Research (MFMER). All rights reserved. A single copy of these materials may be reprinted for noncommercial personal use only. "Mayo," "Mayo Clinic," "MayoClinic.com," "EmbodyHealth," "Reliable tools for healthier lives," "Enhance your life," and the triple-shield Mayo Clinic logo are trademarks of Mayo Foundation for Medical Education and Research.

DS00705

# EXHIBIT C

# (Information on Proctitis from the National Digestive Diseases Information Clearinghouse)

Home : Digestive Diseases A-Z List of Topics and Titles : Proctitis

# Proctitis

Proctitis is inflammation of the lining of the rectum, called the rectal mucosa. Proctitis can be short term (acute) or long term (chronic). Proctitis has many causes. It may be a side effect of medical treatments like radiation therapy or antibiotics. Sexually transmitted diseases like gonorrhea, herpes, and chlamydia may also cause proctitis. Inflammation of the rectal mucosa may be related to ulcerative colitis or Crohn's disease, autoimmune conditions that cause inflammation in the colon or small intestine. Other causes include rectal injury, bacterial infection, allergies, and malfunction of the nerves in the rectum.

The most common symptom is a frequent or continuous sensation or urge to have a bowel movement. Other symptoms include constipation, a feeling of rectal fullness, left-sided abdominal pain, passage of mucus through the rectum, rectal bleeding, and anorectal pain.

Physicians diagnose proctitis by looking inside the rectum with a proctoscope or a sigmoidoscope. A biopsy (a tiny piece of tissue from the rectum) may be removed and tested for diseases or infections. A stool sample may also reveal infecting bacteria. If the physician suspects Crohn's disease or ulcerative colitis, colonoscopy or barium enema x rays may be used to examine areas of the intestine.

Treatment depends on the cause of proctitis. For example, the physician may prescribe antibiotics for proctitis caused by bacterial infection. If the inflammation is caused by Crohn's disease or ulcerative colitis, the physician may recommend the drug 5-aminosalicyclic acid (5ASA) or corticosteroids applied directly to the area in enema or suppository form, or taken orally in pill form. Enema and suppository applications are usually more effective, but some patients may require a combination of oral and rectal applications.

[Top]

## Additional Information on Proctitis

The National Digestive Diseases Information Clearinghouse collects resource information on digestive diseases for National Institute of Diabetes and Digestive and Kidney Diseases (NIDDK) Reference Collection. This database provides titles, abstracts, and availability information for health information and health education resources. The NIDDK Reference Collection is a service of the National Institutes of Health.

To provide you with the most up-to-date resources, information specialists at the clearinghouse created an automatic search of the NIDDK Reference Collection. To obtain this information, you may view the results of the automatic search on Proctitis.

If you wish to perform your own search of the database, you may access and search the NIDDK Reference Collection database online.

[Top]

## National Digestive Diseases Information Clearinghouse

2 Information Way
Bethesda, MD 20892–3570
Phone: 1–800–891–5389
TTY: 1–866–569–1162
Fax: 703–738–4929
Email: nddic@info.niddk.nih.gov
Internet: www.digestive.niddk.nih.gov

The National Digestive Diseases Information Clearinghouse (NDDIC) is a service of the National Institute of Diabetes and Digestive and Kidney Diseases (NIDDK). The NIDDK is part of the National Institutes of Health of the U.S. Department of Health and Human Services. Established in 1980, the Clearinghouse provides information about digestive diseases to people with digestive disorders and to their families, health care professionals, and the public. The NDDIC answers inquiries, develops and distributes publications, and works closely with professional and patient organizations and Government agencies to coordinate resources about digestive diseases.

Publications produced by the Clearinghouse are carefully reviewed by both NIDDK scientists and outside experts.

This publication is not copyrighted. The Clearinghouse encourages users of this publication to duplicate and distribute as many copies as desired.

NIH Publication No. 05–4627
March 2005

[Top]

Digestive Diseases Home | Digestive Diseases A to Z | Statistics | Clinical Trials | Awareness and Prevention Series |

Celiac Disease Awareness Campaign | Additional Resources | Order Publications | About Us | Información en Español |

Contact Us | NIDDK Health Information

The NDDIC is a service of the National Institute of Diabetes and Digestive and Kidney Diseases, National Institutes of Health.

National Digestive Diseases Information Clearinghouse
2 Information Way
Bethesda, MD 20892–3570
Phone: 1–800–891–5389
TTY: 1–866–569–1162
Fax: 703–738–4929
Email: nddic@info.niddk.nih.gov



Privacy | Disclaimer | Accessibility | **PDF versions require the free** Acrobat® Reader® **software for viewing.**